```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A05-0044--CV (RRB)
                 "ROBERT A. LONG V CITY OF SEWARD"

        Including terminated parties, excluding terminated counsel
```

```
 Presiding Judge:   The Honorable Ralph R. Beistline, U.S. District Judge
Magistrate Judge:
   Referral Rule:
           Filed: 03/01/05
          Closed: NO

    Jurisdiction: (3) Federal Question (US Govt not a Party)
   PLF Diversity:
   DEF Diversity:

  Nature of Suit: (440) Other Civil Rights

          Origin: (2) Removed from State Court
          Demand:
      Filing fee: Paid $250.00 on 03/01/05 receipt # 00125164
        Trial by: Jury
```

| Parties of Record: | Counsel of Record: |
|---|---|
| PLF 1.1      LONG, ROBERT A. | Robert A. Long<br>Pro Per<br>POB 3526<br>Seward, AK 99664 |
| DEF 1.1      SEWARD, CITY OF | Frank S. Koziol Jr<br>Attorney at Law<br>618 Christensen Drive<br>Anchorage, AK 99501<br>907-258-7706<br>FAX 907-258-7707 |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE A05-0044--CV (RRB)
                    "ROBERT A. LONG V CITY OF SEWARD"

                          For all filing dates


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 03/01/05
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (440) Other Civil Rights

            Origin: (2) Removed from State Court
            Demand:
        Filing fee: Paid $250.00 on 03/01/05 receipt # 00125164
          Trial by: Jury


Document #   Filed      Docket text
_____   _____   _____

    1 -  1   03/01/05   DEF 1 Notice of Removal from Superior Court for the State of Alaska
                        District of Kenai case number 3KN-04-555CI w/att exhs.

    1 -  2   03/01/05   DEF 1 Jury Demand.

    2 -  1   03/01/05   DEF 1 Service List.

    3 -  1   03/04/05   JKS Minute Order to petitioner subsequent to removal.  Petitioner  to
                        file w/court copies of state court docs and svc list w/i  10 days.
                        cc:cnsl

    4 -  1   03/04/05   JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                        due w/in 28 days from svc of this ord. cc: cnsl

    5 -  1   03/09/05   JKS Minute Order judge Singleton recuses himself; this case is
                        reassigned to Judge Beistline for all further proceedings.  Use case
                        number A05-0044 CV (RRB) on all future filings. cc: cnsl, Judge
                        Beistline

    6 -  1   03/10/05   PLF 1 motion of challange & rejection made in & under special apperence
                        & required motions.

    7 -  1   03/14/05   RRB Minute Order denying as moot motion of challange & rejection made in
                        & under special apperence & required (6-1).  cc: cnsl

    8 -  1   03/14/05   DEF 1 Notice advising state court pleadings and svc list previously
                        filed.

    9 -  1   03/14/05   PLF 1 motion for recusal of Judge Ralph R. Beistline and other required
                        motions.

   10 -  1   03/16/05   DEF 1 motion for telephonic pretrial conference and request to file S&P
                        report after the pretrial conference and plf has responded to
                        interratatories.

   11 -  1   03/25/05   DEF 1 opposition to PLF 1 motion for recusal of Judge Ralph R. Beistline
                        and other required motions (9-1) .
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A05-0044--CV (RRB)
"ROBERT A. LONG V CITY OF SEWARD"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 12 - 1 | 03/29/05 | PLF 1 motion for interrogatories. |
| 13 - 1 | 04/01/05 | DEF 1 opposition to PLF 1 motion for interrogatories (12-1). |
| 14 - 1 | 04/01/05 | PLF 1 motion for defense interrogatories, & other neenful motions. |
| 15 - 1 | 04/07/05 | PLF 1 reply to opposition to PLF 1 motion for recusal of Judge Ralph R. Beistline and other required motions. (9-1), PLF 1 motion for interrogatories (12-1). |
| 16 - 1 | 04/11/05 | RRB Order that the Court gives notice re: sanctions.  Court denied motion for recusal of Judge Ralph R. Beistline and other required motions (9-1);  motion for telephonic pretrial conference, court agrees with the parties that a pretrial conf not be set until after interrogatory answers have been completed.  The motion to remand is denied. Either party may request a status hrg if partiest are unable to agree re: discovery matters.  cc: cnsl |
| 17 - 1 | 04/11/05 | RRB Order granting motion for telephonic pretrial conference and request to file S&P report after the conference and after plf has responded to interrogatories. At the telephonic conference, a S&P report will be completed.  Def attorney will advise the cout when the interrogatories have been answered.  cc: cnsl |
| 18 - 1 | 04/19/05 | RRB Minute Order the motion for recusal (dkt 9) denied in the order at (dkt 16) is referred to Judge Fitzgerald for the purpose of review and determination regarding the propriety of the court Court's denial of plf's<br>mot for recusal.  cc: cnsl, Judge Fitzgerald |
| 19 - 1 | 04/19/05 | PLF 1 motion (1) for hearing and oral arguments (2) for subpoena (3) for persons to be placed before the court. |
| 20 - 1 | 04/20/05 | JMF Order Motion for Recusal (dkt 9) denied.  cc: cnsl |
| 21 - 1 | 04/25/05 | PLF 1 Notice re: motion before Judge Fitgerald re: disqualification Judge Beistline. |
| 22 - 1 | 05/02/05 | DEF 1 opposition to PLF 1 motion (1) for hearing and oral arguments (2) for subpoena (3) for persons to be placed before the court (19-1). |
| 23 - 1 | 05/03/05 | DEF 1 opposition to motion before Judge Fitzgerald re: dsiqualification of Judge Beistline. |
| 24 - 1 | 05/18/05 | RRB Order denying motion (1) for hearing and oral arguments (2) for subpoena (3) for persons to (19-1).  cc: cnsl |
| 25 - 1 | 05/27/05 | DEF 1 motion to compel w/att memo & exhs. |
| 26 - 1 | 05/31/05 | PLF 1 motion for crt order to the def to answer the complaint in stipluation or to deny the claims. |
| 26 - 2 | 05/31/05 | PLF 1 opposition to DEF 1 motion to compel (25-1). |
| 27 - 1 | 06/02/05 | DEF 1 reply to opposition to DEF 1 motion to compel (25-1). |

