**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

ROBERT A. LONG   v.   CITY OF SEWARD

THE HONORABLE RALPH R. BEISTLINE

CAREER LAW CLERK                              CASE NO.   A05-0044 CV (RRB)

John W. Erickson, Jr.                         DATE: December 27, 2005

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**RE PLAINTIFF'S WRIT OF DEMAND FOR WRIT OF MANDAMUS**

Before the Court is Plaintiff Robert A. Long, Pro Se ("Plaintiff") with a Writ of Demand, Under Common Law, for a Writ of Mandamus, to Compel Judge Beistline, to Comply With Abdicated Official Duties (Docket No. 40). Defendant City of Seward ("Defendant") opposes at Docket No. 41, and argues the "current request for relief should be denied as moot since it has previously been found to lack merit."[1] The Court agrees.

Plaintiff is again reminded that he was previously provided with copies of Fed. R. Civ. P. 30 and Fed. R. Civ. P. 45, regarding depositions and subpoenas, and further advised that if he "complies with the rules, he should be able to take the depositions he seeks."[2] Consequently, and for additional reasons more carefully articulated in Defendant's Response (Docket No. 41), Plaintiff's Writ of Demand, Under Common Law, for a Writ of Mandamus, to Compel Judge Beistline, to Comply With Abdicated Official Duties (Docket No. 40) is hereby **DENIED** as moot.

---

[1]   Clerk's Docket No. 41 at 2.

[2]   Clerk's Docket No. 37 at 1.