1  Robert A. Long
   Pro Se.
2  Po Box 3526
   Seward, Ak.
3  99664.
   Phon-Fax,
4  907-224-3026.

5              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF ALASKA
6
   | ROBERT A. LONG, | Case No. 3KN-04-555-CI.. |
7  |                 | Fed. No. A05-0044-CV-(RRB). |
   |     Plaintiff,  |                          |
8  |                 | IN SPECIAL APPEARANCE    |
   | V.              |                          |
9  |                 | REQUEST TO SET ASIDE THE |
   | CITY OF SEWARD, | CLOSE OF DISCOVERY       |
10 |                 |                          |
   |     Defendant.  |                          |

11

12
          Plaintiff comes before the US. Federal District Court's, in Anchorage, in Regard to the
13
   Ordered Close of Discovery on 1-26-06, by Order of Judge Beistline.
14

15
          This Order does not take into account the Ignoring of all of the Plaintiffs Discovery and other Motions
16
   in this Case by this Judge, Beistline, and ignores that this Judge was Ordering the Plaintiff to answer
17
   Defendants Interrogatives by Court Order. [Plaintiff having Answered them Previously], at the Same Time
18
   as this Judge was in Bad Faith Denying the Motions of Plaintiff for the Defendant to Answer Plaintiffs
19
   Interrogatories in Clear-Plain-Simple Prejudice of this Judge to the Government Defendant and against a
20
   Citizen Pro Se, Charging this Judge with Criminal Misconduct to Obstruct Justice in this and Other Involved
21
   Cases.
22

23
          To Date this Judge, Beistline, Still Refuses to Compel his Partners in the Defense, to Answer
24
   Interrogatives, his Partners, the City of Seward, and Defense Counsel, Refuse to date to answer without a
25
   Court Order, a Court Order that Apparently will never come from Defense Counsel-Judge Beistline.
26
   P 1 of 2
27

28

1  Do to the Above Fact, Defense Counsel-Judge Beistline, is Requested, in his Part Time Position as a
2  Federal Judge, to consider the Plaintiffs Motion to Set Aside the Closing of Discovery until some time in the
3  Next Century, until such time as Counsel or Judge Beistline, may find time to Grant the Plaintiff the
4  Pretense of Fairness in the Pretense of some Crumb of Discovery.
5      Plaintiff does remind Defense Counsel-Judge Beistline, that in some 8, years and more than some 200,
6  Motions for Discover before this Court, NOT ONE GRANTING EXIST TO PLAINTIFF THAT WAS IN
7  FACT EVER CARRIED OUT IN AN EFFECTIVE MANNER BY THE PARTY ORDER, can't help the
8  plain fact that Judges go to jail if I ever get the Denied Court Records, [this case does not require those
9  Records, but they are apart of this case as well and should be Granted.
10
11     Just another of Plaintiffs Lawful Motion to be Ignored, don't press your self on it!
12     If you feel a little hostility to me, Shit Happens, consider things from my point of view!
13
14
15 I certify the above to be true and correct to the best knowledge of plaintiff under penalty of perjury.
16 I certify a copy was mailed to Frank S Koziol, 618, Christensen Dr. Anchorage, Ak. 99501.
17 Dated on/ 2-30-05          .                        Robert A. Long,                  Pro Se.
18
19 2 of 2