```
1  Robert A. Long
   Pro Se.
2  Po Box 3526
   Seward, Ak.
3  99664.
   Phon-Fax,
4  907-224-3026.
```

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| ROBERT A. LONG, | Case No. 3KN-04-555-CI.. |
|---|---|
| Plaintiff, | Fed. No. A05-0044-CV-(RRB). |
| V. | IN SPECIAL APPEARANCE |
| CITY OF SEWARD, | PLAINTIFF MOVES FOR THE COURT TO SUPPLY A COURT OFFICER FOR THE DEPOSITION OF Mr. DIENI, ON 1-12-06, ROOM No. 153, THIS COURT BUILDING, 9:00, AM WITHOUT COST TO PLAINTIFF DO TO THE COST WAVER STATUS OF PLAINTIFF. |
| Defendant. | |

    Plaintiff Served Mr. Dieni, a Witness in this matter, a Summons by Subpoena to Depose under the Ordered by this Court, the Direct Response of Mr. Dieni, was to Contact Defendants Counsel in Apparent Collaboration to Obstruct Justice in the Case, [this Judge Reminded, that Plaintiff from the Original Filing of this Suit in the State, Court, to the Criminal Hijacking of this Suit to the Federal Court by Judge Singleton, (an Indirect Active Party to the Case, acting in Conflict of Interest and in Criminal Obstruction of Justice and Judicial Misconduct), that the Courts and this Judge have Ignored Plaintiffs Motions for Protective Orders to the Witnesses in the Case, from Corruption by the Defendants Parties, [this is a Witness Tampering Case, Created by Threats against Witnesses by Defendants Parties], the out come of Court Inaction in General and of this Judge, Beistline, in Inaction, in Conflict of Interest and Intended Bad Faith, is Perjury before this Court by Witness Bencardino, in a Defense Counsel or Defendants Actor, Prepare Affidavit, and expected Perjury by Mr. Dieni, at the 1-12-06, Deposition]. [One must believe that when their Witnesses in a Civil Suit, as a Matter of Course, do not contact you, But Break Leg's to Contact the Opposing Counsel, that the Checks have been Cased, the Deal is Done and the FIX IS IN, between the Defense and Plaintiffs Witnesses}!!!

P 1 of

1  Plaintiff Under a Standing Waver of Court Cost in this Suit, [as a Citizen Damaged by some 8, years
2  of Government Criminal Actions Against him], Reduced to Welfare, having after Prevailing in Long V.
3  County, had the Relief Ordered to hem Denied by Alaska, sent to their Defendant Partners, and then had
4  new actions began after the Court Order to Stop by Alaska,, Plaintiff being Refused Motions for Effect to
5  Federal Court Ordered Relief, has a Clear Inability to Pay the Court a Dime].
6
7  Denial of this Motion for a Court Officer to Appear without Cost at the Deposition, [that Plaintiff can
8  Comply with Court Rules], will be seen as the Clear Intent of this Judge, Beistline, to Deny Access to and
9  Effective Use of the Court to this Plaintiff, and to Deny Fundamental Fairness to the Plaintiff by this Federal
10 Judge with a Long History of Misconduct between Plaintiffs Cases to Deny Justice and Protect Other Judge
11 from Criminal Actions Supported by the Records of this Court, [the Record Support Denied to the Plaintiff
12 by the Criminal Court Ordered of the Involved Judges, Barring of the Plaintiff to Transcript and Audio
13 Recording in Criminal Obstruction of Justice],[ such Court Records as his own Sentencing Transcripts in a
14 Criminal Trial for 4, years]!
15
16 If Judge Beistline, pretends not to understand what Plaintiff is Moving for, [Plaintiff
17 Request], that a Court Officer be Assigned to the 1-12, 06, 9:00, AM, Room 153, 222, W. 7th. Ave. Anch.
18 Ak. [Your Building], Deposition of Mr. Dieni, to take the Oath and other Duties Required to Comply with
19 the Rules of the Court by the Plaintiff in the Deposition without Cost, or Cost later Taxed by the Court
20 should Plaintiff Prevail.
21
22 Please understand that Plaintiff would rather spend his Birth Day any where other that this place of
23 yours, but Plaintiff could not Impose the Place and Date it seem from Defense Counsels Letter, [but this
24 would be a great time and date for the Judges of this Court to Pull off a Second False and Malicious Arrest
25 and Prosecution to Put it up the Plaintiff again, this time on his Birth Day].
26
27 P 2 of 3
28

1    To Defense Counsel Koziol, your letter objecting to not being informed of the Subpoena or Deposition of Dieni, no letter was sent to you yet, do to not having an Answer from Dieni, the same as, at this time, not having an answer from Bencardino, to his Subpoena, but it would seen clear that there is no reason to Inform You of Anything regarding Witnesses, as the Witnesses I had at One Time, are now yours, Bought and Payed For, its you they Run To Not Me, so as this is the Case if I need Information about my witnesses, I Ask You!!! (dam good thing all the other witnesses are not as Dieni, and Bencardino).

I request the above to be certified and excepted as a Plaintiffs Sworn Affidavit of Facts.

I certify the above to be true and correct to the best knowledge of plaintiff under penalty of perjury.

I certify a copy was mailed to Frank S Koziol, 618, Christensen Dr. Anchorage, Ak. 99501.

Dated on 12-30-05.            *[signature]*

                              Robert A. Long,                    Pro Se.

P 3 of 3