To the Clerk of Court.

Robert A. Long
Pro Se.
Po Box 3526
Seward, Ak.
99664.
Phon-Fax,
907-224-3026.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| ROBERT A. LONG, | Case No. 3KN-04-555-CI.. |
| --- | --- |
| Plaintiff, | Fed. No. A05-0044-CV-(RRB). |
| V. | IN SPECIAL APPEARANCE |
| CITY OF SEWARD, | |
| Defendant. | |

    I request to be informed in what Court Room and at what time the 1-13-06, Hearing will be held.

Thank You,     12-30-05,

                                                            Robert A. Long,     Pro Se.