UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF ALASKA


            ROBERT A. LONG    v.   CITY OF SEWARD

DATE:    January 5, 2006        CASE NO.   A05-0044 CV (RRB)

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
                RE MOTION AT DOCKET 48**

---

      Before the Court at Docket 48 is Plaintiff's motion for the Court to supply a court officer for the deposition of Mr. Dieni on January 12, 2006.

      The Court does not provide such services in civil cases. It is not funded to do so and, as a matter of policy, may not assist one side or the other in preparing their cases. Plaintiff's motion is therefore **DENIED**.

      Typically if a litigant wishes to take a deposition, he or she makes arrangements with a private court reporter and notifies the parties accordingly. But Plaintiff should consult the Federal Rules of Civil Procedure with regard to this matter.

M.O. RE DOCKET 48