UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


ROBERT LONG   v.   CITY OF SEWARD

DATE:   January 6, 2006          CASE NO.   A05-0044 CV (RRB)

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
               **SCHEDULING HEARING**

---

A hearing on Plaintiff's Request to Set Aside the Close of Discovery (Docket 47) will be held on **Friday, January 20, 2006, at 1:15 p.m.,** in Courtroom 2.

M.O. SCHEDULING HEARING