To, Public Defender—Michael Dieni.

From, Robert A. Long,
Plaintiff,
Pro Se, Attorney of Record,
Long V. City of Seward, Alaska,
Case No. A05-00044-CV-(RRB).
Phone-Fax-907-224-3526.
eMail-Xtrapper@msn.com

    You are, do to Repeated Past Refusals Under Official Duties and Requirements of Law, to Provide Affidavits relating to USA. V. Long Case No. A02-0031-CR-(JWS), in answers to Questions that are now required in the above Captioned Suit, now under Court Ordered Subpoena to you, in a Video Deposition to this Plaintiff.

    To ensure that this action disrupts you as little as possible, please set a time and place in Anchorage, Alaska, within 7, days from day of your reception of this Information and Order, if you fail to respond in the 7, days a date, time and place will be Ordered upon you.

    As this Court Order Subpoena is required do to your Abdication of Official Duties under General Law and as the Past Defense Counsel in the Criminal Case, No. A02-0031-CR-(JWS), Creating this Suit, and as no travel or other expense will be required, no expenses will be paid to you.

    Please be Prepared to Provide your Original Hand Written Notes from the Interview of Defense Witnesses in Seward, in USA. V. Long, in 2000, all Letters sent to you from me from 2002, to date, the written notes of you Assigned Investigator in USA. V. Long, any Written Reports to your Office regarding those Seward, Interviews.

    Be Prepared to answer questions regarding Federal Felony Criminal Defense Witness Tampering reported to you, Warranted or Un-Warranted Phone Taps and/or my Personal Direct Concerns and Orders as your Client regrading any Real or Perceived Phone Taps, on my Seward Ak. Phone During Trial in USA. V. Long, questions regarding any Contact with City of Seward, Parties and/or the Defense Counsel, in Long V. City, questions regarding the day two of trial in USA V. Long, Terrell, Prosecution Direct and your Defense Cross, questions regarding the Falsifications of USA. V. Long. transcripts in the removal of Terrell prosecution testimony and any Complaints I made, or Orders I gave to you on that subject, questions on if you were ordered off the case in USA. V. Long, how meany times and who Witnessed this, questions regarding your Threats made to me to Retain the Defense in USA. V. Long, before Witnesses, questions on any Known to you, conflicts of interest between Kevin Mc Coy, (the Appointed Defense Counsel Previous to you), and the contended USA. V. Long, victims, with questions on the Abandonment of Cause by Mc Coy, questions on the actions of Rich Curtner and other Attorneys, Appointed to the USA. V. Long, Defense by Rich Curtner, with all other questions relating between USA. V.

p1 of 2