Robert Long
Michael David Dieni, Esq.
December 27, 2005
Page 2

Also, Federal Rule 28(a) requires that the deposition be taken before someone who can administer oaths. Mr. Long should make arrangements to satisfy both these requirements.

Finally, Mr. Long should be aware that federal Judge Beistline has ordered that discovery be completed by January 26, 2006 in an order dated November 14, 2005.

Sincerely,

LAW OFFICE OF FRANK S. KOZIOL

Frank S. Koziol

FSK/rg