FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
CITY OF SEWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT A. LONG, ) | |
| ) | Case No. A05-0044 CV [RRB] |
| Plaintiff, ) | |
| ) | RESPONSE TO "REQUEST TO SET |
| vs. ) | ASIDE CLOSE OF DISCOVERY" |
| ) | |
| CITY OF SEWARD, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

COMES NOW Defendant CITY OF SEWARD, by and through its attorney, FRANK S. KOZIOL, and hereby responds to Plaintiff's "Request to Set Aside Close of Discovery" dated December 30, 2005 as follows:

INTRODUCTION

The original date for the close of discovery was December 27, 2005. (Scheduling and Planning Order dated July 21, 2005 at 2) This date was extended 30 days at

Plaintiff's request.  (Order Re Motion For Subpoenas, Motion for Writ of Mandamus to Compel, and Motion for a 30-day Stay of the Case dated November 14, 2005 at 2-3)

Plaintiff requests discovery be extended until "sometime in the Next Century."  The justification for this request is that Plaintiff estimates it will take this amount of time for him to be treated fairly in this case.  (Plaintiff's Request at 2)

## ARGUMENT

This motion is patently frivolous.  Plaintiff should be sanctioned for filing this motion under Federal Rule 11(b)(1).  This Court should issue an order requiring Plaintiff to show cause why Federal Rule 11 has not been violated.  (See, Federal Rule 11(c)(1)(B).)

DATED at Anchorage, Alaska, this 6th day of January, 2006.

> LAW OFFICE OF FRANK S. KOZIOL
> Attorney for Defendant City of Seward
>
> By: /s Frank S. Koziol
>     Frank S. Koziol
>     ABA No. 7210054

Response to "Request to Set Aside the Close of Discovery"
*Long v. City of Seward*, Case No. A05-0044 CV [RRB]
Page 2 of 2

THIS IS TO CERTIFY that a copy of the foregoing was served by mail upon Robert A. Long, at his address of record, this <u>6th</u> day of January, 2006.

<u>/s Frank S. Koziol</u>
        Frank S. Koziol

Response to "Request to Set Aside the Close of Discovery"
*Long v. City of Seward*, Case No. A05-0044 CV [RRB]
Page 3 of 2