Long V. City

Robert A. Long
Pro Se.
Po Box 3526
Seward, Ak.
99664.
Phon-Fax,
907-224-3026.




IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

ROBERT A. LONG,
Plaintiff,
V.
CITY OF SEWARD,
Defendant.

Case No. 3KN-04-555-CI..
Fed. No. A05-0044-CV-(RRB).

IN SPECIAL APPEARANCE

UNITED STATES,
Plaintiff,
V.
ROBERT A. LONG,
Defendant.

Case No. A02-0031-CR(JWS).
No. A04-0286-CV-(JWS)

## Plaintiff-Defendant, Makes a Joint Motion between the Related Cases.

Plaintiff-Defendant, makes this Joint Motion between the Cases for Resolution of the 1-13-06, USA. V. Long, Court Hearing on the Ex-Party Judge Sedwick, Trial Jury Tampering, and the 1-20-06, Long V. City of Seward, Court Hearing on the Year Long Denial of Discovery-Interrogatories in any Form, in the Related Matter between the two Cases of Federal Felony Defense Tampering in USA. V. Long, by the Arresting Law Enforcement Officer's, [this is the Actions the Long V. City, Suit is for, the Suit required do to Cooper, and Sedwick, refusing to act as Recorded on the Criminally Denied to Plaintiff-Defendant,

Sentencing Transcript, USA. V. Long], with Suit as well for the Second Witness Tampering After the Fact in Obstruction of Justice to Cover up the first.

As the Favored Plaintiff-Defendant of the Anchorage, Federal Court and Judges, [the Court would not Desire Placing the Plaintiff-Defendant, at Risk of Accident-Death in 4, trips between Anch. and Sew], the Plaintiff-Defendant contends that this Creating of two trips to Anchorage, from Seward, with the Winter Driving Dangers, and for a Person who has by the US. Federal Courts own bad actions over some 8, Years, been Forced from a Self Supporting Person to Public Welfare, a Plaintiff-Defendant, who lives on $280.oo, a Month, who has been Forced to Cancel the Long V. City, Subpoenaed Deposition of USA. V. Long, Defense Counsel, Dieni, do to not having the Money to pay a Clerk to Set In, [this after some 6, months to gain the Subpoena], [I had the Money when I began], and as the Prevailing Plaintiff in the Related Original Case, Long V. County, having had the Defendants Legal Cost Relief Award Stolen by the State of Alaska, and used to began a brand new action against him in Alaska, to Lien his Property, take his Dividend Monies, make threats to Arrest him for the Same Money, Contended now owed in California, and Alaska, [Plaintiff-Defendant now told he must pay $30,000.oo, to California, and $30,000.oo, to Alaska, for a Child Born 6, years after his Vasectomy, and for a Child who has never been in Alaska, this after he Prevailed in Long V. Country, with Alaska, Ordered to Stop and with the Case Judge Still Refusing to Order Effect to the Relief Ordered to this Prevailing Plaintiff by Alaska, or to Grant Protection Orders], Creating the Requirement for 4, trips back and forth, creates Un-Just Threats to this Party, and Un-Just Risk of False Arrest by Alaska.

Plaintiff also has the Same Problem in these Trips as for the last 4, Years, in Driving to Anchorage, with a Drivers License Ordered Issued by Alaska, [by the Long V. County, Court, Two Times], that the State of Alaska, has before that Court Admitted that the License was Issued do the Federal Court Order but that I will be Arrested in it's Use, [Intended Fraudulent Relief to a Court Order], [the State, Issued the License and Refuses to give Faith and Credit to it, and Holland, Refused to Order Effect to his Own Order].

The Point of the above in the Two Case Issues of the Hearings, is that, aside from 4, trips to Anch. and 4, Risk of Harm, this is also 4, Threats of Arrest for Driving with an Invalid Drivers License, with Federal Judges who would be Laughing at a Petition from Plaintiff-Defendant for his Release, [Petition for Relief in Jail Release from an Alaska, Jail for Driving on a Drivers License Ordered Issued by the Federal Court].

Plaintiff-Defendant, Moves the Court to Attempt to Reset the 1-12-06, and 1-20-06, Hearings on the same day, one in Morning, one in Afternoon, or as it can be done, on the same day, for Just Cause.

This is in fact one Court action Plaintiff-Defendant does not believe was done with harm to the Plaintiff-Defendant in mind, [but the Fact it Could Kill Me with just a Little Bad Wether], I will be their no matter what, [alive or dead], if for no other Reason that to see what these Judges look like, I have never even seen Singleton, in the 8, years of his Crimes against me.

See if the Dates can be reset for the same day, [as much as I hate this Court, I do understand it's over Worked and Under Staffed, [and Believe it or not, I believe it to be Under Payed and Over Worked], (Crooked as Hell in my Cases, but validly Over Worked with Real Cases).

I request the above excepted as a sworn Affidavit in Support.

I certify the above to be true and correct to my best knowledge under penalty of perjury.

I certify to have served the two involved Counsels of record in Anchorage Alaska.

Dated at Seward, Ak. on 1-9-06.

Robert A. Long, Pro Se.