trips between Seward and Anchorage, wherein he would have to drive while using a possibly invalid driver's license.

Plaintiff's reasons for joining the cases are insufficient. Plaintiff should be able to make other travel arrangements such as a having someone else drive, try to coordinate the hearings set in these cases at times more convenient to plaintiff, or simply request the Court to attend any such hearings by telephone. Such actions would mitigate any inconvenience to Plaintiff.

Defendant should not be subjected to having its case combined with another case which would only serve to increase the fees and costs this Defendant would incur. For the reasons stated above, Plaintiff's motion to join these cases should be denied.

DATED at Anchorage, Alaska, this 19TH day of January, 2006.

LAW OFFICE OF FRANK S. KOZIOL
Attorney for Defendant City of Seward

By: _____
Frank S. Koziol
ABA No. 7210054

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Opposition to Plaintiff's "Joint Motion Between Related Cases"
*Long v. City of Seward*, Case No. A05-0044 CV [RRB]
Page 2 of 3