THIS IS TO CERTIFY that a copy of the foregoing was served by mail upon Robert A. Long, at his address of record, this 19TH day of January, 2006.

_____
Frank S. Koziol