## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

<u>  LONG  </u>  v.  <u> CITY OF SEWARD </u>

DATE: <u>  January 23, 2006  </u>   CASE NO. <u>  3:05-CV-0044 RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**RE TELEPHONIC HEARINGS**

---

The Court neglected to remind the parties at the recent hearing in this matter that unless specified otherwise, Plaintiff may attend hearings in this matter telephonically by contacting Carolyn Bollman, Deputy Clerk, at 907-451-5791.  Furthermore, it would be helpful to the Court if Plaintiff had a telephone number where he can be contacted in case of scheduling changes.

M.O. RE TELEPHONIC HEARINGS