FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
CITY OF SEWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT A. LONG,<br><br>          Plaintiff,<br><br>     vs.<br><br>CITY OF SEWARD,<br><br>          Defendant. | Case No. A05-0044 CV [RRB]<br><br>OPPOSITION TO PLAINTIFF'S<br>"JOINT MOTION BETWEEN THE<br>RELATED CASES" |

COMES NOW Defendant CITY OF SEWARD, by and through its attorney, FRANK S. KOZIOL, and hereby opposes to Plaintiff's "Joint Motion Between the Related Cases" dated January 9, 2006 as follows:

Defendant opposes Plaintiff's motion to join this case with two cases entitled "United States v. Robert A. Long."

As far as the Defendant can determine, Plaintiff wants to join these cases because he wants to decrease the number of

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

trips between Seward and Anchorage, wherein he would have to drive while using a possibly invalid driver's license.

Plaintiff's reasons for joining the cases are insufficient. Plaintiff should be able to make other travel arrangements such as a having someone else drive, try to coordinate the hearings set in these cases at times more convenient to plaintiff, or simply request the Court to attend any such hearings by telephone. Such actions would mitigate any inconvenience to Plaintiff.

Defendant should not be subjected to having its case combined with another case which would only serve to increase the fees and costs this Defendant would incur. For the reasons stated above, Plaintiff's motion to join these cases should be denied.

DATED at Anchorage, Alaska, this 19TH day of January, 2006.

LAW OFFICE OF FRANK S. KOZIOL
Attorney for Defendant City of Seward

By: _____
Frank S. Koziol
ABA No. 7210054

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Opposition to Plaintiff's "Joint Motion Between Related Cases"
Long v. City of Seward, Case No. A05-0044 CV [RRB]
Page 2 of 3

THIS IS TO CERTIFY that a copy of the foregoing was served by mail upon Robert A. Long, at his address of record, this 19TH day of January, 2006.

_____
Frank S. Koziol

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Opposition to Plaintiff's "Joint Motion Between Related Cases"
*Long v. City of Seward*, Case No. A05-0044 CV [RRB]
Page 3 of 3