FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
CITY OF SEWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ROBERT A. LONG,                    )
                                   ) Case No. A05-0044 CV [RRB]
              Plaintiff,           )
                                   )  ORDER DENYING
         vs.                       )  PLAINTIFF'S "JOINT MOTION
                                   )  BETWEEN THE RELATED CASES"
CITY OF SEWARD,                    )
                                   )
              Defendant.           )
_____)

        This Court, having considered Plaintiff's "Joint

Motion Between the Related Cases" and Defendant's response

thereto, and good cause appearing for the denial of said motion,

        IT IS HEREBY ORDERED that Plaintiff's "Joint Motion

Between the Related Cases" is denied.

        DATED this _____ day of _____, 2006.


                        _____
                        RALPH R. BEISTLINE
                        UNITED STATES DISTRICT COURT JUDGE

THIS IS TO CERTIFY that a copy of the foregoing was
served by mail upon Robert A. Long, at his address
of record, this __19th__ day of January, 2006.

_____
           Frank S. Koziol

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Order Denying Plaintiff's "Joint Motion Between Related Cases"
*Long v. City of Seward*, Case No. A05-0044 CV [RRB]
Page 2 of 2