

RECEIVED

FEB 1 0 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE. ALASKA

1   Robert A. Long
    Pro Se.
2   Po Box 3526
    Seward, Ak.
3   99664.
    Phon-Fax,
4   907-224-3026.

5               IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF ALASKA
6

7   ROBERT A. LONG,                    Case No. 3KN-04-555-CI..
                                       Fed. No. A05-0044-CV-(RRB).
           Plaintiff,
8                                      IN SPECIAL APPEARANCE
    V.
9                                      PLAINTIFF MOVES FOR CRIMINAL
    CITY OF SEWARD,                    AND CIVIL SANCTIONS AGAINST
10                                     WITNESS, LOUIS BENCARDINO,
           Defendant.                  WITH REQUIRED INVESTIGATION.
11

12

13      The Defendant, City of Seward, have before the Court, by Defense Counsel Frank S. Koziol,

14  ESQ, entered the Affidavit of Louis Bencardino, Sworn Under Oath of Truth, under the Penalty of Perjury,

15  by Mr. Bencardino, signed on Sep. 19, 05, Notarized before Betsy Kellar, under the Seal of the State of

16  Alaska, Trial Courts, Third Judicial District, this Affidavit is Perjury.

17

18      On page 2, No. (4), Mr. Bencardino, states to have traveled to Anchorage, to attend a Bail Hearing,

19  [this would be in USA. V. Long, Federal Criminal Case No. A02-0031-CR-(JWS], Mr. Bencardino, never

20  Traveled to Anchorage, for any Bail Hearing, Mr. Bencardino, Testified by Phone at the Bail Hearing in

21  Question, Mr. Bencardino, did under a Sealed Subpoena, Court Order, Travel to Anchorage, on one Trial

22  Day.

23

24      On Page (2), No. (5), Mr. Bencardino, states under Oath, that, {At no time did anyone, including City

25  of Seward, employee or official, past or present, do anything in an attempt to prevent me from testifying on

26  Mr. Long's behalf}. This is Alleged to be Perjury on an Issue of Substance.

27  P 1 of 4

28

1    The next line reads by Mr. Bencardino, {Recently, Mr. Long suggested to me that someone had tried to

2    intimidate me and keep me from testifying on his behalf. [Plaintiff would understand this to have been in

3    late 2003, or early 2004, this Alleged to be Perjury], I told Mr. Long this was not true, no one attempted to

4    intimidate me or prevent me from testifying on Mr. Long's behalf. Furthermore, I would not permit such

5    intimidation if it had occurred}, this is Alleged to be Perjury on Issues of Substance..

6    Mr. Bencardino, goes on to deny all of the Plaintiffs Allegations against the City of Seward, and City of

7    Seward, Actors, the Plaintiff Alleges this to be Perjury on Issues of Substance..

8

9    The Plaintiff, Enters before the Court, the Criminal Allegation of Criminal Perjury, by Mr.

10   Bencardino, in the Sworn Affidavit, [Alleged to be by the Plaintiff], an Intended Knowing Action of Mr.

11   Bencardino, in Criminal Conspiracy with the Defendant, "Defendants Actors" to Obstruct Justice in

12   Furtherance of On Going Federal Crimes under the, United States of America, Criminal RICO. Conspiracy

13   Statutes.

14

15   The Plaintiff does not bring this or any other Criminal Allegation Frivolously, or with a

16   Light Heart, Plaintiff Considered Mr. Bencardino, to have been a Friend for a long time, the in Fact Criminal

17   False Charge made against the Plaintiff by Mr. Bencardino, in Sworn Affidavit, [that Mr. Bencardino, well

18   knows could send the Plaintiff to Federal Prison, (that Plaintiff attempted to Induce Mr. Bencardino, to make

19   False Claims to Support Plaintiffs Suit), this being an Open Intended False Charge of Felony Witness

20   Tampering against the Plaintiff], this Action by Mr. Bencardino, Clearly with the Intent to Obstruct Justice,

21   before the US. Federal Courts, in aid of the Defendant to Avoid Liability, [with no Concern for the

22   Plaintiff], Rightfully and Justly, ended any Considerations of Friendship with Mr. Bencardino.

23

24   The Plaintiff Places before this Federal Court, the Sworn Affidavits of, [the Plaintiff], Robert

25   A. Long, the United States Assistant Public Defender, Michael Dieni, [Defense Counsel in USA. V. Long],

26   and Tina Crump, [a Personal Witness in the Matter of the Mr. Bencardino, Affidavit's for the Defendant].

27   P 2 of 4

28

1

2    The Plaintiff, had Intended to Present 4, more Affidavits in Support, of the Perjury of Mr.

3    Bencardino, but the Actions of US. Prosecutor Danial Cooper, in USA. V. Long, [in the Matter of Alleged

4    Ex-Parte Trial-Judge Trial-Jury Proceedings-Tampering by Federal Judge Sedwick], Prosecutor Cooper,

5    attempted to, [and did ], so Terrify one Witness between the Cases, by the use of Federal Agents and Threats

6    of Arrest, that she, to Protect her Family, almost Refused to Provide her Affidavit, that the out come result

7    of this Cooper, action has been that other Involved Seward, Witnesses Refuse to Act, to Supply Affidavits or

8    Talk about the Matters, do to Perceived, and/or, the Real Risk of Retaliation by Federal Law Enforcement

9    Actors, or City of Seward, Actors, in any Action in this Federal Suit or any Other Plaintiffs Actions.

10

11

12

13    Plaintiff Moves for Investigation and Criminal and Civil Sanction, Based on the Three

14    Sworn Affidavits, Plaintiff Places before this Court on the Issue of Alleged Criminal Perjury by Mr

15    Bencardino, in Mr. Bencardino's, Affidavit for the Defendant, with the Allegation of Mr. Bencardino, acting

16    in Criminal Conspiracy to Obstruct Justice with City of Seward, Defendants Actors, and Plaintiff Alleging

17    Mr. Bencardino, Criminally Violating the Right of the Plaintiff to Fundamental Justice before the Courts,

18    the Plaintiff Moves the Court, for a Investigation of Perjury by Mr. Bencardino, and of Felony Criminal

19    Conspiracy to Obstruct Justice, and Moves for Criminal and Civil Sanctions against Mr.

20    Bencardino, and any Party found to be Involved in these Matters.

21    P 3 of 4

22

23

24

25

26

27

28

1

2       The Plaintiff Expressly Reserves the Right, to Extend this Motion for a Criminal Investigation

3   and Court Sanctions, to Parties the Plaintiff gains Evidence against, Knows or gains Knowledge of, that

4   have Acted in these Issues, and to Add the Affidavits of other Persons who may come forward with Personal

5   Knowledge in these Matters, without the Leave of the Court, as well to Subpoena Reluctant Witnesses.

6

7   I certify the above to be true and correct to the best knowledge of the Plaintiff, Pro Se, under penalty of

8   perjury.

9

10  I certify to have mailed to the City of Seward, Defense Counsel, Frank S. Koziol, at 618, Christensen Dr.

11  Anchorage, Alaska, 99501.

12

13  Dated on 2 - 8 - 0 6            .

14                                          Robert A. Long,              Pro Se.

15  p 4 of 4.

16

17

18

19

20

21

22

23

24

25

26

27

28