RECEIVED

FEB 1 0 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE. ALASKA

FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
CITY OF SEWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ROBERT A. LONG,                    )
                                   ) Case No. A05-0044 CV [RRB]
                Plaintiff,         )
                                   ) AFFIDAVIT OF LOUIS BENCARDINO
        vs.                        )
                                   )
CITY OF SEWARD,                    )
                                   )
                Defendant.         )
_____)

STATE OF ALASKA            )
                           ) ss.
THIRD JUDICIAL DISTRICT    )

        LOUIS BENCARDINO, being first duly sworn upon his

oath, makes the following statements based on personal

knowledge, except as otherwise indicated:

        1.   I am a resident of the City of Seward.   I was the

Police Chief of the City of Seward from early 1975 until

October, 1991.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE. AK 99501
(907) 258-7706
FAX (907) 258-7707

2.    My acquaintance with Robert A. Long began after I left my position as the City Police Chief.  I got to know him while we were both patrons of a local coffee shop.

3.    After criminal charges were filed against Mr. Long in Anchorage Federal District Court, Mr. Long requested that I appear as a witness on his behalf at a bail hearing.  I agreed to do so.  I was prepared to testify that I did not consider Mr. Long to be a threat of harm to the people of Seward.

4.    I traveled to Anchorage to attend the bail hearing.  I was prepared to testify but was never called as a witness.  I do not know why I was not called.

5.    At no time did anyone, including any City of Seward employee or official, past or present, do anything in an attempt to prevent me from testifying on Mr. Long's behalf. Recently, Mr. Long suggested to me that someone had tried to intimidate me and keep me from testifying on his behalf.  I told Mr. Long this was not true.  No one attempted to intimidate me or prevent me from testifying on Mr. Long's behalf. Furthermore, I would not permit such intimidation if it had occurred.

6.    I have read Attachment 1 to this affidavit which is a document authored by Mr. Long.  Specifically, I deny as

FRANK S. KOZIOL
ATTORNEY AT LAW
818 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Affidavit of Louis Bencardino
*Long v. City of Seward*, Case No. A05-0044 CV [RRB]
Page 2 of 3

untrue that anyone, including the persons named on pages 3 to 5 of Attachment 1, tried to stop me from being a witness on Mr. Long's behalf at the bail hearing and I deny telling anyone that this had occurred. Furthermore, I deny as untrue that anyone, including the persons named on pages 3 to 5 of Attachment 1, tried to stop me from providing any affidavit about anyone's actions regarding my appearing as a witness for Mr. Long.

      7.    FURTHERMORE, your affiant sayeth naught.

_____
LOUIS BENCARDINO

SUBSCRIBED AND SWORN TO before me this _19_ day of _September 19_, 2005.



_____
Notary Public in and for Alaska
My Commission expires: _w office_

FRANK S. KOZIOL
ATTORNEY AT LAW
818 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Affidavit of Louis Bencardino
Long v. City of Seward, Case No. A05-0044 CV [RRB]
Page 3 of 3