RECEIVED

FEB 1 0 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE. ALASKA



## AFFIDAVIT OF ROBERT A. LONG

I, Robert A. Long under Sworn Oath, state that the Affidavit of Tina Crump, is now refused to be provided by Tina Crump, do to the Federal Agents that Terrorized her over the Affidavit in USA. V. Long, on the Issue of the Federal Judge Sedwick, Trial Jury Criminal Tampering in USA. V. Long, and do to Fear of Retaliation of the City of Seward, Actors, to Include Mr. Bencardino, against her and her Family.

I certify that Tina Crump, has made clear to me that she Fears Retaliations by the Parties, and that in her Personal knowledge the Actors have a History of such Actions of Retaliations.

I Allege that the Refusal of Tina Crump, and other Witnesses to Provide Affidavits is a direct result of the Common knowledge of City of Seward, in Retaliations against Persons who Act against the City and its Actors Within the Law, and that these Actions are a Direct Result of the Refusals of the Courts to Issue Protective Orders to the Witnesses from City, and City Actors, from Threats, Intimidation and Coercion, by the Defendants Actors, to now Include Louis Bencardino, a City of Seward, Direct Actor.

I express my Intent to Subpoena all Reluctant Witnesses before the Trial Court and to Move before the Trial Jury for the Refused Protection Orders of this Court for the Witnesses for their Court Testimony.

I certify the above to be true and correct to my best knowledge under penalty of perjury.

Dated on, 2 - 08 - 0 6.
P 1 of 1.

Robert A. Long,          Pro Se.