RECEIVED

FEB 1 0 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

1  Robert A. Long
   Pro Se.
2  Po Box 3526
   Seward, Ak.
3  99664.
   Phon-Fax,
4  907-224-3026.

5         IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF ALASKA
6

7  ROBERT A. LONG,                    Case No. 3KN-04-555-CI..
                                      Fed. No. A05-0044-CV-(RRB).
8              Plaintiff,
                                      IN SPECIAL APPEARANCE
   V.
9                                     PLAINTIFF MOVES FOR DISCOVERY
   CITY OF SEWARD,                    OF THE PHONE RECORDS OF
10                                    Mr. BENCARDINO,
               Defendant.            ON SHORTENED TIME.
11

12      Plaintiff Moves for the Personal Phone Records of Witness Louis Bencardino, of between May 2002,

13  and July of 2002, to Support that the Plaintiff made several Phone Calls to Mr. Bencardino, Collect at the

14  Time Claimed and that the Calls were Received at the Bencardino, Home in Seward, Alaska.

15

16      As Mr. Bencardino, has Refused Request for Affidavits, as Mr. Bencardino, has provided a Perjured

17  Affidavit to the Defendant, and as Mr. Bencardino, has made a False and Slanderous False Criminal

18  Complaint against the Plaintiff in Affidavit, for Attempted Criminal Witness Tampering, the Plaintiff sees

19  no reason to Request the Bencardino, Phone Records from Mr. Bencardino, and no reason exist to Make

20  Request of the Defendants, who do not have Access to the Bencardino, Phone Records, and so the Plaintiff

21  Moves the Court to Compel Mr. Bencardino, to Produce these Phone Records by Court Order, to the

22  Plaintiff and the Court at this time.

23  I certify the above to be true and correct to the best knowledge of the Plaintiff under penalty of perjury.

24  I certify to have mailed a copy to the Defendants Counsel of Record in Anchorage, Ak.
25

26  Dated on 2 - 8 - 06 .

27  p 1 of 1                              Robert A. Long,          Pro Se.
28