Robert A. Long
Pro Se.
Po Box 3526
Seward, Ak.
99664.
Phon-Fax,
907-224-3026.



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| ROBERT A. LONG, | Case No. 3KN-04-555-CI.. |
| --- | --- |
| Plaintiff, | Fed. No. A05-0044-CV-(RRB). |
| v. | IN SPECIAL APPEARANCE |
| CITY OF SEWARD, | PLAINTIFF MOVES FOR DISCOVERY OF THE CITY OF SEWARD, POLICE EVIDENCE RECORDS, ON SHORTENED TIME. |
| Defendant. | |

Plaintiff in order to Impeach the Defendants Actors, [Seward, Police Chiefs], Mr. Bencardino, Mr. Walker, Mr. Chapman, and Mr. Brossow, [and the Defendant in General], Plaintiff Moves for Access to the City of Seward, Police Evidence Department Records for the last 10, years.

It is the understanding of the Plaintiff, [from Personal Witnesses], that the Defendants Actors, [Police Chiefs], have a long History of Theft, and/or, of the Personal Cover Up of Theft from the Seward, Police Property Department, of Criminal Evidence in Cases, [in Drugs, Money, and Guns], that have Resulted in Numerous Court Dismissals of Charges, and of Plea Bargains with Defendants who were not made aware that their was no longer Evidence against them, do its Removal from the Property Department.

This, [the Theft of Drugs, Money and Guns from Police Property Departments], is not by Common Press Reports from across the Nation, a just a City of Seward, Alaska, Problem, but a National Problem, its talked about in Seward, by Citizens daily, [money taken by Police, Contended to be Drug Money, with no Charges Filed and no Record of the Money taken when the Victim attempts to Recover it, Guns taken by Police and being Shown to Friends, by a Police Officers, as their, the Officers, New Gun, when the Friend knows the Gun and who it belongs to, Drugs taken and not Recorded].

P 1 of 2

1   Credibility is Clearly at Issue in this Case and these Record Alone will show the Lack of Credibility of
2   the City of Seward, Actors, [that the Plaintiffs Access to these Records, Could-Should, Result in Criminal
3   Investigations and Criminal Charges against Present and Past City of Seward, Actors, is not a Reason for the
4   Plaintiff to be Denied the Discovery], it is in Fact more Reason for the Granting of this Motion.
5
6   It is the Opinion of the Plaintiff, that this Case Rest before the Jury, on the Parties History of Integrity,
7   that Clearly the Integrity of the Defendants Actors, by these City, Records, can Clearly be used for
8   Impeachment, [the Plaintiff expects to have his Integrity Challenged Falsely by the Defense, as has been
9   done by Mr. Bencardino, and intends to be Prepared for further acts].
10
11  Plaintiff does not Require Present On Going Case Records, so no Claim of Interference with On
12  Going Criminal Cases can be made, and the Records even if not Commonly Public Records, [are in fact
13  Public Records], the only Reason under the Reasonable Person Standard for Objection by the Defendant,
14  and the Defendants Actors, would be to Cover Up what the Records Contain.
15
16  This Case, is a Case of City Actors, Acting to Protect the City, and each other from Liability from the
17  Relief actions of a Citizen, from the Criminal and Civil Rights Violations Committed against the Plaintiff,
18  the History of the City Actors, in Theft and Cover Up of Theft from the Police Evidence Department, will
19  Support that the Official Positions of Seward City, Actors are Commonly used to Obstruct Justice, that the
20  Actions against the Plaintiff are not a Single Event but a part of the Common Activities of the Defendants
21  Actors.
22
23  I certify the above is true and correct to the best knowledge of the Plaintiff under penalty of perjury.
24
25  I certify to have served a copy of Defendants Counsel of Record in Anchorage, Ak.
26
27  Dated on 2-8-06 .
28  P 2 of 2                                                                    Robert A. Long,           Pro Se.