UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

ROBERT A. LONG    v.    CITY OF SEWARD

THE HONORABLE RALPH R. BEISTLINE

CAREER LAW CLERK                    CASE NO. A05-0044 CV (RRB)

John W. Erickson, Jr.               DATE: February 13, 2006

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS
RE PLAINTIFF'S PENDING MOTIONS ON "SHORTENED TIME"**

Plaintiff Robert A. Long, Pro Se ("Plaintiff") has filed two motions before the Court on "shortened time," to wit: Plaintiff's Motion for the Discovery of the Phone Records of Mr. Bencardino (Docket No. 63), and Plaintiff's Motion for Discovery of the City of Seward, Police Evidence Records (Docket No. 64).

A review of these motions fails to show that they need to be addressed on "shortened time." Plaintiff City of Seward ("Plaintiff") shall, therefore, address the aforesaid motions in due course. If this results in the need to briefly extend discovery dates, the same should be requested.

As an aside, the Court appreciates the relative clarity and civility of Plaintiff's recent filings.

ORDER REGARDING PLAINTIFF'S PENDING MOTIONS ON "SHORTENED TIME"