FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
CITY OF SEWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT A. LONG, ) | |
|         Plaintiff, ) | Case No. A05-0044 CV [RRB] |
| vs. ) | RESPONSE TO PLAINTIFF'S MOTION FOR SHORTENED TIME CONTAINED IN "PLAINTIFF MOVES FOR DISCOVERY OF THE CITY OF SEWARD, POLICE EVIDENCE RECORDS, ON SHORTENED TIME" |
| CITY OF SEWARD, ) | |
|         Defendant. ) | |

COMES NOW Defendant CITY OF SEWARD, by and through its attorney, FRANK S. KOZIOL, and hereby responds to Plaintiff's Motion for Shortened Time contained in "Plaintiff Moves for Discovery of the City of Seward, Police Evidence Records, on Shortened Time" dated February 8, 2006 as follows:

INTRODUCTION

Plaintiff makes no showing why shortened time is necessary, whether any efforts were made to address the problem

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

with opposing counsel, the position of opposing counsel, and the significance of the changed dates for having the motion heard.

Defendant has responded substantively to the underlying motions as quickly as possible. Thus, this motion for shortened time is likely moot.

### ARGUMENT

Plaintiff has not followed the requirements of Local Rule 7.2(c) to support a motion for shortened time.

Nevertheless, Defendant has responded substantively to the underlying motions, thereby likely rendering the shortened time moot.

### CONCLUSION

Plaintiff's motion for shortened time should be denied.

DATED at Anchorage, Alaska, this 14TH day of February, 2006.

```
                              LAW OFFICE OF FRANK S. KOZIOL
                              Attorney for Defendant City of
                                  Seward

                              By: _____
                                  Frank S. Koziol
                                  ABA No. 7210054
```

Response to Plaintiff's Motion for Shortened Time Contained in "Plaintiff Moves for Discovery of the City of Seward, Police Evidence Records, on Shortened Time"
*Long v. City of Seward*, Case No. A05-0044 CV [RRB]
Page 2 of 3

THIS IS TO CERTIFY that a copy of the foregoing was served by mail upon Robert A. Long, at his address of record, this 14TH day of February, 2006.

_____
Frank S. Koziol

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Response to Plaintiff's Motion for Shortened Time Contained in "Plaintiff Moves for Discovery of the City of Seward, Police Evidence Records, on Shortened Time"
*Long v. City of Seward*, Case No. A05-0044 CV [RRB]
Page 3 of 3