FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
CITY OF SEWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT A. LONG, ) | |
| ) | Case No. A05-0044 CV [RRB] |
| Plaintiff, ) | |
| ) | RESPONSE TO "PLAINTIFF MOVES FOR |
| vs. ) | DISCOVERY OF THE PHONE RECORDS |
| ) | OF MR. BENCARDINO, ON SHORTENED |
| CITY OF SEWARD, ) | TIME" |
| ) | |
| Defendant. ) | |
| _____ ) | |

COMES NOW Defendant CITY OF SEWARD, by and through its attorney, FRANK S. KOZIOL, and hereby responds to "Plaintiff Moves for Discovery of the Phone Records of Mr. Bencardino, on Shortened Time" dated February 8, 2006 as follows:

INTRODUCTION

Plaintiff seeks a court order for the personal phone records of Louis Bencardino from May, 2002 to July, 2002.

Plaintiff has been repeatedly told by this Court that

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

it is Plaintiff that should obtain discovery by subpoenas issued by the Clerk of the Court and not have this Court do the discovery for him. This should be reiterated to Plaintiff and his request for a Court order should be denied.

ARGUMENT

Plaintiff should follow the discovery rules and issue a subpoena duces tecum for the telephone records of Mr. Bencardino. If Mr. Bencardino has an objection to producing such records, those objections can be heard by this Court. However, this Court should not conduct the discovery that Plaintiff should be doing himself. The Court is not a litigant.

CONCLUSION

Plaintiff's request for discovery to this Court should be denied. Plaintiff should be directed to follow the civil rules for the discovery of these records.

DATED at Anchorage, Alaska, this 14TH day of February, 2006.

LAW OFFICE OF FRANK S. KOZIOL
Attorney for Defendant City of Seward

By: _____
Frank S. Koziol
ABA No. 7210054

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Response to "Plaintiff Moves for Discovery of the Phone Records of Mr. Bencardino, on Shortened Time"
*Long v. City of Seward*, Case No. A05-0044 CV [RRB]
Page 2 of 3

THIS IS TO CERTIFY that a copy of the foregoing was served by mail upon Robert A. Long, at his address of record, this 14TH day of February, 2006.

_____
Frank S. Koziol

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Response to "Plaintiff Moves for Discovery of the Phone Records of Mr. Bencardino, on Shortened Time"
Long v. City of Seward, Case No. A05-0044 CV [RRB]
Page 3 of 3