FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
CITY OF SEWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT A. LONG, ) | |
| Plaintiff, ) | Case No. A05-0044 CV [RRB] |
| vs. ) | RESPONSE TO "PLAINTIFF MOVES FOR DISCOVERY OF THE CITY OF SEWARD, POLICE EVIDENCE RECORDS, ON SHORTENED TIME" |
| CITY OF SEWARD, ) | |
| Defendant. ) | |

COMES NOW Defendant CITY OF SEWARD, by and through its attorney, FRANK S. KOZIOL, and hereby responds to "Plaintiff Moves for Discovery of the City of Seward, Police Evidence Records, on Shortened Time" dated February 8, 2006 as follows:

INTRODUCTION

Plaintiff makes scurrilous accusations against former City of Seward police chiefs of theft of drugs, money and guns from the City's evidence lockers. Plaintiff provides no support

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

for these accusations and smears other police departments across the nation for similar conduct.

Plaintiff seeks access to the City's evidence records for the past ten years. This request should be denied.

## ARGUMENT

Plaintiff's evidentiary request should be denied for the following reasons:

1. Plaintiff provides no factual support for the allegations.

2. Plaintiff shows no relevance to his case for the records sought. Unsupported criminal allegations against former City of Seward officials do not constitute a showing of relevance.

3. The relief sought would be expensive and burdensome on the City of Seward if compliance was required.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Response to "Plaintiff Moves for Discovery of the City of Seward, Police Evidence Records, on Shortened Time"
Long v. City of Seward, Case No. A05-0044 CV [RRB]
Page 2 of 3

CONCLUSION

Plaintiff's motion for discovery of evidence records should be denied.

DATED at Anchorage, Alaska, this 14TH day of February, 2006.

        LAW OFFICE OF FRANK S. KOZIOL
        Attorney for Defendant City of Seward

        By: _____
        Frank S. Koziol
        ABA No. 7210054

THIS IS TO CERTIFY that a copy of the foregoing was served by mail upon Robert A. Long, at his address of record, this 14TH day of February, 2006.

_____
Frank S. Koziol

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Response to "Plaintiff Moves for Discovery of the City of Seward, Police Evidence Records, on Shortened Time"
Long v. City of Seward, Case No. A05-0044 CV [RRB]
Page 3 of 3