FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
CITY OF SEWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT A. LONG, ) | |
|         Plaintiff, ) | Case No. A05-0044 CV [RRB] |
| vs. ) | RESPONSE TO "PLAINTIFF MOVES FOR CRIMINAL AND CIVIL SANCTIONS AGAINST WITNESS, LOUIS BENCARDINO, WITH REQUIRED INVESTIGATION" |
| CITY OF SEWARD, ) | |
|         Defendant. ) | |

COMES NOW Defendant CITY OF SEWARD, by and through its attorney, FRANK S. KOZIOL, and hereby responds to "Plaintiff Moves for Criminal and Civil Sanctions Against Witness, Louis Bencardino, With Required Investigation" dated February 8, 2006 as follows:

INTRODUCTION

Louis Bencardino, in an affidavit, states that no City of Seward official intimidated him or tried to prevent him from

testifying on Mr. Long's behalf.  (See Affidavit of Louis Bencardino dated September 19, 2005, attached to Plaintiff's motion.)

Michael Dieni, Assistant Federal Defender for Plaintiff in a prior criminal case, in an affidavit, states that Mr. Bencardino told him "a ranking Seward police officer. . . had expressed disapproval (to Mr. Bencardino personally) as to Mr. Bencardino's decision to speak in support of Long." (See, Affidavit of Michael Dieni dated January 24, 2006 at paragraph 6.)

Even assuming Mr. Dieni's recollection is correct, there is nothing inconsistent with Louis Bencardino's affidavit. An expression of disapproval is not the functional equivalent of a threat or intimidation or tampering with a witness. In any event, Mr. Dieni does not assert that Mr. Bencardino's actions were affected by the expression of disapproval.

Plaintiff then contradicts Mr. Dieni by asserting that Mr. Dieni told Plaintiff that Mr. Bencardino told him that "the Arresting Officer in USA V. Long, "Mr. Chapman", had Threatened and Intimidated him, "Mr. Bencardino" into not acting in USA. V. Long." (Affidavit of Plaintiff dated February 8, 2006 at page 4.)

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Response to "Plaintiff Moves for Criminal and Civil Sanctions Against Witness, Louis Bencardino, With Required Investigation"
Long v. City of Seward, Case No. A05-0044 CV [RRB]
Page 2 of 4

Plaintiff makes similar assertions as to what Mr. Bencardino told him. (Affidavit of Plaintiff dated February 8, 2006 at page 1) Plaintiff then asserts that Mr. Bencardino promised to submit an affidavit so stating but then refused due to other concerns. (Affidavit of Plaintiff dated February 8, 2006 at pages 1-2) [Plaintiff gratuitously asserts that the affidavit he sought from Mr. Bencardino would also support an ineffective assistance of counsel claim against Mr. Dieni. (Affidavit of Plaintiff dated February 8, 2006 at page 1)]

In sum, the only support for Plaintiff's theory of intimidation of Mr. Bencardino is Plaintiff's own statements.

ARGUMENT

Plaintiff cites no legal authority for the extraordinary relief sought, criminal and civil sanctions against Mr. Bencardino. Even assuming this Court has the power to refer matters to the United States Attorney's office for investigation and to impose sanctions on witnesses, Plaintiff's request is frivolous since it rests on only his assertions. Witnesses often disagree on their recollections of events. Threats of jail and civil penalties should not result from such disagreements.

Ironically, it is Plaintiff who acts in a threatening

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Response to "Plaintiff Moves for Criminal and Civil Sanctions Against Witness, Louis Bencardino, With Required Investigation"
Long v. City of Seward, Case No. A05-0044 CV [RRB]
Page 3 of 4

and intimidating manner by seeking such relief against Mr. Bencardino. Plaintiff's motion for such relief should be denied.

## CONCLUSION

Plaintiff's Motion for Criminal and Civil Relief Against Mr. Bencardino should be denied.

DATED at Anchorage, Alaska, this 14TH day of February, 2006.

          LAW OFFICE OF FRANK S. KOZIOL
          Attorney for Defendant City of Seward

          By: _____
              Frank S. Koziol
              ABA No. 7210054

THIS IS TO CERTIFY that a copy of the foregoing was served by mail upon Robert A. Long, at his address of record, this 14TH day of February, 2006.

_____
Frank S. Koziol

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Response to "Plaintiff Moves for Criminal and Civil Sanctions Against Witness, Louis Bencardino, With Required Investigation"
*Long v. City of Seward*, Case No. A05-0044 CV [RRB]
Page 4 of 4