RECEIVED
FEB 1 4 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

1  Robert A. Long
   Pro Se.
2  Po Box 3526
   Seward, Ak.
3  99664.
   Phon-Fax,
4  907-224-3026.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| ROBERT A. LONG, | Case No. 3KN-04-555-CI.. |
| Plaintiff, | Fed. No. A05-0044-CV-(RRB). |
| V. | IN SPECIAL APPEARANCE |
| CITY OF SEWARD, | PLAINTIFF MOVES TO PLACE A WITNESS Mr.DIENI, LETTER IN THE RECORD AND TO MOTION FOR DISCOVERY OF THE USA. V. LONG, SENTENCING TRANSCRIPTS TO SUPPORT THE EXISTENCE OF THE WITNESS TAMPERING ISSUE IN TRIAL. |
| Defendant. | |

Plaintiff Moves to Place into the Records the Mr. Dieni, Letter to Plaintiff of 2-9-06, regarding the Mr. Bencardino, USA. V. Long, Witness Tampering by Defendants Actors, and in Support of the Plaintiffs Motions for Civil-Criminal Perjury Sanctions against Mr. Bencardino, and any other Defendants Actor found to have been involved., [this an addition to the Mr. Dieni, Affidavit].

Plaintiff contends that the problem with Mr. Dieni's, Memory of events and clearity, exist do to the Standing Plaintiffs Charges of Ineffective Assistance of Counsel and Sabotage of USA. V. Long, by Mr. Dieni, those Intended Mr. Dieni, Actions do to the Inherent Criminal Charges against MJ. Robert, and DJ. Singleton, in any Effective Defense in USA. V. Long.

Plaintiff Moves for Discovery on Shortened Time, of Copies of the USA. V. Long, Criminal Trial Sentencing Transcripts in Audio Form, (being Criminally Denied to the Plaintiff, [as Defendant in that Case], for now almost 4, years, Post-Trial, in 9th. Circuit Appeal and now in 2255, Habeas Corpus Relief Actions).

P 1 of 2

1  The USA. V. Long, Sentencing Transcripts Contain Evidence that the Witness Tampering, [of Past
2  Plaintiffs Witness Mr, Bencardino], [Now a Defendants Actor in Conspiracy], was a Timely Trial Issue, this
3  Supporting the Case of the Plaintiff in General and Supporting Plaintiffs Sanction Motion for Obstruction of
4  Justice.
5  Plaintiff Moves for these Audio Recording Copies, Under Sworn Certification of Judge Beistline, that the
6  Recordings Provided are True and Correct and Un-Falsified, by any Party, Under Oath and Penalty of
7  Perjury, [this oath required do the Court Document Supported common falsification of court records within
8  the Anchorage, US. Federal Court, and do to apparently that this proceeding was being recorded by the
9  Original Complainant in that Criminal Charge and Trial].
10
11  Plaintiff Contends, that all Records and Documents of Long V. County, and USA. V. Long, are
12  Discoverable in this Suit as Direct Discovery by a Clear Clean Line of Actions and Events leading to this
13  Suit.
14  Plaintiff Contends, that as a Stack of Discovery Request-Demands-Writs of Demand-Writs of
15  Mandamus, Placed before the Court for some 4, Years in Proper Form, have been Ignored by All Federal
16  Involved Courts, that as this Court is the Only Access to these Federal Discovery Documents, that this Judge
17  Beistline, of the Anchorage, US. Federal District Court, is Required Under Official Duties and Law to Insure
18  by Court Order these Records to the Plaintiff in Shortened Time.
19
20  I certify the above to be true and correct to the best knowledge of Plaintiff under penalty of perjury.
21
22  I certify to have mailed a copy to Defense Counsel in Anchorage, Ak.
23
24  Dated on 2-13-06.                                    [signature]
25                                                       Robert A. Long,          Pro Se.
26  P 2 of 2.