FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
CITY OF SEWARD


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ROBERT A. LONG,                     )
                                    ) Case No. A05-0044 CV [RRB]
                Plaintiff,          )
                                    ) RESPONSE TO PLAINTIFF'S MOTION
        vs.                         ) FOR SHORTENED TIME CONTAINED IN
                                    ) "PLAINTIFF MOVES TO PLACE A
CITY OF SEWARD,                     ) WITNESS MR. DIENI, LETTER IN THE
                                    ) RECORD AND TO MOTION FOR
                Defendant.          ) DISCOVERY OF THE USA. V. LONG,
_____) SENTENCING TRANSCRIPTS TO
                                      SUPPORT THE EXISTENCE OF THE
                                      WITNESS TAMPERING ISSUE IN
                                      TRIAL"


        COMES NOW Defendant CITY OF SEWARD, by and through its

attorney, FRANK S. KOZIOL, and hereby responds to Plaintiff's

Motion for Shortened Time contained in "Plaintiff Moves to Place

a Witness Mr. Dieni, Letter in the Record and to Motion for

Discovery of the USA. v. Long, Sentencing Transcripts to Support

the Existence of the Witness Tampering Issue in Trial" dated

February 13, 2006 as follows:

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

### INTRODUCTION

Plaintiff makes no showing why shortened time is necessary, whether any efforts were made to address the problem with opposing counsel, the position of opposing counsel, and the significance of the changed dates for having the motion heard.

Defendant has responded substantively to the underlying motions as quickly as possible. Thus, this motion for shortened time is likely moot.

### ARGUMENT

Plaintiff has not followed the requirements of Local Rule 7.2(c) to support a motion for shortened time.

Nevertheless, Defendant has responded substantively to the underlying motions, thereby likely rendering the shortened time moot.

### CONCLUSION

Plaintiff's motion for shortened time should be denied.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Response to Plaintiff's Motion for Shortened Time Contained in "Plaintiff Moves to Place a Witness Mr. Dieni, Letter in the Record and to Motion for Discovery of the USA. v. Long, Sentencing Transcripts to Support the Existence of the Witness Tampering Issue in Trial"
*Long v. City of Seward*, Case No. A05-0044 CV [RRB]
Page 2 of 3

DATED at Anchorage, Alaska, this 22ND day of February,
2006.

LAW OFFICE OF FRANK S. KOZIOL
Attorney for Defendant City of
 Seward

By: _____
      Frank S. Koziol
      ABA No. 7210054

THIS IS TO CERTIFY that a copy of the foregoing was
served by mail upon Robert A. Long, at his address
of record, this 22ND day of February, 2006.

_____
      Frank S. Koziol

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7708
FAX (907) 258-7707

Response to Plaintiff's Motion for Shortened Time Contained in "Plaintiff
Moves to Place a Witness Mr. Dieni, Letter in the Record and to Motion for
Discovery of the USA. v. Long, Sentencing Transcripts to Support the Existence
of the Witness Tampering Issue in Trial"
*Long v. City of Seward*, Case No. A05-0044 CV [RRB]
Page 3 of 3