FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
CITY OF SEWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT A. LONG,<br><br>       Plaintiff,<br><br>vs.<br><br>CITY OF SEWARD,<br><br>       Defendant. | ) Case No. A05-0044 CV [RRB]<br>)<br>) ORDER DENYING PLAINTIFF'S MOTION<br>) FOR SHORTENED TIME CONTAINED IN<br>) "PLAINTIFF MOVES TO PLACE A<br>) WITNESS MR. DIENI, LETTER IN THE<br>) RECORD AND TO MOTION FOR<br>) DISCOVERY OF THE USA. V. LONG,<br>) SENTENCING TRANSCRIPTS TO<br>) SUPPORT THE EXISTENCE OF THE<br>) WITNESS TAMPERING ISSUE IN<br>) TRIAL" |

This Court, having reviewed Plaintiff's Motion for Shortened Time contained in "Plaintiff Moves to Place a Witness Mr. Dieni, Letter in the Record and to Motion for Discovery of the USA. v. Long, Sentencing Transcripts to Support the Existence of the Witness Tampering Issue in Trial" and Defendant's response thereto and good cause appearing for the denial of said motion,

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

IT IS HEREBY ORDERED that Plaintiff's Motion for Shortened Time contained in "Plaintiff Moves to Place a Witness Mr. Dieni, Letter in the Record and to Motion for Discovery of the USA. v. Long, Sentencing Transcripts to Support the Existence of the Witness Tampering Issue in Trial" is denied.

DATED this \_\_\_\_ day of _____, 2006.

_____
RALPH R. BEISTLINE
UNITED STATES DISTRICT COURT JUDGE

THIS IS TO CERTIFY that a copy of the foregoing was served by mail upon Robert A. Long, at his address of record, this 22ND day of February, 2006.



Frank S. Koziol

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Order Denying Plaintiff's Motion for Shortened Time Contained in "Plaintiff Moves to Place a Witness Mr. Dieni, Letter in the Record and to Motion for Discovery of the USA. v. Long, Sentencing Transcripts to Support the Existence of the Witness Tampering Issue in Trial"
*Long v. City of Seward*, Case No. A05-0044 CV [RRB]
Page 2 of 2