FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
CITY OF SEWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT A. LONG, ) | |
|           Plaintiff, ) | Case No. A05-0044 CV [RRB] |
| vs. ) | RESPONSE TO "PLAINTIFF MOVES TO PLACE A WITNESS MR. DIENI, LETTER IN THE RECORD AND TO MOTION FOR DISCOVERY OF THE USA. V. LONG, SENTENCING TRANSCRIPTS TO SUPPORT THE EXISTENCE OF THE WITNESS TAMPERING ISSUE IN TRIAL" |
| CITY OF SEWARD, ) | |
|           Defendant. ) | |

COMES NOW Defendant CITY OF SEWARD, by and through its attorney, FRANK S. KOZIOL, and hereby responds to "Plaintiff Moves to Place a Witness Mr. Dieni, Letter in the Record and to Motion for Discovery of the USA. v. Long, Sentencing Transcripts to Support the Existence of the Witness Tampering Issue in Trial" dated February 13, 2006 as follows:

INTRODUCTION

Plaintiff seeks to "place into the record" a letter

from his former defense counsel Michael Dieni dated February 2, 2006. Defendant notes this letter was not attached to Plaintiff's motion.

Defendant opposes this motion since discovery materials are not filed with the Court.

Plaintiff also seeks "Sentencing Transcripts in Audio Form" from his earlier criminal case. Plaintiff makes no showing as to how these documents/tapes are relevant to this case.

Defendant only opposes this request insofar as it would appear unnecessary to have the Court involved in this discovery request. Plaintiff should be able to obtain this information as part of the earlier criminal proceeding or pursuant to a public records request.

ARGUMENT

The Federal Rules of Civil Procedure do not contemplate the filing of discovery materials unless the materials are part of a substantive motion. Discovery disclosures are simply exchanged between the parties. See generally, Rule 26.

Plaintiff should be informed that he should not file discovery materials but rather simply serve opposing counsel.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Response to "Plaintiff Moves to Place a Witness Mr. Dieni, Letter in the Record and to Motion for Discovery of the USA. v. Long, Sentencing Transcripts to Support the Existence of the Witness Tampering Issue in Trial"
*Long v. City of Seward*, Case No. A05-0044 CV [RRB]
Page 2 of 3

Regarding the request for sentencing transcripts/audiotapes, Plaintiff can obtain this information without the assistance of this Court. The information identified is of no apparent relevance to this case.

CONCLUSION

For the aforementioned reasons, Plaintiff's motion should be denied.

DATED at Anchorage, Alaska, this 22ND day of February, 2006.

LAW OFFICE OF FRANK S. KOZIOL
Attorney for Defendant City of Seward

By: _____
Frank S. Koziol
ABA No. 7210054

THIS IS TO CERTIFY that a copy of the foregoing was served by mail upon Robert A. Long, at his address of record, this 22ND day of February, 2006.

_____
Frank S. Koziol

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Response to "Plaintiff Moves to Place a Witness Mr. Dieni, Letter in the Record and to Motion for Discovery of the USA. v. Long, Sentencing Transcripts to Support the Existence of the Witness Tampering Issue in Trial"
Long v. City of Seward, Case No. A05-0044 CV [RRB]
Page 3 of 3