Robert A. Long
Pro Se.
Po Box 3526
Seward, Ak.
99664.
Phon-Fax,
907-224-3026.

RECEIVED
FEB 21 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| ROBERT A. LONG, | Case No. 3KN-04-555-CI. |
| Plaintiff, | Fed. No. A05-0044-CV-(RRB). |
| V. | IN SPECIAL APPEARANCE |
| CITY OF SEWARD, | PLAINTIFFS OPPOSITION TO DEFENSE OPPOSITION OF 2-14-06. |
| Defendant. | PLAINTIFFS MOTION. |

Defense Counsel has Entered Responses-Oppositions, to Plaintiffs Motions for Sanctions, Discovery of Police Evidence Records, Discovery of Mr. Bencardino's, Phone Records, Plaintiff Opposes this Un-Supported Opposition of the Defense, Plaintiff will address only the Evidence Department Issue.

As to Defense Counsels Arguments on Discovery of City Evidence Records, that Plaintiff provides no Support and that Plaintiff shows no Relevance.

The Relevance of this Discovery is that this Case, [as stated by Judge Beistline, this Case will be based on a preponderance of evidence before the Jury], this Case is going to be in large part, (the Credibility of the Parties), [Plaintiff is at this Time Prejudiced do to, in Part, the Actual Chilling of Plaintiffs Witnesses by Government Actors, Witnesses who now Actually Fear to Provide Affidavits or Testify], [Prejudiced by Denials of Discovery and Defendants Interrogatory], [Prejudiced in the Government Holding Inherent Credibility and as the People have a General Desire to Believe in Government, and the Reasonable Expectations that the Defense will use the False Conviction in USA. V. Long, with any other False Pretense of the Bad Character of the Plaintiff, as Counsel does in this Opposition].

1 of 5

1  The Discrediting of the Government Actors by their own History and Actions, will Level the Playing
2  Field between the Parties, this may be Hitting Hard, but is Hitting Fair.
3  As to the Defense Counsels Attack on the Plaintiff, [Plaintiff Smearing Police], the Court is Directed to
4  the LA. Rampart Scandal, over 1, Million Stolen in Drugs by Police, sold by their the Police Ran Prostitute
5  Ring, 4, Million in Cash Missing, 35,000, False Convictions on False Evidence, [as Claimed by the FBI],
6  some 7, Police Murders, then the FBI. Labs Busted across the Nation for Intended Fraud in Crime Lab
7  Falsified Reports to Gain False Convictions, the City's of New York, Detroit, New Orleans, "on and on,"
8  with the City Police Departments Placed by Court Orders, Under the Direct Control of the Federal
9  Government, do to the Open Un-Restrained Criminality of Police Departments in their Public Scandals,
10 Defense Counsel, ether does not follow the Press Reports, or Argues in Clear Intended Bad Faith]!
11 The Court Reminded that when Judge Beistline, Threatened Sanctions, when Plaintiff ask what Wild
12 Charges Judge Beistline, was Charging Plaintiff with, and Plaintiff reminded Judge Beistline, that Plaintiffs
13 Charges were Supported by the Court Filings before him, Judge Beistline, did not state any Wild Charge.
14
15 There is no Real Expense to the City, in Plaintiff spending one or two days, going through the
16 Evidence Records and Coping some Records, this is False Argument to Cover Up.
17 As to Plaintiffs Lack of a Pre-Support Showing on the Issue of Grave Problems in the Seward, Police
18 Evidence Department, [as the Fear of Retaliation is Real for those Witnesses with Personal Knowledge of
19 the Actions Existing Under the Seward, Police Chief's and City Officials, a Pre-Showing Plaintiff cannot
20 provide in Clear Reason, with out Court Ordered Protection for Witnesses].
21 As this Court Refuses Protection Orders to Witnesses, this Court's Denial, Denies Witness Affidavit
22 Support for this Discovery by its own Actions, [if the Court will Provide Witness Protection Orders, the
23 Plaintiff will Provide a Stack of Personal Affidavits on the Issue, Many People in Seward, Desire, and have
24 Desired for years, to Correct the Wrongs Done but can not do so, Without the Protection of this Court],
25 [Some Witnesses, to Include Tina Crump, will not now Testify on any Issue without a Court Order and
26 Court Protection, as Stated to Plaintiff by Tina Crump and Others].
27 2 of 5
28

