FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
CITY OF SEWARD


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ROBERT A. LONG,                    )
                                   ) Case No. A05-0044 CV [RRB]
             Plaintiff,            )
                                   ) ORDER DENYING
      vs.                          ) PLAINTIFF'S "JOINT MOTION
                                   ) BETWEEN THE RELATED CASES"
CITY OF SEWARD,                    )
                                   )
             Defendant.            )
_____)

        This Court, having considered Plaintiff's "Joint

Motion Between the Related Cases" and Defendant's response

thereto, and good cause appearing for the denial of said motion,

        IT IS HEREBY ORDERED that Plaintiff's "Joint Motion

Between the Related Cases" is denied. as moot.

        DATED this 24 day of February, 2006.

                        _____
                        RALPH R. BEISTLINE
                        UNITED STATES DISTRICT COURT JUDGE