1  Robert A. Long
   Pro Se.
2  Po Box 3526
   Seward, Ak.
3  99664.
   Phon-Fax,
4  907-224-3026.

RECEIVED
FEB 2 3 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| ROBERT A. LONG, | Case No. 3KN-04-555-CI.. |
|---|---|
| Plaintiff, | Fed. No. A05-0044-CV-(RRB). |
| V. | IN SPECIAL APPEARANCE ON SHORTENED TIME. PLAINTIFFS MOTIONS TO FILED A SEALED WITNESS LIST, AND TO FILE FOR WITNESS SUBPOENAS FOR TRIAL WITNESSES UNDER SEAL. |
| CITY OF SEWARD, | |
| Defendant. | |

   Plaintiff having been Denied Witness Protection Orders by the Court, Plaintiff having Witnesses Refuse to Provide Affidavits or Testify do to Real or Perceived Fears of Retaliation by the Defendants Parties, the Past Plaintiffs Witness, Bencardino, now have gone over to the Defendants and having added a Second Perjured Affidavit for the Defense to the First, Plaintiff is Clearly Prejudiced as the Case and Matters Stand.

   Plaintiff now Moves before the Court, for Cause, to File a Sealed Trial Witness List, and to be Granted Leave to File a Sealed Motion for Compelled Interrogatories, from these Reluctant Witnesses who have Personal Knowledge of the Events under Suit, and who have Personal Knowledge of the Defendants Actors in Related Matters, Plaintiff Moves to be Granted Leave to File the Interrogatories under Seal before the Court until Trial.

   Plaintiff Reminds the Court, that this is a Suit for Federal Witness Tampering, the Tampering by use of Threat, Coercion and Threats to Retaliate against the Witness Bencardino, the Further Possible Threats to Retaliate against Witnesses by Involved Actors is Common in such Cases, [this is Commonalty

p 1 of 2

1   Prosecuted by the Courts in its Common Course], [As Supported by Public Media Record], this Plaintiff
2   has Supported all Charges against the Anchorage, Judge's by Court Records in the Related Cases, and
3   when in the Past Hearing this Judge Charged that the Plaintiff makes Wild Charges, this Judge Did Not
4   state any False Charge Plaintiff has Ever Made when Directly Challenge, [Plaintiff has made no False
5   Charges or Agitations Against Any Person].
6
7   Plaintiff has made all Accusation, Charges and Agitations under Penalty of Perjury over the last 6,
8   years before this Court and no Perjury Charge has ever been Filed against the Plaintiff, [but also the Court
9   has Ignored all Clear Court Record Evidence to the Plaintiffs Charges], if the Defendant Refutes the
10  Charges of the Plaintiff this should be done by Elected Officials of the City of Seward, under Penalty of
11  Perjury, [to date the Defendant Refuses Plaintiffs Request to be Informed of Who Within the City of
12  Seward, is Directing this Defense, Hidden Faces in the Dark are not a Part of the Public Light that
13  Government is Meant to Exist in, and Denial of the Identity of the City Direct Actors in this Suit Deprives
14  the Plaintiff of the Rightful Ability to Challenge and Discredit these Defendants Direct Actors..
15
16  Sealed Subpoenas as Plaintiff understands, must be Granted by the Court not Court Clerk.
17
18  Plaintiff Moves for Shorten Time for the Above Motions do to the Court Ordered Closing of
19  Discovery.
20
21  I certify the above to be true and correct to the best knowledge of plaintiff under penalty of perjury.
22
23  I certify to have served by mail Defense counsel in Anchorage, Ak.
24
25  Dated on 2-22-06.
26  P 2 of 2                                                      Robert A. Long,       Pro Se.
27
28