FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
CITY OF SEWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT A. LONG, ) | |
|       Plaintiff, ) | Case No. A05-0044 CV [RRB] |
| ) | |
| vs. ) | ORDER DENYING PLAINTIFF'S MOTION FOR SHORTENED TIME CONTAINED IN "PLAINTIFFS MOTIONS TO FILED A |
| CITY OF SEWARD, ) | SEALED WITNESS LIST, AND TO FILE FOR WITNESS SUBPOENAS FOR TRIAL |
|       Defendant. ) | WITNESSES UNDER SEAL" |

This Court, having reviewed Plaintiff's Motion for Shortened Time contained in "Plaintiffs Motions to Filed a Sealed Witness List, and to File for Witness Subpoenas for Trial Witnesses under Seal" and Defendant's response thereto and good cause appearing for the denial of said motion,

IT IS HEREBY ORDERED that Plaintiff's Motion for Shortened Time contained in "Plaintiffs Motions to Filed a Sealed Witness List, and to File for Witness Subpoenas for Trial

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Witnesses under Seal" is denied.

   DATED this _____ day of _____, 2006.

           _____
           RALPH R. BEISTLINE
           UNITED STATES DISTRICT COURT JUDGE

THIS IS TO CERTIFY that a copy of the foregoing was served by mail upon Robert A. Long, at his address of record, this 27TH day of February, 2006.

_____
  Frank S. Koziol

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Response to Plaintiff's Motion for Shortened Time Contained in "Plaintiffs Motions to Filed a Sealed Witness List, and to File for Witness Subpoenas for Trial Witnesses under Seal"
*Long v. City of Seward*, Case No. A05-0044 CV [RRB]
Page 2 of 2