FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
CITY OF SEWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT A. LONG, ) | |
| ) | Case No. A05-0044 CV [RRB] |
| Plaintiff, ) | |
| ) | |
| vs. ) | RESPONSE TO |
| ) | "PLAINTIFFS MOTIONS TO FILED A |
| CITY OF SEWARD, ) | SEALED WITNESS LIST, AND TO FILE |
| ) | FOR WITNESS SUBPOENAS FOR TRIAL |
| Defendant. ) | WITNESSES UNDER SEAL" |

COMES NOW Defendant CITY OF SEWARD, by and through its attorney, FRANK S. KOZIOL, and hereby responds to "Plaintiffs Motions to Filed a Sealed Witness List, and to File for Witness Subpoenas for Trial Witnesses under Seal" dated February 22, 2006 as follows:

INTRODUCTION

Plaintiff wants to file "sealed", a witness list, a motion for compelled interrogatories to unnamed witnesses, and

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

trial subpoenas.

This motion should be rejected because it is procedurally improper and without substantive basis.

ARGUMENT

It is unclear what Plaintiff means by "sealed." If Plaintiff means without the Defendant being served with the documents, Defendant objects because the Defendant is entitled to see these filings. If Plaintiff means "not viewable by the public", there has been no showing as to why this is necessary.

Plaintiff continues to assert that multiple witnesses have been threatened, fear retaliation, and are reluctant to testify. However, there is no support for these assertions other than Plaintiff's statements. The only witness Plaintiff has tried to depose, Michael Dieni, was prepared to testify but Plaintiff cancelled his deposition. At the recent status conference, Plaintiff stated he had no witnesses he wanted to depose. There has been no showing that any witnesses have refused to testify as Plaintiff claims.

Plaintiff should be directed to follow the Federal Rules of Civil Procedure. Interrogatories are directed at witnesses. Documents filed with the Court must be served on opposing counsel. Documents are not filed in camera unless

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Response to "Plaintiffs Motions to Filed a Sealed Witness List, and to File for Witness Subpoenas for Trial Witnesses under Seal"
Long v. City of Seward, Case No. A05-0044 CV [RRB]
Page 2 of 3

there is good cause to do so.

## CONCLUSION

Plaintiff's motion should be denied.

DATED at Anchorage, Alaska, this 27TH day of February, 2006.

                                LAW OFFICE OF FRANK S. KOZIOL
                                Attorney for Defendant City of Seward

                                By: _____
                                    Frank S. Koziol
                                    ABA No. 7210054

THIS IS TO CERTIFY that a copy of the foregoing was served by mail upon Robert A. Long, at his address of record, this 27TH day of February, 2006.

_____
Frank S. Koziol

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Response to "Plaintiffs Motions to Filed a Sealed Witness List, and to File for Witness Subpoenas for Trial Witnesses under Seal"
*Long v. City of Seward*, Case No. A05-0044 CV [RRB]
Page 3 of 3