FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
CITY OF SEWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ROBERT A. LONG,                          )
                                         ) Case No. A05-0044 CV [RRB]
                Plaintiff,               )
                                         )
          vs.                            ) ORDER DENYING
                                         ) "PLAINTIFFS MOTIONS TO FILED A
CITY OF SEWARD,                          ) SEALED WITNESS LIST, AND TO FILE
                                         ) FOR WITNESS SUBPOENAS FOR TRIAL
                Defendant.               ) WITNESSES UNDER SEAL"
_____  )

     This Court, having reviewed "Plaintiffs Motions to

Filed a Sealed Witness List, and to File for Witness Subpoenas

for Trial Witnesses under Seal" and Defendant's response thereto

and good cause appearing for the denial of said motion,

     IT IS HEREBY ORDERED that "Plaintiffs Motions to Filed

a Sealed Witness List, and to File for Witness Subpoenas for

Trial Witnesses under Seal" is denied.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

DATED this _____ day of _____, 2006.

_____
RALPH R. BEISTLINE
UNITED STATES DISTRICT COURT JUDGE

THIS IS TO CERTIFY that a copy of the foregoing was
served by mail upon Robert A. Long, at his address
of record, this 27th day of February, 2006.

_____
Frank S. Koziol

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Order Denying "Plaintiffs Motions to Filed a Sealed Witness List, and to File
for Witness Subpoenas for Trial Witnesses under Seal"
*Long v. City of Seward*, Case No. A05-0044 CV [RRB]
Page 2 of 2