1  Robert A. Long
   Pro Se.
2  Po Box 3526
   Seward, Ak.
3  99664.
   Phon-Fax,
4  907-224-3026.

RECEIVED
FEB 28 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

5       IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF ALASKA
6
| ROBERT A. LONG, | Case No. 3KN-04-555-CI.. |
|---|---|
| Plaintiff, | Fed. No. A05-0044-CV-(RRB). |
| V. | IN SPECIAL APPEARANCE |
| CITY OF SEWARD, | PLAINTIFFS OBJECTION TO THE PRESENT DEFENSE OBJECTIONS, MOTION TO STATE CAUSE, MOTION FOR ACTION ON PAST MOTIONS. |
| Defendant. | |

12    Defense Counsel has Objected to Plaintiffs Discovery Motions, Defense Motion dated 2-22-06, in

13  Plaintiffs Motions to place the Mr. Dieni, letter in the Record and for Discovery of the USA. V. Long,

14  Sentencing Transcripts, Plaintiff Objects to these Objections that Plaintiff can only see as being made in Bad

15  Faith or in Ignorance of the Facts in the Related Cases.

17    Defense Counsel Ignores in his Objections, (First), that, "He" Defense Counsel has from the Start of

18  this Case Refused all Direct Discovery Request from Plaintiff and to date Still Refuses Discovery, (Second),

19  in the USA. V. Long, Sentencing Transcript Question, that the Anchorage US. Federal Judges, by Open

20  Court Orders have Denied Discovery of this and Other Transcripts to the Plaintiff for FOUR YEARS, in

21  Refusals to Provide, in Refusals-Ignoring of Mail Orders for Transcripts and with Direct Court Ordered

22  Barring to Plaintiff to these Transcripts or to Access to theses Transcripts, [in Long V. County, the Trial

23  Recording Access to the Original Falsified Audio Recordings of Proceedings are by Singleton-Holland,

24  Court Ordered, Barred to the Plaintiff, Orders to the Court Clerk for Copies, Motions in Discovery in USA.

25  V. Long, USA. V. Long, Appeal, and USA. V. Long, 2255, Relief Actions exist for these Recordings, as

26  exist for the USA. V. Long, Transcripts, Criminally Denied to Date, for 7, Years!

27  P 1 of 4

1   The Present Case Judge, (Judge Beistline), in this Suit Arising Directly from Criminal Actions by
2   Judge Roberts-Singleton, in Long V. County, and by Judge Sedwick, in USA. V. Long, having Ran
3   Interference in Every Plaintiffs Case for Relief, has with Other Anchorage, Federal Judges, Directly Aided
4   in the Criminal Denial of these Transcripts that Plaintiff has had Every Right to Under Law for Years, [for
5   this Defense Counsel to State that Plaintiff can just Walk up to the Court to gain these Court Records as he
6   Counsel Could, and/or, any other Citizen could with the Standing Court Orders Denying Plaintiff these
7   Court Records, is a Very Bad Sick Joke, Plaintiff tried that in Fact last Year in Spite of the Court Orders]!
8
9   Plaintiff from the Federal Court Records, has Every Right to Support the Existence in this Case and
10  Trial, of if or not, the Witness Tampering Complaint, was a Recorded Issue in USA. V. Long, and has the
11  Clear Right to Gain this Discovery in the Instant Case, (before a Honest Court, Plaintiff would have been
12  able to have Gained the Denied Transcripts in Post-Trial, Appeal and 2255, to Prove Criminal Denials of the
13  Right to Counsel, his Defense Counsel acting knowingly as a Government Informant, Perjury by Prosecutors
14  in 2255, the Trial Judge Acting in Criminal Conspiracy to Cover Up the Criminal Falsifications of the Long
15  V. County, and USA. V. Long, Transcripts, Cover Up of the Complaint of Witness Tampering During his
16  Trial, with Other Civil and Criminal Violations of Law, by Judge Sedwick, to Include the Ex-Party Judge
17  Sedwick, Trial Jury Proceedings-Tampering, an Issue now again Criminally Covered Up by Judge Selna).
18
19  As to Counsels Complaint that the Civil Rules of Procedure do not contemplate the filing of
20  discovery materials... Federal Court Rules do not Contemplate a Court Ordering a Plaintiff to Answer
21  Defense Interrogatories that Plaintiff had Freely Before Answered, at the Same Time as Refusing to Order
22  the Defense to Answer Plaintiffs Interrogatory, that the Defense is again Refusing to Answer, (the Counsels
23  Objections under Counsels Own Bad Actions, are Clear BS), the Rules do not Forbid this Action!
24  As Court Clerks have Refuse to Supply Subpoenas to Plaintiff, and take other Required Actions, until
25  Plaintiff has been forced to Move before the Court for Subpoenas or Other Actions, Over and Over, as the
26  Court has Shown Clear Intended Prejudice against the Plaintiff and for the Defense, this Plaintiff is Forced
27  p 2 of 4
28

