FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
CITY OF SEWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT A. LONG, ) | |
| ) Case No. A05-0044 CV [RRB] | |
| Plaintiff, ) ~~GRANTING~~ | |
| ) ORDER ~~DENYING~~ "PLAINTIFF MOVES | |
| vs. ) TO PLACE A WITNESS MR. DIENI, | |
| ) LETTER IN THE RECORD AND TO | |
| CITY OF SEWARD, ) MOTION FOR DISCOVERY OF THE | |
| ) USA. V. LONG, SENTENCING | |
| Defendant. ) TRANSCRIPTS TO SUPPORT THE | |
| ) EXISTENCE OF THE WITNESS | |
| TAMPERING ISSUE IN TRIAL" | |

This Court, having reviewed "Plaintiff Moves to Place a Witness Mr. Dieni, Letter in the Record and to Motion for Discovery of the USA. v. Long, Sentencing Transcripts to Support the Existence of the Witness Tampering Issue in Trial" and Defendant's response thereto and good cause appearing for the denial of said motion,

IT IS HEREBY ORDERED that "Plaintiff Moves to Place a Witness Mr. Dieni, Letter in the Record is Hereby Granted. ~~and to Motion for~~

Furthermore, Plaintiff may obtain

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Discovery of the USA. v. Long, Sentencing Transcripts to Support the Existence of the Witness Tampering Issue in Trial" ~~is~~ by requesting them from the Clerk of Court after ~~denied.~~ payment of the appropriate fee.

DATED this 7 day of March, 2006.

*[signature]*
RALPH R. BEISTLINE
UNITED STATES DISTRICT COURT JUDGE

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Order Denying "Plaintiff Moves to Place a Witness Mr. Dieni, Letter in the Record and to Motion for Discovery of the USA. v. Long, Sentencing Transcripts to Support the Existence of the Witness Tampering Issue in Trial"
*Long v. City of Seward*, Case No. A05-0044 CV [RRB]
Page 2 of 2