FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
CITY OF SEWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT A. LONG, ) | |
| ) | Case No. A05-0044 CV [RRB] |
| Plaintiff, ) | |
| ) | OPPOSITION TO THE MOTIONS |
| vs. ) | CONTAINED IN "PLAINTIFFS |
| ) | OBJECTION TO THE PRESENT |
| CITY OF SEWARD, ) | DEFENSE OBJECTIONS, MOTION TO |
| ) | STATE CAUSE, MOTION FOR ACTION |
| Defendant. ) | ON PAST MOTIONS" |
| ) | |

COMES NOW Defendant CITY OF SEWARD, by and through its attorney, FRANK S. KOZIOL, and hereby opposes the motions contained in "Plaintiffs Objection to the Present Defense Objections, Motion to State Cause, Motion for Action on Past Motions" dated February 26, 2006 as follows:

It appears Plaintiff is asking for reconsideration of this Court's Order Denying Motions at Dockets 60, 63, and 64 dated March 2, 2006.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

These motions should not be reconsidered as the Court has correctly stated the facts that have been presented.

DATED at Anchorage, Alaska, this 7TH day of March, 2006.

LAW OFFICE OF FRANK S. KOZIOL
Attorney for Defendant City of Seward

By: _____
Frank S. Koziol
ABA No. 7210054

THIS IS TO CERTIFY that a copy of the foregoing was served by mail upon Robert A. Long, at his address of record, this 7TH day of March, 2006.

_____
Frank S. Koziol

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Opposition to the Motions Contained in "Plaintiffs Objection to the Present Defense Objections, Motion to State Cause, Motion for Action on Past Motions"
Long v. City of Seward, Case No. A05-0044 CV [RRB]
Page 2 of 2