FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
CITY OF SEWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT A. LONG, | ) |
| Plaintiff, | ) Case No. A05-0044 CV [RRB] <br> ) <br> ) ORDER DENYING THE MOTIONS |
| vs. | ) CONTAINED IN "PLAINTIFFS <br> ) OBJECTION TO THE PRESENT |
| CITY OF SEWARD, | ) DEFENSE OBJECTIONS, MOTION TO <br> ) STATE CAUSE, MOTION FOR ACTION |
| Defendant. | ) ON PAST MOTIONS" <br> ) |

This Court, having reviewed the motions contained in "Plaintiffs Objection to the Present Defense Objections, Motion to State Cause, Motion for Action on Past Motions" and Defendant's opposition thereto and good cause appearing for the denial of said motion,

IT IS HEREBY ORDERED that motions contained in "Plaintiffs Objection to the Present Defense Objections, Motion to State Cause, Motion for Action on Past Motions are denied.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

DATED this ____ day of _____, 2006.

_____
RALPH R. BEISTLINE
UNITED STATES DISTRICT COURT JUDGE

THIS IS TO CERTIFY that a copy of the foregoing was served by mail upon Robert A. Long, at his address of record, this 7th day of March, 2006.

_____
Frank S. Koziol

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Order Denying the Motions Contained in "Plaintiffs Objection to the Present Defense Objections, Motion to State Cause, Motion for Action on Past Motions"
*Long v. City of Seward*, Case No. A05-0044 CV [RRB]
Page 2 of 2