Robert A. Long
Pro Se.
Po Box 3526
Seward, Ak. 99664.
Phon-Fax,
907-224-3026.

RECEIVED
MAR 0 9 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| ROBERT A. LONG, | Case No. 3KN-04-555-CI.. |
| --- | --- |
| Plaintiff, | Fed. No. A05-0044-CV-(RRB). |
| V. | IN SPECIAL APPEARANCE |
| CITY OF SEWARD, | PLAINTIFFS OBJECTION TO THE TRIAL JUDGE ACTING AS THE COUNSEL FOR THE DEFENSE. |
| Defendant. | MOTION FOR CERTIFICATION OF APPEAL |

Federal Judge Ralph R. Beistline, has again Openly Acted in Obstruction of Justice in this Case, [Judge Beistline, having a long history of Obstruction in Plaintiffs Related Cases do to the Criminal Evidence in the Cases against Judge Beistline, and Other Anchorage, Federal Judge's].

In the Latest Judge Beistline, Bad Faith Action, Judge Beistline, Again Subverts Issues and Facts to Rule Against Plaintiff, [for the Protection of the Government Defendant], [in apparent Bold Face Corruption], in the Un-Court Stamped, Un-Signed Court Order dated 3-2-06, [Judge Beistline, not Even Signing and Court Stamping his own Bad Faith Order]!

This Judge Beistline, Order Denying to Plaintiff Dockets 60, 63, and 64, Sanctions against Bencardino, for Alleged Perjury, Doc. No. 60, Denial of Bencardino, Phone Records, [to Support Perjury and the Underling Claims against the Defendant], Doc. No. 63, Denial of Plaintiff Motion for Discovery of Defendants Records, at Doc. No. 64, [for Impeachment of the Defendant].

P 1 of 4

1  This Judge Beistline, Present Action is only the Latest in the long Judge Beistline, Criminal Bad
2  Faith History between the Cases, [as in Ordering Plaintiff to Answer Defendants Interrogatories, Plaintiff
3  had Answered, at the Same time as Aiding Abetting the Defendants Un-Lawful Refusals to Answer
4  Plaintiffs Interrogatories, Defendant Still Refusing to Answer], Refusing to Issue Protection Orders to
5  Plaintiffs Witnesses, [Judge Beistline, knowing the Witnesses Fear Retaliation], Denials of Discovery,
6  Judge Beistline, Dismissing Plaintiff's other Related Suits, on Fraudulent Pretense, and Other Criminal
7  Prejudicial Actions!
8
9  Judge Beistline, [when it's a Government Actor], see's Nothing Wrong with Felony Witness
10 Tampering in USA. V. Long, and now in Long V. City, or with Perjury, or Felony Falsification of Court
11 Transcripts in Long V. County, and USA. V. Long, or with Refusals of Interrogatories by Defendant, and
12 will, and takes these Intended Un-Lawful Actions to Prejudice the Plaintiff, do to the Court Record
13 Supported Criminal Charges against Judge Beistline, and Other Judges in the Related Cases, [Judge
14 Beistline, has taken Criminal Actions to Cover Up the Crimes of Judges, Roberts-Singleton-Sedwick, and
15 Holland, this is Not Alleged, but is Stated as a Court Record Supported Charge under RECO. and
16 HOBBS].
17
18 Judge Beistline, Attempts in Bad Faith to, [in Misconduct], Separate the Actions of Defendants
19 Actors Chapman-Brossow, and now Mr. Bencardino, from the City Defendant, and to Pretend in a
20 Subverted Manner that the City of Seward, is a Separate and Singular Entity Capable of Actions on its Own
21 not Only by its Actors, [this is in Criminal Bad Faith on its Face], the City of Seward, is not an Entity
22 Separated from its Actors, [The City, Simply Cannot it act on its Own as a Individual Entity, only by its
23 Actors Actions], the City Actors are under a Master Slave Relationship, the City is Responsible for the
24 Crimes and Civil Rights Violations of its Slaves, Judge Beistline Can Not Separate the Action of the City
25 Actors from its Slaves, [this Attempt of Subversion is in the Same kind of Action as Judge Beistline,
26 p 2 of 4

