FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
CITY OF SEWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT A. LONG, | ) |
| Plaintiff, | ) Case No. A05-0044 CV [RRB] ) |
| vs. | ) OPPOSITION TO "PLAINTIFFS ) OBJECTION TO THE TRIAL JUDGE ) ACTING AS THE COUNSEL FOR THE |
| CITY OF SEWARD, | ) DEFENSE. MOTION FOR ) CERTIFICATION OF APPEAL" |
| Defendant. | ) |

COMES NOW Defendant CITY OF SEWARD, by and through its attorney, FRANK S. KOZIOL, and hereby opposes the "Plaintiffs Objection to the Trial Judge Acting as the Counsel for the Defense. Motion for Certification of Appeal" dated March 8, 2006 as follows:

This Court's Order Denying Motions at Dockets 60, 63, and 64 dated March 2, 2006 does not constitute a final judgment for appeal purposes. Therefore, Plaintiff's motion should be

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

denied as premature.

DATED at Anchorage, Alaska, this 14TH day of March, 2006.

                                LAW OFFICE OF FRANK S. KOZIOL
                                Attorney for Defendant City of Seward

By: _____
      Frank S. Koziol
      ABA No. 7210054

THIS IS TO CERTIFY that a copy of the foregoing was served by mail upon Robert A. Long, at his address of record, this 14TH day of March, 2006.

_____
Frank S. Koziol

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Opposition to "Plaintiffs Objection to the Trial Judge Acting as the Counsel For the Defense. Motion for Certification of Appeal"
*Long v. City of Seward*, Case No. A05-0044 CV [RRB]
Page 2 of 2