FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
CITY OF SEWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT A. LONG, ) | |
| ) | Case No. A05-0044 CV [RRB] |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER DENYING "PLAINTIFFS |
| ) | OBJECTION TO THE TRIAL JUDGE |
| CITY OF SEWARD, ) | ACTING AS THE COUNSEL FOR THE |
| ) | DEFENSE. MOTION FOR |
| Defendant. ) | CERTIFICATION OF APPEAL" |
| ) | |

This Court, having reviewed "Plaintiffs Objection to the Trial Judge Acting as the Counsel for the Defense. Motion for Certification of Appeal" and Defendant's opposition thereto and good cause appearing for the denial of said motion,

IT IS HEREBY ORDERED that "Plaintiffs Objection to the Trial Judge Acting as the Counsel for the Defense. Motion for Certification of Appeal" is denied.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

DATED this ____ day of _____, 2006.

_____
RALPH R. BEISTLINE
UNITED STATES DISTRICT COURT JUDGE

THIS IS TO CERTIFY that a copy of the foregoing was served by mail upon Robert A. Long, at his address of record, this 14TH day of March, 2006.

_____
Frank S. Koziol

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Order Denying "Plaintiffs Objection to the Trial Judge Acting as the Counsel For the Defense. Motion for Certification of Appeal"
Long v. City of Seward, Case No. A05-0044 CV [RRB]
Page 2 of 2