# FEDERAL PUBLIC DEFENDER
## for
## THE DISTRICT OF ALASKA

Rich Curtner
Federal Public Defender

550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska 99501

(907) 646-3400/FAX (907) 646-3480

February 9, 2006

Robert Long
PO Box 3526
Seward, Alaska 99664

Dear Mr. Long,

On February 8, I reviewed your undated handwritten letter. I did not see a fax. Anyway, I am not sure exactly what you want me to do here.

I reviewed the Louis Bencardino affidavit attached to your letter. I noted that the statements he makes are put in the terms of whether a person tried to prevent him from testifying. I cannot go so far as to say that what he told me *exactly* contradicts that statement. However, there is no doubt in my mind that he told me that a police officer told him that they were unhappy with his decision to support you as a character witness.

The timing of this event, however, is not clear to me. It definitely occurred during the time we were preparing for trial. Contrary to his affidavit, he did testify at a bail hearing. He appeared by telephone, and he has obviously forgotten that fact. The contact with the officer, therefore, might have been after he testified; it might have been before he testified. I just can't say for sure.

I believe you are correct when you say that you expressed concern about possible witness tampering during the time I represented you. I do not recall whether it was during or shortly after the trial.

Keep in mind that we prepared for character witnesses at two stages of the case. First, to get you out on bail, and about two months later, at the trial. I do not recall Mr. Bencardino coming to Anchorage to testify at your trial. MJ says that he did. I don't remember it, myself. I know we did contact his wife, and the elderly lady who owned Miller's landing, and your friend Ms. Crump, and I know that Tina and the elderly lady were here. If Mr. Bencardino says he came too, his word is corroborated by MJ's memory. It would not be hard to get these details straightened out. Tina, or the elderly lady, or Ms. Bencardino's wife, should

remember who showed up for you from Seward at your trial.

In preparation for trial, and getting character witnesses, I do recall being concerned with the pressure put upon Mr. Bencardino by the police, as he relayed it to me. I got the impression that Mr. Bencardino is a political person in Seward and I would need to be careful with him to make sure that the officer's opinions would not have the effect of causing Mr. Bencardino to weaken his character testimony. As it turned out, however, it didn't matter in the trial because Judge Sedwick ruled that your reputation for peacefulness was not relevant to the issues in the trial, and that our character witnesses were not admissible evidence.

MJ has no recollection of the witness tampering issue you raise here in this litigation.

Feel free to call me if this letter does not address all of your concerns.

Very truly yours,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

Michael Dieni
Assistant Federal Defender