RECEIVED
MAR 2 2 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

1  Robert A. Long
   Pro Se.
2  Po Box 3526
   Seward, Ak.
3  99664.
   Phon-Fax,
4  907-224-3026.

5  IN THE UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF ALASKA

6

7  ROBERT A. LONG,                    Case No. 3KN-04-555-CI..
                                      Fed. No. A05-0044-CV-(RRB).
           Plaintiff,
8                                     IN SPECIAL APPEARANCE
9  V.
                                      PLAINTIFF'S ANSWER TO DEFENSE
   CITY OF SEWARD,                    OPPOSITION OF 3-14-06
10
           Defendant.
11
       Defendant has Opposed Plaintiff Objections to Judge Beistline, acting as a Defense Counsel, [this is
12
   not a Surprise], and has Opposed Certification of Appeal.
13

14
       Defendant and Frank S. Koziol, having Hijacked this Case from the Alaska State, Court, {Criminally
15
   Aided by Judge Singleton, in Criminal Judicial Misconduct, Singleton, Disqualified by being the Poor
16
   Contended victim in the Malicious Criminal Case that Generated this Suit}, now Koziol, Objects to
17
   Plaintiffs Objecting to Judge Beistline, acting as Defense Counsel, Koziol, [in the Objection], Never
18
   Bothering to State or Deny that Judge Beistline, Is Not In Fact Acting As Co-Counsel With Koziol, for the
19
   City of Seward, making his Life Easy in this Case, [good work if you can get it].
20

21
       For Defense Counsel to make a Lawful Opposition would have Required Defense Counsel to have
22
   made a Clear Sworn Affidavit on the Issue, [with Judge Beistline's Court Recorded History that Could be
23
   Un-Wise of Counsel]!
24
   P 1 of 3
25

26

27

28

1    On this Issue, Plaintiff Believes Judge Beistline, Should, [but will not], Require by Court Order that
2    Defense Counsel Makes a Sworn Affidavit in Support to Counsels Opposition before Counsels Opposition
3    is Entertained!
4
5    On Defense Counsels Opposition to Certification of Issue Appeal, Counsel contends that the
6    Plaintiffs Motion for Appeal should be Denied as Premature, Plaintiff will Direct Defense Counsel and
7    Judge Beistline, to the Clear Recorded History of this Court on Denials of Plaintiff's Past Appeal Issues.
8    (1), This Court has Trashed Several Request for Appeal Certifications.
9    (2), In this Court, Plaintiff has Acted for Reconsideration of Discovery Denial, over in fact Years, Ignored.
10   (3), Plaintiff has had this Court, [in Orders no different that this one], after Repeated Motions for
11   Reconsideration, Barr Plaintiff from Appeal, Stating Plaintiff is Barred from Appeal do to not having
12   Appealed by the Lawful Time Limit after the Date of Original Denial Order.
13   (4), This Court has a History of Criminal Misconduct against this Plaintiff, with Judge Beistline, not on top
14   of the List, but Working Hard to that Point.
15   (5), As these are Criminally Prejudice Actions to Deny Plaintiff Valid Discovery, Criminal Acts of
16   Misconduct by Judge Beistline, Action as Co-Defense Counsel, until these Issues are Resolved this Case
17   can not move forward under Law.
18   (6), Defense Counsel Koziol, being in Intended Clear Contempt of Law in the Criminal Denial of
19   Discovery to Plaintiff, [Aided by Co-Counsel Beistline], has no Right to Object to anything in this Case.
20
21   Plaintiff Contends before the Court, that Judge Beistline, should Order Defense Counsel to Provide
22   Sworn Personal Supporting Affidavits, and Order Counsel to Provide Refused Discovery, before Sanctions
23   are Imposed by the Court against Defense Council, [that would of course be in some other Court].
24
25   Plaintiff Request that if his, [Judge Beistline's], Denials of Dockets 60, 63, 64, are not a Final
26   Orders, that Judge Beistline, States on the Record that Fact, and that Plaintiff is not going to be Criminally
27   Prejudiced again, by the Common Court Action of Denying Issue Appeals do to Plaintiff not having
28   p 2 of 3

1  Appealed at the Time of the Denial, [after the Long Ignored by the Court], attempts of Plaintiff for
2  Reconsideration,

3  Plaintiff again Reminds the Court that in Plaintiffs Cases, [by Court Record], Discovery never
4  becomes Ripe until after Dismissal then becoming Moot!

6  Again in Personal Defense of Further Criminal Retaliation by the Court, Plaintiff makes no False
7  Charges, Claims or Wild Charges, Plaintiff States Allegations Based on his Best Knowledge based on the
8  Recorded Criminal History of the US. Federal Court, and this Disqualified Judge, Judge Beistline,
9  Apparently Acting as Co-Counsel, Denying Plaintiff Discovery as the Discovery would Discredit and Indite
10 a long List of Defendant Actors, and Lead to the Criminal Indictment of the Anchorage, Federal Judges for
11 their Court Recorded Criminal Acts, [Plaintiff has an Absolute Right to Disparage this Criminal Court do
12 the History of Crimes Committed by it Against Plaintiff, this Court has no Title of Nobility].

14 The Court has Ordered Plaintiff to be Un-Barred, to the USA. V. Long, Sentencing Transcript
15 Criminally Denied by Judge Sedwick's, Orders for 4 years, Plaintiff has made Written Requested of the
16 Audio Recording, Requested to be Informed of Requirements, to the Clerk of the Court, and so far been
17 Ignored, [Personally to Judge Beistline, will this Recording be Denied to me till after another
18 False Dismissal, then in Common Action become a Moot Court Order, or will I be
19 Receiving this Discovery from the United States District Court, to Date no Court Relief
20 Order to Plaintiff has Ever been Effected in Any Case]?

22 I certify the above to be true and correct to the best knowledge of plaintiff under penalty of perjury.

24 I certify to have served by mail Defense Counsel, Frank S. Koziol, 618, Christensen Dr, Anchorage, Ak.

26 Dated on 3-19-06.
27 P 3 of 3                                                              Robert A. Long,    Pro Se.