

1  Robert A. Long
   Pro Se.
2  Po Box 3526
   Seward, Ak.
3  99664.
   Phon-Fax,
4  907-224-3026.

5           IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF ALASKA
6
   ROBERT A. LONG,                  Case No. 3KN-04-555-CI..
7                                   Fed. No. A05-0044-CV-(RRB).
              Plaintiff,
8                                   IN SPECIAL APPEARANCE
   V.
9                                   PLAINTIFF MOVES TO ADD THE NAME OF
   CITY OF SEWARD,                  LOUIS BENCARDINO AS A DEFENSE ACTOR
10                                  IN CONSPIRACY AFTER THE FACT.
              Defendant.             RUN ON MOTION.
11

12       Plaintiff Filed this Suit Expressly Retaining the Right to Add Other Defendants and Defendants

13  Actors, [do to Events known to the Court and Defendant], the Plaintiff Moves to Add the Name of Louis

14  Bencardino, as an Active Defendants Actor, [After the Fact], in Defendant-Defendants Actors, Conspiracy

15  to Cover Up the Original, Federal Defense Witness Tampering in USA. V. Long, with the Inherent

16  Conspiracy to Obstruct Justice and in Civil and Legal Rights Violations against the Plaintiff.

17

18       The Court has the Complaints against Mr. Bencardino, with Plaintiffs Allegations, of now, in the

19  Interest of the Defendant, two Perjured Bencardino, Affidavits, [the Soft Soaped Dieni, Affidavit still

20  Supports the Perjury Charges], other Witnesses Testimony with held by Fear of Retaliation.

21

22       Do to the Refusal of the Court to Provided Needed and Lawfully Court Protection Orders to

23  Plaintiffs Witnesses, [the Court having the Sworn Fact by Plaintiff that these Witnesses Now Refuse to

24  Provide Affidavits do to their Fear of Retaliation by City Actors, Real or Perceived], at this time Plaintiff

25  can not before the Court, by Personal Affidavits Clearly Support the Perjury of Bencardino, but will at Trial

26  by Personal Witness Testimony, and with Plaintiffs Inability to Gain a Court Officer in Seward, Alaska, for

27  a Bencardino, Deposition, [the local Court at First led me to Believe it would provide a Room and Clerk at

28  p 1 of 4

1  the Seward, Court, but it seems found out Who would be Deposed and then Refused], Plaintiff now
2  Requires the Above Action in order to Question Mr. Bencardino, under Written Interrogatory as a
3  Defendants Actor, [All Plaintiffs Interrogatories to the Defendant, Directly and by Court Filings, Refused
4  by the Defendant, Aided by the Courts Refusal to Compel], Plaintiff Desires to Place Mr. Bencardino,
5  Clearly on the Record in Order to Impeach Mr. Bencardino, and His Defendant and Partners.
6
7  Plaintiff Informs the Court of his Intent to Question Mr. Bencardino, on Issues of Missing Criminal
8  Police Evidence Department Property in Nome Alaska, when Mr. Bencardino, was an Officer of that City,
9  on the Issue of Missing Police Evidence in Seward, on the Personal Use of Seward, Police and Alaska,
10 State DMV. Records after Mr. Bencardino, was no longer Authorized to have Access to that Information,
11 on Direct Pay Off's by Citizens to Mr. Bencardino, to Cover Up Criminal Acts as a Seward, Official, with
12 other Questions to Impeach Mr. Bencardino, and the City of Seward, Defendant and Other Defendants
13 Actors, [Plaintiff Requires to Place Mr. Bencardino, Sworn on the Record on Issues with Specificity].
14
15 Again Plaintiff makes no False or Wild Charges, but Acts do to Personal Witnesses coming to the
16 Plaintiff do the General City of Seward, Knowledge of Plaintiffs Courts Actions against the City of Seward,
17 and the Resented Inability to Act against City Actors by these Citizens for the Bad Actions do to their
18 Expresses Fear of Retaliation, [those Persons reporting to Plaintiff to have Payed to not be Charged with
19 Crimes, are Now Protected by the Statute of Limitations and May not require Immunity].
20 Plaintiff Certifies in this Sworn Written, Filing-Testimony, that Seward Residents have come to the
21 Plaintiff and Reported Un-Lawful Acts and Actions by the Seward, City Actors, [to Include Bencardino],
22 acting under Color of Law for the City, [Color of Law does not Require Official Sanction or even
23 Knowledge by other City Officials], taken over the years, that Plaintiff by this Testimony, [by its very
24 Bulk], will Discredit the Defendant and Defendants Actors and Support a History of Bad Actions as those
25 Alleged in this Suit and the Alleged Conspiracy to Cover Up, [Supported also by State Prosecutor
26 Records].
27 Dated on 3-19-06                                    Robert A. Long,                Pro Se.
28 P 2 of 4

