IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ROBERT A. LONG,

      Plaintiff,

vs.

CITY OF SEWARD,

      Defendant.

Case No. 3:05-cv-0044-RRB

**ORDER RE MOTIONS AT**
**DOCKETS 78 AND 85**

      At Docket 78 Plaintiff seeks to file a sealed witness list and to file for witness subpoenas under seal. There is simply no legal basis for such relief. When a party sues another person or entity, that party must disclose the names of any witness they expect to rely on. The Federal Rules of Civil Procedure are clear in this regard. Defendant must do this as well. Therefore, Plaintiff's Motion to File a Sealed Witness List and to File for Witness Subpoenas for Trial Under Seal at Docket 78 is hereby **DENIED.**

      At Docket 85, Plaintiff files a motion entitled Objection to the Trial Judge Acting as the Counsel for the Defense and a Motion for Certification of Appeal. To clarify, the Court is

acting as the judge in this case and does not represent either side.  The Court is sincerely attempting to be fair to both sides despite the constant barrage of threats and unfounded insults by Plaintiff.  Inasmuch as there is no final judgment in this matter, there is no legal basis upon which the Court can certify this matter for appeal.  Therefore Plaintiff's motion at Docket 85 is hereby **DENIED**.

ENTERED this 24th day of March, 2006.

/s/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

ORDER RE DOCKETS 78 AND 85 - 2
3:05-CV-0044-RRB