FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
CITY OF SEWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT A. LONG )<br>)<br>  Plaintiff, )<br>)<br>vs. )<br>)<br>CITY OF SEWARD, )<br>)<br>  Defendant. )<br>_____) | Case No. A05-0044 CV [RRB]<br><br><br><br><br><br><br>DEFENDANT'S MOTION FOR<br>SUMMARY JUDGMENT |

    COMES NOW Defendant CITY OF SEWARD, by and through its attorney, FRANK S. KOZIOL, and, pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby moves this Court for an order granting summary judgment to Defendant.

    This motion is supported by the accompanying memorandum of law with attachments. A proposed order also accompanies the motion.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

DATED at Anchorage, Alaska, this 28TH day of March, 2006.

LAW OFFICE OF FRANK S. KOZIOL
Attorney for Defendant City of Seward

By: _____
Frank S. Koziol
ABA No. 7210054

THIS IS TO CERTIFY that a copy of the foregoing was served by mail upon Robert A. Long, at his address of record, this 28TH day of March, 2006.

_____
Frank S. Koziol

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Defendant's Motion for Summary Judgment
*Long v. City of Seward*, Case No. A05-0044 CV [RRB]
Page 2 of 2