FEB 0 7 2006

Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Michael Dieni, being first duly sworn upon oath, deposes and states:

1. I was the Assistant Federal Defender assigned to represent Mr. Robert Long in the case of USA v. Robert Long, A02-0031, in the District of Alaska.

2. At the beginning of the case Mr. Long was detained. I requested a bail hearing for Mr. Long. In support of that request I contacted a number of potential character witnesses by telephone in Seward, Alaska. Several of these individuals submitted letters of support of Mr. Long. Mr. Louis Bencardino was among the individuals I contacted.

3. Mr. Bencardino spoke highly of Mr. Long and Mr. Bencardino agreed to provide telephonic character testimony on behalf of Mr. Long for his bail hearing. Mr. Bencardino also went so far as to offer to provide part-time third party custody supervision for the court if Mr. Long was released.

4. On or about April 15, 2002 Magistrate Judge Harry Branson conducted a bail hearing at which Mr. Bencardino testified. Magistrate Judge Branson denied our request.

5. Mr. Long appealed this order to District Judge Sedwick. At a hearing Judge Sedwick reversed the Magistrate Judge's order and released Mr. Long.

6. At some point in time, probably in conjunction with the bail hearings,

EXHIBIT C
Page 1 of 2 Pages

I spoke with Mr. Bencardino. He told me that he had spoken with a ranking Seward police officer and that this officer had expressed disapproval (to Mr. Bencardino personally) as to Mr. Bencardino's decision to speak in support of Long.

7. Upon review of Mr. Long's file I find no direct memorialization of this conversation. However, on April 12, 2002, I faxed documents to Mr. Bencardino in aid of his upcoming bail hearing testimony. On the cover sheet of this fax I wrote "Thanks for sticking to your guns on this."

8. I am certain that Mr. Bencardino made statements to me consistent with the description set forth in paragraph 6 above. I am uncertain, however, as to when, in the context of the litigation, he made these statements to me. I believe – but am not sure – that it occurred in conjunction with Mr. Bencardino's bail hearing testimony.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Michael Dieni

SUBSCRIBED and SWORN to before me this 24th day of January, 2006.

Notary Public in and for Alaska
My Commission Expires: 3/14/2007

STATE OF ALASKA
NOTARY PUBLIC
Lenora L. Roehling
My Commission Expires: March 14, 2007

2

EXHIBIT C
Page 2 of 2 Pages