FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
CITY OF SEWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ROBERT A. LONG, )
       Plaintiff, ) Case No. A05-0044 CV [RRB]
) **AFFIDAVIT OF LOUIS BENCARDINO**
vs. )
)
CITY OF SEWARD, )
       Defendant. )

STATE OF ALASKA )
) ss.
THIRD JUDICIAL DISTRICT )

    LOUIS BENCARDINO, being first duly sworn upon his oath, makes the following statements based on personal knowledge, except as otherwise indicated:

    1.  I am a resident of the City of Seward. I was the Police Chief of the City of Seward from early 1975 until October, 1991.

FRANK S. KOZIOL
ATTORNEY AT LAW
18 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

2. I have previously submitted an affidavit in this case. There is nothing I have read subsequently that requires me to change anything in that prior affidavit.

3. I received the attached letter dated February 10, 2006 from Frank S. Koziol with voluminous attachments as described in the letter. (Exhibit A)

4. Regarding the affidavit of Michael Dieni dated January 24, 2006, I recall Mr. Dieni asking me if I would get any flack from anyone at the police department by testifying on behalf of Mr. Long at a bail hearing. I responded that they may not like it but it would not matter to me, that I would still testify on Mr. Long's behalf. I never told Mr. Dieni that I had spoken to any specific Seward police officer and that the officer has expressed disapproval of my decision to speak on behalf of Mr. Long. At no time did I speak to any police officer or other city official about my testifying on Mr. Long's behalf. No city official ever expressed disapproval about any decision of mine to speak on behalf of Mr. Long. Even if this had occurred it would not have affected my decision to speak on his behalf.

5. Regarding the affidavit of Mr. Long, I generally deny the statements he attributes to me. Specifically, I never told Mr. Long that any city official threatened, coerced, or

FRANK S. KOZIOL
ATTORNEY AT LAW
912 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Affidavit of Louis Bencardino
Long v. City of Seward, Case No. A05-0044 CV (RRB)
Page 2 of 3

intimidated me to not testify on Mr. Long's behalf. No one ever attempted to influence me not to testify on Mr. Long's behalf and if this had occurred, I would not have been influenced to not testify.

6. FURTHERMORE, your affiant sayeth naught.

_____
LOUIS BENCARDINO

SUBSCRIBED AND SWORN TO before me this 17th day of February, 2006.

_____
Notary Public in and for Alaska
My Commission expires: 2/14/09

FRANK S. KOZIOL
ATTORNEY AT LAW
118 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Affidavit of Louis Bencardino
Long v. City of Seward, Case No. A05-0044 CV (RRB)
Page 3 of 3

EXHIBIT D
Page 3 of 4 Pages

**Frank S. Koziol**
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, ALASKA 99501
(907) 258-7706
FAX (907) 258-7707

February 10, 2006

Louis Bencardino
P. O. Box 95
Seward, Alaska 99664

    Re:  Long v. City of Seward
        Claimant       :  Robert A. Long
        Insured        :  City of Seward
        Loss of        :  4/02
        File No.      :  2002007796
        Civil Case No. :  A05-0044 CV [RRB]

Dear Mr. Bencardino:

    This letter is sent as a follow up to our conversation of February 10, 2006. As per that discussion, I have enclosed documents recently received from Mr. Long. Your name is mentioned throughout the affidavits of Mr. Long and Mr. Dieni.

    Subsequent to our conversation, Mr. Long has sent me the following additional documents:

    1.  "Plaintiff moves for discovery of the phone records of Mr. Bencardino, on shortened time" dated February 8, 2006.

    2.  "Plaintiff moves for discovery of the City of Seward, police evidence records, on shortened time" dated February 8, 2006.

    3.  Miscellaneous affidavits provided by Mr. Long.

    4.  "Plaintiff moves for criminal and civil sanctions against witness, Louis Bencardino, with required investigation" dated February 8, 2006.

    I would like to have you review the documents and then give me a call to discuss your response.

    I appreciate your prompt attention to this matter.

                      Sincerely,

                      LAW OFFICE OF FRANK S. KOZIOL

                      Frank S. Koziol

FSK/rb

Enclosures

EXHIBIT D
Page 4 of 4 Pages

EXHIBIT A

10115

**Frank S. Koziol**
ATTORNEY AT LAW

618 CHRISTENSEN DRIVE
ANCHORAGE, ALASKA 99501

(907) 258-7706
FAX (907) 258-7707

February 10, 2006

Louis Bencardino
P. O. Box 95
Seward, Alaska 99664

    Re:  Long v. City of Seward
         Claimant    :  Robert A. Long
         Insured     :  City of Seward
         Loss of     :  4/02
         File No.    :  2002007796
         Civil Case No. :  A05-0044 CV [RRB]

Dear Mr. Bencardino:

    This letter is sent as a follow up to our conversation of February 10, 2006. As per that discussion, I have enclosed documents recently received from Mr. Long. Your name is mentioned throughout the affidavits of Mr. Long and Mr. Dieni.

    Subsequent to our conversation, Mr. Long has sent me the following additional documents:

    1.  "Plaintiff moves for discovery of the phone records of Mr. Bencardino, on shortened time" dated February 8, 2006.

    2.  "Plaintiff moves for discovery of the City of Seward, police evidence records, on shortened time" dated February 8, 2006.

    3.  Miscellaneous affidavits provided by Mr. Long.

    4.  "Plaintiff moves for criminal and civil sanctions against witness, Louis Bencardino, with required investigation" dated February 8, 2006.

    I would like to have you review the documents and then give me a call to discuss your response.

    I appreciate your prompt attention to this matter.

                    Sincerely,

                    LAW OFFICE OF FRANK S. KOZIOL

                    Frank S. Koziol

FSK/rb

Enclosures

EXHIBIT D
Page 4 of 4 Pages

EXHIBIT A

10115