FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
CITY OF SEWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ROBERT A. LONG,           )
                          ) Case No. A05-0044 CV [RRB]
        Plaintiff,        )
                          ) **AFFIDAVIT OF LOUIS BENCARDINO**
    vs.                   )
                          )
CITY OF SEWARD,           )
                          )
        Defendant.        )
_____)

STATE OF ALASKA           )
                          ) ss.
THIRD JUDICIAL DISTRICT   )

      LOUIS BENCARDINO, being first duly sworn upon his oath, makes the following statements based on personal knowledge, except as otherwise indicated:

      1.   I am a resident of the City of Seward. I was the Police Chief of the City of Seward from early 1975 until October, 1991.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

EXHIBIT E
Page 1 of 16 Pages

2. I have previously submitted two affidavits in this case.

3. I recently received a copy of a transcript of my testimony at Mr. Long's bail hearing. (Exhibit 1) I had previously stated in my affidavit dated September 19, 2005 that I traveled to Anchorage to testify at Mr. Long's bail hearing but was never called as a witness. This prior statement is incorrect because the transcript shows I did testify at the bail hearing by telephone. (See Exhibit 1 at page 54 line 15: "You can - you can hang up now.")

4. In my affidavit dated September 19, 2005 I stated I traveled to Anchorage to testify for Mr. Long but was not called as a witness. This did occur, but it was not for Mr. Long's bail hearing but rather for his trial.

5. I hereby reaffirm the accuracy and truthfulness of the contents of the remainder of my affidavit dated September 19, 2005 and my Affidavit dated February 17, 2006.

6. FURTHERMORE, your affiant sayeth naught.

_____
LOUIS BENCARDINO

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Affidavit of Louis Bencardino
*Long v. City of Seward*, Case No. A05-0044 CV [RRB]
Page 2 of 3

EXHIBIT E
Page 2 of 16 Pages

SUBSCRIBED AND SWORN TO before me this 20th day of March, 2006.



*Johanna Dollerhide*
Notary Public in and for Alaska
My Commission expires: 2-19-2009

FRANK S. KOZIOL
ATTORNEY AT LAW
818 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Affidavit of Louis Bencardino
*Long v. City of Seward*, Case No. A05-0044 CV [RRB]
Page 3 of 3

EXHIBIT E
Page 3 of 14 Pages

FILED
JUL 2 5 2002
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

```
 1                    UNITED STATES DISTRICT COURT
 2                         DISTRICT OF ALASKA
 3   UNITED STATES OF AMERICA,    )  Case No. A02-0031-CR (JWS)
                                  )
 4                   Plaintiff,   )  Anchorage, Alaska
                                  )  Monday, April 15, 2002
 5             vs.                )  3:26 o'clock p.m.
                                  )
 6   ROBERT A. LONG,              )  BAIL REVIEW HEARING
                                  )
 7                   Defendant.   )
                                  )
 8
 9                      TRANSCRIPT OF PROCEEDINGS
10             BEFORE THE HONORABLE A. HARRY BRANSON
                 UNITED STATES MAGISTRATE JUDGE
11   APPEARANCES:
12   For the Plaintiff:          JOSEPH W. BOTTINI, ESQ.
                                 Assistant U.S. Attorney
13                               U.S. Attorney's Office
                                 222 West 7th Avenue, Room 253
14                               Anchorage, Alaska   99513
                                 (907) 271-5071
15
     For the Defendant:          MICHAEL DIENI, ESQ.
16                               Assistant Federal Public
                                   Defender
17                               550 West 7th Avenue, Suite 1600
                                 Anchorage, Alaska   99501
18                               (907) 646-3400
19   Probation Officer:          TRAVIS LYONS
                                 U.S. Pretrial Services/
20                                 Probation Office
                                 222 West 7th Avenue, #48
21                               Anchorage, Alaska   99513
                                 (907) 271-5494
22
     Court Recorder:             DEBBY W. LYONS
23                               U.S. District Court
                                 222 West 7th Avenue, #4
24                               Anchorage, Alaska   99513
                                 (907) 677-6151
25
```

TRANSCRIPT LOCATED IN EXPANDO FILE

TRANSCRIPTS
Bismarck, ND 58502
(701) 223-2096



EXHIBIT 1
ALL-STATE LEGAL SUPPLY CO.

