

## AFFIDAVIT OF ROBERT A. LONG

I, Robert A. Long, under Sworn Oath make the below Sworn Affidavit on Issues and Matters in the Federal Civil Suit, Long V. City of Seward.

In about March or April of 2002, wile incarcerated a Cook Inlet Pretrial in Anchorage Ak., in USA. V. Long, I was informed by Mr. Dieni, the Appointed Federal Defender in my criminal Trial, that he, Mr. Dieni, had been informed by one of my Defense Witnesses and an Actor for Third Party for Bail, [Mr. Bencardino], that this Defense Witness, had informed Mr. Dieni, that the Defacto Arresting Officer in the Federal Arrest, "Mike Chapman," has Threatened and Attempted to Intimidate Mr. Bencardino, into not acting in my interest for Bail and as a Defense Witness at Trial.

I requested Mr. Dieni, to make a Court Motion Complaint, and an FBI. Complaint on this Criminal, Prejudicial Witness Tampering, Mr. Dieni, refused, but this order to my Defense Counsel Supports with other latter actions that I made attempting to act on this Issue, Supports that this was an active Issue at the time in 2002, [Mr. Dieni, I believe will now Support that I ordered hem to Act and he refused, Mr. Dieni, has now Provided an Affidavit in my Support on the Tampering Issue].

After Release on Bail, I Directly Requested Mr. Bencardino, at the Marina Restaurant in Seward, Alaska, in about the last of March, first of April, to Provide an Affidavit that the Arresting Police Officer in USA. V. Long, (Seward, Police Chief, Mike Chapman), had Threatened and Attempted to Intimidate Mr. Bencardino, into not Acting as my Third Party for Bail and as a Defense Witness at my Trial, Mr. Bencardino, before Witnesses Agreed to Provide the Affidavit on this Mike Chapman, Criminal, Prejudicial Witness Tampering, the Witnesses to Include Connie Bencardino, Mr. Bencardino's, Ex-Wife.

Mr. Bencardino, expressed to me his resentment that Mr. Chapman, had believed he could Intimidate him, expressed that he would not let anyone do that, this before Connie Bencardino.

Mr. Bencardino, Several Times, talked with me about the Affidavit on the Mr. Chapman, Witness Tampering, before Seward, Personal Witnesses, agreeing to provide the Affidavit.

After Trial in USA. V. Long, Mr. Bencardino, when I was again Incarcerated at Cook Inlet Pre-Trial, had yet to Provide the Affidavit as Promised, I called his Home in Seward, several times Collect, on the Recorded Phone's at Cook Inlet, I several times was unable to get Mr. Bencardino, but reached Mr. Bencardino's, Wife, and Explained what I needed, (she expressed awareness of the Affidavit), and she Directed me to Continue to Call till I got Mr. Bencardino, [Mr. Bencardino's, Phone Records will Support that the calls took Place as Described].

After some 5, to 7, calls I contacted Mr. Bencardino, on the Audio Recorded Cook Inlet, Dorm Room Phone, I informed Mr. Bencardino, that I now needed the Affidavit on the Mr. Chapman, Action, not only on the Issue of Felony Criminal Witness Tampering by the Arresting Officer, but also needed the Affidavit to Support my Claims of Ineffective Assistance of Counsel.

Mr. Bencardino, began by Apologizing to me Repeatedly, and then informed me he could not now give me the Affidavit as David Brossow, [the then, ether Chief of Police or Mayor of Seward], with someone I did not know, a Mr. Riley, who Mr Bencardino, informed me, was then the City Attorney of Seward, Ak., had Threatened him, that he could not give me the Affidavit on

p 1 of 5

EXHIBIT H
Page 1 of 5 Pages

the Chapman, Witness Tampering, that Mr. Brossow, and Mr. Riley, had Threatened that if he Mr. Bencardino, Provided the Chapman, Affidavit to me, his Alaska, State, Job would be gone, his Seward, Business Destroyed, and Standing in Seward, would be Destroyed, [this the words of Mr. Bencardino, made to me].

Mr. Bencardino, went on to explain that also, he had brought Mr. Brossow, into the Seward, Police, that he had entered Mr. Brossow, into Seward, Politics and thought of him as a Son, that even as he had no Problem in Causing Mr. Chapman, Legal Problems as Mr. Chapman Broke the Law, he could not help me, as Mr. Brossow, would then be in Legal Trouble as well, and he would not do that, and that he was very sorry.

When I returned to Seward, in late 2003, or early 2004, I went to Mr. Bencardino's, Seward, Alaska, State, Rail Road Office in attempt to gain the Affidavits on the now two Criminal Actions of Witness Tampering for use in my 2255, Habeas Corpus Relief Action.

