FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
CITY OF SEWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT A. LONG, | ) |
| Plaintiff, | ) Case No. A05-0044 CV [RRB] |
| vs. | ) **AFFIDAVIT OF MICHAEL CHAPMAN** |
| CITY OF SEWARD, | ) |
| Defendant. | ) |

STATE OF WYOMING      )
                      ) ss.
COUNTY OF _____ )

    MICHAEL CHAPMAN, being first duly sworn upon his oath, makes the following statements based on personal knowledge, except as otherwise indicated:

    1.   I was the police chief for the City of Seward from 1999 to May, 2002. I worked for the City of Seward Police Department since 1981 in various capacities such as corporal,

FRANK S. KOZIOL
ATTORNEY AT LAW
18 CHRISTENSEN DRIVE
NCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

EXHIBIT J
Page 1 of 3 Pages

sergeant, and lieutenant.

    2.   I received and reviewed the attached letter from Frank S. Koziol dated February 15, 2000 with attachments. (Exhibit 1)

    3.   Mr. Long asserts that I threatened and intimidated Louis Bencardino so that he would not be a witness and provide other assistance for Mr. Long both at his bail hearing and at his trial.

    4.   I deny these allegations. I do not ever recall even talking to Mr. Bencardino about Mr. Long.

    5.   FURTHERMORE, your affiant sayeth naught.

_____
MICHAEL CHAPMAN

SUBSCRIBED AND SWORN TO before me this 24 day of MARCH, 2006.

[SUZIE A. HYDE - NOTARY PUBLIC, County of Sheridan, State of Wyoming, My Commission Expires April 24, 2006]

Notary Public in and for Wyoming
My Commission expires: 4-24-06

FRANK S. KOZIOL
ATTORNEY AT LAW
18 CHRISTENSEN DRIVE
NCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Affidavit of Michael Chapman
*Long v. City of Seward*, Case No. A05-0044 CV [RRB]
Page 2 of 2

EXHIBIT J
Page 2 of 3 Pages

**Frank S. Koziol**
ATTORNEY AT LAW

618 CHRISTENSEN DRIVE
ANCHORAGE, ALASKA 99501

(907) 258-7706
FAX (907) 258-7707

February 15, 2006

Michael Chapman
125 Albright Dr.
Buffalo, Wyoming 82834

  Re: Long v. City of Seward
    Claimant : Robert A. Long
    Insured : City of Seward
    Loss of : 4/02
    File No. : 2002007796
    Case No. : A05-0044 CV [RRB]

Dear Mr. Chapman:

  This is a follow-up to our recent conversation. Please find enclosed copies of the following:

  1. Letter from Robert Long (Long) with attached materials including the affidavit of Michael Dieni [received by me on February 7, 2006].

  2. Long's complaint dated July 12, 2004.

  3. City of Seward's answer to the complaint dated February 11, 2005.

  4. "Plaintiff moves for discovery of the phone records of Mr. Bencardino, on shortened time" dated February 8, 2006.

  5. "Plaintiff moves for discovery of the City of Seward, police evidence records, on shortened time" dated February 8, 2006.

  6. Miscellaneous affidavits provided by Long.

  7. "Plaintiff moves for criminal and civil sanctions against witness, Louis Bencardino, with required investigation" dated February 8, 2006.

  As you can see, your name is mentioned in Long's affidavit. If you can shed any light on the various allegations it would be appreciated. After you have had a chance to review these materials, please give me a call.

         Sincerely,

         LAW OFFICE OF FRANK S. KOZIOL

         Frank S. Koziol

FSK/rb
Enclosures

EXHIBIT J
Page 3 of 3 Pages

EXHIBIT 1
ALL-STATE LEGAL SUPPLY CO.