FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
CITY OF SEWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT A. LONG, ) | |
| Plaintiff, ) | Case No. A05-0044 CV [RRB] |
| vs. ) | AFFIDAVIT OF DAVID BROSSOW |
| CITY OF SEWARD, ) | |
| Defendant. ) | |

STATE OF OREGON         )
                        ) ss. 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
COUNTY OF Lincoln       )

DAVID BROSSOW, being first duly sworn upon his oath, makes the following statements based on personal knowledge, except as otherwise indicated:

1.  I was the police chief for the City of Seward from May, 2002 to June, 2003. I began working for the City of Seward Police Department in January, 1975 and continued my

FRANK S. KOZIOL
ATTORNEY AT LAW
8 CHRISTENSEN DRIVE
NCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

EXHIBIT K
Page 1 of
3 Pages

employment with the department until 1998 when I retired as a Lieutenant.

2. I received and reviewed the attached letter from Frank S. Koziol dated February 10, 2000 with attachments. (Exhibit 1)

3. Mr. Long asserts that I threatened and intimidated Louis Bencardino so that he would not provide assistance to Mr. Long, specifically in not supplying Mr. Long an affidavit about Michael Chapman's actions regarding Mr. Bencardino's testifying on behalf of Mr. Long.

4. I deny these allegations. I never spoke with Louis Bencardino regarding anything involving Michael Chapman as it relates to Mr. Long's criminal case.

5. FURTHERMORE, your affiant sayeth naught.

_____
DAVID BROSSOW

SUBSCRIBED AND SWORN TO before me this 24 day of March, 2006.

OFFICIAL SEAL
SANDRA L. PEDERSEN
NOTARY PUBLIC-OREGON
COMMISSION NO. 374149
MY COMMISSION EXPIRES JANUARY 5, 2008

_____
Notary Public in and for Oregon
My Commission expires: Jan 5, 2008

FRANK S. KOZIOL
ATTORNEY AT LAW
818 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Affidavit of David Brossow
*Long v. City of Seward*, Case No. A05-0044 CV [RRB]
Page 2 of 2

EXHIBIT K
Page 2 of 3 Pages

**Frank S. Koziol**
ATTORNEY AT LAW

618 CHRISTENSEN DRIVE
ANCHORAGE, ALASKA 99501

(907) 258-7706
Fax (907) 258-7707

February 10, 2006

David Brossow
P. O. Box 826
Siletz, Oregon 97380

Re: Long v. City of Seward
  Claimant  : Robert A. Long
  Insured   : City of Seward
  Loss of   : 4/02
  File No.  : 2002007796
  Case No.  : A05-0044 CV [RRB]

Dear Mr. Brossow:

This is a follow-up to our recent conversation. Please find enclosed copies of the following:

1. Letter from Robert Long (Long) with attached materials including the affidavit of Michael Dieni [received by me on February 7, 2006].

2. Long's complaint dated July 12, 2004.

3. City of Seward's answer to the complaint dated February 11, 2005.

4. "Plaintiff moves for discovery of the phone records of Mr. Bencardino, on shortened time" dated February 8, 2006.

5. "Plaintiff moves for discovery of the City of Seward, police evidence records, on shortened time" dated February 8, 2006.

6. Miscellaneous affidavits provided by Long.

7. "Plaintiff moves for criminal and civil sanctions against witness, Louis Bencardino, with required investigation" dated February 8, 2006.

As you can see, your name is mentioned in Long's affidavits. If you can shed any light on the various allegations it would be appreciated. After you have had a chance to review these materials, please give me a call.

Sincerely,

LAW OFFICE OF FRANK S. KOZIOL

Frank S. Koziol

FSK/rb
Enclosures

EXHIBIT
1
ALL-STATE LEGAL SUPPLY CO.