FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
CITY OF SEWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT A. LONG, ) | |
| ) | Case No. A05-0044 CV [RRB] |
| Plaintiff, ) | |
| ) | AFFIDAVIT OF PATRICK REILLY |
| vs. ) | |
| ) | |
| CITY OF SEWARD, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

| | |
|---|---|
| STATE OF ALASKA ) | |
| ) ss. | |
| THIRD JUDICIAL DISTRICT ) | |

PATRICK REILLY, being first duly sworn upon his oath, makes the following statements based on personal knowledge, except as otherwise indicated:

1. I was the City Clerk for Seward from 1997 until late April, early

EXHIBIT L
Page 1 of 3 Pages

May, 2002. I am an attorney but was not the City of Seward attorney during this time frame.

  2. I received the attached letter dated February 15, 2006 from Frank S. Koziol with voluminous attachments as described in the letter. (Exhibit A)

  3. In an affidavit of Robert A. Long dated February 8, 2006, at pages 1-2, Mr. Long asserts that I threatened Louis Bencardino to not provide Mr. Long with an affidavit.

  4. I do not recall ever speaking to Louis Bencardino about Robert Long, much less trying to prevent Mr. Bancardino from assisting Mr. Long in his case. I specifically deny ever threatening Mr. Bencardino about anything, including the subject of Mr. Long.

  6. FURTHERMORE, your affiant sayeth naught.

_____
Patrick Reilly

SUBSCRIBED AND SWORN TO before me this 24 day of February, 2006.

_____
Notary Public in and for Alaska
My Commission expires: 2/14/09

Affidavit of Patrick Reilly
*Long v. City of Seward*, Case No. A05-0044 CV [RRB]
Page 2 of 2

EXHIBIT L
Page 2 of 3 Pages

**Frank S. Koziol**
ATTORNEY AT LAW

618 Christensen Drive
Anchorage, Alaska 99501

(907) 258-7706
Fax (907) 258-7707

February 15, 2006

Patrick J. Reilly
Box 1846
Seward, Alaska 99664

Re: Long v. City of Seward
    Claimant   : Robert A. Long
    Insured    : City of Seward
    Loss of    : 4/02
    File No.   : 2002007796
    Case No.   : A05-0044 CV [RRB]

Dear Mr. Reilly:

This is a follow-up to our recent conversation. Please find enclosed copies of the following:

1. Letter from Robert Long (Long) with attached materials including the affidavit of Michael Dieni [received by me on February 7, 2006].

2. Long's complaint dated July 12, 2004.

3. City of Seward's answer to the complaint dated February 11, 2005.

4. "Plaintiff moves for discovery of the phone records of Mr. Bencardino, on shortened time" dated February 8, 2006.

5. "Plaintiff moves for discovery of the City of Seward, police evidence records, on shortened time" dated February 8, 2006.

6. Miscellaneous affidavits provided by Long.

7. "Plaintiff moves for criminal and civil sanctions against witness, Louis Bencardino, with required investigation" dated February 8, 2006.

As you can see, your name is mentioned in Long's affidavit. If you can shed any light on the various allegations it would be appreciated. After you have had a chance to review these materials, please give me a call.

Sincerely,

LAW OFFICE OF FRANK S. KOZIOL

Frank S. Koziol

FSK/rb
Enclosures

EXHIBIT L
Page 3 of 3 Pages

EXHIBIT A