```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A02-0031--CR (JWS)
                                   "USA V ROBERT A. LONG"

                                     For all filing dates
```

Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
         Filed: 03/22/02
        Closed: 09/27/02
No. of Defendants: 1

| Document # | Filed | Docket text |
|---|---|---|
| NOTE - 1 | 03/22/02 | Issued: Proposed Trial Date Setting for arr to JKS CMC. |
| 1 - 1 | 03/22/02 | [Re: DEF 1] PLF 1 Indictment. |
| 2 - 1 | 03/22/02 | [Re: DEF 1] AHB Grand Jury Minutes; in fed custody; set for arr and notify USM; det (per 18:3142). |
| 3 - 1 | 03/22/02 | [Re: DEF 1] Documents 2-13 transferred from: A02-040 MJ (AHB) to A02-031 CR (JKS. |
| 3 - 2 | 03/22/02 | [Re: DEF 1] PLF 1 motion for hearing to determine defendant's competency (originally filed 3/7/02 in A02-040 MJ (AHB) at docket 9-1). |
| 3 - 3 | 03/22/02 | [Re: DEF 1] PLF 1 motion for psychiatric examination (originally filed 3/7/02 in A02-040 MJ (AHB) at docket 9-2). |
| 4 - 1 | 03/22/02 | [Re: DEF 1] AHB Minute Order that arr on Indt is set 3:00 p.m. 3/22/02. cc: USA, FPD, USM, PO |
| 5 - 1 | 03/22/02 | [Re: DEF 1] JKS Minute Order re: Judge Singleton recuses himself from this case, and this case is reassigned to Judge Sedwick. Parties shall use case number A02-0031 CR (JWS) on all future filings. cc: cnsl J. Bottini, M. Dieni |
| 6 - 1 | 03/22/02 | DEF 1 opposition to [Re: DEF 1] PLF 1 motion for hearing to determine defendant's competency (originally filed 3/7/02 in A02-040 MJ (AHB) at docket 9-1). (3-2), [Re: DEF 1] PLF 1 motion for psychiatric examination (originally filed 3/7/02 in A02-040 MJ (AHB) at docket 9-2). (3-3) |
| 7 - 1 | 03/22/02 | DEF 1 motion (request) for bail hearing on shortened time. |
| 8 - 1 | 03/22/02 | [Re: DEF 1] AHB Minute Order granting motion (request) for bail hearing on shortened time (7-1); bail hrg set 1:30 p.m., 3/26/02 before MJ Jamin. cc: USA, FPD, USM, PO |
| NOTE - 2 | 03/25/02 | Issued: Speedy Trial Notice to Judge Sedwick. cc: P. Richter |
| 9 - 1 | 03/25/02 | [Re: DEF 1] AHB Court Minutes [ECR: Debby Willoughby-Lyons] re Arr on INdt (held 3/22/02); def pled not guilty; PTM's due 4/8/02; def detained. cc: USA, FPD, USM, USPO, Judge Sedwick |
| 10 - 1 | 03/25/02 | [Re: DEF 1] AHB Order regarding preparation for trial re PTM's due 4/8/02; cnls to meet & confer by 3/27/02 |
| 11 - 1 | 03/27/02 | [Re: DEF 1] MDJ Court Minutes [ECR: Denali Elmore] re Bail Review hrg (held 3/26/02); bail denied; detention continued; w/att witness & exhibit list. cc: USA, FPD, USM, USPO |
| 12 - 1 | 03/27/02 | [Re: DEF 1] JWS Minute Order setting TBJ for 5/20/02 at 9:00 a.m. and FPTC for 5/20/02 at 8:30 a.m.. cc: USA, FPD, USM, USPO, MJ Branson, JC |

ACQS: R_RDSDI          As of 02/16/05 at 10:58 AM by PACER-FO                    Page 1

EXHIBIT M
Page 1 of
14 Pages

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
      CRIMINAL DOCKET ENTRIES FOR CASE A02-0031--CR (JWS)
                    "USA V ROBERT A. LONG"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 13 - 1 | 03/27/02 | DEF 1 motion (notice of dispute) for evidentiary hearing re pltf's mot for psychiatric examination. |
| 14 - 1 | 03/28/02 | [Re: DEF 1] AHB Minute Order setting a hrg re def's mot for evident hrg (13-1) for 4/2/02 at 2:30 p.m. cc: USA, FPD, USM, USPO |
| 15 - 1 | 03/29/02 | DEF 1 Notice of aff in oppp re: [Re: DEF 1] PLF 1 motion for hearing to determine defendant's competency (originally filed 3/7/02 in A02-040 MJ (AHB) at docket 9-1). (3-2), [Re: DEF 1] PLF 1 motion for psychiatric examination (originally filed 3/7/02 in A02-040 MJ (AHB) at docket 9-2). (3-3). |
| 16 - 1 | 03/29/02 | [Re: DEF 1] PLF 1 reply to opposition to [Re: DEF 1] PLF 1 motion for hearing to determine defendant's competency (originally filed 3/7/02 in A02-040 MJ (AHB) at docket 9-1). (3-2), [Re: DEF 1] PLF 1 motion for psychiatric examination (originally filed 3/7/02 in A02-040 MJ (AHB) at docket 9-2). (3-3). |
| 17 - 1 | 04/03/02 | [Re: DEF 1] AHB Court Minutes [ECR: Bonnie Boyer] of hrg on def's mot for evid hrg (dkt 13) (held 4/2/02): granting motion (notice of dispute) for evidentiary hearing re pltf's mot for psychiatic examination (13-1); cnsl to advise crt as to acceptable time for Dr. Rothrock to appear for hrg either in person/telephonically. cc: USA, FPD |
| 18 - 1 | 04/08/02 | DEF 1 motion for bill of particulars. |
| 19 - 1 | 04/08/02 | DEF 1 Unopposed motion for one week continuance of motions deadline w/att aff. |
| 20 - 1 | 04/09/02 | [Re: DEF 1] AHB Minute Order granting motion Unopposed motion for one week continuance of motions deadline (19-1); ptms now due COB 4/15/02; oppo(s) due NOON 4/26/02; entire a.m. of 4/30/02 beginning at 9:00 a.m. for any necessary hrg evid or otherwise; parties to mark their calendars accordingly and will be advised by further MO re: crt's determination re: necessity of scheduled hrg. cc: USA, FPD, USM, PO |
| 21 - 1 | 04/09/02 | [Re: DEF 1] PLF 1 Notice of w/drawal of mot for hrg to determine def's competency and for psychiatric exam. |
| 21 - 2 | 04/09/02 | [Re: DEF 1] Clerk's Notice withdrawing motion for hearing to determine defendant's competency (3-2), motion for psychiatric examination (3-3). |
| 22 - 1 | 04/09/02 | [Re: DEF 1] PLF 1 Discovery certification. |
| 23 - 1 | 04/09/02 | DEF 1 motion for bail hearing (on shortened time) w/att aff. |
| 24 - 1 | 04/10/02 | [Re: DEF 1] AHB Minute Order granting motion for bail hearing (on shortened time) (23-1); Bail Review hrg set for 5/15/02 at 3:30 p.m. cc: USA, FPD, USM, USPO |
| 25 - 1 | 04/15/02 | [Re: DEF 1] Motion (request) to allow appearance telephonically at bail hearing. |
| 26 - 1 | 04/15/02 | DEF 1 Notice of letters in support of bail release w/att letters. |
| 27 - 1 | 04/15/02 | DEF 1 motion to suppress police statement and evidence from search of property seized at time of arrest w/att aff/memo/exhs. |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CRIMINAL DOCKET ENTRIES FOR CASE A02-0031--CR (JWS)
                             "USA V ROBERT A. LONG"

