JAN-31-05 MON 04:11 PM   AMLJIA                FAX NO. 907 279 3615                    P. 04
Jan-31-05  '14:58    From-City of Seward               224-4038         T-758  P.004/010  F-853

FILED in Trial Courts
State of Alaska, Third District
at KENAI, ALASKA

JUL 1 3 2004

Clerk of the Trial Courts

By _____ Deputy

ROBERT A. LONG
P.O. BOX 3526
SEWARD ALASKA
99664

RECEIVED
JAN 3 1 2005
OFFICE OF THE
CITY CLERK

IN THE SUPERIOR COURT FOR THE
STATE OF ALASKA

ROBERT A. LONG,

    PLAINTIFF,

V.

CITY OF SEWARD,

    DEFENDANT'S

CASE NO. 3KN-04-555 CI

COMPLAINT UNDER 42 U.S.C. 1983

1. WITNESS TAMPERING
2. OBSTRUCTION OF JUSTICE
3. CONSPIRACY TO OBSTRUCT JUSTICE

CREATING INHERANT CIVIL RIGHT VIOLATIONS

JURISDICTION:

    Jurisdiction is Invoked under State of Alaska, General Tort, and the Title 42 U.S.C. 1983, Civil Right Act, and the Joint Jurisdiction over Civil Rights Violations between the State and Federal Jurisdictions. Jurisdiction for Relief Recovery of Cost Invoked under 42 U.S.C. 1988. Plaintiff Rest on Pro Se, Status in Omissions or Mistakes in this Complaint.

    Timeliness is Claimed in this Suit by the Ongoing Nature of the Civil Rights Violations, Active to date and the Inherent Interferance with the Plaintiff Attempts at Redress by the Actor's.

P. 1 of 7:

Case 3:05-cv-00044-RRB   Document 92-15   Filed 03/28/2006   Page 2 of 7

JAN-31-05 MON 04:11 PM  AMLJIA          FAX NO. 907 279 3615            P. 05
Jan-31-05 '14:58  From-City of Seward    224-4038         T-768  P.005/010  F-853

PLAINTIFF:

ROBERT A. LONG, is a resident of Seward Alaska, 1.6, mile Nash Rd., the Civil Rights of Plaintiff were Violate at Seward, Alaska, and Anchorage, Alaska, in the Inherent Civil Rights Violations in the Below Claims.

CLAIM 1, witness tampering, denial due process and equal protection, in about April of 02.

CLAIM 2, obstruction of justice, denial of due process and equal protection, in about June-July of 02, to date.

CLAIM 3, conspiracy to obstruct justice, denial of due process and equal protection, in about June-July of 02, to date.

DEFENDANT:

THE DEFENDANT, the CITY OF SEWARD, is a City of the State of Alaska, the Defendants Actions were Taken in the Person's of the Seward, Ex-Police Chief, Mike Chapmen, [Retired], and the Seward, Ex- Police Chief David Brossow, [David Brossow, now the Retired Mayor of Seward Alaska], the Actions of Civil Rights Violations were taken by Executive Officers of the City of Seward, acting in their Official and Individual Capacity as a 24, hour Executive Officer of the Defendant, City of Seward, (in a Principle-Servant Relation), Acting in the Direct Interest of the Defendant, with yet Un-Known, and/or, Un-Named Other Defendant's Actors and Deprived Plaintiff of Due Process and Equal Protection, this Defendant, City of Seward, is under Suit in Individual and Official Capacity.

