FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
CITY OF SEWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT A. LONG | ) |
| Plaintiff, | ) Case No. A05-0044 CV [RRB] |
| vs. | ) |
| CITY OF SEWARD, | ) |
| Defendant. | ) ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

This Court, having considered Defendant's Motion for Summary Judgment, and any opposition thereto, and good cause appearing for the granting of said motion,

IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment is granted.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

DATED this \_\_\_\_ day of _____, 2006.

_____
RALPH R. BEISTLINE
UNITED STATES DISTRICT COURT JUDGE

THIS IS TO CERTIFY that a copy of the foregoing was served by mail upon Robert A. Long, at his address of record, this 28TH day of March, 2006.



_____
Frank S. Koziol

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Order Granting Defendant's Motion for Summary Judgment
*Long v. City of Seward*, Case No. A05-0044 CV [RRB]
Page 2 of 2