FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
CITY OF SEWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| ROBERT A. LONG, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. A05-0044 CV [RRB] |
| vs. | ) | OPPOSITION TO "PLAINTIFF MOVES TO ADD THE |
| CITY OF SEWARD, | ) | NAME OF LOUIS BENDCARDINO AS A DEFENSE ACTOR IN CONSPIRACY |
| Defendant. | ) | AFTER THE FACT. RUN ON MOTION" |

COMES NOW Defendant CITY OF SEWARD, by and through its attorney, FRANK S. KOZIOL, and hereby responds to "Plaintiff Moves to add the Name of Louis Bencardino as a Defense Actor in Conspiracy After the Fact. Run on Motion" dated March 19, 2006 as follows:

INTRODUCTION

Supporting the adage that "No good deed goes unpunished", Plaintiff seeks to name as a party-defendant Louis

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Bencardino (Bencardino), a witness at Plaintiff's bail hearing who testified that Plaintiff was not violent and who was prepared to be a third-party custodian for Plaintiff, and who traveled to the criminal trial to testify on Plaintiff's behalf.

Plaintiff's theory of liability appears to be that, while Bencardino was not actually intimidated in that it did not affect the help Bencardino provided Plaintiff, Bencardino has been intimidated into not supporting Plaintiff's conspiracy theory of intimidation by former City of Seward officials, and, thus, has harmed Plaintiff by not helping him prove his case. Plaintiff has concluded such intimidation has occurred due to the affidavits filed by Bencardino to which Plaintiff takes exception.

For various reasons, as set forth below, this motion should be denied.

### ARGUMENT

#### PLAINTIFF'S MOTION IS UNTIMELY, NOT SUPPORTED BY GOOD CAUSE, AND DOES NOT STATE A CAUSE OF ACTION.

Motions to add additional parties were to have been filed by August 15, 2005. Motions seeking to add parties after that date require a showing of good cause. (Scheduling and Planning Order dated July 21, 2005 at 3-4)

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Response to "Plaintiff Moves to add the Name of Louis Bencardino as a Defense Actor in Conspiracy After the Fact. Run on Motion"
Long v. City of Seward, Case No. A05-0044 CV [RRB]
Page 2 of 4

Plaintiff cannot show good cause for this motion. First, discovery closed on February 27, 2006 after several extensions at the request of Plaintiff. Adding another defendant will require the entire case to be reopened with attendant costs to the defendant.

Second, there is no reason that Plaintiff could not have made this motion earlier. Plaintiff has complained about the affidavits of Bencardino from the first one that was filed. However, Plaintiff chose to wait until discovery has closed to make this motion.

Finally, **the essence of Plaintiff's claim against Bencardino is that he has perjured himself in his affidavits by denying that he ever was intimidated.** However, Bencardino has absolute witness immunity for any statements made in his affidavits. See, Gilbert v. Sperbeck, 126 P.3d 1057, 1059 (Alaska 2005) ("Testimony in a judicial proceeding, if pertinent to the matter under inquiry, is absolutely privileged, even if given maliciously or with knowledge of its falsity.").

Not only would Bencardino be immune from such a cause of action but even if permitted, Plaintiff cannot show any causal link to his damages as a result of any alleged intimidation because Bencardino's actions (as a causal factor

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Response to "Plaintiff Moves to add the Name of Louis Bencardino as a Defense Actor in Conspiracy After the Fact. Run on Motion"
Long v. City of Seward, Case No. A05-0044 CV [RRB]
Page 3 of 4

for Plaintiff's damages) were not affected by any intimidation and Plaintiff does not contend to the contrary.

For these reasons, Plaintiff's motion should be denied.

### CONCLUSION

Plaintiff's motion should be denied.

DATED at Anchorage, Alaska, this 29TH day of March, 2006.

> LAW OFFICE OF FRANK S. KOZIOL
> Attorney for Defendant City of Seward
>
> By: _____
> Frank S. Koziol
> ABA No. 7210054

THIS IS TO CERTIFY that a copy of the foregoing was served by mail upon Robert A. Long, at his address of record, this 29TH day of March, 2006.

_____
Frank S. Koziol

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Response to "Plaintiff Moves to add the Name of Louis Bencardino as a Defense Actor in Conspiracy After the Fact. Run on Motion"
Long v. City of Seward, Case No. A05-0044 CV [RRB]
Page 4 of 4