FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
CITY OF SEWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT A. LONG, | ) |
| Plaintiff, | ) Case No. A05-0044 CV [RRB] ) |
| vs. | ) ORDER DENYING ) "PLAINTIFF MOVES TO ADD THE |
| CITY OF SEWARD, | ) NAME OF LOUIS BENDCARDINO AS A ) DEFENSE ACTOR IN CONSPIRACY |
| Defendant. | ) AFTER THE FACT. RUN ON MOTION" ) |

This Court, having reviewed "Plaintiff Moves to add the Name of Louis Bencardino as a Defense Actor in Conspiracy After the Fact. Run on Motion" and Defendant's opposition thereto, and good cause appearing for the denial of said motion,

IT IS HEREBY ORDERED that "Plaintiff Moves to add the Name of Louis Bencardino as a Defense Actor in Conspiracy After the Fact. Run on Motion" is denied.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

DATED this \_\_\_\_ day of _____, 2006.

_____
RALPH R. BEISTLINE
UNITED STATES DISTRICT COURT JUDGE

THIS IS TO CERTIFY that a copy of the foregoing was served by mail upon Robert A. Long, at his address of record, this 27TH day of March, 2006.

_____
Frank S. Koziol

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Order Denying "Plaintiff Moves to add the Name of Louis Bencardino as a Defense Actor in Conspiracy After the Fact. Run on Motion"
*Long v. City of Seward*, Case No. A05-0044 CV [RRB]
Page 2 of 2