FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
CITY OF SEWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT A. LONG | ) |
| Plaintiff, | ) Case No. A05-0044 CV [RRB] |
| vs. | ) |
| | ) MOTION FOR EXTENSION OF TIME |
| CITY OF SEWARD, | ) |
| Defendant. | ) |

COMES NOW Defendant CITY OF SEWARD, by and through its attorney, FRANK S. KOZIOL, and hereby moves pursuant to Federal Rule 6(b) for an order extending the deadline from April 20, 2006 to April 28, 2006 for Defendant to submit replies to the following:

   1.   "Plaintiff's Answer to Defense Motion for Summary Judgment and Opposition" (received by Defendant on April 13, 2006 unsigned and undated).

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

2. "Opposition to Immunity Claim for Bencardino, and Motions" (received by Defendant on April 13, 2006 unsigned and undated).

The extension of time does not have any affect on the deadlines for the motions contained in Plaintiffs' oppositions.

This motion is supported by the accompanying memorandum of law and affidavit. A proposed order also accompanies the motion.

DATED at Anchorage, Alaska, this 14 day of April, 2006.

LAW OFFICE OF FRANK S. KOZIOL
Attorney for Defendant City of Seward

By: _____
Frank S. Koziol
ABA No. 7210054

THIS IS TO CERTIFY that a copy of the foregoing was served by mail upon Robert A. Long, at his address of record, this ____ day of April, 2006.

_____
Frank S. Koziol

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Motion for Extension of Time
*Long v. City of Seward*, Case No. A05-0044 CV [RRB]
Page 2 of 2