FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
CITY OF SEWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT A. LONG ) | |
| ) | |
| Plaintiff, ) | Case No. A05-0044 CV [RRB] |
| ) | |
| vs. ) | ORDER GRANTING |
| ) | MOTION FOR EXTENSION OF TIME |
| CITY OF SEWARD, ) | |
| ) | |
| Defendant. ) | |

This Court, having considered Defendant's Motion for Extension of Time, and any opposition thereto, and good cause appearing for the granting of said motion,

IT IS HEREBY ORDERED that Defendant's Motion for Extension of Time is granted. Defendant shall file its replies on April 28, 2006 to the following:

1. "Plaintiff's Answer to Defense Motion for Summary Judgment and Opposition."

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

      2.   "Opposition to Immunity Claim for Bencardino, and Motions."

DATED this ____ day of _____, 2006.

_____
RALPH R. BEISTLINE
UNITED STATES DISTRICT COURT JUDGE

THIS IS TO CERTIFY that a copy of the foregoing was served by mail upon Robert A. Long, at his address of record, this ___ day of April, 2006.

_____
Frank S. Koziol

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE. AK 99501
(907) 258-7706
FAX (907) 258-7707

Order Granting Motion for Extension of Time
Long v. City of Seward, Case No. A05-0044 CV [RRB]
Page 2 of 2