FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
CITY OF SEWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ROBERT A. LONG                    )
                                  )
              Plaintiff,          )  Case No. A05-0044 CV [RRB]
                                  )
         vs.                      )  MEMORANDUM IN SUPPORT OF
                                  )  MOTION FOR EXTENSION OF TIME
CITY OF SEWARD,                   )
                                  )
              Defendant.          )
_____ )

Defendant has moved this Court for an order extending the deadline for the filing of replies to the following documents:

1.    "Plaintiff's Answer to Defense Motion for Summary Judgment and Opposition" (received by Defendant on April 13, 2006 unsigned and undated).

2.    "Opposition to Immunity Claim for Bencardino, and Motions" (received by Defendant on April 13, 2006 unsigned and

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

undated).

      Defense counsel requests an extension of time to respond to these documents because he is currently out of the country.  Defense counsel left the country on April 10, 2006 and will not return to his office until April 24, 2006.  (Affidavit of Rita R. Bennett)

      Since defense counsel is out of the country, he will not have an opportunity to review these documents until April 24, 2006.  Defense counsel believes he can submit the replies to Plaintiff's oppositions on April 28, 2006.

      For the aforementioned reasons, this Court should grant Defendant's Motion for Extension of Time.

      DATED at Anchorage, Alaska, this ___ day of April, 2006.

                          LAW OFFICE OF FRANK S. KOZIOL
                          Attorney for Defendant City of
                          Seward

By: _____
                          Frank S. Koziol
                          ABA No. 7210054

THIS IS TO CERTIFY that a copy of the foregoing was served by mail upon Robert A. Long, at his address of record, this ____ day of April, 2006.

_____
    Frank S. Koziol

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Memorandum in Support of Motion for Extension of Time
*Long v. City of Seward*, Case No. A05-0044 CV [RRB]
Page 2 of 2