FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
CITY OF SEWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| ROBERT A. LONG, | ) | |
| Plaintiff, | ) | Case No. A05-0044 CV [RRB] |
| | ) | |
| | ) | AFFIDAVIT OF RITA R. BENNETT |
| vs. | ) | |
| | ) | |
| CITY OF SEWARD, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

| | | |
|---|---|---|
| STATE OF ALASKA | ) | |
| | ) | ss. |
| THIRD JUDICIAL DISTRICT | ) | |

RITA R. BENNETT, being first duly sworn upon her oath, makes the following statements based on personal knowledge, except as otherwise indicated:

1.    I am the legal secretary for Frank S. Koziol.

2.    Frank S. Koziol left the country on April 10, 2006 and will not return to his office until April 24, 2006.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

3.   FURTHERMORE, your affiant sayeth naught.

_____
RITA R. BENNETT

SUBSCRIBED AND SWORN TO before me this 14th day of

April, 2006.



_____
Notary Public in and for Alaska
My Commission expires: 6/1/2009

THIS IS TO CERTIFY that a copy of the foregoing was
served by mail upon Robert A. Long, at his address
of record, this ___ day of April, 2006.

_____
Frank S. Koziol

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Affidavit of Rita R. Bennett
*Long v. City of Seward*, Case No. A05-0044 CV [RRB]
Page 2 of 2