Robert A. Long
Pro Se.
Po Box 3526
Seward, Ak.
99664.
Phon-Fax,
907-224-3026.

RECEIVED
APR 1 3 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

ROBERT A. LONG,

    Plaintiff,

V.

CITY OF SEWARD,

    Defendant.

Case No. 3KN-04-555-CI..
Fed. No. A05-0044-CV-(RRB).

IN SPECIAL APPEARANCE

OPPOSITION TO IMMUNITY CLAIM
FOR BENCARDINO, AND MOTIONS.

    Defense Counsel Koziol, and the Defendant, have Entered a Filing Claiming that Mr. Bencardino, Holds Immunity in his Perjured Affidavits, the Fraud in this Claim is Per Se, with any other such Claim for the Other Defendants Perjuries, that may be made by Koziol!

    The Defendant, and Counsel Koziol, now in the March 29, 06, Opposition Filing, [as Judge Beistline, acting as Co-Defense Counsel did in the Past Hearing], now Claims, [that no good deed goes unpunished by Plaintiff], in Defendants, Koziol and Judge Beistline's, Criminal Attempt to Demonize the Plaintiff, [that in Plaintiff's Attempts to Bring Bencardino, to Justice for Perjured Affidavits, and Criminal Conspiracy to Obstruct Justice], that Plaintiff is now attempting to Punish Bencardino, for his Help in the Malicious Prosecution of Plaintiff in USA. V. Long, by Federal Judge's, Singleton-Roberts-Sedwick-Holland-Beistline and Ex-Judge Branson, [Beistline, did in fact stop in mid sentence when he Realized he was Promoting Perjury on Record in his attempt to Demonize Plaintiff, Plaintiff did Find Humor in this].

    Judge Beistline, in the Past Recorded Hearing, attempted to Present the Plaintiff, [as a Pile of Shit], making Wild Charges against his Betters, then Beistline, Could Not state what the Wild Charges were when Challenged, and now in Plaintiffs Charges against Bencardino, in the Defense Presentation to the Beistline's, Court of the Perjured Affidavits of Bencardino, it's the Clear Belief of Judge Beistline, that

p 1 of 6

1  when a Person attempts to Help you, you must then Help them to Cover their Criminal Acts, even when the
2  Criminal Act is against you, [This is Judge Beistline's, Clear Short History on the Federal Court], now
3  Defense Counsel Koziol, in this Present Filing, Plays the Same Game Relying on Judge Beistline, to
4  Support him, that as Bencardino, was willing to Help Plaintiff, that Plaintiff should Take it up the Ass to
5  Cover Up for Bencardino, Plaintiff does not Play that Game, it's a Game for Government Criminal Punks!
6
7  Koziol, is Making the Argument that Plaintiff Should Over Look the Criminal Acts of Bencardino,
8  taken for the City of Seward, against the Plaintiff and against the Laws of Alaska, and the Nation, [Plaintiff
9  Contends that a Criminal Act is a Criminal Act and Should be Punished no matter why it was Taken or by
10 Who], Koziol goes on to state that Plaintiff does not contend that Bencardino, was in fact, Effected by the
11 City Actors, (1), Plaintiff does not contend this and never has, not Plaintiff or the Court knows what Effect
12 the Criminal Intimidation and Felony Tampering had on Bencardino, (2), it is then, in Subverted Form,
13 contended that Plaintiff is Attempting to Criminally have Bencardino, help Plaintiff in a Plaintiffs
14 Conspiracy Theory of Seward, Actors against Plaintiff, [the Clear Intent of Koziol, is the Pretense that
15 Plaintiff Attempts to Extort in Some Manner, Bencardino, into Perjury in a False and Criminal Claim
16 against the City, again Relying on Beistline, in Support], [if the Defendant, Bencardino, or Koziol are
17 Charging Plaintiff with a Crime, have the Guts to Make the Charge in Proper Form Openly, not like
18 Beistline], (3), Koziol, going on to Criminally Claim that Plaintiff Claims that Plaintiff is Harmed by
19 Bencardino, not Presenting Perjured Affidavits for Plaintiff, is more Empty BS.
20  The Above is Subverted Fraud by Koziol, and his Criminals, in Pretended Claims, Pretended to be made
21 by Plaintiff, the Abject Criminality of the Defendants and Koziol, in these Accusations is Clear and the
22 below is a Clear Showing of why the Actions are Occurring, [Plaintiff has never Claimed that Plaintiff has
23 been Harmed by Bencardino, not Committing Criminal Acts to Help Plaintiff, Plaintiff Would Not Except
24 That Kind Of Help]!.
25  The Defendant and Koziol, are Claiming now on page 3, that Bencardino, has Absolute Immunity to
26 Prosecution for Perjury and Criminal Conspiracy to Obstruct Justice! [Clearly if no Perjury was Committed
27 p 2 of 6
28

1  by Bencardino, no such False and Criminal Claim would be Made by Koziol]!

