Robert A. Long
Pro Se.
Po Box 3526
Seward, Ak.
99664.
Phon-Fax,
907-224-3026.

RECEIVED
APR 2 1 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| ROBERT A. LONG, | Case No. 3KN-04-555-CI.. |
| --- | --- |
| Plaintiff, | Fed. No. A05-0044-CV-(RRB). |
| V. | IN SPECIAL APPEARANCE |
| CITY OF SEWARD, | PLAINTIFF'S RE-SUBMISSION OF DATE AND SIGNATURE FOR DOC. NO. 95-98. |
| Defendant. | |

1   Plaintiff Moves that the Defendant, Summery Dismissal Motion be Ruled as Frivolous, Dismissed
2   and Sanctions be Ordered, for Cause.

3
4   Plaintiff Moves for all Plaintiffs Discovery Motions to be Granted.

5
6   Plaintiff Motions for Civil Sanctions in Monitory Fines be Imposed against the Defendant, and
    Granted to Plaintiff as the Harmed Party for Defendants Actions.
7

8   Plaintiff Moves for a Subpoenaed Court Ordered, Affidavit, Written by the Court, from the Head of
9   the Alaska State, Kenai, Prosecutors Office, for a List of Every Prosecution Dismissed, Plea Bargained
10  Down, or Otherwise Effected by Missing Evidence from the Seward, Police Evidence Property
11  Department.[Plaintiff does not act to have the Judge do his work but acts in the Reality of the Frustration of
12  Every Lawful Attempt of Plaintiff to Gain Discovery, Document Support and Witnesses in this Case].

13
14  Plaintiff Motions for a Court Ordered Affidavit, Written by the Court, to the 17, year Jailer and
    Property Officer, in Seward, Alaska, "Officer Mooter," on any and all Police Evidence, Officer Mooter, has
15  Knowledge and/or, Suspicion of, Missing from the Seward, Property Department over the Years. [Plaintiff
16  does not act to have the Judge do Plaintiffs Work, but acts in this Manner do to the Government, and Court
17  Frustration of all Plaintiffs Discovery Attempts].

18
19  Plaintiff Re-Motions for a Subpoena of Access to the Seward, Alaska, Police Evidence Property
20  Department, with a Second Subpoena to the Anchorage, Evidence Property Disposal Department to
21  Support Missing Property from Seward, Contended moved to Anchorage, for Disposal that is not
22  Contained in the Anchorage, Received Property Records.

23
    I certify the above to be true and correct to the best knowledge of the Plaintiff under penalty of perjury.
24  I certify to have served Defense Counsel Koziol, a copy in Anchorage Ak,
25  Dated on, 4-18-06.                                    _____
26                                                       Robert A. Long,          Pro Se.
27  p 7 of 7.
28

1    Plaintiff again Re-Motion's for Compelled Discovery in this Case as all Request are Ignored-Denied
2 by the Defense, Aided by Judge Beistline.

3

4    Plaintiff again Re-Motion's for Effect to the Court Ordered to Plaintiff, of USA. V. Long, Audio
5 Transcript of the Sentencing Proceedings, as the Clerk of Court, "now as in the Past," Refuses to Provide
6 this Transcript in Criminal Conspiracy with the Judges of the Anchorage Court do the Criminal Evidence
7 Contained against Anchorages, Federal Judges.

8

9    Plaintiff Re-Motion's for Judge Beistline, to Correct his Criminal Fraud in USA. V. Long, in the
10 Jurisdiction Issue, as it Directly Relates to this Case as Koziol, uses USA. V. Long, Transcripts in this Case
11 and as it Goes to the Criminal Disqualification of Judge Beistline.

12

13    Plaintiff Motions for Judge Beistline, to Address the Issue of the Criminal Trial Jury Tampering by
14 Judge Sedwick, in USA. V. Long, as He was Assigned to that Issue and Jurisdiction in that Case and
15 Refused to Act in Criminal Conspiracy in Obstruction of Justice, this is an Involved Issue in this Case for
16 Several On Face Issue, to Include the Criminal Conflicts of Interest and Obstruction of Justice by Beistline.

17

18    Plaintiff Moves Judge Beistline, to Re-Examine his Criminal History of Conflicts of Interest, and
19 Criminal Conspiracy to Obstruct Justice, and to Un-Ass this Case!

20

21 I certify the above to be true and correct to the best knowledge of the Plaintiff under penalty of perjury.
22 I certify to have Served the Defendant and Koziol in Anchorage by Mail.

23

24 Dated on, 4-18-06                                    *Robert A. Long signature*

25 p 6 of 6.                                           Robert A. Long,        Pro Se.

26

27

28