IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT A. LONG,<br><br>      Plaintiff,<br><br>vs.<br><br>CITY OF SEWARD,<br><br>      Defendant. | Case No. 3:05-cv-0044-RRB<br><br>**ORDER DENYING MOTION TO ADD<br>LOUIS BENCARDINO** |

      Before the Court is "Plaintiff moves to Add the Name of Louis Bencardino as a Defense Actor in Conspiracy After the Fact. Run on Motion." (Docket 90). The motion is untimely. More significantly, it is without merit. Louis Bencardino was a friend and supporter of Plaintiff who Plaintiff now wishes to sue because Bencardino states that he was not intimidated by the City of Seward. Not only is Bencardino immune from statements given in his affidavit, <u>Gilbert v. Sperbeck</u>, 126 P.3d 1057, 1059, but there is no evidence of any inappropriate conduct on his behalf. Moreover, because Bencardino was not permitted to testify at trial by the

ORDER DENYING MOTION TO
 ADD BENCARDINO - 1
3:05-CV-0044-RRB

judge, there is nothing more he could have done for Plaintiff and no reasonable basis for Plaintiff to complain of his conduct.

Plaintiff's motion at Docket 90 is therefore **DENIED**.

ENTERED this 24th day of April, 2006.

/s/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE