FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
CITY OF SEWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT A. LONG,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF SEWARD,<br><br>    Defendant. | ) <br> ) <br> ) Case No. A05-0044 CV [RRB]<br> ) <br> ) <br> ) <br> ) <br> ) REPLY TO "PLAINTIFF'S ANSWER<br> ) TO DEFENSE MOTION FOR SUMMARY<br> ) JUDGMENT AND OPPOSITION" |

  COMES NOW Defendant CITY OF SEWARD, by and through its attorney, FRANK S. KOZIOL, and, hereby submits its reply to Plaintiff's Answer to Defense Motion for Summary Judgment and Opposition" received on April 13, 2006 as follows:

### INTRODUCTION

  At oral argument on January 20, 2006, regarding Plaintiff's motion to set aside the close of discovery, this Court stated that Plaintiff's use of obscenities will not be

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

further tolerated.  This Court further stated that any such further conduct will result in the dismissal of the case. (Document No. 57)

Plaintiff in his opposition to Defendant's Motion for Summary Judgment refers to defense counsel's genitals and to an obscene relationship this Court has with Judge Sedwick.[1]

Plaintiff has also used multiple obscenities in his "Opposition to Immunity Claim For Bencardino, and Motions."[2]

Plaintiff's violation of this Court's order provides another basis for the dismissal of this case.

## STATEMENT OF THE CASE

Plaintiff sets forth no sworn facts in opposition to Defendant's motion.  Therefore, this Court should rely upon the factual presentation by the Defendant.

Plaintiff complains he has not had adequate time to conduct discovery and that his discovery motions have been denied.  (Opposition at 2)  This Court has granted Plaintiff several extensions of time to conduct discovery and has appropriately ruled on Plaintiff's discovery motions.  This

---

[1] "Koziol, does have shiny balls" and "as Judge Beistline, is Ass Deep with Judge Sedwick."  (Opposition at 5)

[2] "as a Pile of Shit" (at 1), "Take it up the Ass" (at 2), "Empty BS" (at 2), "Criminal Shit" (at 4), "Criminal Ass's" (at 5), and "Un-Ass this Case" (at 6).

Reply to "Plaintiff's Answer to Defense Motion for Summary Judgment and Opposition"
*Long v. City of Seward*, Case No. A05-0044 CV [RRB]
Page 2 of 5

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

complaint is not a basis for denying the current motion.[3]

## SUMMARY JUDGMENT STANDARD

Plaintiff has accepted the summary judgment standard set forth by the Defendant. (Opposition at 1)

## SECTION 1983 LAW

### ARGUMENTS

I. PLAINTIFF HAS NOT SHOWN ANY CITY POLICY OR CUSTOM THAT WAS THE MOVING FORCE OF ANY VIOLATION OF RIGHTS.

Plaintiff disputes the law set forth by the Defendant without citing any contrary law. Plaintiff has not proved any conspiracy by City officials nor shown why any City official would be motivated to have tried to influence Plaintiff's criminal trial. This failure of proof entitles the Defendant to summary judgment.

II. PLAINTIFF HAS NOT SHOWN THAT HIS CRIMINAL CONVICTION FOR THREATENING A FEDERAL JUDGE HAS BEEN INVALIDATED.

Plaintiff disputes the law cited by the Defendant without citing any contrary legal authority. This Court should grant summary judgment on this ground based on the authority cited.

---

[3] Defendant will ignore Plaintiff's remark about this Court ("a honest judge not being in existence in the case"). (Opposition at 2)

Reply to "Plaintiff's Answer to Defense Motion for Summary Judgment and Opposition"
*Long v. City of Seward*, Case No. A05-0044 CV [RRB]
Page 3 of 5

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

>  III.  PLAINTIFF CANNOT SHOW THAT ANY DEFENDANT CONDUCT CAUSED HIS CONVICTION OR ANY OTHER HARM AND ANY DAMAGES THAT WOULD FLOW THEREFROM.

Plaintiff concedes he cannot show any "actual harm" resulted from the alleged misconduct but maintains this is an unnecessary element of his case. (Opposition at 4)

Plaintiff disputes the law cited by the Defendant without citing any contrary legal authority. This Court should grant summary judgment on this ground based on the authority cited.

>  IV.  PLAINTIFF HAS NOT MET HIS BURDEN OF PROOF TO SHOW WITNESS TAMPERING OCCURRED.

Plaintiff concedes he cannot prove the allegations. Plaintiff's excuses the failure due to a conspiracy among federal judges, witnesses, and defense counsel. (Opposition at 5) No facts support Plaintiff's excuse and summary judgment should be granted on this ground.

>  V.  THE STATUTE OF LIMITATIONS BARS PLAINTIFF'S SECTION 1983 CLAIMS.

Plaintiff does not set forth any facts which contradict the Defendant's facts and assertions that over two years had passed after Plaintiff was aware of his cause of action against the City of Seward but prior to his filing of the

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Reply to "Plaintiff's Answer to Defense Motion for Summary Judgment and Opposition"
*Long v. City of Seward*, Case No. A05-0044 CV [RRB]
Page 4 of 5

complaint.  As a result, this case should be dismissed as a violation of the applicable statute of limitations.

CONCLUSION

For the aforementioned reasons, Defendant should be granted summary judgment.

DATED at Anchorage, Alaska, this 27TH day of April, 2006.

>LAW OFFICE OF FRANK S. KOZIOL
>Attorney for Defendant City of
>  Seward
>
>By: _____
>      Frank S. Koziol
>      ABA No. 7210054

THIS IS TO CERTIFY that a copy of the foregoing was served by mail upon Robert A. Long, at his address of record, this 27TH day of April, 2006.

_____
Frank S. Koziol

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Reply to "Plaintiff's Answer to Defense Motion for Summary Judgment and Opposition"
Long v. City of Seward, Case No. A05-0044 CV [RRB]
Page 5 of 5