FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
CITY OF SEWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| ROBERT A. LONG, | ) |
|---|---|
| Plaintiff, | ) Case No. A05-0044 CV [RRB] |
| vs. | ) |
| CITY OF SEWARD, | ) OPPOSITION TO THE MOTIONS |
| | ) CONTAINED IN PLAINTIFF'S |
| Defendant. | ) "OPPOSITION TO IMMUNITY CLAIM |
| | ) FOR BENCARDINO, AND MOTIONS" |

COMES NOW Defendant CITY OF SEWARD, by and through its attorney, FRANK S. KOZIOL, and, hereby submits its opposition to the motions contained in Plaintiff's "Opposition to Immunity Claim for Bencardino, and Motions" received on April 13, 2006 as follows:

1. "Plaintiff Motions for, a Court Ordered Affidavit from Bencardino, on any Actions by any City Actor, and/or, Koziol, in Creating the Three Bencardino Perjured Affidavits."

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

This motion should be denied because no good cause supports the motion and that discovery has closed.

2. "Plaintiff Motions, for a Court Ordered Affidavit from Koziol, stating any and all Actions in the Creation of the Bencardino, Perjured Affidavits, in his Knowledge or any Other Actor Creating in any Manner the Bencardino, Perjured Affidavits, or any Knowledge in any Form, of Koziol Relating to any Criminal Actions by any City, Defendant Actors Related to this Case and its General Issues."

This motion should be denied because no good cause supports the motion and that discovery has closed.

3. "Plaintiff again Re-Motions for Compelled Discovery in this Case as all Request [sic] are Ignored-Denied by the Defense, Aided by Judge Beistline."

This motion should be denied because no good cause supports the motion and that discovery has closed.

4. "Plaintiff again Re-Motions for Effect to the Court Ordered to Plaintiff, of USA. V. Long, Audio Transcript of the Sentencing Proceedings, as the Clerk of Court, 'now as in the Past,' Refuses to Provide this Transcript in Criminal Conspiracy with the Judges of the Anchorage Court do the Criminal Evidence Contained against Anchorages [sic], Federal Judges."

This motion should be denied because no good cause supports the motion and that discovery has closed.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Opposition to the Motions Contained in Plaintiff's Opposition to Immunity Claim for Bencardino, and Motions"
*Long v. City of Seward*, Case No. A05-0044 CV [RRB]
Page 2 of 4

    5.    "Plaintiff Re-Motion's for Judge Beistline, to Correct his Criminal Fraud in USA. V. Long, in the Jurisdiction Issue, as it Directly Relates to this Case as Koziol, uses USA. V. Long, Transcripts in this Case as it Goes to the Criminal Disqualification of Judge Beistline."

This motion should be denied because no good cause supports the motion and that discovery has closed.

    6.    "Plaintiff Motions for Judge Beistline, to Address the Issue of the Criminal Trial Jury Tampering by Judge Sedwick, in USA. V. Long, as He was Assigned to that Issue and Jurisdiction in that Case and Refused to Act in Criminal Conspiracy in Obstruction of Justice, this is an Involved Issue in this Case for Several On Face Issue, to Include the Criminal Conflicts of Interest and Obstruction of Justice by Beistline."

This motion should be denied because no good cause supports the motion and that discovery has closed.

    7.    "Plaintiff Moves Judge Beistline, to Re-Examine his Criminal History of Conflicts of Interest, and Criminal Conspiracy to Obstruct Justice, and to Un-Ass this Case!"

This motion should be denied because no good cause supports the motion and that discovery has closed.

## CONCLUSION

Plaintiff's multiple motions should be denied since they are without merit.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Opposition to the Motions Contained in Plaintiff's Opposition to Immunity Claim for Bencardino, and Motions"
*Long v. City of Seward*, Case No. A05-0044 CV [RRB]
Page 3 of 4

DATED at Anchorage, Alaska, this 27TH day of April, 2006.

          LAW OFFICE OF FRANK S. KOZIOL
          Attorney for Defendant City of Seward

By: _____
    Frank S. Koziol
    ABA No. 7210054

THIS IS TO CERTIFY that a copy of the foregoing was served by mail upon Robert A. Long, at his address of record, this 27TH day of April, 2006.

_____
Frank S. Koziol

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Opposition to the Motions Contained in Plaintiff's Opposition to Immunity Claim for Bencardino, and Motions"
*Long v. City of Seward*, Case No. A05-0044 CV [RRB]
Page 4 of 4