FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
CITY OF SEWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT A. LONG,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF SEWARD,<br><br>    Defendant. | ) <br> ) <br> ) Case No. A05-0044 CV [RRB] <br> ) <br> ) <br> ) <br> ) OPPOSITION TO THE MOTIONS <br> ) CONTAINED IN "PLAINTIFF'S ANSWER <br> ) TO DEFENSE MOTION FOR SUMMARY <br> ) JUDGMENT AND OPPOSITION" |

  COMES NOW Defendant CITY OF SEWARD, by and through its attorney, FRANK S. KOZIOL, and, hereby submits its opposition to the motions contained in "Plaintiff's Answer to Defense Motion for Summary Judgment and Opposition" received on April 13, 2006 as follows:

  1. "Plaintiff Moves that the Defendant, Summery [sic] Dismissal Motion be Ruled as Frivolous, Dismissed and Sanctions be Ordered, for Cause."

  This motion should be denied because no good

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

cause supports the motion.

    2.    "Plaintiff Moves for all Plaintiffs [sic] Discovery Motions to be Granted."

This motion should be denied because no good cause supports the motion.

    3.    "Plaintiff Motions for Civil Sanctions in Monitory Fines be Imposed against the Defendant and Granted to Plaintiff as the Harmed Party for Defendants [sic] Actions."

This motion should be denied because no good cause supports the motion.

    4.    "Plaintiff Moves for a Subpoenaed Court Ordered, Affidavit, Written by the Court from the Head of the Alaska State, Kenai, Prosecutors [sic] Office, for a List of Every Prosecution Dismissed, Plea Bargained Down, or Otherwise Effected by Missing Evidence from the Seward, Police Evidence Property Department."

This motion should be denied because no good cause supports the motion and discovery has closed.

    5.    "Plaintiff Motions for a Court Ordered Affidavit, Written by the Court to the 17, year Jailer and Property Officer, in Seward, Alaska, 'Officer Mooter,' on any and all Police Evidence, Officer Mooter, has Knowledge and/or, Suspicion of, Missing from the Seward, Property Department over the Years."

This motion should be denied because no good cause supports the motion and discovery has closed.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE. AK 99501
(907) 258-7706
FAX (907) 258-7707

Opposition to the Motions Contained in "Plaintiff's Answer to Defense Motion for Summary Judgment"
Long v. City of Seward, Case No. A05-0044 CV [RRB]
Page 2 of 3

6.  "Plaintiff Re-Motions for a Subpoena of Access to the Seward, Alaska, Police Evidence Property Department, with a Second Subpoena to the Anchorage, Evidence Property Disposal Department to Support Missing Property from Seward, Contended moved to Anchorage, for Disposal that is not Contained in the Anchorage, Received Property Records."

This motion should be denied because no good cause supports the motion and discovery has closed.

## CONCLUSION

Plaintiff's multiple motions should be denied since they are without merit.

DATED at Anchorage, Alaska, this 27TH day of April, 2006.

> LAW OFFICE OF FRANK S. KOZIOL
> Attorney for Defendant City of Seward
>
> By: _____
>   Frank S. Koziol
>   ABA No. 7210054

THIS IS TO CERTIFY that a copy of the foregoing was served by mail upon Robert A. Long, at his address of record, this 27TH day of April, 2006.

_____
Frank S. Koziol

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Opposition to the Motions Contained in "Plaintiff's Answer to Defense Motion for Summary Judgment"
*Long v. City of Seward*, Case No. A05-0044 CV [RRB]
Page 3 of 3