FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
CITY OF SEWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ROBERT A. LONG                  )
                                )
              Plaintiff,        )  Case No. A05-0044 CV [RRB]
                                )
        vs.                     )
                                )
CITY OF SEWARD,                 )  ORDER DENYING THE MOTIONS
                                )  CONTAINED IN "PLAINTIFF'S ANSWER
              Defendant.        )  TO DEFENSE MOTION FOR SUMMARY
_____)  JUDGMENT AND OPPOSITION"

        This Court, having reviewed the motions contained in

"Plaintiff's Answer to Defense Motion for Summary Judgment and

Opposition" and Defendant's opposition thereto and good cause

appearing for the denial of said motions,

        IT IS HEREBY ORDERED that the following motions are

denied:

        1.    "Plaintiff Moves that the Defendant, Summery
              [sic] Dismissal Motion be Ruled as Frivolous,
              Dismissed and Sanctions be Ordered, for Cause."

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE. AK 99501
(907) 258-7706
FAX (907) 258-7707

2.    "Plaintiff Moves for all Plaintiffs [sic] Discovery Motions to be Granted."

3.    "Plaintiff Motions for Civil Sanctions in Monitory Fines be Imposed against the Defendant and Granted to Plaintiff as the Harmed Party for Defendants [sic] Actions."

4.    "Plaintiff Moves for a Subpoenaed Court Ordered, Affidavit, Written by the Court from the Head of the Alaska State, Kenai, Prosecutors [sic] Office, for a List of Every Prosecution Dismissed, Plea Bargained Down, or Otherwise Effected by Missing Evidence from the Seward, Police Evidence Property Department."

5.    "Plaintiff Motions for a Court Ordered Affidavit, Written by the Court to the 17, year Jailer and Property Officer, in Seward, Alaska, 'Officer Mooter,' on any and all Police Evidence, Officer Mooter, has Knowledge and/or, Suspicion of, Missing from the Seward, Property Department over the Years."

6.    "Plaintiff Re-Motions for a Subpoena of Access to the Seward, Alaska, Police Evidence Property Department, with a Second Subpoena to the Anchorage, Evidence Property Disposal Department to Support Missing Property from Seward, Contended moved to Anchorage, for Disposal that is not Contained in the Anchorage, Received Property Records."

DATED this _____ day of _____, 2006.


_____
RALPH R. BEISTLINE
UNITED STATES DISTRICT COURT JUDGE

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Order Denying the Motions Contained in "Plaintiff's Answer to Defense Motion for Summary Judgment"
*Long v. City of Seward*, Case No. A05-0044 CV [RRB]
Page 2 of 3

THIS IS TO CERTIFY that a copy of the foregoing was
served by mail upon Robert A. Long, at his address
of record, this _27TH_ day of April, 2006.

_____

Frank S. Koziol

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Order Denying the Motions Contained in "Plaintiff's Answer to Defense Motion
for Summary Judgment"
*Long v. City of Seward*, Case No. A05-0044 CV [RRB]
Page 3 of 3