```
                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF ALASKA
```

ROBERT A. LONG,
      Plaintiff,

                                      Case Number 3:05-cv-0044-RRB

v.

CITY OF SEWARD,
      Defendant.               **JUDGMENT IN A CIVIL CASE**

  __  **JURY VERDICT.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

  _XX_  **DECISION BY COURT.**  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

      THAT the plaintiff Robert A. Long take nothing, that the action be dismissed on the merits, and that the defendant, City of Seward recover his costs of action.

APPROVED:

_____
/S/ RALPH R. BEISTLINE
United States District Judge

_____
Date: May 8, 2006

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*      _____
                                                              Ida Romack, Clerk of Court

[305-CV-44-RRB JUDGMENT for def dismissing the case.wpd]{JMT2.WPT*Rev.3/03}