
RECEIVED
MAY 0 8 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA
Robert A. Long
Pro Se.
Po Box 3526
Seward, Ak.
99664.
Phon-Fax, 907-224-3026.
xtrapper @msn.com.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| ROBERT A. LONG, | Case No. 3KN-04-555-CI.. |
|---|---|
| Plaintiff, | Fed. No. A05-0044-CV-(RRB). |
| V. | IN SPECIAL APPEARANCE |
| CITY OF SEWARD, | PLAINTIFF MOVES FOR 9TH. CIRCUIT APPEAL IN THE PRESENT BEISTLINE, DISMISSAL AND APPEALS DO THE HISTORY OF BEISTLINE |
| Defendant. | CRIMINAL MISCONDUCT. |

Plaintiff has before moved for Appeal to three Beistline, Denials of Plaintiffs Motions for Discovery in this Case Alone, [of these Appeal Notices], one Beistline, Refused, the other two were Trashed by the Court Clerks, [the Anchorage, Court Clerks have Trashed Other Notices of Appeal in other Cases, to Include a Movement of Court Actors Criminal Issues by Judge Holland, of Criminal Complaints in Long V. County, Judge Holland, in Written Court Order Admits the Clerks Lost-Trashed the Order, then Refused to Re-Order the Action]. When this Plaintiff Appeals Rulings in the Anchorage, Court, they are then Ruled to be not Final Rulings, [Appeal Denied], when Plaintiff Moves for Re-Consideration of Orders, when Appeal is made, the Time Limit is Ordered to have Pasted, [Appeal Denied].

This Court Informed that the History of Judge Beistline, is Conflict of Interest between the Cases, and with the Actors, in Interfering in all Plaintiffs Involved Cases, [in Intended Criminal Obstruction of Justice in Criminal Prejudice], Judge Beistline, Denies all Motions for Plaintiffs Discovery Required to Support, by Court Records, the Case Issues, or Criminal Charges against Federal Judges and Other Actors, Denies Court Protection to Witnesses for their Testimony, to Prejudice Cases, making Rulings against this Plaintiff in Clear Abject Intended Error of Law, then to Dismiss for Lack of Plaintiffs Support, and then Rule that all the Denied Discovery is Moot do to the Dismissal of the Case, [this over and over in Every Case].

P 1 of 4

1  Plaintiff will Challenge in this Appeal, [as a Requirement to Support that Judge Beistline, Acts in
2  this Case and Dismissal, not under Error but in Criminal Intent], that the History of Judge Beistline, Acts,
3  Actions in Rulings in all Cases, Support a Criminal History of Judge Beistline, with the Open Intent to
4  Obstruct Justice in Criminal Cover Up of the Original Criminal Actions of MJ. Roberts, in Falsification of
5  the Long V. County, Audio and Written Transcripts of Aug. 2000, then the Criminal Actions of Other
6  Federal Judges and other Federal Actors in the Criminal Conspiracy Actions in this Cover Up, [there is
7  now the Criminal Falsification of the USA. V. Long, Audio and Written Transcripts, by or for, MJ.
8  Roberts, in Removal of Prosecution Testimony by an Assistant Alaska, Attorney General, [Defense
9  Counsel in Long V. County, Timothy W. Terrell], that MJ. Did Order a Jury Trial Date in Long V. County,
10 then Remove it from the Records, [in Plaintiffs Suit against MJ. Roberts, for the two Criminal
11 Falsifications by MJ. Roberts, Judge Beistline, in Written Opinion States that as a contended victim in
12 USA. V. Long, MJ. Roberts, has no Judicial Immunity for the Crime Committed in USA. V. Long, Judge
13 Beistline, then Dismisses the Case do to the Judicial Immunity of MJ. Roberts], in the Present Case Judge
14 Beistline, has Granted Absolute Immunity to a Witness for Perjured Affidavits Tendered to the Defense,
15 Criminal Defendants across the Nation will be glad to know Perjury no longer Exist in the United States in
16 Affidavits].
17
18  Plaintiff Understands that the Criminal and Judicial Complaints against the Federal Judges belong
19 before the 9th. Circuit Misconduct Council, but do to the Actual Nature and Actions of the Council, [do the
20 Experience of Plaintiff, in its being a Judicial Cover Up Council], these Issues will be Attended in Public
21 Light in Appeal, not from under a Dark Rock within the Council.
22
23  This Plaintiff will Rest in Complaint Support, on the Actual Records of the Anchorage, Court, these
24 Records and Documents Clearly Support a History of Judge Beistline, [and other Judges], acting in Conflict
25 of Interest, Criminal Conspiracy in Obstruction of Justice, Criminal Cover Up, and Criminal Prejudice
26 against this Plaintiff by Judge Beistline, and other Judges, [not Personal Prejudice against Plaintiff, but as
27 Cover Up for other Federal Criminal Actors].
28 P 2 of 4

