FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
CITY OF SEWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT A. LONG, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF SEWARD, <br><br> Defendant. | Case No. A05-0044 CV [RRB] <br><br> RESPONSE TO "PLAINTIFF MOVES FOR 9TH, CIRCUIT APPEAL IN THE PRESENT BEISTLINE, DISMISSAL AND APPEALS DO THE HISTORY OF BEISTLINE CRIMINAL MISCONDUCT" |

COMES NOW Defendant CITY OF SEWARD, by and through its attorney, FRANK S. KOZIOL, and, hereby responds to "Plaintiff Moves for 9[th], Circuit Appeal in the Present Beistline, Dismissal and Appeals do the History of Beistline Criminal Misconduct" dated May 6, 2006 as follows:

In an Order granting Defendant's motion for summary judgment dated April 27, 2006, this Court gave notice to Plaintiff of his right to appeal that order pursuant to Rule 4

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

of the Rules of Appellate Procedure.

Plaintiff's current "motion" may or may not be construed to be a "notice of appeal." However, the document refers to discovery motions not granted and makes no reference to the above-mentioned Order of April 27, 2006 except for an oblique reference to a "Dismiss for Lack of Plaintiff's Support" and "Dismissal of the Case." (Motion at 1) The thrust of the motion is to complain about discovery denied.

This motion should be denied for the following reasons:

1. It is procedurally defective as a notice of appeal.

2. Plaintiff cannot appeal, as a matter of right, denied discovery motions. See, Rules 4 and 5, Rules of Appellate Procedure.

If Plaintiff wants to appeal the April 27, 2006 Order, now set forth in a Judgment in a Civil Case dated May 8, 2006, Plaintiff should properly file a notice of appeal pursuant to Rules 3 and 4, Rules of Appellate Procedure.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Response to "Plaintiff Moves for 9th, Circuit Appeal in the Present Beistline, Dismissal and Appeals do the History of Beistline Criminal Misconduct"
Long v. City of Seward, Case No. A05-0044 CV [RRB]
Page 2 of 3

DATED at Anchorage, Alaska, this **12TH** day of May, 2006.

                        LAW OFFICE OF FRANK S. KOZIOL
                        Attorney for Defendant City of Seward

By: _____
                        Frank S. Koziol
                        ABA No. 7210054

THIS IS TO CERTIFY that a copy of the foregoing was served by mail upon Robert A. Long, at his address of record, this **12TH** day of May, 2006.

_____
Frank S. Koziol

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Response to "Plaintiff Moves for 9[th], Circuit Appeal in the Present Beistline, Dismissal and Appeals do the History of Beistline Criminal Misconduct"
*Long v. City of Seward*, Case No. A05-0044 CV [RRB]
Page 3 of 3