FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
CITY OF SEWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| ROBERT A. LONG, | ) |
|---|---|
| Plaintiff, | ) Case No. A05-0044 CV [RRB] |
| vs. | ) ORDER DENYING |
| | ) "PLAINTIFF MOVES FOR |
| CITY OF SEWARD, | ) 9TH, CIRCUIT APPEAL IN THE |
| | ) PRESENT BEISTLINE, DISMISSAL AND |
| Defendant. | ) APPEALS DO THE HISTORY OF |
| | ) <u>BEISTLINE CRIMINAL MISCONDUCT"</u> |

This Court, having considered "Plaintiff Moves for 9th, Circuit Appeal in the Present Beistline, Dismissal and Appeals do the History of Beistline Criminal Misconduct" and Defendant's response thereto, and good cause appearing for the denial of said motion,

IT IS HEREBY ORDERED that "Plaintiff Moves for 9th, Circuit Appeal in the Present Beistline, Dismissal and Appeals do the History of Beistline Criminal Misconduct" is denied.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

DATED this \_\_\_\_ day of _____, 2006.

_____
RALPH R. BEISTLINE
UNITED STATES DISTRICT COURT JUDGE

THIS IS TO CERTIFY that a copy of the foregoing was served by mail upon Robert A. Long, at his address of record, this 12TH day of May, 2006.

_____
Frank S. Koziol

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Order Denying "Plaintiff Moves for 9th, Circuit Appeal in the Present Beistline, Dismissal and Appeals do the History of Beistline Criminal Misconduct"
*Long v. City of Seward*, Case No. A05-0044 CV [RRB]
Page 2 of 2