☙AO 133    (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

FOR _____ District of _____ ALASKA _____

| | |
|---|---|
| ROBERT A. LONG, Plaintiff, | **BILL OF COSTS** |
| V. | |
| CITY OF SEWARD, Defendant. | Case Number:  3:05-cv-0044 - RRB |

Judgment having been entered in the above entitled action on ___5/8/2006___ against ___Plaintiff Robert Long___,
Date

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $ | 250.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 0.00 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for witnesses (itemize on reverse side) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case . . . . . . . . . . . . | 442.96 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | 0.00 |
| Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| TOTAL   $ | 692.96 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:  Robert A. Long, P. O. Box 3526, Seward, AK 99664  .

Signature of Attorney: _____

Name of Attorney:  Frank S. Koziol

For:  Defendant City of Seward _____  Date: 5/17/06
Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

_____    By: _____    _____
Clerk of Court                Deputy Clerk                 Date

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
    "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
    "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
    "Entry of the judgment shall not be delayed for the taxing of costs."

|  | Itemized Costs | Amount |
|---|---|---|
| 01/27/05 | Fee to Seward Court System for copies of documents | 17.50 |
| 02/14/05 | Cost to Alaska Court System (Kenai) for documents | 14.21 |
| 03/01/05 | Filing fee to United States District Court | 250.00 |
| 05/04/05 | Copying charges for January, 2005 - 130 copies at .10 cents per page | 1.30 |
| 05/05/05 | Copying charges for February, March and April, 2005 - 1211 copies at .10 cents per page | 121.10 |
| 05/27/05 | Copying charges for May, 2005 - 219 copies at .10 cents per page | 21.90 |
| 07/14/05 | Copying charges for June, 2005 - 62 copies at .10 cents per page | 6.20 |
| 08/10/05 | Copying charges for July, 2005 - 82 copies at .10 cents per page | 8.20 |
| 09/07/05 | Copying charges for August, 2005 - 341 copies at .10 cents per page | 34.10 |
| 10/05/05 | Copying charges for September, 2005 - 48 copies at .10 cents per page | 4.80 |
| 11/01/05 | Copying charges for October, 2005 - 89 copies at .10 cents per page | 8.60 |
| 11/29/05 | Copying charges for November, 2005 - 17 copies at .10 cents per page | 1.70 |
| 11/29/05 | Copying charges for November, 2005 - 16 copies at .10 cents per page | 1.60 |
| 01/09/06 | Copying charges for December, 2005 - 101 copies at 110 cents per page | 10.10 |
| 02/13/06 | Copying charges for January, 2006 - 50 copies at .10 cents per page | 5.00 |
| 03/02/06 | Copying charges for February, 2006 - 492 copies at .10 cents per page | 49.20 |
| 03/31/06 | Copying charges for March, 2006 - 935 copies at .10 cents per page | 93.50 |

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

| | | |
|---|---|---:|
| 04/06/06 | Cost to Computer Matrix for copies of court files at federal courthouse | 31.25 |
| 05/03/06 | Copying charges for April, 2006- 127 copies at .10 cents per page | 12.70 |
| **Total Itemized costs** | | **$692.96** |

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE. AK 99501
(907) 258-7706
FAX (907) 258-7707

Cost Bill Itemization
*Long v. City of Seward*, Civil Case No. 3:05-cv-0044 RRB
Page 2 of 2



**Computer Matrix Court Reporters, LLC**

3522 West 27th Avenue
Anchorage, AK 99517
907-243-0668
EIN - 92-0174238

# Invoice

| DATE | INVOICE # |
|---|---|
| 4/1/2006 | 6455 |

**BILL TO**

Mr. Frank S. Koziol
Attorney at Law
618 Christensen Drive
Anchorage, AK 99501

F RB
APR 0 5 2006

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Long Case | | | |
| Copy file at Court House | | | |
| 3/20/06 | | | |
| Administrative Time (per hour) | 1 | 25.00 | 25.00 |
| Copies | 25 | 0.25 | 6.25 |

```
431218894886
COMPUTER MATRIX CT RPR
3522 W 27TH AVE
ANCHORAGE, AK 99517
907-243-0668
      Sale
ID: 00000001
04/05/06              10:36:12
Batch #: 000266

VISA
XXXXXXXXXXXX5119M

Appr Code: 094800   Invoice#: 000679
Total:              $ 31.25

       Customer Copy
       THANK YOU!!
```

It's a pleasure working with yo

**Total** $31.25

WE ACCEPT VISA AND MASTI