FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
CITY OF SEWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT A. LONG, ) | |
| ) | |
| Plaintiff, ) | Case No. A05-0044 CV [RRB] |
| ) | |
| vs. ) | |
| ) | |
| CITY OF SEWARD, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | NOTICE OF COST BILL HEARING |

TO:       Robert A. Long, Pro Se
          P. O. Box 3526
          Seward, Alaska 99664

PLEASE TAKE NOTICE that the Bill of Costs, filed herewith will be presented for a Cost Bill Hearing before the U. S. District Court Clerk, IDA ROMACK, in the Clerk's office on the 24th day of May, 2006, at the hour of 9:00 a.m.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

DATED at Anchorage, Alaska, this 17TH day of May, 2006.

LAW OFFICE OF FRANK S. KOZIOL
Attorney for Defendant City of Seward

By: _____
Frank S. Koziol
ABA No. 7210054

THIS IS TO CERTIFY that a copy of the foregoing was served by mail upon Robert A. Long, at his address of record, this 17TH day of May, 2006.

_____
Frank S. Koziol

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Notice of Cost Bill Hearing
*Long v. City of Seward*, Case No. A05-0044 CV [RRB]
Page 2 of 2