```
FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
CITY OF SEWARD
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT A. LONG | ) |
| | ) |
| Plaintiff, | ) Case No. A05-0044 CV [RRB] |
| | ) |
| vs. | ) |
| | ) |
| CITY OF SEWARD, | ) |
| | ) |
| Defendant. | ) DEFENDANT'S MOTION FOR |
| | ) <u>ATTORNEY'S FEES</u> |

   COMES NOW Defendant CITY OF SEWARD, by and through its attorney, FRANK S. KOZIOL, and, pursuant to Local Rule 54.3 of the United States District Court for District of Alaska, hereby move this Court for an order awarding attorney's fees.

   This motion is based upon the accompanying memorandum of law and affidavit of counsel. A proposed order also accompanies this motion.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

DATED at Anchorage, Alaska, this 17TH day of May, 2006.

                        LAW OFFICE OF FRANK S. KOZIOL
                        Attorney for Defendant City of Seward

By: _____
     Frank S. Koziol
     ABA No. 7210054

THIS IS TO CERTIFY that a copy of the foregoing was served by mail upon Robert A. Long, at his address of record, this 17TH day of May, 2006.

_____
Frank S. Koziol

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Defendant's Motion for Attorney's Fees
*Long v. City of Seward*, Case No. A05-0044 CV [RRB]
Page 2 of 2