FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
CITY OF SEWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT A. LONG,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF SEWARD,<br><br>        Defendant. | Case No. A05-0044 CV [RRB]<br><br>ORDER GRANTING DEFENDANT'S<br>MOTION FOR ATTORNEY'S FEES |

    This Court, having reviewed Defendant City of Seward's Motion for Attorney's Fees and any opposition thereto, and good cause appearing for the granting of said motion,

    IT IS HEREBY ORDERED that Defendant City of Seward's Motion for Attorney's Fees is granted. The total amount of attorney's fees awarded to Defendant is $_____.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

DATED this _____ day _____, 2006.

_____
RALPH R. BEISTLINE
U. S. DISTRICT COURT JUDGE

HIS IS TO CERTIFY that a copy of the foregoing was served by mail upon Robert A. Long, at his address of record, this 17TH day of May, 2006.

_____
Frank S. Koziol

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Order Granting Defendant's Motion for Attorney Fees
*Long v. City of Seward*, Case No. A05-44 CV [RRB]
Page 2 of 2