FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
CITY OF SEWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT A. LONG, ) | |
| ) | |
| Plaintiff, ) | Case No. A05-0044 CV [RRB] |
| ) | |
| vs. ) | |
| ) | |
| CITY OF SEWARD, ) | |
| ) | MEMORANDUM IN SUPPORT OF |
| Defendant. ) | DEFENDANT'S MOTION FOR |
| ) | ATTORNEY'S FEES |

INTRODUCTION

This Court granted summary judgment to the Defendant in an Order dated April 27, 2006. (Doc. 107) A Judgment was entered on May 8, 2006. (Doc. 108) Defendant seeks an award of attorney fees based upon the Order and Judgment.

APPLICABLE LEGAL STANDARD

A defendant may recover 42 U.S.C. § 1988 attorney fees if "the plaintiff's action was frivolous, unreasonable, or

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

without foundation, even though not brought in subjective bad faith." Hughes v. Rowe, 449 U.S. 5, 14 (1980) (citations omitted).

Even though this may be considered a high hurdle for a defendant to overcome, it is not insurmountable. See, Saman v. Robbins, 173 F.3d 1150, 1158 (9th Cir. 1999) (reversing a lower court's denial of § 1988 attorney fees to a defendant).

If a defendant has met the standard required, fees should be calculated (the lodestar) by multiplying reasonably expended hours (while excluding inappropriate time such as hours spent on non-§ 1983 claims) by a reasonable hourly rate for professional services. See, Evers v. County of Custer, 745 F.2d 1196, 1204-1205 (9th Cir. 1984).

The lodestar may be adjusted downward based upon the losing plaintiff's ability to pay the reasonable fee. The losing plaintiff has the burden of proving his or her financial status. See, Gibbs v. Clements Food Co., 949 F2d 344, 345 (10th Cir. 1991). However, a full fee award may still be made even if financial burden is shown when the plaintiff acted in bad faith. Arnold v. Burger King Corp., 719 F.2d 63, 67-69 (4th Cir. 1984).

ARGUMENT

Plaintiff's case was frivolously brought. This was set forth in Defendant's Motion for Summary Judgment. This

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Memorandum in Support of Defendant's Motion for Attorney's Fees
*Long v. City of Seward*, Case No. A05-0044 CV [RRB]
Page 2 of 4

Court found the claims were frivolous. (Doc. 107 at 4)

The lodestar calculation is $23,223.75. (Exhibit A to Affidavit of Frank S. Koziol) 149.35 hours were expended in defending against Plaintiff's claims at an attorney rate of $155.00-$165.00 per hour and a paralegal rate of $80.00-$85.00 per hour. (Affidavit of Frank S. Koziol)

The fees incurred were reasonable. Defendant was primarily reactive to onerous, multiple motions by Plaintiff. Defendant waited until Plaintiff conducted whatever discovery Plaintiff believed necessary so as to avoid later claims that Plaintiff did not have a fair chance to present his case. This delay was also beneficial to the Defendant and this Court because it allowed a clearer understanding of the nature of Plaintiff's claims and reduced the discovery needed by the Defendant. The initial pleadings were difficult to understand and determine exactly what wrongdoing Plaintiff was alleging.

The fee rates are reasonable and probably at the lower end of fee requests in this jurisdiction.

The lodestar amount of $23,223.75 should be awarded unless Plaintiff can prove a justification for a downward adjustment.

## CONCLUSION

For the aforementioned reasons, this Court should

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Memorandum in Support of Defendant's Motion for Attorney's Fees
*Long v. City of Seward*, Case No. A05-0044 CV [RRB]
Page 3 of 4

award Defendant attorney's fees in the amount of $23,223.75.

DATED at Anchorage, Alaska, this 17TH day of May, 2006.

                                        LAW OFFICE OF FRANK S. KOZIOL
                                        Attorney for Defendant
                                        City of Seward

By: _____
                    Frank S. Koziol
                    ABA No. 7210054

THIS IS TO CERTIFY that a copy of the foregoing was served by mail upon Robert A. Long, at his address of record, this 17TH day of May, 2006.

_____
      Frank S. Koziol

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Memorandum in Support of Defendant's Motion for Attorney's Fees
*Long v. City of Seward*, Case No. A05-0044 CV [RRB]
Page 4 of 4