FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
CITY OF SEWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ROBERT A. LONG,              )
                             )
            Plaintiff,       )
                             )   Case No. A05-0044 CV [RRB]
      vs.                    )
                             )
CITY OF SEWARD,              )
                             )   AFFIDAVIT OF FRANK S. KOZIOL
            Defendant.       )
_____)

STATE OF ALASKA           )
                          ) ss.
THIRD JUDICIAL DISTRICT   )

FRANK S. KOZIOL, being first duly sworn upon his oath, makes the following statements based on personal knowledge, except as otherwise indicated:

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

1.  I have been retained to represent the interests of Defendant City of Seward in the above-referenced case.

2.  I have submitted a Motion For Attorney's Fees to the Court for consideration. Attached as Exhibit A to this affidavit is a copy of an itemized statement reflecting the total hours expended by me in representing my client. This statement was sent to the Alaska Municipal League Joint Insurance Association, Inc. (AML/JIA).

3.  The lodestar calculation is $23,223.75. (Exhibit A) 149.35 hours were expended in defending against Plaintiff's claims at an attorney rate of $155.00-$165.00 per hour and a paralegal rate of $80.00-$85.00 per hour.

4.  The fees are reasonable and necessarily incurred in defending against Plaintiff's claims.

5.  FURTHERMORE, your affiant sayeth naught.

_____
FRANK S. KOZIOL

SUBSCRIBED AND SWORN TO before me this 16TH day of May, 2006.

_____
Notary Public in and for Alaska
My Commission expires: 9/06/09

FRANK S. KOZIOL
ATTORNEY AT LAW
818 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Affidavit of Frank S. Koziol
Long v. City of Seward, Case No. A05-44 CV [RBB]
Page 2 of 3

THIS IS TO CERTIFY that a copy of the foregoing was served by mail upon Robert A. Long, at his address of record, this 17th day of May, 2006.

_____
Frank S. Koziol

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Affidavit of Frank S. Koziol
Long v. City of Seward, Case No. A05-44 CV [RBB]
Page 3 of 3