Frank S. Koziol
Attorney At Law
618 Christensen Drive
Anchorage, Alaska 99501
(907) 258-7706  FAX (907) 258-7707

05/14/06

Michael E. Bice
Casualty Claims Manager
AML/JIA Claims Department
807 "G" Street, Suite 356
Anchorage, Alaska 99501

Long v City of Seward
Claimant  : Robert A. Long
Insured   : City of Seward
Loss of   : April 2002
File No.  : 2002007796

| Date | Atty | Services rendered | Hours | Amount |
|---|---|---|---|---|
| 01/01/05 | LS | Open main file | 0.3 | 24.00 |
| 01/27/05 | FSK | Review documents received from the Seward court | 0.5 | 77.50 |
| 01/31/05 | FSK | Phone conference with M. Bice re new case assignment | 0.3 | 46.50 |
| | FSK | Receive and peruse via fax from AML/JIA letter from Rick Gifford enclosing summons & complaint re new case | 0.1 | 16.50 |
| 02/01/05 | FSK | Review file materials received from M. Bice | 0.4 | 62.00 |
| | FSK | Phone conference with M. Bice re new case assignment after review of materials | 0.2 | 31.00 |
| 02/08/05 | FSK | Draft civil cover sheet for U. S. District Court | 0.3 | 49.50 |
| | FSK | Draft service list | 0.2 | 33.00 |
| | FSK | Letter to Kenai Court requesting court case file of Robert Long | 0.2 | 33.00 |
| | FSK | Draft notice of removal to U. S. District Court | 1.0 | 165.00 |
| | FSK | Draft entry of appearance | 0.2 | 33.00 |


EXHIBIT
A

Frank S. Koziol

05/14/06

Michael E. Bice

Long v City of Seward

| | Atty | Services rendered | Hours | Amount |
|---|---|---|---|---|
| | FSK | Draft demand for jury trial | 0.2 | 33.00 |
| | FSK | Draft notice of filing notice of removal for filing with Kenai Court | 0.3 | 49.50 |
| | FSK | Letter to Seward Court requesting criminal case file of Robert Long | 0.2 | 33.00 |
| | RRG | Long-distance telephone call to Kenai Court requesting copy of court case file regarding removal to U. S. District Court | 0.1 | 8.50 |
| | RRG | Long-distance telephone call to Seward Court requesting criminal case file of Robert Long | 0.1 | 8.50 |
| 02/09/05 | FSK | Draft answer to complaint | 0.8 | 124.00 |
| | FSK | Phone conference with Rick Gifford re facts of case and answering complaint | 0.5 | 77.50 |
| | FSK | Letter to Salena Hile regarding copying U. S. District Court file regarding Robert Long | 0.2 | 33.00 |
| | FSK | Letter to Ninth Circuit requesting court case file regarding Robert Long | 0.2 | 33.00 |
| | RRG | Long-distance telephone call to Seward Clerk of Court regarding request for Robert Long court file | 0.1 | 8.50 |
| 02/11/05 | FSK | Receive and peruse from Seward Court Robert Long criminal case file & bill in amount of $17.50 | 0.1 | 16.50 |

Frank S. Koziol

05/14/06

Michael E. Bice

Long v City of Seward

| | Atty | Services rendered | Hours | Amount |
|---|---|---|---|---|
| | LS | Telephone call to US District Court regarding the copying of case no. A02-031 CR and case no. A99-0520 CI | 0.3 | 24.00 |
| | LS | Telephone call to Computer Matrix Court Reporters regarding the copying of case no. A02-031 CR, and Case no. A99-0520 CI at US District Court | 0.3 | 24.00 |
| | RRG | Long-distance telephone call to Kenai Court regarding status of sending of sending Robert Long file | 0.1 | 8.50 |
| 02/14/05 | FSK | Review additional documents received from Kenai court | 0.6 | 93.00 |
| | FSK | Receive and peruse from Kenai Court Robert Long cout case file & bill in amount of $14.21 | 0.1 | 16.50 |
| | LS | Telephone call to Computer Matrix Court Reporters regarding status of copies to be made at US District Court | 0.1 | 8.00 |
| 02/15/05 | LS | Telephone call to Computer Matrix Court Reporters regarding non-receipt of Judgment to have been copied at US District Court | 0.2 | 16.00 |
| | LS | Telephone call from Steve Sorensen advising of telephone number for telephonic meeting scheduled for 3:00 2/17/05 | 0.2 | 16.00 |

Frank S. Koziol

05/14/06

Michael E. Bice

Long v City of Seward

| | Atty | Services rendered | Hours | Amount |
|---|---|---|---|---|
| 02/16/05 | FSK | Receive and peruse from Computer Matrix excerpts of U. S. District Court file | 0.1 | 16.50 |
| 02/17/05 | LS | Organize new file material | 0.5 | 40.00 |
| 02/25/05 | FSK | Receive and peruse from 9th Circuit general docketing statement | 0.1 | 16.50 |
| | LS | Organize new file material into appropriate binders | 0.3 | 24.00 |
| 02/26/05 | FSK | Organize new file material into appropriate binders | 0.3 | 46.50 |
| 03/01/05 | FSK | Phone conference with Tim Terrell re Plaintiff and cases filed and litigated | 0.8 | 132.00 |
| | FSK | Letter to M. Bice re analysis of case | 1.2 | 198.00 |
| 03/02/05 | FSK | Receive and peruse from USDC receipt in amount of $250.00 & notice of availability of a U. S. magistrate to exercise jurisdiction | 0.1 | 16.50 |
| 03/07/05 | FSK | Receive and peruse letter from Tim Terrell enclosing memos sent to Seward Police Dept. | 0.1 | 16.50 |
| | FSK | Receive and peruse from USDC minute order from chambers | 0.1 | 16.50 |
| 03/08/05 | FSK | Review documents received from Tim Terrell | 1.5 | 247.50 |
| | FSK | Letter to M. Bice and R. Gifford re documents received and information | | |

Frank S. Koziol

05/14/06

Michael E. Bice

Long v City of Seward

| | Atty | Services rendered | Hours | Amount |
|---|---|---|---|---|
| | | needed | 0.4 | 66.00 |
| | FSK | Phone conference with Judge Singleton's secretary re initial order | 0.3 | 49.50 |
| | FSK | Receive and peruse from USDC minute order from chambers - initial case status report/case scheduling & planning | 0.1 | 16.50 |
| 03/09/05 | FSK | Draft interrogatories to plaintiff | 1.2 | 198.00 |
| | FSK | Draft motion for pretrial scheduling conference | 0.3 | 49.50 |
| | FSK | Draft memorandum in support of motion for pretrial scheduling conference | 0.9 | 148.50 |
| | FSK | Draft order accompanying memorandum in support of motion for pretrial scheduling conference | 0.3 | 49.50 |
| 03/10/05 | FSK | Draft Rule 11 motion for sanctions | 0.3 | 49.50 |
| | FSK | Draft order granting Rule 11 motion for sanctions | 0.3 | 49.50 |
| | FSK | Draft memorandum in support of Rule 11 motion for sanctions | 0.6 | 99.00 |
| | FSK | Phone conference with Tim Terrell re documents filed by Plaintiff | 0.3 | 49.50 |
| | FSK | Review new motion filed by plaintiff | 0.5 | 82.50 |
| | FSK | Letter to M. Bice re Rule 11 motion | 0.3 | 49.50 |

