1  Robert A. Long
   Pro Se.
2  Po Box 3526
   Seward, Ak.
3  99664.
   Phon-Fax,907-224-3026.
4  xtrapper @msn.com.

5              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF ALASKA
6

7  ROBERT A. LONG,                    Case No. 3KN-04-555-CI..
                                      Fed. No. A05-0044-CV-(RRB).
           Plaintiff,
8                                     IN SPECIAL APPEARANCE
   V.                                 PLAINTIFFS ANSWER TO DEFENSE OPPOSITION
9                                     TO APPEAL, REQUIRED FOLLOW ON MOTION
   CITY OF SEWARD,
10
           Defendant.
11

12      The Defense has filed an Opposition to Appeal based on Appeal Notice not in Compliance with

13  Rules and no Right to Appeal on Denial of Discovey by Defendant, on the First Issue, Compliance with

14  Rules, in General, for a Pro Se, Rules are Complied with in the Appeal Notice in the Captioned below.

15                      PLAINTIFF MOVES FOR 9TH. CIRCUIT APPEAL

16                      IN THE PRESENT BEISTLINE, DISMISSAL

17                      AND APPEALS DO THE HISTORY OF BEISTLINE

18                      CRIMINAL MISCONDUCT.

19      The Court and Defense Counsel to Note from the Above, that the Plaintiff makes Appeal, do to

20  Intended Judicial Misconduct of the Trial Judge, who has a Demonstrated History of Criminal Obstruction

21  of Justice in Plaintiffs Cases, [Supported by the Varied Trial Records], and Appeal in Part in the Criminal

22  Denial of Discovery by the Defendants, Aided and Abetted, by Trial Judge Beistline, in Criminal Prejudice

23  against the Plaintiff, [Error, Mistake or Misconduct by a Judge is Clearly Appealable].

24

25      In the Right to Appeal in the Denial of Discovery Issue, the Clear Right to Appeal for Denied

26  Discovery Exist in the Dismissal of the Case, Stated by the Trial Judge, do to Non-Supported Allegations,

27  p 1 of 4

28

1  this being the Case, the Issue before the Appeals Court is not Denial of Discovery in and of it self, but if
2  the Trial Judge can Dismiss at the Same Time as Aiding the Defendants to Deny the Plaintiff Evidence
3  from the Defendants Possession and from Federal Court Records, that Support Plaintiffs Allegations.
4     This Court and the Appeals Court Informed, and or, Reminded that the Last Time Plaintiff Supported a
5  Case Issue with an Affidavit, it was in USA. V. Long, 2255, in the Matter of Trial Judge Sedwick's,
6  Criminal Jury Trial Tampering, [this Criminal Question Assigned to Judge Beistline], Judge Beistline, in
7  Criminal Misconduct Refusing to Act against his Judge Bud, in this Felony Judge Sedwick, Crime, Cause
8  was Support by a Personal Witness to the Judge Sedwick, (Criminal Jury Tampering), the Witness
9  Produced an Issue Affidavit and the Result was Two and a Half Hour's of Criminal Terrorism and Threats
10 of Arrest for Perjury by Federal Agents, [Judge Beistline, and the Defendant now in this Case, Taking
11 Advantage of the Fact that No One In Seward, Will Again Produce An Affidavit Or Testify In a Plaintiffs
12 Case Without Court Protection From Retaliations, [Judge Beistline, Refusing Protection Orders to Muzzle
13 the Plaintiffs Witnesses, and Denies Plaintiffs Discovery Motions in Intended Criminal Misconduct to
14 Prejudice the Suit for the Defendants, as the Discovery Leads back to the Criminal Acts and Actions of
15 US. Federal Court Judges].
16    In the Criminal Misconduct Issue of Judge Beistline, "in the Granting of Absolute Immunity to Mr.
17 Bencardino, for Perjured Defense Affidavits," [Judge Beistline, Relining on Gilbert V. Sperbeck, in
18 Criminal Obstruction of Justice in this Intended False Ruling under the Clear Words of Gilbert V.
19 Sperbeck, Bencardino, not an Expert Witness, not under Court Order to Testify], this is Clearly an
20 Appealable Issue on its Face and on the Issue of Criminal Intent and Prejudice by Judge Beistline.
21
22    Defense Counsel Koziol, Attempts to Avoid this Appeal, that Could-Will, bring Attention to
23 Criminal Malfeasants in Office by Judge Beistline, [that in Out Come Protects the Defendant From Justice
24 and Defendants Actors from Prosecution for Actual Crimes], these Judge Beistline, Actions not Taken
25 Directly for the Defendant, Defendants Actors or Koziol, but taken to Continue Protecting MJ. Roberts,
26 from Justice in the Criminal Transcript Falsifications in Long V. County, and in USA. V. Long, Judge
27 p 2 of 4
28

