FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
CITY OF SEWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT A. LONG,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF SEWARD,<br><br>        Defendant. | ) Case No. A05-0044 CV [RRB]<br>)<br>) OPPOSITION TO THE MOTION<br>) CONTAINED IN "PLAINTIFFS<br>) ANSWER TO THE DEFENSE<br>) OPPOSITION TO APPEAL,<br>) <u>REQUIRED FOLLOW ON MOTION"</u><br>) |

      COMES NOW Defendant CITY OF SEWARD, by and through its attorney, FRANK S. KOZIOL, and hereby opposes the motion contained in "Plaintiffs Answer to the Defense Opposition to Appeal, Required Follow on Motion" dated May 16, 2006 as follows:

      Plaintiff's motions set forth in this document are moot in light of the Court's judgment in the case. Plaintiff's remedy for wrongs he perceives is through an appeal.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

DATED at Anchorage, Alaska, this 22nd day of May, 2006.

           LAW OFFICE OF FRANK S. KOZIOL
           Attorney for Defendant City of Seward

           By: _____
              Frank S. Koziol
              ABA No. 7210054

THIS IS TO CERTIFY that a copy of the foregoing was served by mail upon Robert A. Long, at his address of record, this 22nd day of May, 2006.

_____
Frank S. Koziol

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE. AK 99501
(907) 258-7706
FAX (907) 258-7707

Opposition to the Motion Contained in "Plaintiffs Answer to the Defense Opposition to Appeal, Required Follow on Motion"
Long v. City of Seward, Case No. A05-0044 CV [RRB]
Page 2 of 2