FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
CITY OF SEWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT A. LONG, | ) |
|         Plaintiff, | ) Case No. A05-0044 CV [RRB] </br> ) </br> ) ORDER DENYING THE MOTION |
| vs. | ) CONTAINED IN "PLAINTIFFS </br> ) ANSWER TO THE DEFENSE |
| CITY OF SEWARD, | ) OPPOSITION TO APPEAL, </br> ) <u>REQUIRED FOLLOW ON MOTION</u>" |
|         Defendant. | ) |

This Court, having reviewed the motion contained in "Plaintiffs Answer to the Defense Opposition to Appeal, Required Follow on Motion" and Defendant's opposition thereto and good cause appearing for the denial of said motion,

IT IS HEREBY ORDERED that the motion contained in "Plaintiffs Answer to the Defense Opposition to Appeal, Required Follow on Motion" is denied.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

DATED this \_\_\_\_ day of _____, 2006.

_____
RALPH R. BEISTLINE
UNITED STATES DISTRICT COURT JUDGE

THIS IS TO CERTIFY that a copy of the foregoing was served by mail upon Robert A. Long, at his address of record, this 22nd day of May, 2006.

*Frank S. Koziol*
_____
Frank S. Koziol

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Order Denying the Motion Contained in "Plaintiffs Answer to the Defense Opposition to Appeal, Required Follow on Motion"
*Long v. City of Seward*, Case No. A05-0044 CV [RRB]
Page 2 of 2