UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

ROBERT A. LONG,
      Plaintiff,

                                         Case Number 3:05-cv-0044-RRB

v.

CITY OF SEWARD,
      Defendant.                  **JUDGMENT IN A CIVIL CASE**

\_ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT the plaintiff Robert A. Long take nothing, that the action be dismissed on the merits, and that the defendant, City of Seward recover his costs of action.
Costs taxed for the defendant in the amount of $692.96.

APPROVED:

  S/ RALPH R. BEISTLINE
/S/ RALPH R. BEISTLINE
United States District Judge

    May 8, 2006
Date: May 8, 2006

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

                              IDA ROMACK
                              Ida Romack, Clerk of Court

[305-CV-44-RRB JUDGMENT for def dismissing the case.wpd]{JMT2.WPT*Rev.3/03}