FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
CITY OF SEWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT A. LONG, <br><br>        Plaintiff, <br><br>vs. <br><br>CITY OF SEWARD, <br><br>        Defendant. | ) <br> ) <br> ) Case No. A05-0044 CV [RRB] <br> ) <br> ) <br> ) <br> ) DEFENDANT'S REPLY TO <br> ) "IN SPECIAL APPEARANCE ANSWER <br> ) AND OPPOSITION TO DEFENSE BILL <br> ) OF COST, RUN ON MOTIONS." |

     COMES NOW Defendant CITY OF SEWARD, by and through its attorney, FRANK S. KOZIOL, and, hereby submits its reply to Plaintiff's "In Special Appearance Answer and Opposition to Defense Bill of Cost, Run on Motions" dated June 25, 2006 and received on May 26, 2006 as follows:

     Plaintiff's argument about the denial of relief

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

previously sought has been previously ruled upon and denied. This provides no basis for a denial of costs and attorney fees to the Defendant.

Plaintiff's motions for sanctions and discovery should also be denied as these motions are without legal basis and have previously been denied.

DATED at Anchorage, Alaska, this 26th day of May, 2006.

                                         LAW OFFICE OF FRANK S. KOZIOL
                                         Attorney for Defendant City of Seward

                                         By: _____
                                                      Frank S. Koziol
                                                      ABA No. 7210054

THIS IS TO CERTIFY that a copy of the foregoing was served by mail upon Robert A. Long, at his address of record, this 26th day of May, 2006.

_____
Frank S. Koziol

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Defendant's Reply to "In Special Appearance Answer and Opposition to Defense Bill of Cost, Run on Motions"
Long v. City of Seward, Case No. A05-0044 CV [RRB]
Page 2 of 2