1  Robert A. Long
   Pro Se.
2  Po Box 3526
   Seward, Ak.
3  99664.
   Phon-Fax,907-224-3026.
4  xtrapper @msn.com.

RECEIVED

MAY 2 6 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

5          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF ALASKA
6

7  ROBERT A. LONG,                    Case No. 3KN-04-555-CI..
                                      Fed. No. A05-0044-CV-(RRB).
              Plaintiff,
8                                     IN SPECIAL APPEARANCE
   V.
9                                     ANSWER AND OPPOSITION TO DEFENSE
   CITY OF SEWARD,                    BILL OF COST, RUN ON MOTIONS.
10
              Defendant.
11

12
          Defense Counsel Koziol, at this time Endeavors to take Advantage of the Criminal Misconduct of
13
    Judge Beistline, in the Present False and Malicious Dismissal of Suit, with his, Koziol's, Denial of
14
    Discovery in this Case, (Judge Beistline, Acting to Cover Up the Criminal Acts of other Judges, Koziol,
15
    Covering Up Criminal Actions of Defendants Actors).
16

17
          If Defense Co-Counsel Beistline, in Further Misconduct to Obstruct Justice, does, in Misconduct
18
    Refuse Appeal and Orders Plaintiff to Pay the Legal Cost of the Criminal Entity, City of Seward, just what
19
    Part of the $280.oo, per month in State, Temporary Assistance, [to the Disabled that Plaintiff Exist on], do
20
    to the Crimes of the City, State, and Federal Governments over the last 8, years does Koziol, believe he and
21
    the City, can take?
22

23
          On the Actual Issues, Koziol, in Filing, Attempts First, to Bill Plaintiff for Court Cost, [if Koziol, had
24
    read Filings], Koziol would know that Plaintiff, Filed, and was excepted in State Court, as Acting Without
25
    Cost, [do to not having a Pot to Piss in, do to Un-Just Government Actions], when Judge Singleton,
26
    p 1 of 4
27

28

1   (a Criminally Disqualified Federal Judge), Criminally Hijacked this Case from the State, Court, into this

2   Friendly Federal Court, (to Enable his Personal Bud's, as Judge Beistline, to Protect him and MJ. Roberts,

3   from Impeachment and Criminal Indictment for Criminal Falsification of Transcripts in Long V. County,

4   and USA. V. Long), [this Issue of a Disqualified Judge, Singleton, Hi-Jacking this Case into the Federal

5   Court, then the Suit being before a Disqualified Judge, Beistline, Voids all Actions in Suit and Defacto

6   makes it a Non-Suit, no Legal Cost Award can be Gained in a Non-Suit].

7       Koziol, cannot bill or Present a bill for Court Fees, [for the Court], as Attempted, Koziol, cannot bill with

8   the State, Waver of Cost, Koziol, cannot bill with a Motion for Appeal before the Court, Koziol, cannot bill

9   in a Case where not one Issue was Litigated, Koziol, cannot bill at the same time as acting with Co-Counsel

10  Beistline, in Denying all Requested Mandatory Discovery, in shot, Koziol, cannot Present any bill!

11

12  (1). As to the Koziol, billing in General, this billing under Written Law, [The Written Law being Defined as

13  that thing that does not Exist in the Beistline, Court], this Motion is "Un-Timely" under Law and

14  Common Reason with an Appeal Motion before the Court in a Void Dismissal.

15  (2). In the Issue in the billing Question, with the Fact of this being a Non-Suit, [a Non-Suit Clearly by the

16  Lack of the Defendant not Prevailing on a Single Issue, no Issue Litigated], (in Order to Gain Award of

17  Legal Cost, a Party Must Actually Prevail), [the False and Criminal Summary Dismissal by a Criminal Judge

18  Acting in Obstruction of Justice and Intended Error of Law is not Prevailing), the Defendants Perjured

19  Affidavits even if not Opposed by the Sworn Issue Witness Affidavits of Plaintiff, are not Substantial

20  Evidence of Innocence Requited to Prevail, [then we have on that Issue, the Denial by the Defendants Actors

21  of the Address of the Personal Witness Connie Bencardino, to Plaintiff, Defendants Refusals to Answer

22  Interrogatories [Defense Counsel Koziol, Informing the Court in Hearing that the Connie Bencardino,

23  Discovery Issue would be Attended, never done], the Refusal of the Court to Issue Protection Orders to

24  Seward, Witnesses at Risk of City Actor Retaliation, no Actual Suit Exist, no Discovery, no Litigation of

25  any Issue, no Suit, no Prevailing Party, no Cost Award.

