IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT A. LONG,<br><br>      Plaintiff,<br><br>vs.<br><br>CITY OF SEWARD,<br><br>      Defendant. | Case No. 3:05-cv-0044-RRB<br><br><br>**ORDER DENYING ATTORNEY FEES** |

Before the Court, at Docket 113, is Defendant's Motion for Attorney's Fees.  The motion is opposed by Plaintiff at Docket 122.  While Plaintiff must be responsible for costs awarded against him in this matter, the Court hereby **DENIES** the Motion for Attorney's Fees, without prejudice.

It is certainly true that a reasonable person would view Plaintiff's claims in this matter as both unreasonable and without merit and even frivolous.  Plaintiff, however, appears to believe what he alleges, regardless of how irrational his allegations are. In Plaintiff's mind, he is simply pursuing justice.  In fact, Plaintiff is damaging innocent people with groundless allegations. The justice system should not be used for this purpose, nor should

it be available to those so inclined to misuse it.  Nevertheless, given this Court's concern regarding Defendant's mental health, and given Plaintiff's impecunious status, the Court will not grant Defendant attorney fees at this time.  If Plaintiff continues to vexatiously attack Defendant in this matter, the Court will revisit the issue.  Furthermore, if Plaintiff continues to use the justice system as he has done in this case, he likely will be subject to actual costs and fees in the future.

Defendant's Motion for Attorney's Fees is hereby **DENIED WITHOUT PREJUDICE.**

ENTERED this 5th day of July, 2006.

/s/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE