FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
CITY OF SEWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT A. LONG ) | |
| ) | |
| Plaintiff, ) | Case No. A05-0044 CV [RRB] |
| ) | |
| vs. ) | |
| ) | AFFIDAVIT AND REQUEST |
| CITY OF SEWARD, ) | FOR ISSUANCE OF WRIT |
| ) | OF EXECUTION |
| Defendant. ) | |
| _____) | |

I, FRANK S. KOZIOL, hereby state on oath:

1. Judgment was entered on May 8, 2006 (with costs of $692.96 awarded on May 25, 2006) in the docket of the above-entitled court and action, in favor of as judgment creditor CITY OF SEWARD, and against as judgment debtor ROBERT A. LONG.

2. I am the attorney for the said judgment creditor CITY OF SEWARD, and request issuance of a Writ of Execution on the judgment.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

      3.    The judgment debtor Robert A. Long was not represented by counsel.

      4.    The judgment entered was not a default judgment.

      5.    ACCRUED since the entry of judgment is: $17.44[1] accrued interest, computed at 8.25%.

      6.    No payment has been made on the $692.96 Judgment. Thus, the total sum $710.40[2], including interest, is due and owing.

      7.    FURTHERMORE, the affiant sayeth naught.

_____
FRANK S. KOZIOL

SUBSCRIBED AND SWORN to before me this 29TH day of August, 2006.



_____
Notary Public in and for Alaska
My Commission Expires: 9/06/09

---

[1] $692.96 x 8.25% ($57.17) ÷365 (.16) x 109 days = $17.44

[2] $692.96 + $17.44 = $710.40

Affidavit and Request for Issuance of Writ of Execution
*Long v. City of Seward*, Case No. A05-0044 CV [RRB]
Page 2 of 2

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707