FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
CITY OF SEWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT A. LONG, | ) |
| Plaintiff, | ) Case No. A05-0044 CV [RRB] |
| vs. | ) |
| | ) CREDITOR'S AFFIDAVIT |
| CITY OF SEWARD, | ) |
| Defendant. | ) |

STATE OF ALASKA      )
                     ) ss.
THIRD JUDICIAL DISTRICT )

     FRANK S. KOZIOL, being first duly sworn upon his oath, makes the following statements based on personal knowledge, except as otherwise indicated:

     1.  I have been retained to represent the interests of Defendant City of Seward in the above-referenced cause of action.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

  2. I have obtained a judgment against Robert A. Long in the amount of $692.96.

  3. The judgment, including interest, totals $710.40.

  4. I will attempt to satisfy the judgment by levying against the following property, which I believe is not exempt and is <u>not</u> property of a type subject to value limitations under AS 09.38.020:

<u>Description of Property</u>

Alaska Permanent Fund Dividend

  5. I believe the above listed property is not exempt for the following factual reasons:

  No exempt monies sought.

  6. FURTHERMORE, the affiant sayeth naught.

            _____
            FRANK S. KOZIOL

SUBSCRIBED AND SWORN to before me this 29TH day of August, 2006.



            _____
            Notary Public in and for Alaska
            My Commission Expires: 9/06/09

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Creditor's Affidavit
*Long v. City of Seward*, Case No. A05-0044 CV [RRB]
Page 2 of 2