

**United States Department of Justice**
United States Marshals Service
*District of Alaska*

Federal Building and U.S. Courthouse
222 West 7th Avenue  #28,  Room 170
Anchorage, Alaska   99513-7568

Memorandum To:  US District Court for the District of Alaska

From:  U.S. Marshals Service

Subject:  **A05-044 (RRB)** Original Writ of Execution

Date:  March 29, 2007

RECEIVED
MAR 3 0 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

The attached original writ is being returned to your office. No further action will be take on this writ. All process has been previously returned to the Clerk of Court.

Linda M. Klemm
Purchasing Agent

ORIGINAL

FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
CITY OF SEWARD



RECEIVED
MAR 30 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ROBERT A. LONG,           )
                          )
            Plaintiff,    ) Case No. A05-0044 CV [RRB]
                          )
      vs.                 )
                          )
CITY OF SEWARD,           ) WRIT OF EXECUTION
                          )
            Defendant.    )
_____)

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF ALASKA:

    Judgment was entered on May 8, 2006 (with costs awarded on May 25, 2006) in the docket of the above-entitled court and action, in favor of Defendant CITY OF SEWARD as judgment creditor, and against ROBERT A. LONG, as judgment debtor, for:

    $___692.96___ costs, for a total amount of

    $___692.96___ **JUDGMENT AS ENTERED**

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

WHEREAS, according to the Affidavit and Request for Issuance of Writ of Execution, further sums have accrued since the entry of judgment, to-wit:

$ __17.44__ accrued interest

$ __17.44__ **ACCRUED INTEREST**

No payment has been made on the $692.96 judgment. Thus, the total sum of $710.40, including interest, is due and owing.

THEREFORE, IN THE NAME OF THE UNITED STATES OF AMERICA, you are hereby commanded to levy upon and seize and take into execution the personal property of the said debtor in your district, sufficient, subject to execution, to satisfy said judgment and make sale thereof according to law; and if sufficient personal property cannot be found, then you are further commanded to make the amount of said judgment, interest, and increased costs out of his property.

HEREIN FAIL NOT, and have you then and there this writ.

DATED __08/31/2006__

(SEAL)

IDA ROMACK,
CLERK OF COURT

By: __REDACTED SIGNATURE__
Deputy Clerk

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Writ of Execution
*Long v. City of Seward*, Case No. A05-0044 CV [RRB]
Page 2 of 2