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A05-0044--CV (RRB)
                              "ROBERT A. LONG V CITY OF SEWARD"

                                    For all filing dates


 Document #     Filed     Docket text

    27 -   2   06/02/05   DEF 1 opposition to PLF 1 motion for crt order to the def to answer the
                          complaint in stipluation or to deny the claims. (26-1)

    28 -   1   06/13/05   PLF 1 motion to compel.

    28 -   2   06/13/05   PLF 1 reply to opposition to PLF 1 motion for crt order to the def to
                          answer the complaint in stipluation or to deny the claims (26-1).

    29 -   1   06/22/05   RRB Order re: pending motions; denying motion for crt order to the def
                          to answer the complaint in stipluation or to (26-1), denying as moot
                          motion to compel (28-1); granting motion to compel (25-1), plf's to
                          supplment his interrogatory answers by 7/8/05.  cc: cnsl

    30 -   1   06/22/05   DEF 1 opposition to in special appearance, mot to clarify plfs mot to
                          compel response to def complaint on defense interrogatories, motion.

    31 -   1   07/06/05   PLF 1 Response to Order re: ans to interrogatory.

    32 -   1   07/22/05   RRB Scheduling and Planning Order setting pretrial deadlines: Original
                          discovery 12/27/05; Dispositive motions deadline 01/27/06; Estimate of
                          trial 5 days. cc: cnsl

    33 -   1   08/02/05   PLF 1 motion for court ordered subpoenas of the defense witness Mr.
                          Bencardino & Mr. Dieni for depositions.

    34 -   1   08/15/05   DEF 1 opposition to PLF 1 motion for court ordered subpoenas of the
                          defense witness Mr. Bencardino & Mr. Dieni for depositions (33-1).

    35 -   1   08/17/05   PLF 1 motion for ruling on plaintiffs status regarding right of recovery
                          of legal efforts as a defacto practicing attorney in the case.  Motion
                          made under common law of mandate.

    36 -   1   08/18/05   DEF 1 opposition to PLF 1 motion for ruling on plaintiffs status
                          regarding right of recovery of legal efforts as a defacto practicing
                          attorney in the case.  Motion made under common law of mandate (35-1).

    37 -   1   09/14/05   RRB Order denying as moot motion for court ordered subpoenas of the
                          defense witness'(33-1), denying motion for ruling on plaintiffs status
                          regarding right of recovery of legal efforts as a defacto Practicing
                          attorney (35-1).  cc: cnsl

    38 -   1   09/23/05   PLF 1 motion for subpoenas under Rule 30 and Rule 45, for video
                          depositions of witnesses Louis Bencardino & Michael Dieni.

    39 -   1   10/11/05   DEF 1 opposition to PLF 1 motion for subpoenas under Rule 30 and Rule
                          45, for video depositions of witnesses Louis Bencardino & Michael Dieni
                          (38-1).

    40 -   1   10/25/05   PLF 1 motion for writ of demand, writ of mandamus to compel Judge
                          Beistline to comply with abdicated official duties.

    41 -   1   10/27/05   DEF 1 opposition to PLF 1 motion for writ of demand, writ of mandamus to
                          compel Judge Beistline to comply with abdicated official duties (40-1).

    42 -   1   11/07/05   PLF 1 motion for a 30 day stay of the case for cause.
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A05-0044--CV (RRB)
                           "ROBERT A. LONG V CITY OF SEWARD"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 43 - 1 | 11/08/05 | DEF 1 non-opposition (Response) to PLF 1 motion for a 30 day stay of the case for cause (42-1). |
| 44 - 1 | 11/14/05 | RRB Order denying motion for subpoenas under Rule 30 and Rule 45, for video depositions of witnESS (38-1); granting motion for a 30 day stay of the case for cause (42-1).  cc: cnsl |