1    The Court under Judicial Notice, to Note, the Defense Provides no Affidavits or
2 other Support that in Fact Guns, Drugs, Money or Other things have not been Lost or Stolen
3 from the Seward, Police Evidence Department in any Form, or that these Losses are not Cover
4 Up, the Defense attempts to in fact Smear the Plaintiff in pretense that the Plaintiff Wrongfully Smears
5 Other Police Departments Across the Country on this Issue when the Press Reports these Actions Across the
6 Nation on a Daily Basis, Plaintiff simply Re-States the Open Clear Public Fact.
7
8    If the Property Department of Seward, Alaska, does not have the Problems Contended by the Plaintiff,
9 the Defense would have Provided Sworn Affidavits by the Kenai Prosecutors Office and the Involved Police
10 Chief's, and by the Past, Long Time Property Officer of the Evidence Department who had that Department
11 over meany years, [it is the Understanding of Plaintiff, that this Seward, Officer in charge of the Property
12 Department most of 20, years is now Denied Access to the Property Department do to these Problems]!
13
14    On the Issue of the Mr. Dieni, Affidavit not being Inconsistent with the Bencardino, Affidavit,
15 Defense Counsel states that Dieni, Affidavit does not assert that Bencardino, was effected by the Chapman
16 Action, [this is not completely true], the Dieni, Affidavit state his concern over the Threats to Bencardino,
17 and that the Threats could Effect Mr. Bencardino, or Mr. Bencardino's, position in Seward, [the Fact that
18 Dieni, States any Concern that any Action by a City of Seward, Actor came to his Attention in Threats-
19 Interference or Other, Supports the Plaintiffs Case], [the Court again Reminded that Dieni, Stands under
20 Charges for Ineffective Assistance of Counsel and the Sabotaging of Plaintiffs Defense, it has taken 4 years
21 to gain even this Partial Admission of this Event from Dieni, and Dieni, Still Refuses the Plaintiff Affidavits
22 on the Criminal Falsification of the USA. V. Long, Transcript, [the Denied Affidavit, required do to the
23 Criminal Denial by the Court of the Trial Transcripts to this Plaintiff for 4, years].
24
25    To be Short, until the Defense Provides the Court with Sworn Affidavits by the Local State
26 Prosecutors Office, City Officials, the Long Time Property Officer, [now apparently denied access to that
27 Department], the Opposition and Motions of the Defense Should be Denied and Discovery Granted.
28 3 of 5