Case 3:05-cv-00044-RRB   Document 82   Filed 02/28/2006   Page 3 of 4

1  to Act in any Manner under Federal Rules, or Outside Federal Ruled, to if not Gain what Plaintiff has a
2  Right to, then to Ensure the Court Record Reflects the Denial to Plaintiff by the Clerks, Judges, Defendant
3  and Defense Counsel, (Counsel Reminded that Defense Counsel has New Direct Request from Plaintiff to
4  the Defendants, [Before Counsel], for Interrogatories and other Information on what Seward, Officials are
5  Directing this Suit and is Ignoring these, as in the Past Request for Lawful Discovery)!
6
7  Plaintiff Directs Judge Beistline's, Attention under Mandatory Judicial Notice, to this Judge's
8  Past and Present Actions in this and the Related Cases, in Denial of Discovery to Plaintiff and the Denials of
9  Other Constitutional Civil Rights, [that a Motions in Long V. City, and USA. V. Long, 2255, Stand at this
10 time, for a Correction of the Fraudulent Reading by this Judge of 18 USC. 3231, on the Lack of Jurisdiction
11 Issue in USA. V. Long], and that Plaintiff Holds a Personal Species of Property Right to the Required
12 Official Duties of this Judge in Several Issues, that the Denial to Plaintiff of these Property Rights in Official
13 Required Actions, are Judge Beistline, Personal Defaults of Legal Contracts and Breaches of Contract and
14 Duties, and that Judge Beistline, is now, and has been under a Clear Commercial Law Contract to Plaintiff,
15 [Under ADMIRALTY LAW; not equity law], and Directly under Personal Liability to Plaintiff for Default
16 and Breach, that if the Defaults and Breaches of Contract continue Plaintiff will be Forced into Legal Suit
17 and Personal Liens, under 15 USC. to Resolve the Issues, (at some point Enough Must be Enough).
18
19 (Judge Beistline, will Please Consider this to be the First Official Notice of Default)!
20
21 Had this Court, not Created a now 8, Years History on its own Records, of Ignoring Court Rules, Law
22 and Civil Rights, if Defense Counsel and the Defendants did not now have a Recorded History of Refusing-
23 Ignoring Discovery Request to Plaintiff, and being Supported by a Friendly Court, Plaintiff could be Held by
24 Court Rules, but this is not the Case, when the Court Abides Equally by Law and Rules between the Parties,
25 Plaintiff will be Happy to Comply and is and has been Attempting to Comply, [Repeatedly Frustrated].
26 P 3 of 4
27
28

1  The Court has Standing before it, almost a Year of Needful Request for Witness Protection Orders,
2  the Ignoring of these Orders Leaves the Witnesses at Risk of the Defendants Actors Possible Actions against
3  them, [Real or Perceived Threats], the Courts Inaction is Interfering in Plaintiffs Ability with the Ignoring of
4  Plaintiffs Discovery Request, Prejudicing Criminally the Plaintiffs Position in this Suit!
5
6  Plaintiff Moves the Court to Deny Defense Objections in Total and Grant all of Plaintiffs Motions for
7  Protection Orders and Discovery, the Court Forcing Plaintiff to, at almost Gun Point, Force Witnesses in
8  Fear to Anchorage, and into Court as Rebuttal Witnesses, as the Court Will not Protect them, [as is their
9  Right to Court Protection], this is more Personally Disgusting to Plaintiff than the Personal Crimes
10 Committed by the Anchorage, Judges over the last 8, years, to Include the Two Years of False Imprisonment
11 of the Plaintiff, "Plaintiff would do another 10, Years of False Imprisonment to Gain Justice!"
12 [Again there are no Wild Charges, but the Actual Expressed Fear from the Witnesses Personal
13 Knowledge of the Defendants Past Actions, well Known and Feared in the Seward, Community]!
14
15 Support for all of Plaintiffs Motions and Positions are Self Evident of their Face, and Supported on the
16 Records of all Plaintiffs Actions between the Cases!
17
18 Plaintiff Moves for Shorten Time for All Standing Motions, do to the Court Ordered Closing of
19 Discovery, if Closing of Discovery does not Effect the Issues, Shortened Time is Withdrawn, [but to Date
20 the Time for the Granting of Plaintiffs Motions to become Ripe, has always been by the Court, Only After
21 the Case is Over, as Supported by the Court Orders of Mootness Issued on Plaintiffs Discovery Motions in
22 All Cases over the Last 8, Years, {see Court Issue Orders}!
23
24 I certify the above to be true and correct to the best knowledge of plaintiff under penalty of perjury.
25 I certify to have served by mail Defense Counsel, Frank S. Koziol, 618, Christensen Dr, Anchorage, Ak.
26
27 Dated on 2-26-06 .                                                            *[signature]*
28 P 4 of 4                                                                Robert A. Long,        Pro Se.