1  Reading 18 USC. 3231, in USA. V. Long, to Contend Federal Jurisdiction, without the Required Words of
2  18 USC.3231, Exclusive of the State Courts", to Pretend Federal Jurisdiction in USA. V. Long, within the
3  Sovereign State of Alaska, where no Title 18, Jurisdiction Exist].
4
5  Judge Beistline, Claims in Bad Faith that Plaintiff has not Explained why the City, would take the
6  Actions Alleged by Plaintiff, [One, this is a General Intent Criminal Action, it Requires no Deep In Mind
7  Showing of Reason, Two, Plaintiff has Clearly Explained the Line of Events that Lead to the USA. V.
8  Long, Defacto Arresting Officer, Chapman, taking the Actions, and its on its Face why the Rest of the City
9  Actors would Join in the Fun to Protect the City from Liability to the Plaintiff], what Judge Beistline, Will
10 not See by His Intent-Desire, is any Government Crime that Leads in any Form to Criminal and Misconduct
11 Charges against Him and the Other Judges, [the Central Point Under Law is, One, the Reasons for the
12 doing of the Crimes and Civil Rights Violations are Un-Important, Only the Fact of the Actions being taken
13 is Under Legal Notice by the Court, Two, the Criminal Denials of Discovery to the Plaintiff are Criminal
14 Bad Faith by the Defendants and Judge Beistline, Three, this Judge "Beistline", has a Clear History of
15 Criminal Bad Faith in Plaintiffs Actions, and Plaintiff has a Legal Right of Appeal and Redress, [this Court
16 Reminded of the Motions for Appeal to Past Criminal Bad Faith Rulings in the Anchorage, Federal Courts,
17 Ignored or Trashed, until the Time Limit for Appealing is Past for the Plaintiff, as Supported by the Courts
18 Own Records, Trash this Motion for Appeal and you will Pay for the Crime as this Appeal Motion will be
19 Sent to other Placed to Support that this Filing was made].
20
21 Judge Beistline, is to Consider this his Second Official Warring Regarding his
22 Personal Breaches of Contract Duties to the Plaintiff, Judge Beistline, will Receive one
23 more Official Warring before the Filing of a Civil Suit for Breach of Contract in Official
24 Duties Owed to Plaintiff with the Filing against Judge Beistline, of a Commercial Lien to
25 Secure Recovery on All his Personal Holdings, this to be Excepted as a Sworn Demand for
26 you to End the Breach of Contract and the Expresses Extent to bring you into Suit!
27 P 3 of 4
28

1  Plaintiff Moves for Appeal to the 9th. Circuit Court, of the Criminal Bad
2  Faith Orders of Judge Beistline, of Denial of Plaintiffs Motions Docket No, 60-
3  63-64, and for the Certification of Appeal by this Court and Clerk of the Court,
4  to be Provided to Plaintiff for Lawful Appeal to the Final Orders in the Docket
5  Issues, Plaintiff Reserves the Expressed Right to Appeal Other Bad Faith
6  Actions of Judge Beistline, in Long V. County, USA. V. Long, Long V.
7  County, the Original Long V. City, and Long V. MJ. Roberts, without Leave of
8  the Courts, to Support a History of Obstruction of Justice and the Criminal
9  Cover Up of Crimes Committed within and without the Anchorage, Federal
10 Court, By Judge Beistline, and Other Judges and Actors.

12  No Un-Lawful Threats, Attempts to Interfere in the Official Duties of a Judge, Wild Charges or
13 Other Unlawful Attempt or Actions are made within this Filing or any other Plaintiffs Actions, [or have
14 Ever been Made by this Plaintiff], only the Lawful Actions of a Decade long Victim of Criminal Actions by
15 Federal Judges to Gain Lawful Redress within this So Called System of Law and Justice, Frustrated by the
16 Court Criminals by Un-Lawful Denials of Court Records and Transcripts?

18  Plaintiff Rejects any Connection with this Appeal by the Present Chief Judge of the 9th. Circuit or
19 Appellant Commissioner Shaw, do to their Court Record Supported, Past Bad Faith Involvements in
20 Plaintiffs Past Relief Efforts, Leading to and Creating this Present Case, in their Abject Denials of
21 Mandatory Discovery in the USA. V. Long, Appeal and 2255, Actions, and the Misconduct Complaints
22 against Anchorage, Judges, Sabotaged by the now Chief Judge, as Supported by the Courts Records.

24 I certify the above to be true and correct to the best knowledge of plaintiff under penalty of perjury.
25 I certify to have served by mail Defense Counsel, Frank S. Koziol, 618, Christensen Dr, Anchorage, Ak.
26 Dated on 3-8-06 .                                     _Robert A. Long_
27 P 4 of 4                                              Robert A. Long,      Pro Se.