1   Plaintiff, as a Required Run On Motion, Request the Court to Again Extend the Time for
2   Discovery do to the Court Ignoring Witness Protection Motions, the Total Abject Refusals of the Defendant
3   to Answer Interrogatories, [the Court Reminded that Effectively the Defendant Stipulated to their History
4   of Refusals to Answer Interrogatories in Court Proceedings, Plaintiff did in Hearing, Informed the Court he
5   believed at Hearing that he would not need the Answers, but then Plaintiff did File to Compel Answers do
6   to Defendants Actions in Refusal to Answer New Discovery], the Defendant Refuses to Provide Other
7   Requested Discovery, [as the Identity of the Defendant Actors Directing the Defense], with the Courts
8   Refusals or Ignoring of Motions to Compel Required Discovery, and the Appeal Action now Active.
9
10  Plaintiff Moves the Court to Compel Discovery in Answers to Interrogatories, Past, Present and those
11  Plaintiff will now File before and Through the Court do to Defendants History of Refusals, to Bencardino,
12  Chapman, Brossow, the Seward City Mayor and Other City Officials as Need Requires.
13
14  The Court also Reminded again, of the Clear History of Prejudice by this Court against Plaintiff, do
15  the Plaintiffs Court Record Supported Criminal Misconduct Complaints and Criminal Charges against the
16  Court Judges, that this Suit was Filed in State, Court, that it was Directly Hijacked into Federal Court by a
17  contended victim, [Singleton], in the Criminal Case that Generated it, [a Criminal Bad Action and Conflict
18  of Interest], and is before a Federal Judge Contended to have a Long Bad Faith History, to be in Conflict of
19  Interest, Criminal Conspiracy to Obstruct Justice in Cover Up of Felony Criminal Acts Committed by
20  Other Judge and Charged by Plaintiff to have Acted in Fraud in a Reading of Federal Statute to Continue
21  False Federal Jurisdiction to Maintain a Malicious Prosecution to Continue Obstruction and Deny Justified
22  Relief to Plaintiff, and to Have Acted and Conspired with Other in Fraud Upon the Court.
23  Judge Beistline, Informed that a Plaintiffs now Appointed Attorney, appointed to Appeal the Bad
24  Faith Dismissal of Plaintiff 2255, Relief Actions, by a California, Judge, [Aided and Abetted by this Judge,
25  who was also Directly Appointed, as was Judge Selna, to Address the Criminal Trial Jury Judge Sedwick,
26  Ex-Party Jury Tampering in USA. V. Long], [Selna, and Beistline, Refusing to Act on the Criminal Issue
27  p 3 of 4
28

1  Issue they were Directly Assigned to Address in Criminal Conspiracy], this Attorney has Requested the
2  Plaintiff, in order to make his Appeal Actions Less Work, that at this Time the Plaintiff does not File Suit
3  the and Liens against the Judges of this Court, Plaintiff has agreed for the Time!
4
5  Plaintiff Moves the Court to Grant the Above in a Timely Manner, for Extension of
6  Discovery, [Judge Beistline, Reminded that in Hearing, that Judge Beistline, Stated that Discovery would
7  need to be Extended Again].
8
9  Plaintiff will File a Formal Motion for Compelled Discovery Required in this Case from the State,
10 Prosecutors office, [of the Record of the Criminal Cases that were Dropped, or Forced to be Plea
11 Bargained, do to the Loss of Criminal Evidence from the Seward, Evidence Department], [with a Court
12 Protection Order to Witnesses, Plaintiff will Provide, [at Need], the Personal Affidavits from Citizens and
13 Defense Attorneys, that their Cases were Effected by the LOSS of Evidence by the Seward, Police, of
14 Money, Guns, Drugs and Other Evidence, [the Resistance of the Court in Bad Faith to Plaintiffs Discovery
15 Rights, Will Be Over Come At Some Point, and not as in Every Other Plaintiffs Case to date in this Court,
16 Denied], Discovery to Plaintiff will not Become Ripe Only After Another a Bad Faith Dismissal of the
17 Action and so Moot, [Judge Beistline, Reminded that his Present Bad Faith and Intended Prejudicial
18 Actions are now Directed to this Court for Appeal and Certification, at this Time], the Right of Plaintiff to
19 Confront Defense Perjury and to Impeach the Defendant and Defendants Actors, [to Include Bencardino],
20 with the Governments Own Records of Bad Actions, is Absolute and Clearly Required in this Case of
21 Criminal Conspiracy, where the Conspiracy is Extended in Further Criminal Actions of Cover Up by More
22 Extended Criminal Actions.
23
24 I certify the above to be true and correct to the best knowledge of plaintiff under penalty of perjury.
25 I certify to have served by mail Defense Counsel, Frank S. Koziol, 618, Christensen Dr, Anchorage, Ak.
26
27 Dated on 3-19-06.
28 P 4 of 4                                                Robert A. Long,         Pro Se.