EXHIBIT E
Page 4 of 16 Pages

1   THE CLERK: Sir, would you please raise your right
2   hand?
3   ~~THE WITNESS: Okay.~~
4   **LOUIS BENCARDINO, DEFENDANT'S WITNESS, SWORN**
5   THE CLERK: Thank you, sir. For the record, please
6   state your full name, spelling your last name, with your cur-
7   rent address.
8   THE WITNESS: Louis A. Bencardino, B-e-n-c-a-r-
9   d-i-n-o. And I -- my mailing address is Box 2064, Seward,
10  Alaska, and my living address is 1103 Second Avenue, Seward.
11  THE CLERK: Thank you, sir.
12                    **DIRECT EXAMINATION**
13  BY MR. DIENI:
14  Q    Mr. Bencardino, this is Mike Dieni. We've spoken several
15  times before this hearing, is that correct?
16  A    Yes.
17  Q    All right. I'm the attorney that's representing Robert
18  Long, also known as Trapper. I wanted to basically get a lit-
19  tle of your background into the record. Have you worked in
20  law enforcement, sir?
21  A    Yes, I have.
22  Q    And -- and can you describe that background for us?
23  A    Well, I got over twenty years as Chief of Police.
24  Q    Where did you work as Chief of Police?
25  A    Seventeen years in Seward, two and a half years as Chief

NoDak Rose Transcripts
P.O. Box 1752 • Bismarck, ND 58502
(701) 223-2096

10117

EXHIBIT E
Page 5 of
16 Pages

Bencardino - Direct                                                45

1   of Palmer, and a year and a half up in Nome, and I was on the
2   police department in Fairbanks in the early sixties.
3   Q   All right. How -- how recent -- how recently has it been
4   that you -- you -- you went away from police work?
5   A   October ninety-one is when I retired.
6   Q   How long had you been in Seward at that time?
7   A   When I retired?
8   Q   Right.
9   A   Seventeen years.
10  Q   Okay. And have you continued to reside in Seward since
11  then?
12  A   Yes.
13  Q   Okay. And -- and what kind of work have you done in
14  Seward since 1991?
15  A   I was consultant to the Chugiak Native Corporation for a
16  couple of years and then -- then I worked for the Alaska Rail-
17  road part-time, then I went on full-time -- went on just about
18  three years ago.
19  Q   Have you gauged -- have you engaged in any additional
20  public service in Seward --
21  A   Yes.
22  Q   -- since retiring as a police officer? What -- what is
23  that, sir?
24  A   I -- right after I retired, two months later I was a -- a
25  councilman for three years, then I was mayor for two years,

NoDak Rose Transcripts
P.O. Box 1752 • Bismarck, ND 58502
(701) 223-2096

```
                    Bencardino - Direct                    46
```

1 and, you know, of course from then on I'd been working for
2 Chugiak and then Alaska Railroad.
3 Q    What -- and what do you do for the railroad right now?
4 A    I'm the dock manager for Seward and Whittier.
5 Q    All right.  And you've met Trapper?
6 A    Oh, yes.
7 Q    How long have you known Trapper?
8 A    Oh, somewheres around a year and a half, maybe two years.
9 Ever since he start coming into the coffee shop.
10 Q    All right.  I take it you're a regular at the Marina
11 Café?
12 A    Yes, I stop in there every day just about.
13 Q    Okay.  And so I take it you've had a chance to -- to meet
14 Trapper and talk to him and -- and that sort of thing?
15 A    Oh, yes.
16 Q    Now you I imagine as a police chief have undertaken to
17 try to size up individuals?
18 A    Yes.
19 Q    All right.  And have you formed any opinion about Trapper
20 as far as his potential for violence in -- in your view?
21 A    I don't think he's a violent type person.  I know he
22 talks a lot and -- I mean also uses the computer a lot.  In
23 fact, I just had my lieutenant here -- he's retired, too --
24 and we were just talking about him and neither one of us felt
25 that he's a -- a threat to the community as far as being a