Mr. Bencardino, again apologized to me that he could not give me the Affidavits or help me in any way without the Loss of his State Job, his Seward, Business, Mr. Bencardino, told me he did not care about Mr. Chapman, going to Jail but he would not do anything to hurt Mr. Brossow, and he would not Risk his Job or Business to help me, Mr. Bencardino, said, {no it was not right but it was the way it was}, Mr. Bencardino, then Apologized again and I left his Office.

Mr. Bencardino, has now for the City of Seward, entered in Long V. City of Seward, [for the Defendant and Defendants Actors], a Perjured Affidavit for the Defense, in a Criminal Action of Conspiracy to Obstruction of Justice with the City of Seward, and City, Actors.

Mr. Bencardino, has in this Affidavit, under Oath of Truth, stated that the Mr. Chapman, Mr. Brossow-Riley, Tampering, Intimidations and Threats, never Existed and that I, in fact came to his Office and attempted to Induce him to make False Claims in Support of my Suit against the City of Seward, [Mr. Bencardino, has before the Federal Court in a Felony Criminal Act Criminally Charged me with Attempted Criminal Witness Tampering in Intended Knowing Fraud].

Before the Court, I state under Penalty of Perjury, not to have ever attempted to induce Mr. Bencardino, or any other Person, to make any False Claim in any Manner, that I have only requested that Mr. Bencardino, state in Affidavit those Facts he Personally informed me of, [by Phone and Face to Face, that were true as he Explained to me and to Mr. Dieni].

I state that the Perjured Affidavit of Mr. Bencardino, placed before the US. District Court by the Defendant, the City of Seward, is a Further Action in Felony Criminal Witness Tampering and an Intended Action of Criminal Conspiracy by the Defendant, gained by Threat, Intimidation and Coercion, now aided in by Mr. Bencardino, [Mr. Bencardino, who was a Direct Victim of the Ongoing Criminal Actions of the City, but has now become a Criminal Actor with the City of Seward], [Mr. Bencardino, even if under Threat, is now a City of Seward, Criminal Actor in these Matters under Federal RECO. Statutes and must be treated by the Court as such].

P 2 of 5

This Court Plaintiff Contends, is under Independent Obligation to Resolve this Perjury Issue, in Criminal Actions against me and my Witnesses, or against Mr. Bencardino, and the Defendants Actors, in this on Record Perjury Matter coming before the Court.

I state that along with the Affidavit of Mr. Bencardino, being Criminal Perjury in Criminal Conspiracy to Obstruct Justice for the Defendant, that it is an Action of Criminal Slander by Mr. Bencardino, and the City of Seward, against me, that this Criminal Slander is a Further Actions of Criminal Conspiracy to Obstruct Justice and Further Civil Rights Violations against me by the City of Seward, and the Involved City Actors, and can be Directly added in this Suit, and is a Clear Violation of Law that must be attended by this Court in Criminal Investigation.

I have from the Original Filing of this Complaint in Alaska State Court, Moves the State and Federal Courts for Protection Orders to Protect the Witnesses, to Pressure the Integrity of the Witnesses from Further Actions by the City of Seward, Actors in Further Tampering and Obstruction of Justice, [this is a Reasonable Action and Request in a Witness Tampering Case], these action in Motions Ignored by all Judge's until the Alleged New and Further Threats, Intimidation and Coercion against Mr. Bencardino, have Resulted in Personal on Record Criminal Actions by Mr. Bencardino, taken for the Defendant and Defendants Actors in the Perjured Affidavit of Mr. Bencardino.

Under Oath I state that this Case having been Excepted from the Alaska State, Court's, into Federal Court, by Federal Judge Singleton, [Singleton, a contended victim in the Case this Suit that Directly comes from, USA. V. Long], and with this Suit now before Judge Beistline, [Judge Beistline having in 2003, Dismissed this Case as a Suit against the State of Alaska, not City of Seward, with Clearly the State of Alaska, not Named as a Defendant, only the City of Seward], with the Court Refusals of Discovery to the Plaintiff and of Protection Orders for Witnesses, Resulting now in the Perjury of Mr. Bencardino, for the Defendant City of Seward, I state a Clear Showing of Bias exist against me by the Federal Court Judges and a Conflicts of Interest of the Involved Federal Judge's, I state that I understand that this On Record Bias is Predicated from Actions of the Anchorage, Federal Court Judges, in Intended to Cover Up the Criminal Falsifications of Trial Records in Long V. County, and USA. V. Long, Falsified by or for MJ. Roberts.