                              For all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 28 - | 1 | 04/15/02 | DEF 1 motion to dismiss w/att aff/memo/exhs. |
| 29 - | 1 | 04/16/02 | [Re: DEF 1] AHB Court Minutes [ECR: Debby Willoughby-Lyons] of bail review hrg (held 4/15/02); granting motion (request) to allow appearance telephonically at bail hearing (25-1); def detained w/att wit/exh list. |
| 30 - | 1 | 04/19/02 | DEF 1 Appeal from Magistrate Judge's Order re: detention order w/att aff. |
| 30 - | 2 | 04/19/02 | DEF 1 motion (brief) re: request for review of detention order w/att aff. |
| 31 - | 1 | 04/22/02 | [Re: DEF 1] JWS Minute Order re: appeal of pre-trial detention ord by MJ Branson; plf oppo to appeal due 4/24/02 at noon; bail review hrg set 4/25/02 at 9:30 a.m.. cc: USA, FPD, USM, USPO, MJ Branson |
| 32 - | 1 | 04/22/02 | [Re: DEF 1] PLF 1 opposition (response) to DEF 1 motion for bill of particulars (18-1) w/att exhs. |
| 33 - | 1 | 04/24/02 | DEF 1 Supplemental memo re: DEF 1 motion (brief) re: request for review of detention order (30-2). |
| 34 - | 1 | 04/24/02 | [Re: DEF 1] PLF 1 opposition to DEF 1 (brief) re: request for review of detention order (30-2) w/att exhs. |
| 35 - | 1 | 04/25/02 | [Re: DEF 1] JWS Minute Order that parties views on recusal of Judge Sedwick due w/i 10 days. cc: USA, FPD |
| 36 - | 1 | 04/25/02 | [Re: DEF 1] JWS Court Minutes [ECR: Debby Willoughby-Lyons] re: hrg on appeal of MJ ord of det/bail review hrg held 4/25/02; granting brief re: req for review of det ord (30-2); T. Crump approved as 3rd pty custodian; K. Eliason approved as alternative 3rd pty custodian; def to be rlsd pending stat rpt from PO; USM to provide transp to Seward, AK. cc: USA, FPD, USM, PO, MJ Branson |
| 37 - | 1 | 04/26/02 | [Re: DEF 1] Order setting conditions of release; def rlsd to 3rd pty custodian T. Crump; def to remain in 24 hour/day custody of T. Crump at home and work; if T. Crump must leave, def to remain in custody of K. Eliason; USM to provide custodial transport of def to Seward at Spring Creek Correctional Facility to be rlsd to T. Crump. cc: USA, FPD, USM, PO, MJ Branson |
| 38 - | 1 | 04/26/02 | [Re: DEF 1] Cy JWS Order of Release to T. Crump at Seward, AK Spring Creek Facility following custodial transport to that location. cc: USA, FPD, USM, PO |
| 39 - | 1 | 04/26/02 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to suppress police statement and evidence from search of property seized at time of arrest (27-1) w/att exhs. |
| 40 - | 1 | 04/26/02 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to dismiss (28-1) w/att exhs. |
| 41 - | 1 | 04/29/02 | [Re: DEF 1] AHB Minute Order that parties are advised that crt will address mot to suppress (27-1) at the 4/30/02 hrg. cc: USA, FPD |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CRIMINAL DOCKET ENTRIES FOR CASE A02-0031--CR (JWS)
                    "USA V ROBERT A. LONG"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 42 - 1 | 04/30/02 | [Re: DEF 1] AHB Court Minutes [ECR: Denali Elmore] of evid hrg on def's mot to suppress police stmt and evidence from search of property seized at time of arrest (27-1); granting as moot motion for bill of particulars (18-1); taking under advisement motion to suppress police statement and evidence from search of property seiz (27-1); crt indicated R&R to issue 5/6/02; cnsl to file obj to R&R 1 and 1/2 days after R&R issues; def cnsl to file reply to oppo to mot to dismiss by NOON 5/1/01; crt directed clerk to order transcript on daily basis; FPD to file mot for continuance of trial date w/att wit/exh list.  cc: USA, FPD, Judge Sedwick |
| 43 - 1 | 05/01/02 | [Re: DEF 1] Transcript re: evidentiary hrg on def's mot to suppress stateent & evidence (dkt #27) held 4/30/02. |
| 44 - 1 | 05/01/02 | DEF 1 reply to opposition to DEF 1 motion to dismiss (28-1) (filed on shortened time). |
| 45 - 1 | 05/02/02 | Initial R&R recommends DENYING re: DEF 1 motion to suppress police statement and evidence from search of property seized at time of arrest (27-1);  Objections due 3:00 p.m. 05/07/02; Reply due 3:00 p.m. 05/09/02.  cc: USA, FPD, Judge Sedwick |
| 46 - 1 | 05/06/02 | DEF 1 motion on shortened time for schedule conference at which Mr. Long can appear by telephone. |
| 47 - 1 | 05/07/02 | DEF 1 motion to accept late-filed objections to Report and Recommendation. |
| 48 - 1 | 05/08/02 | Initial R&R recommends DENYING re: DEF 1 motion to dismiss (28-1). Objections due 3:00 p.m. 05/10/02. Reply due 3:00 p.m. 05/13/02. cc: USA, FPD, Judge Sedwick |
| 49 - 1 | 05/08/02 | [Re: DEF 1] AHB Minute Order granting motion to accept late-filed objections to Report and Recommendation (47-1).  cc: USA, FPD |
| 50 - 1 | 05/08/02 | DEF 1 objection to R&R re: DEF 1 motion to suppress police statement and evidence from search of property seized at time of arrest (27-1). |
| 51 - 1 | 05/09/02 | JWS Order granting mot on shortened time for schedule conf at which Mr. Long can appear telephonic (46-1); hrg set 5/10/02 at 8:00 a.m.. cc: USA, FPD, USM, USPO |
| 52 - 1 | 05/09/02 | [Re: DEF 1] PLF 1 reply to objection to R&R re: DEF 1 motion to suppress police statement and evidence from search of property seized at time of arrest (27-1). |
| 53 - 1 | 05/10/02 | DEF 1 motion to compel specific compliance with Local Rule 2 (filed on short time) w/att aff. |
| 54 - 1 | 05/10/02 | DEF 1 objection to R&R re: DEF 1 motion to dismiss (28-1). |
| 55 - 1 | 05/10/02 | [Re: DEF 1] AHB Order granting motion to compel specific compliance with Local Rule 2 (filed on short time) (53-1).  cc: USA, FPD |
| 56 - 1 | 05/10/02 | [Re: DEF 1] JWS Court Minutes [ECR: Bonnie Boyer] re: pre-trial conf held 5/10/02; 5/20/02 FPTC and TBJ cont to 5/28/02 at 8:30 a.m. and 9:00 a.m., respectively. cc: USA, FPD, USM, USPO, MJ Branson, JC |