P. 2 of 7.

COMPLAINT:

Alleged is that Defendant's Actor's, Acted to Obstruct and Interfere with a Plaintiff's Federal Defense Witness, in Criminal Witness Tampering, Obstruction of Justice and Conspiracy to Obstruct Justice, to Protect the Defendant, the City of Seward, from Possible Liability from Actions of an Executive Officer of the City of Seward, [Actor Chapman], and did Deny and Deprived the Plaintiff in their Acts of Protected Alaska, State, Constitutional and U.S. Federal Constitutional, Civil and Legal Rights, in Due Process, Equal Protection, Effective Court Access, Effective Confrontation, the Right to Un-Prejudiced Action for Bail, the Right to Un-Encumbered Ability to Act in One's Defense, the Right to Present Un-Encumbered and Un-Prejudiced Defense Witnesses, the Right and Ability to Gain a Fair Trial and Appeal in USA V. Long, 02-00310RC-(JWS), and Created Interference with Plaintiffs Civil Rights in Plaintiffs Original Civil Suit, Long V. County, et al., Anchorage Federal Court, A99-CV-0520(JKS)-(HRH).

STATEMENT OF FACT:

Plaintiff contends that Defendant, the City of Seward, in the Persons of it's Executive Officer, did Act to, and did Deprive Plaintiff of, Civil Rights, Alleged is that the City of Seward, Actor; Mike Chapman, in or about, March of 02, Acted in Attempt to Stop a Plaintiffs Federal Defense Witness, in the Anchorage Federal Court, Case U.S.A. V. Long,, from acting as a Third Party for Bail Release and Attempted to stop the Witness from acting as a Defense Witness in that Federal Criminal Trial, this Action Contended taken to Protect the Defendant, City of Seward, and Actor Chapman; from Liability in the Past Actions of Actor Chapman, taken against the Plaintiff as the Police Chief, of the City of Seward, and as the Arresting Officer in the Federal False Arrest and Malicious Prosecution in USA V. Long, Actor Chapman, Alleged to have been Active in the Creation in this False Action.

P. 3 of 7.

Case 3:05-cv-00044-RRB   Document 92-15   Filed 03/28/2006   Page 4 of 7

JAN-31-05 MON 04:11 PM   AMLJIA          FAX NO. 907 279 3615                    P. 07
Jan-31-05  14:58   From-City of Seward             224-4038            T-756  P.007/010  F-859

1
2    ALLEGED, is that the Defendant, by the Actions of Actor Chapman, Deprived Plaintiff of
3    Federal and State, Constitutional Civil Rights, in Due Process-Equal Protection, this Action taken
4    as a 24, hour Executive Officer of the Defendant, City of Seward, (Servant-Principal
5    Relationship), in Official and Individual Capacity, in Action in the Interest of the Defendant, City
6    of Seward, Defendant is Charged under Claim No. 1, in Witness Tampering by the Action of
7    Actor Chapman.
8    Contended is that the Validity or Lack of Validity in the USA. V. Long, Prosecution is not
9    Relevant to this Suit, as this Suit is for Stand Alone Criminal and Civil Rights Violations
10   Separate from USA, V, Long, Prosecution and that the Actions of this Court on these Issues does
11   not Interfere in the Federal Court Actions.
12
13   ALLEGED, is that the City of Seward, Actor David Brossow, did act in or about June-July
14   of 02, to Interfere with the Federal Defense Witness and Conspired to Obstruct Justice in the
15   Cover Up of the Original Defense Witness Tampering of Actor Chapman, by Threat and/or
16   Coercion with other City Persons, against the Defense Witness, in the Anchorage, Federal
17   Criminal Case, USA V. Long, and did Deprive the Plaintiff of Federal and Alaska, Constitutional
18   Civil Rights in Due Process-Equal Protection, the Defendant is Charged under Claims 1, Federal
19   Defense Witness Tampering, Claim 2, Obstruction of Justice and Claim 3, of Conspiracy to
20   Obstruct Justice with Other City Persons, in the Actions of Actor Brossow.
21   The Defendant, in the Person of Actor Brossow, was a 24, hour Executive of the City of
22   Seward; as Past Police Chief, then as a Mayor of the City of Seward, [now Retired], acting in his
23   Individual and Official Capacity and Acting in the Interest of the Defendant, the City of Seward,
24
25   P. 4 of 7.
26
27