2  Koziol, Rest this Immunity BS. on Gilbert V. Sperbeck, 126 P.3d 1057, 1059, (Ak.2005), even Judge
3  Beistline, knows that the Immunity of Witnesses for Testimony Pertinent to a Matter Under Inquire, (is
4  Related to Legislative Inquiries, in some Cases Compelled Court Testimony, but never to Non-
5  Compelled Affidavits, to Compelled Affidavits, to Non-Compelled Depositions,
6  Compelled Deposition or to General In or Out Court Witness Testimony!

7  This Claim and Argument of Koziol, would have made Ex-Pres, Bill, very happy if it had any Valid in
8  the Argument, [no Impeachment, no loss of Attorney License would have fallen on Ex-Pres. Biliary], if this
9  Argument (Criminal Scam) had any Reality, no Perjury Charge Could Exist and no Malicious Prosecution
10 of Plaintiff could have existed by Beistline, and his Criminal Friends, as all Statements of Plaintiff were
11 Direct Court Testimony, and this Suit would not Exist as USA. V. Long, could not have Existed.

12 Koziol, in his Claim that Plaintiff does not Allege that Bencardino, was Effected by the Criminal
13 Felony Witness Tampering is in Direct Opposition to Plaintiffs Sworn Filings, Presented by Koziol, in
14 Support of his Summary Dismissal Motion, [Again Open Clear Fraud by Koziol], Plaintiff does not have to
15 Show by Direct Link or a Causal Link between the Defendants Criminal Actions, "or Bencardino's, After
16 the Fact Criminal Actions," the Constitutional Legal and Civil Rights Violations against the Plaintiff, Exist
17 in the Witness Tampering as Stand Alone Actions, the Harms and Damages from any and All Actions are
18 Inherent, [as Stated by Beistline, in a Past Court Ruling, that Issues of Harm-Damages are not Ripe Issues
19 at this Time, Beistline, did not Rule Except when the Defense brings them up and not Plaintiff, so the
20 Defense is Barred from this Argument, if Plaintiff is Barred to Support of Harms Claims].

21

22 With the Defendant and Koziol, now in Fraudulent, Intended Frivolous and Criminal Knowing Fraud
23 before the Court, Claiming that Perjury no Longer Exist under Law, that Bencardino, and so the other
24 Defendant Perjured Actors are Immune to Prosecution for Perjury, [that Even if the Perjured Testimony is
25 Given Maliciously with Knowledge that its False], the Question is Begged, (what is Counsel Koziol's,
26 Personal Actions in these Perjured Affidavits, [no Counsel may Coach Witnesses in Perjury, no Counsel
27 may Direct or Except Perjury that will be Presented to a Court, and all Attorney's must when
28 p 3 of 6

1  Knowledge or Reasonable Suspicion Exist of Perjury, Inform the Court and Apposing Counsel].

2  The Actions of Koziol, Acting in the Perjury of Bencardino, has a Showing or Reasonable Support, of
3  Koziol's, action in the Bencardino, Perjury, in Bencardino, not Directing his Questions to the Plaintiff who
4  is bringing him into this Case as a Plaintiffs Witness, but with Bencardino, Each and Every Time, Running
5  to Defense Counsel Koziol, and the Defendants Actors, [under the Reasonable Person Test, Bencardino's,
6  actions would be Questioned in these Actions, as Conspiracy after the Fact with the Criminal Actors, this a
7  Strong Showing, by any Reasonable Knowledge of Bencardino's, History with the City and its Actors, and
8  with Bencardino's, History Known in Seward, of Bad and Criminal Acts], [the Subpoena of the City
9  Property Record would Put Bencardino, in Prison with the Rest, if Granted by Beistline]!

10 As Koziol, states in Court Record Supported Fraud that Plaintiff does not Claim or Show Actual
11 Damages by Bencardino's, Actions, Plaintiff Restated again no Requirement Exist for this, Civil Rights
12 Violations in General are more "Grave Harms in them Selves" than Government Murder, as the Victim
13 Suffers, [in Murder no Suffering Exist], and from day one with other Harm, Plaintiff Alleges that with the
14 Bencardino, Affidavit Plaintiff would not have Seen the Inside of any Federal Concentration Camp,
15 [Federal Prison], as Plaintiff could have, as he was and is Attempting to do, Show that His Defense was
16 Sabotaged by the Public Defenders Office, do the Criminal Charges against Robert-Singleton, now also
17 against Sedwick-Holland-Beistline, and the Government would not have been able to Imprison Plaintiff
18 with the Ineffective Assistance Claim Supported by the Bencardino, Affidavit Showing that the Defense
19 Counsel was Covering Up Criminal Defense Witness Tampering by the Arresting Officer, Chapman, as
20 was Judge Sedwick, and Prosecutor Cooper!