1  Plaintiff will Require this Appeals Court, to Order Discovery to Plaintiff in, Access to Long V.
2  County, and USA. V. Long, Court Original Audio Recordings, to Support the Criminal Falsification of
3  Court Records, [Judge Beistline, Directly Involved in the Absolute Criminal Denial to this Plaintiff to even
4  the Transcripts in the Malicious Prosecution in USA. V. Long, of the Sentencing Transcripts and Ex-Parte
5  Proceedings, as well as Jury Subpoenas for the Trial Jury to Support the Criminal Complaints against Judge
6  Sedwick, in USA. V. Long, in one or more Ex-Parte Trial Jury, Trial Judge in Court Proceedings, [Criminal
7  Trial Jury Tampering by Judge Sedwick, Covered Up in Obstruction of Justice by Judge Beistline, when
8  Judge Beistline, was Assigned to this Still Standing Issue].

9  To Date the Criminal Prejudicial Judge Sedwick, Trial Judge, Trial Jury, Proceedings has been Assigned
10 to Judge Beistline, who Refused to Attend the Issue, then Assigned to California, Judge Selina, by the 9th.
11 Circuit, Judge Selina, Refused also to Attend this Supported Criminal Charges against a Fellow Judge, the
12 only Action in this Issue was the Two and a Half Hour, Federal Agent Terrorism of the Direct Witness,
13 now do this Government Action of Open and Intended Intimidation and the Threats of Arrest, without
14 Court Ordered Protection, this Witness Refuse to Act Further, as do all Other Personal Witness who were
15 Willing to Testify in the Instant Case, (without Court Subpoenas and Court Orders of Protection from
16 Retaliation by the City of Seward, Actors, and/or, Federal Agents), [this Instant Case is Directly Related to
17 all other Plaintiffs Cases, the Arresting Officer in USA. V. Long, is one of the City of Seward, Actors and
18 Acted to Cover Up Past Actions taken for Federal Actors Acting to Stop Plaintiffs Original Judicial
19 Complaint against Judges Roberts-Singleton, in Long V. County, before USA. V. Long, Existed].

21 The Integrity of the Federal Courts of the United States are at Issue in this Appeal, if this Court
22 Refuses to Attend to theses Issues and Crimes of the Anchorage, Federal Court, this Nation Has Degraded
23 Beyond the Lowest Nation and Government on this Ball of Mud, [the Common Tool of Government to
24 Pretend that any one who Brings Supported Criminal Charges against Government Actors is Mentally
25 Defective has been Played to Often and Should not be Played by this Appeals Court.
26 P 3 of 4

1   If this Court finds by the Records of the Anchorage, Court, that this Plaintiff has Made False Charges
2   against any Government Party, "this Court is Requested not to bring Charges in the State of Alaska", but to
3   Simply Inform this Plaintiff in a Witten Court Order, I will, how ever I'm Able, come to California, come
4   before Your Court and Turn my self in for your Actions, [I never make Charges that are not True, or not
5   Supported by Documents, I never Run, I will walk to California, if you find I have made any False Charge]!

7   This Court has the Judicial Discretion and Official Duty to Grant to Plaintiff the Court Documents
8   and Transcript Discovery Required to Support the Criminal History of Judge Beistline, and the Anchorage,
9   Federal Court and other Actors, Plaintiff will Move for this Action as soon as the Certification of Appeal is
10  Provide, [if this Appeal Motion is not Trashed as the Past were], Plaintiff understands that this is not
11  Common to Gain Discovery in Appeal, but it is Required in this Case, [in Long V. County, the USA. V.
12  Long, Appeal, and the USA. V. Long, 2255, Relief Actions, the Court will find Hundreds of Motions for
13  the Same Denied Discovery], [as with the Denied Transcripts of the USA. V. Long, Sentencing, if their was
14  nothing in the Court Records Supporting Criminal Misconduct by Anchorage, Judges, this Common
15  Required Discovery would not be by Court Orders Denied to me for Years in All Court Actions], Beistline,
16  Ordered Access to the USA. V. Long, Sentencing Transcripts, the Clerks Refuse to Comply, Beistline,
17  Refuses to Effect his Order.

19  I request the above to be certified and excepted as a Plaintiffs Sworn Affidavit of Facts.

21  I certify the above to be true and correct to the best knowledge of plaintiff under penalty of perjury.

23  I certify a copy was mailed to Frank S Koziol, 618, Christensen Dr. Anchorage, Ak. 99501.

26  Dated on 5-6-06 .                                          *Robert A Long*
27                                                             Robert A. Long,           Pro Se.
28  P 4 of 4.