Frank S. Koziol

05/14/06

Michael E. Bice

Long v City of Seward

| | Atty | Services rendered | Hours | Amount |
|---|---|---|---|---|
| | FSK | Receive and peruse from USDC minute order from chambers - recusal by Judge Singleton with case reassigned to Judge Beistline | 0.1 | 16.50 |
| | FSK | Receive and peruse plaintiff's motion of challenge & rejection, made in special appearance & required motions | 0.1 | 16.50 |
| 03/11/05 | FSK | Draft notice advising state court pleadings & service list previously filed | 0.3 | 49.50 |
| 03/14/05 | FSK | Receive and peruse plaintiff's motion for recusal of Judge Ralph Beistline & other required motions | 0.1 | 16.50 |
| 03/15/05 | FSK | Phone conference with Tim Terrell re filings by plaintiff | 0.4 | 66.00 |
| | FSK | Phone conference with M. Bice re new motion filed by Plaintiff | 0.4 | 66.00 |
| | FSK | Draft opposition to motion to disqualify Judge Beistline | 0.8 | 132.00 |
| | FSK | Draft order in support of opposition to motion to disqualify Judge Beistline | 0.3 | 49.50 |
| | FSK | Receive and peruse from USDC minute order from chambers - motion of challenge denied | 0.1 | 16.50 |
| 03/22/05 | FSK | Phone conference with M. Bice re threats by | | |

Frank S. Koziol

05/14/06

Michael E. Bice

Long v City of Seward

| | Atty | Services rendered | Hours | Amount |
|---|---|---|---|---|
| | | plaintiff | 0.3 | 49.50 |
| 03/23/05 | FSK | Review documents received from Rick Gifford | 0.3 | 49.50 |
| | FSK | Receive and peruse letter from Rick Gifford enclosing Seward Police Dept. information on Robert Long & telephone number for Michael Chapman | 0.1 | 16.50 |
| 03/24/05 | FSK | Phone conference with Rick Gifford re obtaining photo of Plaintiff | 0.3 | 49.50 |
| | FSK | Draft order denying motion for recusal | 0.2 | 33.00 |
| 03/28/05 | FSK | Receive and peruse from Seward Police Dept. handwritten note enclosing photograph of Robert Long | 0.1 | 16.50 |
| | FSK | Receive and peruse plaintiff's in special apperance, motion of plaintiff regarding interrogatories, movement to the federal court & other motions | 0.1 | 16.50 |
| 03/30/05 | FSK | Review Plaintiffs partial response to discovery and accompanying motion | 0.5 | 82.50 |
| | FSK | Draft response to plaintiff's latest legal filing | 0.8 | 132.00 |
| | FSK | Letter to M. Bice re new legal filing and response | 0.3 | 49.50 |
| | FSK | Letter to Michael Bice enclosing correspondence and documents regarding status | 0.3 | 49.50 |

Frank S. Koziol

05/14/06

Michael E. Bice

Long v City of Seward

| | Atty | Services rendered | Hours | Amount |
|---|---|---|---|---|
| | FSK | Receive and peruse plaintiff's required motions & attempt to in good faith answer defense interrogatories under handy caps | 0.1 | 16.50 |
| 03/31/05 | FSK | Draft opposition to new motion | 0.5 | 82.50 |
| 04/01/05 | FSK | Receive and peruse "motion for defence interrogatories & other neenful motions" | 0.1 | 16.50 |
| 04/07/05 | LS | Receive and peruse from Robert Long, "plaintiff's reply to defence 3-31-04 and 4-1-04 filings" | 0.1 | 8.50 |
| 04/10/05 | FSK | Review latest filings from plaintiff | 0.3 | 49.50 |
| 04/12/05 | FSK | Receive and peruse from U.S. District Court order denying plaintiff's pending motions and notice regarding sanctions | 0.1 | 16.50 |
| | FSK | Receive and peruse from U.S. District court, order granting motion for telephonic conference and request to file scheduling and planing conference report after the conference and after plaintiff has responded to interrogatories | 0.1 | 16.50 |
| 04/19/05 | FSK | Letter to Michael Bice enclosing correspondence and documents regarding status | 0.3 | 49.50 |
| | FSK | Receive and peruse in special appearance plaintiff's motion's to, | | |

Frank S. Koziol

05/14/06

Michael E. Bice

Long v City of Seward

| | Atty | Services rendered | Hours | Amount |
|---|---|---|---|---|
| | | and in regard to hearing | 0.1 | 16.50 |
| 04/20/05 | FSK | Receive and peruse minute order from chambers, recusal of Judge Beistline, matter has been referred to Judge James Fitzgerald for review | 0.1 | 16.50 |
| 04/21/05 | FSK | Receive and peruse order denying recusal of Judge Beistline | 0.1 | 16.50 |
| 04/25/05 | FSK | Receive and peruse motion before district Judge Fitzgerald re disqualification of Judge Beistline | 0.1 | 16.50 |
| 04/29/05 | LS | Open and index defendant's disclosure binder | 0.3 | 25.50 |
| | LS | Open and index plaintiff's disclosure binder | 0.3 | 25.50 |
| | LS | Open and index plaintiff's motions binder | 0.5 | 42.50 |
| 05/01/05 | FSK | Draft response to renewed motion to disqualify Judge Beistline | 0.3 | 49.50 |
| | FSK | Draft response to plaintiff's requested additional relief re various motions | 0.4 | 66.00 |
| | FSK | Draft opposition to Plaintiff's motion for defense interrogatories | 0.7 | 115.50 |
| 05/03/05 | FSK | Letter to Michael Bice enclosing correspondence and documents regarding status | 0.3 | 49.50 |

Frank S. Koziol

05/14/06

Michael E. Bice

Long v City of Seward

| | Atty | Services rendered | Hours | Amount |
|---|---|---|---|---|
| 05/04/05 | FSK | Letter to Michael Bice enclosing correspondence and documents regarding status | 0.3 | 49.50 |
| 05/18/05 | LS | Organize and index plaintiff's motions and related materials binder | 0.5 | 42.50 |
| 05/19/05 | FSK | Receive and peruse from US District Court status order | 0.1 | 16.50 |
| 05/24/05 | FSK | Review file materials prepatory to drafting motion to compel | 0.8 | 132.00 |
| | FSK | Draft motion to compel | 0.3 | 49.50 |
| | FSK | Draft memorandum in support of motion to compel | 1.5 | 247.50 |
| | FSK | Draft order accompanying motion to compel | 0.3 | 49.50 |
| | FSK | Letter to M. Bice  re motion to compel | 0.3 | 49.50 |
| 05/28/05 | FSK | Letter to Mike Bice enclosing correspondence and documents regarding status | 0.2 | 33.00 |
| 05/30/05 | FSK | Draft litigation management report | 0.8 | 132.00 |
| 05/31/05 | FSK | Receive and peruse from Robert Long, "in special apperance, motion for court order to the defendant to answer the complaint in stipulation or to deny the claims" | 0.1 | 16.50 |
| 06/01/05 | FSK | Draft reply to opposition to motion to compel | 0.6 | 99.00 |