1 Singleton, in Cover Up of the Original Roberts, Crimes, Judge Sedwick, from Criminal Actions in USA.
2 V. Long, in Trial Jury Tampering, Appointing Defense Counsels in Direct Conflicts with the contended
3 victims, Direct Judge Sedwick, Conflicts of Interest with the contended victims, Criminal Denials of Trial
4 Transcripts to Cover Up Crimes Coming before his Court in Trial by Other Judges, Criminal Denial of the
5 USA. V. Long, Sentencing Transcripts that Support his Criminal Obstruction of Justice, the Criminal
6 Denial of, on Record Requested Defense Counsel, and other Gross Civil Rights Violations and Clear
7 Criminal Acts. Defense Counsel Koziol, also Acts to Stop this Appeal as the Defendants Actors Stand at
8 Risk of Direct Indictment for Perjury and for the Long Term, Criminal Theft of Police Property from the
9 Seward, Police Property Department, with other Supported Criminal Acts and Actions.
10
11 Judge Beistline, "in his Only Means of Self Protection," can let this Appeal Proceed, or Fact
12 Personal Civil Suit that will bring all Crimes by this Judge Directly before the Courts in a Another Venue,
13 the Defendant and Defendants Actors also informed that as no Issue has been Litigated and no Mandatory
14 Discovey Produced the Individual City Actors will be under Suit, with Defense Counsel Koziol, in another
15 Suit, "if Past Issues are Closed," the New Actions by the Defendant and Defendants Actors are New Issue
16 for a New Suit and not Barred by Res Judicata, so we go Back to Court, again in a Different Jurisdiction
17 and Venue. (The Appeals Court Rules on if an Appeal Proceeds not a District Judge under Charges).
18
19 Plaintiff Moves for Civil Sanctions, against the Defendant for Refusal to Answer Plaintiffs
20 Interrogatories. [The Refusal of Defendant to Answer Mandatory Interrogatories, is an Existing Offence
21 that does not become Moot with the Judge Beistline, Obstruction of Justice Dismissal].
22 Plaintiff Moves for Sanctions, against the Anchorage, Federal, Clerk of Court, for Refusing to
23 Provide, and/or, Except and Act on Plaintiffs Request for Order of the USA. V. Long, Sentencing Audio
24 Transcripts, that were Ordered by Judge Beistline, Provided to Plaintiff to Support Cause, [this Transcript
25 Criminally Denied for over 4, years to Plaintiff do the Criminal Evidence against Judge Roberts-Singleton-
26 Sedwick, contained upon it], Refusal to take such an Required Action by a Clerk of Court being a
27 Criminal Offense under Federal Law.
28 P 3 of 4

1   Even if Judge Beistline, considers the Matters of Denied Discovery in this Case to be Moot, the
2   Refusal of the Official Duty by the Clerk, and the Refusal of the Defendant to Answer Mandatory
3   Interrogatories, are still Active Stand Alone Actionable Issue, [the Open Criminal History in Every
4   Plaintiffs Case on Required Discovery, (Denial, by Judge Beistline), to Frustrate Plaintiffs Attempts to
5   Gain Discovery, then to Dismiss Cases for Lack of Support, [or other Fraudulent Dismissals], then to Rule
6   Standing and Denied Discovery Motions to be Moot, is Intended Misconduct, by Judge Beistline, in
7   Obstruction of Justice, as in the Instant Case and Issue.

9   I request the above to be certified and excepted as a Plaintiffs Sworn Affidavit of Facts.

11  I certify the above to be true and correct to the best knowledge of plaintiff under penalty of perjury.

13  I certify a copy was mailed to Frank S Koziol, 618, Christensen Dr. Anchorage, Ak. 99501.

16  Dated on 5-16-06.                                    _Robert A. Long_
17                                                        Robert A. Long,                Pro Se.

19  P 4 of 4.