26  P 2 of 4

27

28

1    (3). The Fact before the Court, (and the Appeals Court), is, if their can, or cannot be, a Summary Judgment

2    Ruling in a Suit before Discovery, [WHEN, not one single Mandatory Requested-Motioned for Discovery

3    has been Produced to the Plaintiff], [Judge Beistline, acting in his Position as Co-Counsel with Koziol, has

4    Aided and Abetted the Defendant, in Refusal of Document, in Motion for Discovery, and Answers to

5    Plaintiffs Interrogatories to the Defendant, Beistline, has Denied-Ignored Protection Orders for Personal

6    Witnesses in Criminal Obstruction of Justice to date], Summary Judgments can only be after Discovery,

7    (Only in an Anchorage, Federal Court would Discovery be considered to have been Produced in the Ignoring

8    and the Denying of Discovery), no Discovery no Suit, no Summary Judgment, no Cost Award.

9    (4). Defendants can gain Legal Cost under 1983-1988, Only if the Citizen Plaintiffs Suit is Openly and

10   Clearly False, Unreasonable or Frivolous, even if not brought in Subjective Bad Faith, in this Suit, even with

11   the Criminal Antics of Judge Beistline, in Obstruction of Justice, Denying all Discovery, the Affidavit of

12   Plaintiff and Dieni, with the Criminally Denied USA. V. Long, Sentencing Transcript, that Supports that the

13   Defendants Actors Acted in Witness Tampering as Charged by Plaintiff, the Collection of Perjured

14   Affidavits by the Defendants Criminal Actors may in some Subverted form, Balance the Plaintiffs Available

15   Support Documents, but Under Law does not Overcome them as is Required for a Finding of Unreasonable

16   or Frivolous for the Defendants to Recover Legal Cost, the High Hurdle for a Government Defendant to

17   Recover Legal Cost Exist, (do to the Criminality of Government in Committing Crimes against the Citizen,

18   on Public Money, using Public Money to Falsely Defend them selves, then by use of a Friendly Government

19   Judge Finish Off the Citizen by Legal Cost Billings), [this is the Common means of Action of Government

20   and in at least some Small Protection of the Citizens, the Courts have Set the Recovery Hurdle High for

21   Government Criminal to Recover Legal Cost from their Citizen Victims, (the Defendant has not Met this

22   Hurdle and Cannot), the Motion Must be Clearly Denied for Cost, or it will be Done by the Appeals Court.

23   (5). In this Case and Suit, do to the Open Criminality of Federal Judges, Singleton, Beistline, Koziol, and the

24   Defendant, this Action has Clearly been a, (NON-SUIT), No Discovery Turned Over to Plaintiff, Absolute

25   Obstruction of Justice by Beistline, No Issue Litigated, Perjured Affidavits, Denial of Protection orders for

26   p 3 of 4

27

28

1  Witnesses to Testify, as Such, no Granting of Legal Cost can be Granted to the Defendants Under Law, if for

2  no Other Reason do to the Criminal Bad Faith of the Defendant, Defense Counsel, Defendants Actors and

3  this Court.

4  (6). If in the Common Criminal Corruption of this Court Legal Fees are Ever Granted to the Defendant,

5  those Fees Under Equity and Equal Protection, Must be Set on the Legal Fees Award in Long V. County, to

6  this Prevailing Plaintiff in that Case, [in Long V. County, Plaintiff Actually Prevailed Despite the

7  Criminality of the Defendants and the Assigned Judges], [on the Issues in this Case the Defendant has

8  Prevailed on Nothing, not one Issue], as Long V. County, in Equity and Equal Protection, sets any Award

9  under Equity and Equal Protection, the Most by the Years of the Long V. County, Suit, and the Actual

10  Filings and Labor of this Plaintiff, the Defendants could be Awarded may be $50.oo, in this Case if their had

11  been an Actual Suit and the Defendants had Actually Prevailed, (Prevailing is in Fact Actual Prevailing by

12  Evidence and a Jury Verdict, not in the Criminal Misconduct of the Trial Judge as in this Case but on the

13  Facts), [see the Criminal Misconduct of Judge Holland, then the Criminal Misconduct of the State, in

14  Denying Plaintiff Legal Award and Creating New Actions based on the Court Ruled Un-Constitutional State

15  Actions to Continue and Expand the Harms and Damages to Plaintiff, aided and Abetted by the Criminal

16  Holland, for Equity Amount of Possible Award].

17

18      Plaintiff Motions that Legal Cost be Denied, that Appeal be Granted, that Motions for Sanctions

19  against the Defendant and Court Clerk be Granted, that Motions for Discovery Still be Granted!

20

21  I request the above to be certified and excepted as a Plaintiffs Sworn Affidavit of Facts.

22  I certify the above to be true and correct to the best knowledge of plaintiff under penalty of perjury.

23  I certify a copy was mailed to Frank S Koziol, 618, Christensen Dr. Anchorage, Ak. 99501.

24

25  Dated on  6 - 25 - 06 .

26                                              Robert A. Long,                    Pro Se.

27  p 4 of 4

28