1  Plaintiff Moves the Court, for the Court to Order, Sworn Affidavits from the City of Seward, the
2  Alaska, State Prosecution Office, the Present Seward, City Police Chief, and Past Property Officer, that no
3  Losses of Drugs, Guns, Money and Other Things, have Existed from the Seward, Police Evidence
4  Department, [a simple way to resolve the Issue for one side or the other].
5
6  Plaintiff has made the Accusations on his best Knowledge, "the City of Seward," now having Denied
7  Plaintiffs Accusations, [this Places this Matter at Issue and under Contest, before the Court in need of
8  Resolution], [the Need of Plaintiff to Effectively Challenge the Credibility of the City Actors is Beyond
9  Question in this Case with the Right of Plaintiff to Challenge being Clear], this may be a Hard Hit, but it is a
10 Fair Hit, as the Credibility of the Parties is at Issue, [and with the Court Ordered Protection for Witnesses,
11 "the Victims of Loss in these Actions," this will as I'm told, gain the Testimony of Many], [this to Include
12 some who the Missing Drugs and Drug Money, resulted in Lighter Sentencing or Dismissals are willing to
13 Testify, as stated before, this is a well known Long Standing Problem in the City of Seward], (if the City, is
14 to Contest these Charges that the Plaintiff means to Discredit them with, the City Government Elected
15 Actors, Should do so in Sworn Affidavits, Under Penalty of Perjury, at Risk of Prosecution, as the Plaintiff
16 Places him self at Risk of Perjury in his Charges), [the Plaintiff has never made any Charge in Fraud].
17
18 Plaintiff Further Contends to the Court, that with Court Ordered Witness Protection and Subpoenas to
19 Testify, the Plaintiff will provide in this Case, Personal Witness Testimony against Mr. Bencardino, that will
20 Support Mr. Bencardino's, History of Bad Acts in Covering Up City Officials Bad Actions, and in the Un-
21 Lawful use of City, and DMV. Police Access to Records in his Personal Actions against Others.
22
23 The Plaintiff Further Reminds the Court, that this is a Suit for the Civil Rights Violations Resulting
24 from two Events of Federal Felony Defense Witness Tampering, that the Defense Witness Mr. Bencardino,
25 has Joined with the City of Seward, Actors in this Matter, [Mr. Bencardino, having been Joined at the Hip
26 with the City of Seward, over many years and at Risk to his Personal Business, his State Job and his
27 p 4 of 5
28

1   Further Standing with the City Actors and the City, in any Lawful Actions], [that Mr. Dieni, Refused to
2   Provide the Present Affidavit for Four Years on Repeated Request by Plaintiff his Client, do to the
3   Ineffective Assistance of Counsel Charge, this makes it Clear Mr. Dieni, is Adjusting his Testimony, [Mr.
4   Dieni, was under Official Duties in this Matter During Trial and Abdicated his Duty Under Law and to his
5   Client, his Soft Soaping of his Affidavit is understandable when taken with his Other Abdications of Official
6   Duties on the Records of USA. V. Long, and can be Refuted by Tina Crump, and Other Direct Witnesses].

7   It is not Uncommon for Government Officials to Circle Up the Wagons, to Commit more Actions in
8   Criminal Conspiracy to Cover Up Previous Criminal Actions and to Attempt to Un-Lawfully Protect their
9   Government Entity from Valid Liability as well as Each Other, this is the Case before us, the City Actors
10  will be Discredited by Direct Witness Testimony Ordered by the Court by Subpoena, or by Rebuttal
11  Witnesses Called at Trial by Plaintiff, the Court Should Order Protection Orders at this Time, Mr.
12  Bencardino, has been Lost as a Defense Witness do to Threats, Corrosion and Tampering, Other Defense
13  Witnesses Should not be Kept at Risk, [the City is not Deprived of the Ability to Govern, by Protection
14  Orders for the Witnesses, there is no Governmental Duty of the City Actors to Intimidate Witnesses, [if or
15  not the Witness Fear of Retaliation is Real or Perceived, the outcome is the same, Witnesses Must be Free to
16  Testify in this or any other Case and they Tell me Clearly they do not Feel Free to Testify].

17  Tina Crump, is only one of the Witnesses who's Personal Knowledge of Mr. Bencardino, and Other
18  City Actors goes back over Many Years, with Personal Knowledge of the City Police Department as a City
19  Jailer and DMV. Employee, these Witnesses now Refuse to Testify without Subpoenas and Court Protection
20  do to their Expressed Fear of Retaliation, do to their Knowledge of Past Retaliations, this Protection Should
21  be Provided by this Court at this Time by what ever means the Court Deems Appropriate.

22
23  I request the above to be certified and excepted as a Plaintiffs Sworn Affidavit of Facts.
24  I certify the above to be true and correct to the best knowledge of plaintiff under penalty of perjury.
25  I certify a copy was mailed to Frank S Koziol, 618, Christensen Dr. Anchorage, Ak. 99501.

26  Dated on 2-18-06 .                              [signature]
27  P 5 of 5
                                                   Robert A. Long,           Pro Se.
28