NoDak Rose Transcripts
P.O. Box 1752 ✦ Bismarck, ND 58502
(701) 223-2096

10119

EXHIBIT _E_
Page _7_ of
_16_ Pages

Bencardino - Direct 47

1  person that would commit murder or anything like that.
2  Q    So if the Court decided to -- so you'd be comfortable if
3  the Judge decided to let him go back to Seward pending trial
4  of these -- of these charges?
5  A    I wouldn't have no problems with that.
6  Q    Now I've volunteered you to be a what we might call an
7  oversight third-party custodian where you would check on -- on
8  Trapper on a daily basis. Are you willing to do that?
9  A    Yeah, if Trapper's willing to do that 'cause, you know, I
10 could be his worst enemy. I won't put up with any guff or
11 anything. If he steps over the line, then I'll get a-hold of
12 the probation officer, which I talked to him last -- I think
13 it was Friday -- too, and I promised him that's what I would
14 do.
15 Q    Now I -- I faxed you a bunch of the papers that the pros-
16 ecutor's relying upon --
17 A    Right.
18 Q    -- for bringing these charges. You've had a chance to
19 read those?
20 A    Yes, I just let my lieutenant read them, too.
21 Q    Okay. So it's clear that Mr. -- to you that Mr. Long has
22 popped off in some -- some written work to the Court. You've
23 seen that?
24 A    Yes.
25 Q    Okay. And having read that, you -- you're still satis-

NoDak Rose Transcripts
P.O. Box 1752 ✦ Bismarck, ND 58502
(701) 223-2095

EXHIBIT E
Page 8 of
16 Pages

10120

| | Bencardino - Direct/Cross | 48 |
|---|---|---|

1  fied that -- that if he's released to third-party custody in
2  the City of Seward, you don't believe he's going to be a dan-
3  ~~ger to the community?~~
4  A   No.
5       MR. DIENI: All right. Those are my questions.
6  Thank you, sir.
7       **CROSS-EXAMINATION**
8  BY MR. BOTTINI:
9  Q   Mr. Bencardino, good afternoon.
10 A   Yes.
11 Q   My name is Joe Bottini, I'm an Assistant U.S. Attorney
12 here in Anchorage and I'm the prosecutor assigned to the case.
13 A   Yeah, Joe, go ahead.
14 Q   Have you -- you mentioned that you'd read some things
15 that Mr. Dieni sent to you. Did those include pleadings that
16 Mr. Long appeared to have prepared and filed in the U.S. Dis-
17 trict Court?
18 A   I got -- God, I don't know, twenty-some pages here.
19 Q   Okay. Let me -- let me ask you if you've got those -- do
20 you have those in front of you?
21 A   Yes.
22 Q   Okay. There's one that's -- it's a -- it's a pleading
23 that's titled -- (clearing throat) excuse me -- "Motion Three:
24 Declaration to the Court, Motion to Inform the Court of the
25 State of Plaintiff and Intent of Plaintiff," and there's a