I state that over the years in conversation with the Witness Mr. Bencardino, that Mr. Bencardino, has several times Bragged to me about having Used his Government Offices to Help his Friends out of Criminal Problems, that when I began the Original Civil Suit in Attempt to gain Relief from Wrongful Government Actions against me, Mr. Bencardino, informed me that the Court was not the way to handle Government Problems, that I should get a Friend in Government to Fix the Problem, [as he do would for his Friends or they for him, that it works better], I informed Mr. Bencardino, at that time, that this is what the Court were supposed to be for, then told Mr. Bencardino, that I had no Friends in Government to Fix Problems as he did, then ask him just who I should call to Fix my Problems, Mr. Bencardino, then agreed that having a Government Friend Fix Problems would not work for me.
P 3 of 5

This above from the conversation with Mr. Bencardino, at the Marine Restaurant in about 1999, relating to Long V. County, I state my long understanding from this conversation and others, to Strongly Show that Mr. Bencardino, considers the Government Position's he has held over the years, "and that of other Persons in Government", to be Personal Tool's to Fix each others Legal Problems, the Refusals of Mr. Bencardino, to Provide the Chapman, Affidavit, [Chapman, not liked by Mr. Bencardino], do to the Actions of a Friend in Seward, Government, Mr. Brossow, "with or without Threats," that this is the Common way Mr. Bencardino, Operates in Government, Friends using their Positions to Protect each other.

In this Case, I state my, Clear Reasonable Belief and Charge, that, Mr. Bencardino, now acts to Protect the City of Seward, from Justified Liability to me from the Criminal and Civil Actions of its Official and Un-Official Actors, that the Mr. Bencardino, Refusals to Act in Providing the Affidavits on the Witness Tampering and now in the Perjured Mr. Bencardino, Affidavit, in my Personal understanding of Mr. Bencardino, this is the common way Mr. Bencardino, Operates , [Mr. Bencardino, is in my Best Understanding, Economically and Politically Joined at the Hip with the City of Seward, and City Actors, Mr. Bencardino, has Chosen to Violate the Law for his Personal Interest and the Interest of the City, and must be held to Account.

I state to still hold in my Possession the Request to the Staff of Cook Inlet Pretrial, for a copy of the Bencardino, above Phone Call, this Call made on a Common Phone was Recorded by Cook Inlet, the result of the Lawful Request for a Copy for use in an on going Criminal Trial, was the Assistant Warden informing me that the Phone Recordings were for the use of Police and Prosecutors against Inmates, not for inmates, that the recording would be kept out of my reach until Destroyed, [as it was], but the Request to Staff, [Cop Out's], Stand as Support of the Mr. Bencardino, Witness Tampering having been an on going Issue from 2002.

Under Penalty of Perjury I state that I was informed by Mr. Dieni, that Mr. Bencardino, had informed him, "Mr. Dieni," that the Arresting Officer in USA. V. Long, "Mr. Chapman", had Threatened and Intimidated him, "Mr. Bencardino," into not acting in USA. V. Long, for me, that Mr. Bencardino, Personally informed me that Mr, Chapman, had Threatened him to not acting for me in Bail and Trial, that Mr. Bencardino, agreed to Provide me with a Affidavit on the Chapman, actions, that Mr. Bencardino, then refused to provide the Affidavit do to, in his words on the Phone to me, Threats made to him by Mr. Brossow-Riley, that Mr. Bencardino, was requested by me Personally to Provide Affidavits on the Mr. Chapman, and Mr. Brossow, Threats and Refused do in his words, the Threats against him, I state that I, have had with Mr. Bencardino, several conversations on the Chapman, Affidavit and Threat Issue before Third Parties Witnesses, that Mr. Bencardino, has become a Direct Conspirator with the Defendant do the Refusals of the Courts to Issue Protection Orders against the Defendant and the Defendants Actors and that the Plaintiffs Witnesses still Stand at Risk of Further Threats and Intimidation do the Lack of Protection Orders, that Witnesses are Refusing to Provide Affidavits do to Standing Threat, "Real or Perceived," and Lack of Protection by the Court.

P 4 of 5

I state it to be my understanding that the Seward, Police, under Mr. Bencardino, Mr. Walker, Mr. Chapman, and Mr. Brossow, has a long history of Police Evidence in, Drugs, Money and Guns Missing from the Police Evidence Department under their Control and Official Responsibility, that the Records of the City of Seward, and Personal Witnesses, will Support this understanding and that these facts in this matter will support the Impeachment of the Seward, Police Chief's, Mr. Bencardino, Mr. Walker, Mr. Chapman, and Mr. Brossow, and the City of Seward, the Defendant in General, before this Court and before an Impaneled Trial Jury, Motions for this Discovery will be made before the Court.

I Cirtify as Pro Se. before the Court, this Affidavit as true and correct to the best of my knowledge under penalty of perjury.

Signed in Seward, Alaska, on, 2-8-06.

*(signature)*
Robert A. Long.           Pro Se.
Po Box, 3526,
Seward, Ak. 99664
Pho-Fax, 907-224-3025.

p 5 of 5.