EXHIBIT A
Page 4 of
14 Pages

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A02-0031--CR (JWS)
"USA V ROBERT A. LONG"

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 57 - | 1 | 05/10/02 | Final R&R declines to modify Initial R&R re: DEF 1 motion to suppress police statement and evidence from search of property seized at time of arrest (27-1); matter forwarded to trial judge for determination. cc: USA, FPD, Judge Sedwick |
| 58 - | 1 | 05/13/02 | [Re: DEF 1] PLF 1 reply to objection to R&R re: DEF 1 motion to dismiss (28-1). |
| 59 - | 1 | 05/13/02 | Final R&R declines to modify Initial R&R re: DEF 1 motion to dismiss (28-1); matter forwarded to trial judge for determination. cc: USA, FPD, Judge Sedwick |
| 60 - | 1 | 05/14/02 | [Re: DEF 1] PLF 1 motion to use DEPS presentation system. |
| 60 - | 2 | 05/15/02 | [Re: DEF 1] JWS Order granting motion to use DEPS presentation system (60-1). cc: USA, FPD |
| 61 - | 1 | 05/17/02 | [Re: DEF 1] JWS Minute Order denying motion to suppress police statement and evidence from search of property seized (27-1). cc: USA, FPD, MJ Branson |
| 62 - | 1 | 05/17/02 | [Re: DEF 1] JWS Minute Order denying motion to dismiss (28-1). cc: USA, FPD, MJ Branson |
| 63 - | 1 | 05/17/02 | [Re: DEF 1] PLF 1 Notice of compliance with court's order regarding local criminal rule 2 ntc w/att exhs. |
| 64 - | 1 | 05/21/02 | [Re: DEF 1] PLF 1 Attorney Appearance of Daniel R. Cooper. |
| 65 - | 1 | 05/21/02 | [Re: DEF 1] PLF 1 Proposed Voir Dire. |
| 66 - | 1 | 05/21/02 | [Re: DEF 1] PLF 1 Proposed Jury Instructions. |
| 67 - | 1 | 05/21/02 | [Re: DEF 1] PLF 1 Trial Brief. |
| 68 - | 1 | 05/21/02 | DEF 1 Proposed Voir Dire. |
| 69 - | 1 | 05/21/02 | DEF 1 Proposed Jury Instructions. |
| 70 - | 1 | 05/21/02 | DEF 1 motion (application) to use digital evidence presentation system at trial. |
| 71 - | 1 | 05/22/02 | {SEALED} |
| 72 - | 1 | 05/22/02 | DEF 1 motion in limine (ntc of local rule 2 objections) w/att exhs. |
| 73 - | 1 | 05/23/02 | {SEALED} |
| 74 - | 1 | 05/23/02 | [Re: DEF 1] JWS Order granting motion (application) to use digital evidence presentation system at trial (70-1). cc: D. Cooper, M. Dieni, SYSTEMS, ECR |
| 75 - | 1 | 05/28/02 | [Re: DEF 1] PLF 1 Notice to crt of early production of material pursuant to 18 USC 3500. |
| 76 - | 1 | 05/28/02 | [Re: DEF 1] PLF 1 Prop Witness List. |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CRIMINAL DOCKET ENTRIES FOR CASE A02-0031--CR (JWS)
                      "USA V ROBERT A. LONG"