EXHIBIT N
Page 4 of
7 Pages

1 in a Principal-Servant Relationship), and the Interest of Actor Chapman, this Action Contended
2 to Protect Actor Chapman, is as well an Action in the Interest of the Defendant, the City of
3 Seward.
4    Contended is that the Action of this Court, on these Issues, is not in any Manner an
5 Interference with the Federal, USA. V. Long, or Other Federal Court Actions, as this Suit is for
6 Stand Alone Civil Rights Violations Separate from other Court Actions.
7
8    PLAINTIFF STATES TO THE COURT THAT, as the Complaint's against the Defendant's
9 Actor's, are also Criminal Complaint's against the Actor's, as well as Civil Complaint's against
10 the Defendant, City of Seward, this Court is Responsible to bring a Criminal Investigation for
11 Criminal Charges against the Defendant's Actors, when Evidence of the Validity of these
12 Charges are Tendered in Evidence by Plaintiff, from Discovery, Affidavit's and Deposition's, to
13 the Alaska, State, and/or Federal Attorney General's Office's, for Felony Criminal Action's, as a
14 Requirement Under Law and the Judicial Cannon of Ethics, of any Assigned Judge.
15
16    PLAINTIFF RESERVES THE RIGHT, to Add Additional Defendant's and Charges as
17 Other Acts and Actors become known, as well as the Extent of the Ongoing Damage and to
18 Extend and Revise this Complaint as new facts become available by Discovery and Investigation.
19
20 OTHER SUITS: Related Suits and Actions.
21   1. State V Long, CR-3SW-03-359.
22   2. Long V. Country, A99-0520-CV-JKS-HRH.
23   3. USA V. Long, CR-02-00031-JWS.
24   4. Ninth Circuit Appeal, USA. V. Long, No.02-30325.
25   P. 5 of 7.
26 .
27

5. Ninth Circuit Criminal Judicial Complaint No. 02-89008.

RELIEF REQUESTED:

   1. Plaintiff Request an Immediate Protective Order-Injunction to the City of Seward, to stop any actions by any Party to, [City Police or Other], Threatened and/or Interfere with the Seward Defense Witness, Louis Bencardino, the Plaintiff and/or any other Possible Party in this action, by or for the City of Seward, or by those acting for the City Actor's, by Direct or Indirect Action, in any Related Matter, in a General Order of Protection without Specification of Un-Named Protected Parties at this time, (Plaintiff Moves also in Separate Motion for Protection of Witnesses).

   2. Plaintiff request an Amount of Monetary Relief to be Established at a later time when the full Harm's and Damages can be Established to the Plaintiff do to the on going outcome of the Actors Actions and the Inability of Plaintiff to at this time state the Identity of other Actors and Acts yet Un-known.

   3. Plaintiff Request Compensatory Damages in an amount to be latter stated after Discovery and Investigation finds the Identity of all the Actors and Acts, in an Amount that will Chill this kind of Action by Seward Officials and/or, Other Government Officials in the Same Kind of Actions.

   4. Plaintiff Request Relief of All Expenses; Legal Efforts, Loss or Damages Resulting due to this Suit.

P. 6 of 7.

EXHIBIT  N
Page 6 of
1 Pages

Case 3:05-cv-00044-RRB    Document 92-15    Filed 03/28/2006    Page 7 of 7

JAN-31-05 MON 04:11 PM    AMLJIA    FAX NO. 907 279 3615    P. 10
Jan-31-05  14:58    From-City o. Seward    224-4038    T-758  P.010/010  F-953

1  Dated this day 7-12-04 at Seward Alaska.

2

3  I certify to be the Plaintiff in this suit and to have prepared this complaint and understand the

4  above.

5

6  I certify the above to be true and correct to the best knowledge of Plaintiff under threat of perjury.

7

8  I certify to have Served the Defendant at Seward Alaska, upon the Filing of the Complaint and its

9  Return from the Court.

10

11  *[signature]*

12  Robert A. Long

13  P.7 of 7.

EXHIBIT N
Page 7 of 7 Pages