## CONCLUSION

24 No Immunity Exist for the City of Seward, Criminal Slug, Bencardino, in Perjury, Plaintiff
25 does not attempt to Punish Bencardino, for a Good Deed's, but for Criminal Acts and Actions, the Attempts
26 by Beistline, in Hearing and Koziol, at this Time, is just More Criminal Shit by Criminal Felon's, this
27 p 4 of 6

1  Motions-Opposition Should be Denied and Sanctioned, even if it Sends Judge Beistline, and Every Federal
2  Judge on the Anchorage, Court, to Prison with Present and Past City of Seward, Government Criminals.

4  At this Time Plaintiff is making Complaints to the Alaska, ABI. Federal Attorney Generals Office,
5  Washington DC. FBI, DC. ATF. and to Several other Government Agencies, on the Criminal Theft of over
6  200, Guns, in Only One of the Common Events from the Seward, Ak. Evidence Department, [these Guns
7  Removed without the Property Officers Knowledge, claimed taken to Anchorage, for Disposal, [not
8  Recorded in Disposal by Anchorage, Disposal Unit], Several Drug Thefts, again from the Seward, Police
9  Evidence Department, that Resulted in Dismissed or Plea Bargained Prosecutions, [Supported by Involved
10 Defense Attorneys and the Involved Citizens], this Covered up by the Prosecutors Office, never Reported.

12 The Court Again Reminded that Koziol, and the Defendants Still Refuse to answer Plaintiffs
13 Interrogatories, Provide Requested Information, or take any other Required Action Relying on their Pet
14 Judge, to Cover their Criminal Ass's. [Plaintiff would like nothing more that to be able to Rely on the
15 Honor of Judge Beistline, but Your Court Recorded History will let no one but a Fool do that].

## MOTIONS

19 Plaintiff Motions for, a Court Ordered Affidavit from Bencardino, on any Actions by any City Actor,
20 and/or, Koziol, in Creating the Three Bencardino, Perjured Affidavits.

22 Plaintiffs Motions, for a Court Ordered Affidavit from Koziol, stating any and all Actions in the
23 Creation of the Bencardino, Perjured Affidavits, in his Knowledge or any Other Actor Creating in any
24 Manner the Bencardino, Perjured Affidavits, or any Knowledge in any Form, of Koziol, Relating to any
25 Criminal Actions by any City, Defendant Actors Related to this Case and its General Issues, [Attorney
26 Client Privilege does not Extend to On Going Criminal Conspiracy as this One, Bencardino, is not his
27 Client of Record, no Privilege Exist].
28 P 5 of 6

1  Plaintiff again Re-Motion's for Compelled Discovery in this Case as all Request are Ignored-Denied
2  by the Defense, Aided by Judge Beistline.

4  Plaintiff again Re-Motion's for Effect to the Court Ordered to Plaintiff, of USA. V. Long, Audio
5  Transcript of the Sentencing Proceedings, as the Clerk of Court, "now as in the Past," Refuses to Provide
6  this Transcript in Criminal Conspiracy with the Judges of the Anchorage Court do the Criminal Evidence
7  Contained against Anchorages, Federal Judges.

9  Plaintiff Re-Motion's for Judge Beistline, to Correct his Criminal Fraud in USA. V. Long, in the
10 Jurisdiction Issue, as it Directly Relates to this Case as Koziol, uses USA. V. Long, Transcripts in this Case
11 and as it Goes to the Criminal Disqualification of Judge Beistline.

13 Plaintiff Motions for Judge Beistline, to Address the Issue of the Criminal Trial Jury Tampering by
14 Judge Sedwick, in USA. V. Long, as He was Assigned to that Issue and Jurisdiction in that Case and
15 Refused to Act in Criminal Conspiracy in Obstruction of Justice, this is an Involved Issue in this Case for
16 Several On Face Issue, to Include the Criminal Conflicts of Interest and Obstruction of Justice by Beistline.

18 Plaintiff Moves Judge Beistline, to Re-Examine his Criminal History of Conflicts of Interest, and
19 Criminal Conspiracy to Obstruct Justice, and to Un-Ass this Case!

21 I certify the above to be true and correct to the best knowledge of the Plaintiff under penalty of perjury.
22 I certify to have Served the Defendant and Koziol in Anchorage by Mail.

24 Dated on, _____ ,                          _____ ,
25 p 6 of 6.                                                Robert A. Long,          Pro Se.