Frank S. Koziol

05/14/06

Michael E. Bice

Long v City of Seward

| Date | Atty | Services rendered | Hours | Amount |
|------|------|-------------------|-------|--------|
| | FSK | Letter to Kevin Smith enclosing status report for quarter ending 3/31/05 | 0.2 | 33.00 |
| 06/07/05 | FSK | Letter to Mike Bice enclosing correspondence and documents regarding status | 0.2 | 33.00 |
| 06/13/05 | FSK | Receive and peruse Long's "in special apperance, motion to clarify plaintiff's motion to compel - responce to defence complaint on defence interrogatory motion" | 0.1 | 16.50 |
| 06/17/05 | FSK | Letter to Michael Bice enclosing correspondence and documents regarding status | 0.1 | 16.50 |
| 06/21/05 | FSK | Draft opposition to new motion by Plaintiff re his request for a hearing | 0.4 | 66.00 |
| 06/23/05 | FSK | Receive and peruse order regarding pending motions | 0.1 | 16.50 |
| 06/29/05 | FSK | Letter to Mike Bice enclosing correspondence & documents regarding status | 0.2 | 33.00 |
| 07/03/05 | FSK | Draft litigation case management report | 0.8 | 132.00 |
| 07/06/05 | FSK | Letter to M. Bice re Long's answers to interrogatories | 0.2 | 33.00 |
| | FSK | Letter to Kevin Smith enclosing AML/JIA litigation management claims status report | 0.2 | 33.00 |
| | FSK | Receive and peruse | | |

Frank S. Koziol

05/14/06

Michael E. Bice

Long v City of Seward

| | Atty | Services rendered | Hours | Amount |
|---|------|-------------------|-------|--------|
| | | plaintiff's answers to interrogatory ordered by court | 0.1 | 16.50 |
| 07/11/05 | RRG | Review Robert Long's interrogatory responses & note deficiencies | 0.5 | 42.50 |
| | RRG | Draft memorandum noting deficiencies in Robert Long's interrogatory responses | 0.75 | 63.75 |
| 07/12/05 | FSK | Letter to Mike Bice re further motion to compel and hiring an investigator | 0.4 | 66.00 |
| 07/20/05 | FSK | Phone conference with M. Ballou re status of case and further investigation | 0.3 | 49.50 |
| | FSK | Phone conference with Mike Dieni re his knowledge of the case | 0.7 | 115.50 |
| 07/25/05 | FSK | Receive and peruse from USDC scheduling & planning order | 0.1 | 16.50 |
| 07/28/05 | FSK | Letter to Mike Bice enclosing scheduling order | 0.2 | 33.00 |
| 08/02/05 | FSK | Receive and peruse from Robert Long "in special apperance, re-motion for court ordered subpeonas of the defnce witness Mr. Bencardino, & Mr. Dieni, for depositions" & "discloser of preliminary witness list" | 0.1 | 16.50 |
| 08/04/05 | FSK | Receive and peruse order from USDC regarding dismissal | 0.1 | 16.50 |
| 08/15/05 | FSK | Draft response to "Re-motion for court | | |

Frank S. Koziol

05/14/06

Michael E. Bice

Long v City of Seward

| | Atty | Services rendered | Hours | Amount |
|---|---|---|---|---|
| | | ordered subpeonas of the defence witness Mr. Bencardino & Mr. Dieni for depositions" | 0.2 | 33.00 |
| | FSK | Begin drafting initial disclosures | 1.5 | 247.50 |
| 08/16/05 | FSK | Complete drafting initial disclosures | 1.0 | 165.00 |
| 08/17/05 | FSK | Draft opposition to latest motion for attorney fee and cost recovery | 0.4 | 66.00 |
| | FSK | Receive and peruse plaintiff's "motion for ruling on plaintiffs status regarding right of recovery of legal efforts as a defacto practicing attorney in the case, motion is made under common law writ of mandate" | 0.1 | 16.50 |
| 08/18/05 | FSK | Draft order denying plaintiff's motion for ruling on plaintiff's status | 0.2 | 33.00 |
| | LS | Organize and index file material | 2.0 | 170.00 |
| 08/21/05 | FSK | Draft initial disclosures | 2.4 | 396.00 |
| 08/24/05 | LS | Organize and index new file material | 0.3 | 25.50 |
| 09/07/05 | FSK | Letter to Mike Bice enclosing correspondence & documents regarding status | 0.2 | 33.00 |
| 09/15/05 | FSK | Review file materials prepatoryto conversation with Louis Bencardino | 1.4 | 231.00 |

Frank S. Koziol

05/14/06

Michael E. Bice

Long v City of Seward

| | Atty | Services rendered | Hours | Amount |
|---|---|---|---|---|
| | FSK | Two Phone conference with with City of Seward officials re locating Louis Bencardino | 0.4 | 66.00 |
| | FSK | Phone conference with Louis Bencardino re facts of the case | 0.8 | 132.00 |
| | FSK | Draft proposed affidavit for Louis Bencardino | 0.9 | 148.50 |
| | FSK | Letter to M. Bice re conversation with Louis Bencardino | 0.3 | 49.50 |
| | FSK | Letter to Louis Bencardino re his affidavit | 0.3 | 49.50 |
| | FSK | Receive and peruse order re pending motions | 0.1 | 16.50 |
| 09/20/05 | FSK | Receive and peruse from Louis Bencardino signed affidavit | 0.1 | 16.50 |
| 09/23/05 | FSK | Receive and peruse motion for subpoenas under Rules 30 & 45 for video depositions of witnesses Louis Bencardino & Michael Dieni | 0.1 | 16.50 |
| 09/27/05 | FSK | Draft response to motion for subpoenas under Rules 30 & 45 for video depositions of witnesses Louis Bencardino & Michael Dieni | 0.3 | 49.50 |
| 09/30/05 | FSK | Letter to Mike Bice enclosing documents regarding status | 0.2 | 33.00 |
| 10/11/05 | FSK | Draft AML/JIA litigation managment report | 0.8 | 132.00 |

Frank S. Koziol

05/14/06

Michael E. Bice

Long v City of Seward

| | Atty | Services rendered | Hours | Amount |
|---|---|---|---|---|
| 10/12/05 | FSK | Letter to Kevin Smith enclosing AML/JIA litigation management claims status report | 0.2 | 33.00 |
| 10/25/05 | FSK | Receive and peruse plaintiff's "writ of demand, under common law, for a writ of mandamus to compel Judge Beistline to comply with abdicated official duties" | 0.1 | 16.50 |
| 10/26/05 | FSK | Draft response to "Writ of Demand etc" | 0.8 | 132.00 |
| | FSK | Draft order denying plaintiff's motion | 0.2 | 33.00 |
| 11/01/05 | FSK | Letter to Mike Bice enclosing correspondence & documents regarding status | 0.2 | 33.00 |
| 11/07/05 | FSK | Draft response to Plaintiff's motion for 30 day stay | 0.8 | 132.00 |
| | FSK | Receive and peruse plaintiff moves for a 30 day stay of case for cause | 0.1 | 16.50 |
| 11/15/05 | FSK | Receive and peruse from USDC order re motion for subpoenas, motion for writ of mandamus, & motion for a 30-day stay of the case | 0.1 | 16.50 |
| 11/16/05 | FSK | Letter to Mike Bice enclosing correspondence and documents regarding status | 0.2 | 33.00 |
| 12/05/05 | FSK | Receive and peruse Long's request for "court stamped subpoenas" | 0.1 | 16.50 |