**NODAK ROSE TRANSCRIPTS**
P.O. Box 1752 ♦ Bismarck, ND, 58502
(701) 223-2096

10121

EXHIBIT E
Page 9 of 16 Pages

Bencardino - Cross 49

1  file stamp on the upper right-hand corner that says October 3,
2  2001. Do you have -- do you have that one in front of you?
3  A    October 3 -- April -- April --
4                  (Pause)
5  October 3, 2001. The one that was filed in the County of Los
6  Angeles?
7  Q    Yeah, Robert A. Long versus County of Los Angeles --
8  A    Yeah.
9  Q    -- is the case caption --
10 A    Yes.
11 Q    -- and the -- the title of the pleading, it says "Motion
12 Three: Declaration to the Court, Motion to Inform the Court"?
13 A    Yeah. I've got it.
14 Q    Okay. All right. In that pleading, Mr. Long -- I'll
15 represent to you that Mr. Long has admitted that he in fact
16 prepared this pleading. Mr. Long is referring to an encounter
17 that he had with a Seward police officer who had pulled him
18 over, and you'll see that episode described beginning on page
19 two of that pleading.
20 A    Mm-hmm (affirmative).
21 Q    Okay. And then you go down to the fourth paragraph and
22 Mr. Long stays this:
23           "Plaintiff admits that this officer lives today only
24           due to this lie; that without this lie, only a bul-
25           let hole in the face would have met this officer, as

NoDak Rose Transcripts
P.O. Box 1752 ✦ Bismarck, ND 58502
(701) 223-2096

10122

EXHIBIT E
Page 10 of
14 Pages

Bencardino - Cross 50

    will meet the next armed lying piece of government
    shit to face and confront plaintiff in aid of the
    criminal State of Alaska."
You see that?
A    Yes, I do.
Q    Okay. That's a pretty -- a pretty direct threat that Mr. Long is conveying there, isn't it?
A    Yeah, I -- I would -- yeah, if you were -- if you didn't know him and you saw that, I would say it probably would be.
Q    Well, let me -- let me ask you this. When you were the Chief of Police in Seward, if someone had dropped that off let's say at the police department, what would you have done with it?
A    I would have called him in.
Q    'Kay. Did you know that two Deputy United States Marshals went down to Seward last October and interviewed Mr. Long on October the 5th?
A    Yes, I do.
Q    Okay. And did you know what Mr. Long said to them while they were down there?
A    I don't know what the exact words were, no.
Q    Okay. Did -- did -- were you aware that Mr. Long said words to the effect of his back is up against the wall and that he expected that they were -- they were going to come some day and have to -- to do their jobs and he was going to

NoDak Rose Transcripts
P.O. Box 1752 ✦ Bismarck, ND 58502
(701) 223-2096

10123

EXHIBIT E
Page 11 of 16 Pages

Bencardino - Cross 51

1  have to do what he had to do and take three or four of them
2  with him? Did you know he said that to them?
3  A   I heard he made some comments -- something in that order,
4  but I didn't know exactly what it was, you know -- exact
5  words.
6  Q   Did you know that in that same conversation, Mr. Long
7  expressed empathy with Timothy McVeigh?
8         MR. DIENI: Same objection.
9  A   What was that?
10        THE COURT: Overruled.
11 BY MR. BOTTINI:
12 Q   Did you know that in that same conversation that he had
13 with the Deputy U.S. Marshals on October the 5th, that Mr.
14 Long expressed empathy with Timothy McVeigh?
15 A   You know, like I say, I -- I know Trapper, you know,
16 fairly well. I don't know him like -- like a brother or any-
17 thing, but I -- I see him every day and bullshit with him and
18 stuff like that.
19 Q   Yeah.
20 A   I think Trapper would try to impress anybody just like he
21 does there sitting there at the -- at the counter there that
22 he knows the law, you know, and he knows the -- how to work
23 around it. He tries to impress people that way. I don't
24 think he is the type of person that -- that follows through
25 with what he says. Now I've been around a long time and I've