                          For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 77 - 1 | 05/28/02 | [Re: DEF 1] PLF 1 Exhibit List. |
| 78 - 1 | 05/28/02 | [Re: DEF 1] JWS Prelim Order re: mot at dkt 72. cc: USA, FPD (cnsl served in court). |
| 79 - 1 | 05/29/02 | DEF 1 Brief re: relevance and admissibility of character evidence fld on shortened time. |
| 80 - 1 | 05/31/02 | [Re: DEF 1] JWS Court Minutes [ECR: Debby Willoughby-Lyons/Bonnie Boyer] of FPTC/TBJ - day 1 (held 5/28/02); granting/denying motion in limine (72-1); jury panel selected; crt to reconvene 9:30 a.m., 5/29/02; off record Notice to crt of early production of material pursuant to 18:3500 and govt's proposed wit list and exh list FILED w/att Jury Panel Record. cc: USA, FPD, USM, PO |
| 81 - 1 | 05/31/02 | [Re: DEF 1] JWS Court Minutes [ECR: Debby Willoughby-Lyons] of TBJ - day 2 (held 5/29/02); defense cnsl's oral mot for judgment of acquittal DENIED; to reconvene 5/30/02 at 9:30 a.m. w/att jury note. cc: USA, FPD, USM, PO |
| 82 - 1 | 05/31/02 | [Re: DEF 1] JWS Court Minutes [ECR: Debby Willoughby-Lyons] of TBJ - day 3 (held 5/30/02); closing arguments heard; jury to begin deliberations; deliberations to resume 9:00 a.m., 5/31/02; off record jury instructions, verdict forms, admitted exhs and jury note forms forwarded to jury panel. cc: USA, FPD, USM, PO |
| 83 - 1 | 05/31/02 | [Re: DEF 1] Jury Instructions. |
| 84 - 1 | 05/31/02 | [Re: DEF 1] Verdict of guilty on cts 1-3. |
| 85 - 1 | 05/31/02 | [Re: DEF 1] JWS Court Minutes [ECR: Debby Willoughby-Lyons] re: 4th day TBJ held 5/31/02; def guilty on cts 1-3 of Indt; plf oral mot for remand granted; IOS set 8/15/02 at 9:00 a.m. w/att wit and exh list and jury notes. cc: USA, FPD, USM, USPO, MJ Branson |
| 86 - 1 | 05/31/02 | [Re: DEF 1] Exhibit inventory and dispostion ntc. Def's exhs A-J returned to M. Dieni. |
| 87 - 1 | 06/05/02 | DEF 1 motion for order directing US Marshals to keep Mr. Long in Alaska pending sentencing filed on shortened time w/att aff. |
| 88 - 1 | 06/05/02 | [Re: DEF 1] JWS Minute Order denying motion for order directing US Marshals to keep Mr. Long in Alaska pending sentencing (87-1). cc: USA, FPD, USM, USPO |
| 89 - 1 | 06/18/02 | DEF 1 Notice of def's concerns re: Judge Sedwick's qualifications. |
| 89 - 2 | 06/18/02 | DEF 1 motion (conditional) to disqualify judge. |
| 90 - 1 | 07/25/02 | [Re: DEF 1] JWS Minute Order referring mot at dkt 89 is referred to Judge Holland for determination. cc: USA, M. Dieni, Judge Holland |
| 91 - 1 | 07/25/02 | [Re: DEF 1] Transcript re: bail review hearing held 3/26/02. (located in expando) |
| 92 - 1 | 07/25/02 | [Re: DEF 1] Transcript re: bail review hearing held 4/15/02. (located in expando file) |

ACQS: R_RDSDI            As of 02/16/05 at 10:58 AM by PACER-FO            Page 6

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CRIMINAL DOCKET ENTRIES FOR CASE A02-0031--CR (JWS)
                     "USA V ROBERT A. LONG"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 93 - 1 | 07/25/02 | [Re: DEF 1] Transcript re: TBJ-Day 1 held 5/28/02. (located in expando file) |
| 94 - 1 | 07/25/02 | [Re: DEF 1] Transcript re: TBJ Day 2 held 5/29/02. (located in expando file) |
| 95 - 1 | 07/25/02 | [Re: DEF 1] Transcript re: TBJ Day 3 held 5/30/02. (located in expando file) |
| 96 - 1 | 07/25/02 | [Re: DEF 1] Transcript re: TBJ Day 4 held 5/31/02. (located in expando file) |
| 97 - 1 | 07/26/02 | DEF 1 motion on shortened time to withdraw and request for appointment of CJA atty w/att aff (SEALED). |
| 98 - 1 | 07/26/02 | [Re: DEF 1] HRH Order granting motion on shortened time to withdraw and request for appointment of CJA atty (97-1). cc: USA, FPD, FPD (CJA Clk), USM, USPO, Judge Sedwick |
| 99 - 1 | 07/31/02 | [Re: DEF 1] HRH Order denying motion (conditional) to disqualify judge (89-2) Sedwick. cc: USA, FPD, Judge Sedwick. |
| 100 - 1 | 08/02/02 | [Re: DEF 1] CJA appointment of H. Fleischer. |
| 101 - 1 | 08/06/02 | DEF 1 motion on shortened time for continuance of 8/15/02 IOS. |
| 102 - 1 | 08/06/02 | DEF 1 motion on shortened time for bail hearing. |
| 103 - 1 | 08/07/02 | [Re: DEF 1] JWS Minute Order granting mot on shortened time for continuance of 8/15/02 IOS (101-1); IOS reset to 9/27/02 at 8:00 a.m.; plf's oppo to mot for release on bail due 8/14/02. cc: USA, H. Fleischer, USM, USPO |
| 104 - 1 | 08/08/02 | [Re: DEF 1] JWS Amended Minute Order granting mot to continue IOS; IOS reset for 9/27/02 at 8:00 a.m.; plf oppo to mot for release on bail due 8/14/02. cc: USA, H. Fleischer, USM, USPO |
| 105 - 1 | 08/13/02 | PLF 1 opposition to DEF 1 motion on shortened time for bail hearing (102-1). |
| 106 - 1 | 08/14/02 | [Re: DEF 1] JWS Minute Order denying motion on shortened time for bail hearing (102-1). cc: USA, H. Fleischer |
| 107 - 1 | 08/19/02 | DEF 1 motion for reconsideration of order denying motion to disqualify judge. |
| 108 - 1 | 08/19/02 | DEF 1 motion for recusal of Judge Holland from consideration of motion to disqualify Judge Sedwick. |
| 109 - 1 | 08/19/02 | DEF 1 motion on shortened time for reconsideration of order denying bail hearing. |
| 110 - 1 | 08/19/02 | [Re: DEF 1] JWS Minute Order denying mot for reconsideration of ord denying mot to disqualify judge (107-1), mot on shortened time for reconsideration of ord denying bail hrg (109-1); terminating in light of this ord: mot for recusal of Judge Holland from consideration of mot to disqualify (108-1). cc: USA, H. Fleischer, Judge Holland |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET ENTRIES FOR CASE A02-0031--CR (JWS)
                              "USA V ROBERT A. LONG"