Frank S. Koziol

05/14/06

Michael E. Bice

Long v City of Seward

| | Atty | Services rendered | Hours | Amount |
|---|---|---|---|---|
| 12/21/05 | FSK | Conference with M. Dieni re subpoena issued to him | 0.5 | 82.50 |
| 12/22/05 | FSK | Receive and peruse via facsimile from Mike Dieni, fax memo suggesting address for his deposition and enclosing letter and subpoena from Robert Long | 0.1 | 16.50 |
| | FSK | Phone conference with Mike Dieni re setting his deposition | 0.2 | 33.00 |
| 12/23/05 | FSK | Letter to Mike Bice enclosing correspondence and documents regarding status | 0.2 | 33.00 |
| 12/26/05 | FSK | Letter to R. Long and M. Dieni re setting of Dieni deposition | 0.4 | 66.00 |
| 12/27/05 | FSK | Receive and peruse letter from Michael Dieni regarding his deposition availability | 0.1 | 16.50 |
| | FSK | Receive and peruse from DMV Lloyd Schade driving records & credit card receipt in amount of $5.00 | 0.1 | 16.50 |
| 12/28/05 | FSK | Draft final witness list | 1.0 | 165.00 |
| 12/29/05 | FSK | Receive and peruse from USDC minute order from chambers re plaintiff's writ of demand for writ of mandamus | 0.1 | 16.50 |
| 12/30/05 | FSK | Letter to Mike Bice enclosing correspondence & documents regarding status | 0.2 | 33.00 |
| 01/03/06 | FSK | Receive and peruse | | |

Frank S. Koziol

05/14/06

Michael E. Bice

Long v City of Seward

| Date | Atty | Services rendered | Hours | Amount |
|------|------|------------------|-------|--------|
| | | plaintiff's "request to set aside the close of discovery" and "plaintiff moves for trhe court to supply a court officer for the depo of Mr. Dieni on 1/12/06, room no. 153, this court court building 9:00 a.m. without cost to plaintiff to do the cost waver status of plaintiff" | 0.1 | 16.50 |
| 01/05/06 | FSK | Review Plaintiff's request to set aside close of discovery | 0.2 | 33.00 |
| | FSK | Draft response to Plaintiff's request to set aside close of discovery | 0.6 | 99.00 |
| | FSK | Review Plaintiff's request for court to pay for court officer to attend deposition | 0.6 | 99.00 |
| | FSK | Draft response to Plaintiff's request for court to pay for court officer to attend deposition | 1.1 | 181.50 |
| | FSK | Organize and index new file material into plaintiff's motions binder | 1.0 | 165.00 |
| | FSK | Letter to Michael Dieni enclosing plaintiff's motion to supply court officer | 0.2 | 33.00 |
| | RRG | Telephone call to Computer Matrix to arrange for recording of Michael Dieni deposition on 1/12/06 at 9:00 a.m. | 0.1 | 8.50 |
| 01/06/06 | FSK | Receive and peruse from | | |

Frank S. Koziol

05/14/06

Michael E. Bice

Long v City of Seward

| | Atty | Services rendered | Hours | Amount |
|---|---|---|---|---|
| | | USDC minute order from chambers re motion at docket 48 | 0.1 | 16.50 |
| | FSK | Receive and peruse fax from USDC minute order from chambers scheduling hearing | 0.1 | 16.50 |
| | FSK | Receive and peruse email from USDC notices of electronic filing | 0.1 | 16.50 |
| 01/07/06 | FSK | Letter to Mike Bice enclosing correspondence and documents regarding status | 0.2 | 33.00 |
| 01/09/06 | FSK | Receive and peruse letter from Robert Long to Mike Dieni cancelling depo on 1/12/06 | 0.1 | 16.50 |
| | FSK | Receive and peruse email from USDC regarding online filings | 0.1 | 16.50 |
| 01/10/06 | FSK | Letter to Mike Bice enclosing letter from Robert Long cancelling deposition of Michael Dieni | 0.2 | 33.00 |
| | FSK | Receive and peruse plaintiff's joint motion between related cases | 0.1 | 16.50 |
| | RRG | Telephone call to Mike Bice advising of cancellation of Michael Dieni deposition | 0.1 | 8.50 |
| | RRG | Telephone call to Computer Matrix cancelling recording arrangements for Michael Dieni deposition | 0.1 | 8.50 |

Frank S. Koziol

05/14/06

Michael E. Bice

Long v City of Seward

| | Atty | Services rendered | Hours | Amount |
|---|---|---|---|---|
| 01/11/06 | FSK | Receive and peruse email from Chad Wilts, USDC, enclosing missing document filed by Robert Long | 0.1 | 16.50 |
| | FSK | Receive and peruse from USDC notices of electronic filings | 0.1 | 16.50 |
| | RRG | Telephone call to United States District Court regarding non-receipt of Robert Long's recent filing referred to by court in its order | 0.5 | 42.50 |
| 01/12/06 | FSK | Phone conference with Mike Bice re strategy and resolution of case | 0.4 | 66.00 |
| | FSK | Draft opposition to joining cases | 0.5 | 82.50 |
| | FSK | Phone conference with Mike Dieni re cancellation of deposition | 0.2 | 33.00 |
| 01/13/06 | FSK | Phone conference with Mike Dieni re status of the case | 0.3 | 49.50 |
| | FSK | Draft order denying joint motion between the related cases | 0.2 | 33.00 |
| 01/19/06 | FSK | Receive and peruse email from USDC notice of electronic filing | 0.1 | 16.50 |
| | FSK | Receive and peruse email from USDC notice of electronic filing | 0.1 | 16.50 |
| 01/20/06 | FSK | Review file materials prepatory to oral argument on plaintiff's motion to extend discovery | 0.6 | 99.00 |

Frank S. Koziol

05/14/06

Michael E. Bice

Long v City of Seward

| | Atty | Services rendered | Hours | Amount |
|---|---|---|---|---|
| | FSK | Phone conference with Mike Beus re oral argument | 0.2 | 33.00 |
| | FSK | Attend oral argument on Plaintiff's motion | 1.0 | 165.00 |
| | FSK | Receive and peruse email from Jan Short requesting page 1 of opposition be faxed | 0.1 | 16.50 |
| | LS | Organize and index new file materials into plaintiff's motions binder | 0.5 | 42.50 |
| 01/23/06 | FSK | Receive and peruse from USDC notice of electronic filing | 0.1 | 16.50 |
| | FSK | Receive and peruse from USDC minute entry granting in part plaintiff's motion to set aside | 0.1 | 16.50 |
| 01/25/06 | FSK | Draft litigation management report | 0.8 | 132.00 |
| 01/26/06 | FSK | Letter to Kevin Smith enclosing AML/JIA litigation management claim status report | 0.2 | 33.00 |
| 01/27/06 | FSK | Letter to Long requesting affidavits | 0.3 | 49.50 |
| 01/31/06 | FSK | Receive and peruse email from USDC setting reply deadline for motion for resolution | 0.1 | 16.50 |
| 02/07/06 | FSK | Receive and peruse memo from Robert Long enclosing affidavits & advising of Tina Crump refusal, memo re informal discovery requests, affidavits of Michael | | |