NoDak Rose Transcripts
P.O. Box 1752 ✦ Bismarck, ND 58502
(701) 223-2096

1   been around guys like Trapper and some a lot worse, and I
2   don't -- you know, I don't get that feeling, and -- and I --
3   and I'm very good at that. When -- when I get a bad feeling
4   about somebody, you can bet that there's -- something's wrong,
5   and I don't get that around him. For some reason, I don't --
6   I know -- I've read these things, you know -- these papers
7   here and everything, but I just don't get that feeling around
8   him. And I could be wrong, I'm not saying I'm not -- you
9   know, it couldn't happen, but I would say that chances are
10  that Trapper likes to try to impress people --
11  Q    'Kay.
12  A    -- and just like he did try to do with me, and I just --
13  I mean, he wanted me to get involved in the -- some of these
14  actions, too. He asked me, and I said, nah, I don't think so,
15  and finished my coffee and left.
16  Q    Okay. It's -- it's fair to say that he's -- he's ex-
17  tremely frustrated with the judicial system, isn't that cor-
18  rect?
19  A    Yeah, he -- he's had his problems with them, I know that,
20  with that kid that he had -- I think it's down in California
21  or some place there, I know that was a -- something about it.
22  I know the police department backed off on him. They knew he
23  didn't have a driver's license, and they let him keep right on
24  going.
25  Q    Do you know whether it was because he threatened to shoot

NoDak Rose Transcripts
P.O. Box 1752 ✦ Bismarck, ND 58502
(701) 223-2096

10125

EXHIBIT E
Page 13 of
16 Pages

Bencardino - Cross 53

1  a -- an officer in the face?
2  A   No.
3  Q   'Kay.  This -- this lawsuit that he has pending here in
4  -- in federal court, this -- this thing is pretty much an ob-
5  session with him, isn't it?
6  A   I would -- yeah, I'd -- I'd come -- yeah, seems like
7  that's all he does is sit there with that computer, you know,
8  and he's always responding to something in -- in the courts,
9  but -- and I -- I know where you're coming from.  I -- I -- I
10 -- you're doing your job, I can understand that, and -- and
11 not -- with you not being around him all the time, I can un-
12 derstand where you're coming from, and I can understand the
13 judge being leery, too, after some of the things he said, but
14 I -- but as far as I think this individual going out and
15 shooting people, those type of things, I don't think that's
16 going to happen.  You know, like I say, I'm just going by my
17 own gut feeling.
18 Q   Sure.  And let me ask you this, Mr. Bencardino.  In the
19 year, the year and a half that you've known Mr. Long, have you
20 ever had occasion to make him angry?
21 A   I think he was one time, he just didn't feel too comfort-
22 able about me because I turned him down --
23 Q   'Kay.  Was that --
24 A   -- but he didn't -- I mean he didn't get, you know, car-
25 ried away or anything with me.

NoDak Rose Transcripts
P.O. Box 1752 ✦ Bismarck, ND 58502
(701) 223-2096

10126

EXHIBIT E
Page 14 of
16 Pages

Bencardino - Cross     54

1  Q    Was that in relation to what you were describing a little
2  earlier, the -- he asked you to help him out here?
3  A    Yeah.
4  Q    Okay. But certainly, you wouldn't say that he was as
5  frustrated with you on that occasion as he is with the federal
6  judicial system, would you?
7  A    No, I wouldn't say that, no.
8        MR. BOTTINI:  That's all the questions I have for
9  you. Thanks.
10       THE COURT:  Any redirect?
11       MR. DIENI:  No, no redirect. Thank you, Mr.
12  Bencardino.
13       THE COURT:  Thank you.
14       THE WITNESS:  Okay. So --
15       MR. DIENI:  You can -- you can hang up now.
16       THE WITNESS:  Okay.
17       THE CLERK:  Thank you, sir.
18       MR. DIENI:  Judge, the proposed third-parties are
19  here. Tina Crump, would you stand up and Kaye Eliason is her
20  mother.
21       THE COURT:  Go ahead.

10127

EXHIBIT E
Page 15 of
16 Pages

**INDEX**

|  | Direct | Cross | Redirect | Recross | Further Redirect |
|---|---|---|---|---|---|
| **WITNESSES FOR THE DEFENDANT:** | | | | | |
| Carla Goldsmith | 14 | 20 | | | |
| Bradley Snowden | 30 | 36 | | | |
| Louis Bencardino | 44 | 48 | | | |
| Tina Crump | 55 | 60 | 61 | | |
| Kaye Eliason | 66 | 68 | 70 | | |

|  | Page |
|---|---|
| COURT'S RULING | 71 |

10128

EXHIBIT E
Page 16 of 16 Pages