                                For all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 111 - | 1 | 09/09/02 | DEF 1 motion on shortened time to withdraw as counsel w/att aff (filed under seal). |
| 112 - | 1 | 09/10/02 | [Re: DEF 1] JWS Minute Order setting hrg on mot to w/drw as cnsl for 9/13/02 at 8:30 a.m.. cc: USA, H. Fleischer, USM, USPO |
| 113 - | 1 | 09/13/02 | {SEALED} |
| 114 - | 1 | 09/19/02 | DEF 1 Objections to second presentence rpt. |
| 115 - | 1 | 09/23/02 | DEF 1 motion to toll time limit for challange to trial. |
| 115 - | 2 | 09/23/02 | DEF 1 motion to challange and move for dismissal of indictment and conviction due to court errors. |
| 116 - | 1 | 09/23/02 | DEF 1 motion to correct error and/or falsification of the court transcript and for explanation for this error and/or falsification. |
| 117 - | 1 | 09/23/02 | DEF 1 motion for court audio tape's: 9/13/02; 3/20/02; 5/28/02; 5/31/02; with true written transcripts. |
| 118 - | 1 | 09/23/02 | DEF 1 motion for hearing and oral arguments to disqualify judge. |
| 118 - | 2 | 09/23/02 | DEF 1 motion for subpoenas for witnesses. |
| 119 - | 1 | 09/24/02 | [Re: DEF 1] JWS Minute Order denying motion for hearing and oral arguments to disqualify judge (118-1), motion for subpoenas for witnesses (118-2). cc: USA, R. Long |
| 120 - | 1 | 09/24/02 | [Re: DEF 1] JWS Minute Order denying motion to toll time limit for challange to trial (115-1), motion to challange and move for dismissal of indictment and conviction due (115-2). cc: USA, R. Long |
| 120A- | 1 | 09/25/02 | DEF 1 motion for retroactive disqualification of judge under Canon 3 Judge's Duties. |
| 121 - | 1 | 09/26/02 | [Re: DEF 1] JWS Minute Order denying motion to correct error and/or falsification of the court transcript and for (116-1). cc: USA, R. Long |
| 122 - | 1 | 09/26/02 | [Re: DEF 1] JWS Minute Order denying motion for court audio tape's: 9/13/02; 3/20/02; 5/28/02; 5/31/02; with true (117-1). cc: USA, R. Long |
| 123 - | 1 | 09/26/02 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 124 - | 1 | 09/27/02 | [Re: DEF 1] JWS Court Minutes [ECR: Elisa Singleton] re: IOS held 9/27/02; def sentenced to 24 mos in prison on each of cts 1-3; terms to be served concur; 12 mos SR on each of cts 1-3; terms to be served concur; $300.00 SA; def remanded to USM; def's aff fld; def requested notice of appeal be fld by clk on his behalf. cc: Appeals Clerk |
| 125 - | 1 | 09/27/02 | DEF 1 Affidavit in support of defs charges of insufficiency of appointed cnsl for dismissal of trial and conviction. |
| 126 - | 1 | 09/27/02 | [Re: DEF 1] JWS Minute Order denying motion for retroactive disqualification of judge under Canon 3 Judge's Duties (120A-1). cc: USA, R. Long |

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CRIMINAL DOCKET ENTRIES FOR CASE A02-0031---CR (JWS)
                                   "USA V ROBERT A. LONG"