Frank S. Koziol

05/14/06

Michael E. Bice

Long v City of Seward

| | Atty | Services rendered | Hours | Amount |
|---|---|---|---|---|
| | | Dieni & Robert Long | 0.1 | 16.50 |
| 02/08/06 | FSK | Phone conference with Mike Bice re affidavits received from Long | 0.3 | 49.50 |
| | FSK | Review affidavits received from Long | 0.9 | 148.50 |
| | FSK | Letter to Mike Bice re affidavits received from Long | 0.4 | 66.00 |
| 02/09/06 | FSK | Phone conference with Michael Chapman re Long's affidavit | 0.2 | 33.00 |
| | FSK | Phone conference with Louis Bencardino re recent affidavits from Robert Long | 0.4 | 66.00 |
| | FSK | Letter to Louis Bencardino re materials received from Robert Long | 0.3 | 49.50 |
| | FSK | Phone conference with Mike Bice re location of witnesses | 0.2 | 33.00 |
| | FSK | Phone conference with David Brossow re facts of case | 0.4 | 66.00 |
| | FSK | Letter to David Brossow enclosing materials for his review | 0.3 | 49.50 |
| | FSK | Review Long's motion for criminal and civil sanctions against Bencardo | 0.8 | 132.00 |
| | FSK | Draft response to Long's motion for criminal and civil sanctions against Bencardo | 1.4 | 231.00 |
| | FSK | Review Plaintiff's motion | | |

Frank S. Koziol

05/14/06

Michael E. Bice

Long v City of Seward

| | Atty | Services rendered | Hours | Amount |
|---|---|---|---|---|
| | | for discovery of evidence records | 0.3 | 49.50 |
| | FSK | Draft response to Plaintiff's motion for discovery of evidence records | 0.6 | 99.00 |
| | FSK | Review Plaintiff's request for the telephone records of Louis Bencardino | 0.3 | 49.50 |
| | FSK | Draft response to Plaintiff's request for the telephone records of Louis Bencardino | 0.6 | 99.00 |
| | FSK | Draft responses to two requests for order shortening time on motions | 0.8 | 132.00 |
| 02/10/06 | FSK | Receive and peruse "plaintiff moves for discovery of phone records of Louis Bencardino on shortened time", "plaintiff moves for discovery of City of Seward police evidence records on shortened time", affidavits of Robert Long, Michael Dieni, Louis Bencardino, & "plaintiff moves for criminal & civil sanctions against witness Louis Bencardino with required investigation" | 0.1 | 16.50 |
| 02/13/06 | FSK | Receive and peruse email from USDC with attached minute order from chambers regarding plaintiff's pending motion on shortened time | 0.1 | 16.50 |
| | FSK | Receive and peruse from | | |

Frank S. Koziol

05/14/06

Michael E. Bice

Long v City of Seward

| | Atty | Services rendered | Hours | Amount |
|---|------|-------------------|-------|--------|
| | | USDC notices of electronic filings by Robert Long | 0.1 | 16.50 |
| | FSK | Receive and peruse from USDC order denying motion for shortened time | 0.1 | 16.50 |
| | FSK | Draft order denying plaintiff's motion for shortened time regarding police evidence records | 0.2 | 33.00 |
| | FSK | Draft order denying plaintiff's motion for shortened time regarding phone records | 0.2 | 33.00 |
| | FSK | Draft order denying plaintiff's motion for phone records | 0.2 | 33.00 |
| | FSK | Draft order denying plaintiff's motion for police records | 0.2 | 33.00 |
| | FSK | Draft order denying plaintiff's motion for criminal & civil sanctions | 0.2 | 33.00 |
| 02/14/06 | FSK | Receive and peruse from USDC notice of electronic filing docket nos. 67-71 | 0.1 | 16.50 |
| 02/15/06 | FSK | Phone conference with Dave Alutius re phone numbers of witnesses | 0.2 | 33.00 |
| | FSK | Phone conference with Mike Chapman re his contacts with Robert Long | 0.6 | 99.00 |
| | FSK | Phone conference with Pat Reilly re his knowledge of Long | 0.5 | 82.50 |
| | FSK | Phone conference with Tom Walker re his knowledge | | |

Frank S. Koziol

05/14/06

Michael E. Bice

Long v City of Seward

| | Atty | Services rendered | Hours | Amount |
|---|---|---|---|---|
| | | of Long | 0.2 | 33.00 |
| | FSK | Letter to Mike Chapman enclosing documents for review | 0.2 | 33.00 |
| | FSK | Letter to Patrick Reilly enclosing documents for review | 0.2 | 33.00 |
| 02/16/06 | FSK | Phone conference with Louis Bencardino re his review of documents | 0.8 | 132.00 |
| | FSK | Draft new affidavit of Louis Bencardino | 1.2 | 198.00 |
| | FSK | Letter to Louis Bencardino enclosing affidavit | 0.2 | 33.00 |
| | LS | Organize and index new motions, responses and orders into plaintiff's motions binder | 2.0 | 170.00 |
| 02/17/06 | FSK | Receive and peruse email from USDC setting deadline for Long's replies | 0.1 | 16.50 |
| | FSK | Receive and peruse from Louis Bencardino signed affidavit | 0.1 | 16.50 |
| | FSK | Draft 1st supplemental disclosure | 0.2 | 33.00 |
| 02/20/06 | FSK | Receive and peruse email from USDC notice of electronic filing by Robert Long | 0.1 | 16.50 |
| | FSK | Draft response to motion for shortened time contained in plaintiff's motion to place witness Dieni letter in record & | | |

Frank S. Koziol

05/14/06

Michael E. Bice

Long v City of Seward

| | Atty | Services rendered | Hours | Amount |
|---|---|---|---|---|
| | | for discovery of sentencing transcript | 0.3 | 49.50 |
| | FSK | Draft order denying motion for shortened time contained in plaintiff's motion to place witness Dieni letter in record & for discovery of sentencing transcript | 0.2 | 33.00 |
| 02/21/06 | FSK | Draft response to motion to file Dieni letter and for sentencing transcripts | 1.1 | 181.50 |
| | LS | Travel to U.S. District Court and locate and copy testimony of Louis Bencardino in the matter of USA v. Long | 1.5 | 127.50 |
| 02/22/06 | FSK | Phone conference with Patrick O'Reilly re his affidavit and knowledge of facts of case | 0.4 | 66.00 |
| | FSK | Receive and peruse email from USDC notice of electronic filing of oppositions | 0.1 | 16.50 |
| 02/23/06 | FSK | Draft affidavit for Patrick Reilly | 0.5 | 82.50 |
| | FSK | Correspondence with Patrick Reilly re his affidavit | 0.2 | 33.00 |
| | FSK | Correspondence with Patrick Reilly re changes to the affidavit | 0.3 | 49.50 |
| | FSK | Receive and peruse "plaintiff's motions to filed a sealed witness list & to file for witness subpoenas for trial witnesses under | | |