                                      For all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 127 - | 1 | 09/27/02 | [Re: DEF 1] JWS Minute Order re: 2 letters dated 9/14/02 from def; clk to send cy of letter requesting "copies of req and receipt of audio transcripts by FPD" to M. Dieni; letter requesting permission to file by fax denied. cc: USA, R. Long, M. Dieni w/cy of letter |
| 128 - | 1 | 09/27/02 | [Re: DEF 1] JWS Judgment found guilty on cts 1,2,3 of Indt (1-1); def sentenced to 24 mos on each of cts 1-3; terms to be served concur; 12 mos SR on each of cts 1-3; terms to be serve concur; $300.00 SA. cc: USA, R. Long, USM, USPO, MJ Branson, FLU |
| 129 - | 1 | 09/30/02 | [Re: DEF 1] FPD's Notice to court re: 9/27/02 order (dkt #127). |
| 130 - | 1 | 10/01/02 | DEF 1 motion on shortened time on bail release and O.R. or third party. |
| 131 - | 1 | 10/01/02 | DEF 1 appeal to 9CCA of (128-1) filed 09/27/02. cc:USA, R. Long, Judge, 9CCA , USM |
| NOTE - | 3 | 10/02/02 | Transmittal: Forwarded notice of appeal (131-1) to 9CCA. |
| 132 - | 1 | 10/02/02 | [Re: DEF 1] Cy 9CCA Time Schedule Order. (131-1) cc:R. Long, USA, Judge Sedwick, 9CCA(original), ECR |
| 133 - | 1 | 10/02/02 | [Re: DEF 1] JWS Minute Order denying motion on shortened time on bail release and O.R. or third party custodian (130-1). cc: USA, R. Long |
| 134 - | 1 | 10/03/02 | DEF 1 motion (renewal) for records and documents between Judge Sedwick, the 9th Circuit misconduct council and/or any other judge regarding misconduct of Judge Roberts. |
| 135 - | 1 | 10/04/02 | [Re: DEF 1] JWS Minute Order re: five hand-printed pages of reqs for information; reqs are stricken. cc: USA, R. Long |
| 136 - | 1 | 10/04/02 | DEF 1 motion for order of compliance to Michael D. Dieni-Fed. Def. Office. |
| 136 - | 2 | 10/04/02 | DEF 1 motion for sanctions against Michael D. Dieni. |
| 137 - | 1 | 10/08/02 | DEF 1 AMENDED appeal to 9CCA of (128-1) filed 09/27/02. cc: R. Long, D. Cooper (AUSA), Judge Sedwick, USM, USPO, 9CCA |
| 138 - | 1 | 10/08/02 | Application to proceed without prepayment of fees re: amended appeal (dkt 137-1) w/att exh. |
| 139 - | 1 | 10/08/02 | DEF 1 motion for hearing on insufficiency of counsel/bad faith of council and fed def off. |
| 140 - | 1 | 10/08/02 | DEF 1 motion for apptd counsel independent of the fed government. |
| 141 - | 1 | 10/09/02 | JWS Minute Order denying mot (renewal) for records and docs between Judge Sedwick, the 9th Cir (134-1), mot for ord of compliance to Michael D. Dieni-Fed. Def. Office (136-1), mot for sanctions against Michael D. Dieni (136-2), mot for hrg on insufficiency of cnsl/bad faith of cnsl and fed (139-1), mot for apptd cnsl independent of the fed govt (140-1); def may only file papers in this crt appropriate to his appeal; all other reqs for relief are before the 9CCA. cc: USA, R. Long |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A02-0031--CR (JWS)
"USA V ROBERT A. LONG"

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 142 - | 1 | 10/10/02 | [Re: DEF 1] Order by USDC granting application to proceed in forma pauperis (dkt #18) re: (137-1) cc:cnsl |
| NOTE - | 4 | 10/11/02 | Transmittal: Forwarded notice of appeal (137-1) to 9CCA. |
| 143 - | 1 | 10/11/02 | [Re: DEF 1] Cy 9CCA Time Schedule Order. (137-1) cc: R. Long, D. Cooper (AUSA), 9CCA (Original), ECR |
| 144 - | 1 | 10/16/02 | {SEALED} |
| 144 - | 2 | 10/17/02 | {SEALED} |
| 145 - | 1 | 10/28/02 | [Re: DEF 1] Copy of Order from 9CCA. W/in 28 days after filing date of order, appellant shal (1) retain counsel who shall file a notice of appearance; or (2) file a motion for appointment of counsel at government expense; or (3) inform the court in writing of appellant's clear and unequivocal intention to proceed without the assistance of counsel. A new briefing schedule shall be established upon compliance with this order. Failure to comply with this order may result in dismissal of this appeal for failure to prosecute. The Clerk shall serve this order on AUSA Daniel R. Cooper, counsel for appellee. W/in 14 days of the filing date of this order, AUSA Cooper shall serve this order on appellant and provide proof of service to this court showing appellant's registration number and current address.(137-1) cc: R. Long, D. Cooper (AUSA), Judge Sedwick |
| 146 - | 1 | 11/12/02 | [Re: DEF 1] Partial Transcript re: IOS held 1a/27/02. |
| 147 - | 1 | 11/22/02 | USM Return of svc of judgment re: DEF 1 on 11/07/02 to BOP at FDC SeaTac, WA. |
| 148 - | 1 | 12/09/02 | [Re: DEF 1] Copy of Order from 9CCA. Appellant's motion for appointment of counsel GRANTED; counsel will be appointed by separate order. Clerk to serve cy of this order on R. Curtner, Federal Public Defender who will locate appointed counsel. District court shall provide 9CCA Clerk w/name and address of appoinited counsel by facsimile (FAX: 415/556/6228) w/in 14 days of locating counsel. Court declines to entertain appellant's pro se motion for bail as appellant is represented by counsel. Clerk shall forward motion for bail to FPD w/this order. New cnsl shall designate reporter's transcript by 1/2/03. Transcript is due 2/3/03. Appellant's opening brief and excerpts of record are due 3/17/03; appellee's answering brief due 4/16/03; optional reply brief due w/in 14 days after svc of answering brief. Clerk shall serve this order on appellant individually at Reg. No. 14445-006, SeaTac FD, P.O. Box 13900, SeaTac, WA 98198-1090. cc: (131-1), (137-1) cc:cnsl |
| NOTE - | 5 | 12/11/02 | Notation (re: Appeal): forwarded CJA appointment to 9CCA. |
| 149 - | 1 | 12/11/02 | [Re: DEF 1] JWS Minute Order forwarding def's mot for contempt charges & mot for reconsideration, rec'd 12/9/02, to 9CCA & directing that all further filings re appeal be sent to 9CCA. cc: USA, R. Long, Appeals Clerk |
| 150 - | 1 | 12/11/02 | [Re: DEF 1] CJA appointment of E. Cyrus. |
| 151 - | 1 | 01/14/03 | [Re: DEF 1] Copy of Order from 9CCA (137-1) that this court declines to entertain Mr. Long's motions as he is represented by counsel. W/in 14 |