Frank S. Koziol

05/14/06

Michael E. Bice

Long v City of Seward

| | Atty | Services rendered | Hours | Amount |
|---|---|---|---|---|
| | | seal" | 0.1 | 16.50 |
| | FSK | Receive and peruse "plaintiff's opposition to defense opposition of 2/14/06 plaintiff's motion" | 0.1 | 16.50 |
| 02/24/06 | FSK | Draft opposition to motion to file sealed documents | 0.8 | 132.00 |
| | FSK | Receive and peruse email from USDC with attached order denying plaintiff's joint motion between the related cases | 0.1 | 16.50 |
| | FSK | Receive and peruse email from USDC regarding Long's motion to file sealed witness list | 0.1 | 16.50 |
| 02/27/06 | FSK | Receive and peruse email from USDC acknowledging filing of documents | 0.1 | 16.50 |
| 02/28/06 | FSK | Draft defendant's second supplemental disclosure statement, excerpt from USA v. Long | 0.3 | 49.50 |
| | FSK | Draft errata to defendant's 1st supplemental disclosure statement | 0.3 | 49.50 |
| | FSK | Receive and peruse "plaintiff's objection to the present defense objections, motion to state cause, motion for action on past motions" | 0.1 | 16.50 |
| | FSK | Receive and peruse from Patrick Reilly his affidavit | 0.1 | 16.50 |

Frank S. Koziol

05/14/06

Michael E. Bice

Long v City of Seward

| Date | Atty | Services rendered | Hours | Amount |
|---|---|---|---|---|
| 03/02/06 | FSK | Receive and peruse email from USDC with attached order denying motions at dockets 60, 63 & 64 | 0.1 | 16.50 |
| 03/05/06 | FSK | Draft opposition to motion for reconsideration by Plaintiff | 0.3 | 49.50 |
| 03/06/06 | FSK | Draft order denying motions contained in plaintiff's objection to present defense objections | 0.2 | 33.00 |
| 03/08/06 | FSK | Receive and peruse from USDC audiotape of bail hearing | 0.1 | 16.50 |
| 03/09/06 | FSK | Receive and peruse "Plaintiffs objection to the trial judge actin as the counsel for the defense. Motion for certification of appeal" | 0.1 | 16.50 |
| 03/13/06 | FSK | Receive and peruse email from USDC regarding notice of filing plaintiff's objection | 0.1 | 16.50 |
| | FSK | Receive and peruse email from USDC regarding notice of filing by Robert Long | 0.1 | 16.50 |
| | FSK | Receive and peruse email from USDC order granting motion regarding letter | 0.1 | 16.50 |
| | FSK | Receive and peruse email from USDC setting deadline for Long reply | 0.1 | 16.50 |
| | FSK | Receive and peruse email from USDC notice of filing by defendant | 0.1 | 16.50 |

Frank S. Koziol

05/14/06

Michael E. Bice

Long v City of Seward

| Date | Atty | Services rendered | Hours | Amount |
|---|---|---|---|---|
| | LS | Long-distance telephone call to Carolyn, Judge Biestline's case manager, regarding obtaining a copy of Mr. Deini's letter that has been filed under seal | 0.1 | 8.50 |
| 03/14/06 | FSK | Review Dieni letter dated February 9, 2006 | 0.2 | 33.00 |
| | FSK | Receive and peruse email from USDC notice of electronic filing of opposition to plaintiff's objection | 0.1 | 16.50 |
| | FSK | Receive and peruse email from USDC enclosing Michael Dieni letter | 0.1 | 16.50 |
| | FSK | Draft opposition to plaintiff's objections to trial judge acting as counsel for defense | 0.3 | 49.50 |
| | FSK | Draft order denying plaintiff's objection to trial judge acting as counsel | 0.2 | 33.00 |
| | LS | Long-distance telephone call to Carolyn, Judge Biestline's case manager, regarding obtaining a copy of Mr. Deini's letter that has been filed under seal | 0.1 | 8.50 |
| | LS | Organize and index plaintiff's recent motions, defendant's responses and orders | 1.0 | 85.00 |
| 03/15/06 | FSK | Letter to Mike Bice re letter by Michael Dieni | 0.3 | 49.50 |
| | FSK | Letter to Louis | | |

Frank S. Koziol

05/14/06

Michael E. Bice

Long v City of Seward

| | Atty | Services rendered | Hours | Amount |
|---|---|---|---|---|
| | | Bencardino enclosing letter from Robert Long to Michael Dieni | 0.2 | 33.00 |
| | LS | Long-distance telephone call to David Brossow regarding scheduling a telephonic meeting with Frank Koziol | 0.1 | 8.50 |
| | LS | Long-distance telephone call to Mike Chapman regarding scheduling a telephonic meeting with Frank Koziol | 0.1 | 8.50 |
| | LS | Long-distance telephone call to Louis Bencardino scheduling a telephonic meeting with Frank Koziol for 3/16/06 | 0.1 | 8.50 |
| 03/16/06 | FSK | Phone conference with Louis Bencardino re letter by Dieni and additional affidavit | 0.5 | 82.50 |
| | FSK | Draft affidavit of Louis Bencardino | 0.4 | 66.00 |
| | FSK | Draft affidavit of Michael Chapman | 0.5 | 82.50 |
| | FSK | Draft affidavit of David Brossow | 0.5 | 82.50 |
| | FSK | Phone conference with Michael Chapman re his affidavit | 0.9 | 148.50 |
| | FSK | Redraft Michael Chapman's affidavit | 0.4 | 66.00 |
| | FSK | Letter to Louis Bencardino enclosing proposed affidavit | 0.2 | 33.00 |
| | FSK | Letter to Michael Chapman | | |

Frank S. Koziol

05/14/06

Michael E. Bice

Long v City of Seward

| | Atty | Services rendered | Hours | Amount |
|---|------|-------------------|-------|--------|
| | | enclosing proposed affidavit | 0.2 | 33.00 |
| | FSK | Letter to David Brossow enclosing proposed affidavit | 0.2 | 33.00 |
| | LS | Long-distance telephone call to David Brossow scheduling a telephonic meeting with Frank Koziol for 3/17 | 0.1 | 8.50 |
| | LS | Review USA v. Long docket sheet for documents related to the trial judge's ruling preventing witness testimony by Louis Bencardino | 0.5 | 42.50 |
| | LS | Telephone calls to and from Computer Matrix regarding obtaining copies of documents located at the USDC | 0.1 | 8.50 |
| 03/17/06 | FSK | Phone conference with David Brossow re his affidavit | 0.6 | 99.00 |
| | FSK | Redraft affidavit of David Brossow | 0.4 | 66.00 |
| | FSK | Legal research re summary judgment standard used by Judge Beistline | 1.6 | 264.00 |
| | FSK | Legal research re Section 1983 claims of tampering with witnesses | 3.9 | 643.50 |
| | FSK | Letter to Computer Matrix requesting copies made of documents from USA v. Long  located at USDC | 0.3 | 49.50 |
| | LS | Organize and index plaintiff's new motions | | |