EXHIBIT M
Page 10 of
14 Pages

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CRIMINAL DOCKET ENTRIES FOR CASE A02-0031--CR (JWS)
                    "USA V ROBERT A. LONG"

                        For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| | | days of filing date of this order, counsel Cyrus shall file a response to appellant's pro se motions. cc:cnsl |
| 152 - 1 | 02/12/03 | [Re: DEF 1] Copy of Order from 9CCA. (131-1), (137-1) Mot of def cnsl for ext of time to resp to this crt's order of 1/10/03 GRANTED. Response now due 02/24/03. Briefing schedule established previously shall remain in effect. cc: D. Cooper (AUSA), E. Cyrus, Judge Sedwick |
| 153 - 1 | 03/25/03 | [Re: DEF 1] JWS Minute Order denying req in att letter; def to file papers w/crt of appeals. cc: USA, R. Long, E. Cyrus |
| 154 - 1 | 03/26/03 | [Re: DEF 1] Copy of Order from 9CCA. (131-1), (137-1) On 1/10/03 E. Cyrus was ordered to respond to appellant's pro se filings. On 2/7/03, crt granted counsel Cyrus an ext of time to 2/24/03 to comply w/Jan 10 order. To date, counsel has neither filed a response nor req'd a further ext of time. Counsel shall have one final opportunity to comply w/crt's order. W/in 14 days of filing date of this order, cnsl shall file a response to appellant's pro se motions for reconsideration, for contempt charges, for clarification, and for protetive order. Failure to respond timely to this order may result in the imposition of sanctions. Subsequent to the pro se filings listed above, the crt has rec'd appellant's pro se motions to compel discovery, for evidence, and for an order of discovery. Because appellant is represented by cns, only cnsl may file mtns and this crt therefore declines to entertain the mtns. The clerk shall serve copies of the pro se mtns on counsel Cyrus. The Clerk shall serve this order on appellant individually at Reg No. 14445-006, SeaTac FDC, P.O. Box 13900, SeaTac, Wa 98198-1090. cc:cnsl |
| 155 - 1 | 04/04/03 | [Re: DEF 1] Copy of Order from 9CCA. (131-1), (137-1) Court has reviewed response of counsel E. Cyrus to 3/21/03 order; response is satisfactory. Appellant's req for new briefing schedule granted. Transcript to be designated by 4/2/03, transcript is due 5/2/03, appellant's opening brief & excerpts of record are due 6/11/03; appellee's answering brief is due 7/11/03; optional reply brief is due w/in 14 days ater svc of answering brief. Crt rec'd appellant's pro se ltr dtd 3/26/03. Because appellant is represented by cnsl, only cnsl may submit filings, and ths court therefore declines to entertain the letter. Clerk shall serve a copy of pro se ltr on counsel Cyrus. Clerk shall also serve this order on appellant individually at Reg No 14445-006, SeaTac, P.O. Box 13900, Seattle, WA 98198-1090 cc:cnsl, R.Long, Judge Sedwick |
| 156 - 1 | 05/01/03 | [Re: DEF 1] JWS Minute Order re: appeal and letter from DEF 1 requesting list of cases referred to MJ Branson and assigned to Judge Singleton between 3/22/02 and 11/11/02; case is on appeal and is represented by cnsl; clk to return any papers from DEF 1 unless fld by cnsl. cc: USA, E. Cyrus, R. Long |
| 157 - 1 | 05/16/03 | [Re: DEF 1] Copy of Order from 9CCA. (131-1), (137-1) Court has rec'd pro se filings from appellant. Because appellant is represented by cnsl, only cnsl may submit filings, and this court therefore declines to entertain the submissions. Clerk shall serve a copy of the pro se motion on appellant's cnsl of record Eugene B. Cyrus. Clerk Shall also serve this order on appellant individually at Reg. No. 14445-006, SeaTac FDC, P.O. Box 13900, SeaTac Washington 98198-1090. cc:R. Long, E. Cyrus, D. Cooper (USA), Judge Sedwick |
| 158 - 1 | 06/04/03 | [Re: DEF 1] Copy of Order from 9CCA that documents need to be filed by cnsl. (131-1), (137-1) cc:USA, E. Cyrus, R. Long, Judge Sedwick |

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE A02-0031--CR (JWS)
                                    "USA V ROBERT A. LONG"