Frank S. Koziol

05/14/06

Michael E. Bice

Long v City of Seward

| Date | Atty | Services rendered | Hours | Amount |
|---|---|---|---|---|
| | | and defendant's responses | 0.5 | 42.50 |
| 03/18/06 | FSK | Draft introduction section of summary judgment brief | 0.4 | 66.00 |
| | FSK | Draft summary judgment standard section of summary judgment brief | 1.2 | 198.00 |
| | FSK | Draft statement of the case section of summary judgment brief | 1.3 | 214.50 |
| | FSK | Draft Section 1983 section of summary judgment brief | 1.8 | 297.00 |
| | FSK | Draft Arguments I-IV sections of summary judgment brief | 4.5 | 742.50 |
| 03/19/06 | FSK | Draft order granting summary judgment | 0.3 | 49.50 |
| | FSK | Draft motion for summary judgment | 0.3 | 49.50 |
| | FSK | Gather and attach exhibits to summary judgment motion | 0.9 | 148.50 |
| | FSK | Cite check citations used in the brief | 0.8 | 132.00 |
| 03/20/06 | FSK | Receive and peruse from Computer Matrix excerpts of Long's USDC criminal case file | 0.1 | 16.50 |
| 03/21/06 | FSK | Review transcript of criminal trial re ruling on Bencardino testimony | 0.8 | 132.00 |
| | FSK | Receive and peruse from Louis Bencardino original notarized affidavit | 0.1 | 16.50 |

Frank S. Koziol

05/14/06

Michael E. Bice

Long v City of Seward

| | Atty | Services rendered | Hours | Amount |
|---|---|---|---|---|
| | FSK | Draft 3rd supplemental disclosure statement, excerpt of transcript of proceedings in USA v. Long re: judges ruling on character evidence | 0.3 | 49.50 |
| | LS | Organize and index defendant's 3rd supplemental disclosure into disclosure binder and plaintiff's information binder | 0.3 | 25.50 |
| 03/22/06 | FSK | Receive and peruse "Plaintiff moves to add the name of Louis Bencardino as a defense action in conspiracy after the fact. Run on motion" & "plaintiff's answer to defense opposition of 3/14/06" | 0.1 | 16.50 |
| 03/23/06 | FSK | Legal research re statute of limitations | 3.5 | 577.50 |
| | FSK | Review file materials to include exhibits re statute of limitations defense | 0.8 | 132.00 |
| | FSK | Draft argument in motion for summary judgement re statute of limitations violated | 1.5 | 247.50 |
| | FSK | Receive and peruse email from USDC regarding notice of filing docket 89 (plaintiff's filing) | 0.1 | 16.50 |
| | FSK | Receive and peruse email from USDC regarding notice of filing docket 90 (plaintiff's filing) | 0.1 | 16.50 |
| 03/24/06 | FSK | Receive and peruse via | | |

Frank S. Koziol

05/14/06

Michael E. Bice

Long v City of Seward

| | Atty | Services rendered | Hours | Amount |
|---|---|---|---|---|
| | | fax from Mike Chapman his affidavit | 0.1 | 16.50 |
| | FSK | Receive and peruse email from USDC order denying motions at docket 78 & 85 | 0.1 | 16.50 |
| | LS | Long-distance telephone call to David Brossow regarding status of his sending a facsimile copy of his signed affidavit | 0.1 | 8.50 |
| | LS | Long-distance telephone call to Mike Chapman regarding status of his sending a facsimile copy of his signed affidavit | 0.1 | 8.50 |
| 03/26/06 | FSK | Check citations in brief and final changes to brief | 1.9 | 313.50 |
| | FSK | Legal research re witness immunity | 1.3 | 214.50 |
| | FSK | Draft opposition to Plaintiff's motion to add Bencardino as a party defendant | 1.6 | 264.00 |
| 03/27/06 | FSK | Receive and peruse from Mike Chapman original affidavit | 0.1 | 16.50 |
| | FSK | Draft order denying plaintiff's motion to amend complaint | 0.2 | 33.00 |
| 03/28/06 | FSK | Draft motion for summary judgment | 0.2 | 33.00 |
| | FSK | Draft order granting motion for summary judgment | 0.2 | 33.00 |
| 03/30/06 | FSK | Letter to Mike Bice enclosing correspondence and documents regarding | | |

Frank S. Koziol

05/14/06

Michael E. Bice

Long v City of Seward

| | Atty | Services rendered | Hours | Amount |
|---|---|---|---|---|
| | | status | 0.7 | 115.50 |
| | FSK | Letter to Louis Bencardino enclosing a copy of defendant's motion for summary judgment | 0.2 | 33.00 |
| | LS | Open and index motion for summary judgment binder | 0.3 | 25.50 |
| 04/09/06 | FSK | Draft litigation management report | 0.8 | 132.00 |
| 04/10/06 | FSK | Letter to Kevin Smith enclosing AML/JIA litigation management claim status report | 0.2 | 33.00 |
| 04/13/06 | FSK | Receive and peruse plaintiff's answer to defense motions for summary judgment & opposition & opposition to immunity claim for Bencardino & motions | 0.1 | 16.50 |
| 04/14/06 | FSK | Draft motion for extension of time | 0.2 | 33.00 |
| | FSK | Draft memorandum in support of motion for extension of time | 0.3 | 49.50 |
| | FSK | Draft affidavit of Rita R. Bennett | 0.2 | 33.00 |
| | FSK | Draft order granting motion for extension of time | 0.2 | 33.00 |
| | FSK | Receive and peruse emails from USDC re electronic filing | 0.1 | 16.50 |
| 04/17/06 | FSK | Receive and peruse from USDC notices of electronic filings | 0.1 | 16.50 |

Frank S. Koziol

05/14/06

Michael E. Bice

Long v City of Seward

| Date | Atty | Services rendered | Hours | Amount |
|------|------|-------------------|-------|--------|
| 04/19/06 | LS | Organize and index new documents into plaintiff's motions binder and witnesses binder | 1.0 | 85.00 |
| 04/21/06 | FSK | Letter to Mike Bice enclosing documents regarding status | 0.2 | 33.00 |
| | FSK | Receive and peruse email from USDC with plaintiff's signature pages | 0.1 | 16.50 |
| 04/24/06 | FSK | Receive and peruse email from USDC with attached order denying motion to add Bencardino | 0.1 | 16.50 |
| | FSK | Receive and peruse email from USDC with attached order granting extension of time | 0.1 | 16.50 |
| 04/25/06 | FSK | Draft reply to opposition to summary judgment | 2.4 | 396.00 |
| | FSK | Draft opposition to multiple motions contained in Plaintiff's opposition to summary judgment motion | 0.8 | 132.00 |
| | FSK | Draft opposition to multiple motions contained in Plaintiff's reply to Bencardino motion | 0.9 | 148.50 |
| 04/26/06 | FSK | Phone conference with Dave Alutius re decision by Judge Beistline | 0.4 | 66.00 |
| | FSK | Review decision by Judge Beistline | 0.3 | 49.50 |
| | FSK | Draft order denying motions contained in | | |

Frank S. Koziol

05/14/06

Michael E. Bice

Long v City of Seward

| | Atty | Services rendered | Hours | Amount |
|---|---|---|---|---|
| | | summary judgment opposition | 0.2 | 33.00 |
| | FSK | Draft order denying motions contained in plaintiff's opposition to immunity claim for Bencardino & motions | 0.2 | 33.00 |
| 04/27/06 | FSK | Receive and peruse emails from USDC regarding notices of filing | 0.1 | 16.50 |
| | FSK | Receive and peruse email from USDC with attached order granting motion for summary judgment & dismissing case | 0.1 | 16.50 |
| 05/08/06 | FSK | Receive and peruse "Plaintiff moves for 9th Circuit appeal in the present Beistline, dismissal & appeals do the history of Beistline criminal misconduct" | 0.1 | 16.50 |
| | FSK | Receive and peruse email from USDC with attached judgment in a civil case | 0.1 | 16.50 |
| 05/09/06 | FSK | Receive and peruse email from USDC regarding notice of filing by plaintiff of motion for 9th Circuit appeal | 0.1 | 16.50 |
| | FSK | Letter to Mr. Reilly enclosing the order granting summary judgment and dismissing Mr. Long's case and the judgment in a civil case | 0.2 | 33.00 |
| | FSK | Letter to Mr. Chapman enclosing the order granting summary judgment and dismissing Mr. Long's | | |