                                      For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 159 - 1 | 06/24/03 | [Re: DEF 1] Copy of Order from 9CCA. (131-1), (137-1) Appellant's mot for ext of time to file opening brief GRANTED. Opening brief due 7/14/03. Answering brief due 8/13/03; optional reply brief is due 14 days after svc of answering brief. cc:cnsl |
| 160 - 1 | 07/30/03 | [Re: DEF 1] Copy of Order from 9CCA; crt rec'd appellant's pro se mot for injunction. Court declines to entertain the mot as def is represented by cnsl & only cnsl may fil mots. Clerk shall serve a copy of the pro se mot on appellant's cnsl of record, Eugene B. Cyrus. Clerk shall also serve order on appellant individually at Reg. No. 14445-006, Sea Tac FDC, P.O. Box 13900, Seattle, WA 98198-1090. (131-1), (137-1) cc: E. Cyrus, R. Long, D. Cooper (USA), Judge Sedwick |
| 161 - 1 | 07/30/03 | [Re: DEF 1] Copy of Order from 9CCA; appellant's mot for leave to file late brief is granted. Mot also construed as amended proof of svc to indicate opening brief was served on 7/15/03. Opening brief has been filed. Answering brief now due 8/14/03 & optional reply brief is due 14 days after svc of answering brief. Court records do not currently reflect that the district has issued the certificate of record. Appellant shall monitor the issuance of the certificate. (131-1), (137-1) cc:E. Cyrus, D. Cooper (USA), Judge Sedwick |
| 162 - 1 | 08/13/03 | [Re: DEF 1] Copy of Order from 9CCA; court rec'd appellant's pro se mot for denied discovery required for appeal. Because appellant is represented by counsel, only counsel may file motions, and this court therefore declines to entertain the motion. The Clerk shall serve a copy of the pro se motion on appellant's counsel of record, Eugene B. Cyrus. The Clerk shall also serve this order on appellant individually at Reg. No. 14445-006, SeaTac FDC, P.O. Box 13900, Seattle, WA 98198-1090. (131-1), (137-1) cc:cnsl, R. Long, Judge Sedwick |
| 163 - 1 | 10/17/03 | [Re: DEF 1] Copy of Order from 9CCA. (131-1), (137-1) Court rec'd appellant's pro se mots served on 9/12, 9/18, 9/27, 9/29 and 10/2, 2003. Because appellant is represented by counsel, only counsel may file mots, and this court therefore declines to entertain the mots. Clerk shall serve copies of the pro se mots on appellant's counsel of record, Eugene B. Cyrus. The case is ready for calendaring. Clerk shall also serve this order on appellant individually at Reg.No. 14445-006, SeaTac FDC, P.O. Box 13900, Seattle, WA 98198-1090 cc:cnsl, R. Long |
| NOTE - 6 | 10/29/03 | Transmittal: Forwarded D.C. record to 9CCA consisting of 7 vols (1 under seal) and 1 expando w/dkt #s 91-96 (transcripts). |
| NOTE - 7 | 11/06/03 | Notation (re: Appeal): 9CCA confirmation of receipt of USDC record on 10/30/03. |
| 164 - 1 | 11/06/03 | [Re: DEF 1] Copy of Order from 9CCA. (131-1), (137-1) Court rec'd appellant's pro se mot 10/20/03. Because appellant is represented by counsel, only counsel can file mots therefore this court declines to entertain the mot. Court encourages appellant's counsel to discuss the rules and procedures of this court with his client. cc:E. Cyrus, D. Cooper, Judge Sedwick |
| 165 - 1 | 11/20/03 | [Re: DEF 1] Copy of Order from 9CCA that case ordered submitted w/o oral argument on Monday, 12/1/03, in Seattle,WA. (131-1), (137-1) cc:cnsl |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A02-0031--CR (JWS)
"USA V ROBERT A. LONG"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 166 - 1 | 01/08/04 | [Re: DEF 1] 9CCA Judgment re: notice of appeal (131-1), (137-1) that the district court's decision is AFFIRMED w/att memo. cc: USA, R. Long, Judge Sedwick, USM, PO |
| NOTE - 8 | 01/12/04 | Notation (re: Appeal): Rec'd from 9CCA USDC record consisting of 7 case file vols (1 under seal) and 1 expando w/dkt #s 91 thru 96. |
| 167 - 1 | 09/24/04 | DEF 1 motion to state intent to file writ of h/c petition, for pre-filing appointment of counsel at government expense, to move this action to the 9th Circuit. |
| 168 - 1 | 11/03/04 | [Re: DEF 1] RRB Order denying mot to state intent to file writ of h/c petition, for pre-filing appt of cnsl, mot to move action to 9CCA (167-1); clk to sent crt form for filing 2255 mot, USDCA 40, CJA 23 & notice of intent to proceed w/o cnsl. cc: USA, R. Long, PSLC, Redistributed to R. Long 11/10/04. |
| 169 - 1 | 11/29/04 | DEF 1 motion under judicial notice for answers on questions of the disqualifications of the trial judges, John W. Sedwick & H. Russel Holland w/att aff. |
| 170 - 1 | 11/29/04 | DEF 1 motion under judicial notice for recusal of Judge Sedwick. |
| 170 - 2 | 11/29/04 | DEF 1 motion for setting aside with prejudice the trial & conviction. |
| 170 - 3 | 11/29/04 | DEF 1 motion for hearing. |
| 170 - 4 | 11/29/04 | DEF 1 motion for a special Ninth Circuit Master on legal & constitutional issues if above is refused. |
| 171 - 1 | 11/30/04 | DEF 1 motion to vacate, set aside or correct sentence w/att exhs. |
| 172 - 1 | 11/30/04 | DEF 1 Notice of intent to proceed w/o cnsl. |
| 173 - 1 | 11/30/04 | DEF 1 motion for appointment of counsel w/att fin aff. |
| 174 - 1 | 12/29/04 | DEF 1 motion for an order of mandamus, to trial defense counsel, Michael D. Dieni, to comply with official duties refused to date with other needful motions for habeas corpus actions. |
| 175 - 1 | 01/03/05 | [Re: DEF 1] JWS Order directing svc & response of 2255 mot on USA; USA to ans 2255 mot by 3/2/05; case is referred to MJ Branson per D.Ak.LMR 4(5); denying mot under judicial notice for ans' on questions of the disqualification (169-1), mot under judicial notice for recusal of Judge Sedwick (170-1), mot for setting aside w/prej the trial & conviction (170-2), mot for hrg (170-3), mot for a special Ninth Circuit Master on legal & constitutional issues if (170-4), mot for appt of cnsl (173-1), mot for an ord of mandamus, to trial defense counsel, Michael D. Dieni, (174-1). cc: USA w/cy 2255 mot, R. Long, MJ Branson w/cy 2255 mot, PSLC |
| 176 - 1 | 01/07/05 | [Re: DEF 1] JWS Order and report re: SR; def is discharged from SR & proceedings in this case are terminated. cc: USPO |
| 177 - 1 | 02/02/05 | DEF 1 motion for discovery, motion for affidavits in discovery under 28 USC 2255. |

| | |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA <br> CRIMINAL DOCKET ENTRIES FOR CASE A02-0031--CR (JWS) <br> "USA V ROBERT A. LONG" | |
| For all filing dates | |

| Document # | Filed | Docket text |
|---|---|---|
| 178 - 1 | 02/14/05 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion for discovery, motion for affidavits in discovery under 28 USC 2255 (177-1). |