Frank S. Koziol

05/14/06

Michael E. Bice

Long v City of Seward

| | Atty | Services rendered | Hours | Amount |
|---|---|---|---|---|
| | | case and the judgment in a civil case | 0.2 | 33.00 |
| | FSK | Letter to Mr. Bencardino enclosing the order granting summary judgment and dismissing Mr. Long's case and the judgment in a civil case | 0.2 | 33.00 |
| 05/10/06 | FSK | Letter to Clark Corbridge enclosing the order granting summary judgment and dismissing Mr. Long's case and the judgment in a civil case | 0.2 | 33.00 |
| 05/11/06 | FSK | Review Plaintiff's motion re 9th Circuit | 0.4 | 66.00 |
| 05/12/06 | FSK | Draft response to motion re appeal | 0.5 | 82.50 |
| | | Total for professional services | 149.35 | $23,223.75 |

| Summary | Hours | Rate | Amount |
|---|---|---|---|
| Frank S. Koziol | 128.60 | 165.00 | 21,219.00 |
| Frank S. Koziol | 3.60 | 155.00 | 558.00 |
| Lori Stevens | 12.50 | 85.00 | 1,062.50 |
| Rita R. Gutierrez | 2.45 | 85.00 | 208.25 |
| Lori Stevens | 2.20 | 80.00 | 176.00 |

| Costs advanced | | Amount |
|---|---|---|
| 01/27/05 | Fee to Seward Court System for copies of documents | 17.50 |
| 02/14/05 | Cost to Alaska Court System (Kenai) for documents | 14.21 |
| 03/01/05 | Filing fee to United States District Court | 250.00 |
| 05/04/05 | Copying charges for January, 2005 - 130 copies at .10 cents per page | 1.30 |
| 05/05/05 | Copying charges for February, March and April, 2005 - 1211 copies at .10 cents per | |

Frank S. Koziol

05/14/06

Michael E. Bice

Long v City of Seward

| | Costs advanced | Amount |
|---|---|---|
| | page | 121.10 |
| 05/05/05 | Postage for mailing over $1.00 sent to Michael Bice on 3/3/05 | 4.75 |
| 05/05/05 | Postage for mailing over $1.00 sent to Michael Bice on 3/14/05 | 2.21 |
| 05/05/05 | Postage for mailing over $1.00 sent to Rick Gifford on 3/14/05 | 2.21 |
| 05/05/05 | Postage for mailing over $1.00 sent to Robert Long on 3/16/05 | 1.29 |
| 05/05/05 | Postage for mailing over $1.00 sent to Michael Bice on 3/17/05 | 2.21 |
| 05/05/05 | Postage for mailing over $1.00 sent to Michael Bice on 4/20/05 | 1.52 |
| 05/27/05 | Copying charges for May, 2005 - 219 copies at .10 cents per page | 21.90 |
| 05/28/05 | Postage for mailing over $1.00 sent to Robert Long on 5/27/05 | 2.21 |
| 05/28/05 | Postage for mailing over $1.00 sent to Mike Bice on 5/27/05 | 2.21 |
| 06/01/05 | Messenger delivery to court re filings (rush) | 12.50 |
| 07/14/05 | Copying charges for June, 2005 - 62 copies at .10 cents per page | 6.20 |
| 08/10/05 | Copying charges for July, 2005 - 82 copies at .10 cents per page | 8.20 |
| 09/07/05 | Copying charges for August, 2005 - 341 copies at .10 cents per page | 34.10 |
| 10/05/05 | Copying charges for September, 2005 - 48 copies at .10 cents per page | 4.80 |
| 10/06/05 | Postage for mailing over $1.00 sent to Mike Bice on 9/8/05 | 3.95 |
| 11/01/05 | Copying charges for October, 2005 - 89 copies at .10 cents per page | 8.60 |
| 11/08/05 | Postage for mailing over $1.00 sent to Robert Long on 10/27/05 | 1.06 |
| 11/08/05 | Postage for mailing over $1.00 sent to Mike Bice on 11/1/05 | 1.29 |
| 11/29/05 | Copying charges for November, 2005 - 17 copies at .10 cents per page | 1.70 |
| 11/29/05 | Copying charges for November, 2005 - 16 copies at .10 cents per page | 1.60 |
| 01/09/06 | Copying charges for December, 2005 - 101 copies at ,10 cents per page | 10.10 |
| 01/23/06 | Postage for mailing over $1.00 sent to Robert Long on 1/6/06 | 1.06 |
| 02/13/06 | Copying charges for January, 2006 - 50 copies at .10 cents per page | 5.00 |
| 03/02/06 | Copying charges for February, 2006 - 492 | |

Frank S. Koziol

05/14/06

Michael E. Bice

Long v City of Seward

| | Costs advanced | Amount |
|---|---|---|
| | copies at .10 cents per page | 49.20 |
| 03/05/06 | Fee to USDC for tape recording of testimony at Long's criminal trial | 26.00 |
| 03/07/06 | Postage for mailing over $1.00 sent to Mike Bice on 2/9/06 | 1.11 |
| 03/07/06 | Postage for mailing over $1.00 sent to David Brossow on 2/13/06 | 2.07 |
| 03/07/06 | Postage for mailing over $1.00 sent to Louis Bencardino on 2/13/06 | 1.83 |
| 03/07/06 | Postage for mailing over $1.00 sent to Robert Long on 2/13/06 | 1.35 |
| 03/07/06 | Postage for mailing over $1.00 sent to Mike Chapman on 2/16/06 | 2.07 |
| 03/07/06 | Postage for mailing over $1.00 sent to Patrick Reilly on 2/16/06 | 2.07 |
| 03/07/06 | Postage for mailing over $1.00 sent to Robert Long on 2/23/06 | 1.35 |
| 03/07/06 | Postage for mailing over $1.00 sent to Robert Long on 3/6/06 | 1.11 |
| 03/31/06 | Copying charges for March, 2006 - 935 copies at .10 cents per page | 93.50 |
| 03/31/06 | Postage for mailing over $1.00 sent to Robert Long on 3/22/06 | 1.11 |
| 03/31/06 | Postage for mailing over $1.00 sent to Robert Long on 3/27/06 | 4.20 |
| 03/31/06 | Postage for mailing over $1.00 sent to Mr. Bencardino on 3/30/06 | 4.20 |
| 04/06/06 | Cost to Computer Matrix for copies of court files at federal courthouse | 31.25 |
| 04/24/06 | Cost to Westlaw for legal research | 883.03 |
| 05/03/06 | Copying charges for April, 2006- 127 copies at .10 cents per page | 12.70 |

Total advanced costs $1,662.93

Total current fees and costs $24,886.68

Total amount due and payable $24,886.68

FEDERAL TAX IDENTIFICATION NO. 92-0113108